# EXHIBIT C

# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900

NEW YORK
HONG KONG
LONDON
SEOUL
SHANGHAI
TEL AVIV
MIAMI
SAN FRANCISCO
WASHINGTON DC
BVI
CAYMAN ISLANDS

August 21, 2019

**BY FEDERAL EXPRESS**

FOIA Compliance Office
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Re:   **Freedom of Information Act Request**

To FOIA Compliance Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and 17 C.F.R. § 145.7, we request the following documents and communications:

1) All documents and communications concerning the "binding agreement" referenced in docket entry 302 of the case captioned *U.S. C.F.T.C. v. Kraft Foods Group, Inc.*, 15-cv-2881 (N.D. Ill.) (the "Kraft Case");[1]

2) All documents and communications concerning the "Consent Order" referenced in docket entries 309 and 310 of the Kraft Case;[2]

3) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the Consent Order;

4) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the Consent Order without findings of fact or conclusions of law;

---

[1] For reference, a copy of the docket of the Kraft Case is attached hereto as Exhibit A.
[2] For reference, a copy of the Consent Order is attached hereto as Exhibit B.

August 21, 2019
Page 2

5) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the provision in the Consent Order that states: "Neither party shall make any public statement about this case other than to refer to the terms of this settlement agreement or public documents filed in this case, except any party may take any lawful position in any legal proceeding, testimony, or by court order";

6) All documents and communications concerning the preparation by the CFTC and/or any of its staff, agents, and/or commissioners of the press releases referenced in docket entry 319 of the Kraft Case;

7) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to publish the press releases referenced in docket entry 319 of the Kraft Case;

8) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to remove the press releases referenced in docket entry 319 of the Kraft Case.

Pursuant to FOIA, 5 U.S.C. § 552(a)(6)(A), we request that the CFTC produce these records within 20 business days.

This request is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. As such, we request that any fees for this request be waived. *See* 5 U.S.C. §(a)(4)(A)(iii); 17 CFR Appendix B to Part 145(b). To the extent the Commission determines that any fees for searching or copying the records are chargeable, please supply the records without informing us of the cost if the fees do not exceed US $5,000, which we agree to pay. Please produce these records electronically.

If you deny all or any part of this request, please cite each specific exemption you think justifies your withholding of information and notify us of appeal procedures available under the law.

Please contact us with any questions at the address above or at benjamin.sauter@kobrekim.com.

Sincerely,

Michael S. Kim
David H. McGill
Benjamin J.A. Sauter
Leanne A. Bortner

# EXHIBIT A

PROTO,ROWLAND,STAYED,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:15-cv-02881

US Commodity Futures Trading Commission v. Kraft Foods Group, Inc. et al
Assigned to: Honorable John Robert Blakey
Cause: 7:6(b) Federal Commodity Exchange Regulation

Date Filed: 04/01/2015
Date Terminated: 08/15/2019
Jury Demand: Defendant
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**US Commodity Futures Trading Commission**
525 W Monroe Street
Suite 1100
Chicago, IL 60304

represented by **Jennifer Ellen Smiley**
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St.
9th Floor
Chicago, IL 60661
(312) 596-0530
Email: jsmiley@cftc.gov
*TERMINATED: 07/21/2016*
*LEAD ATTORNEY*

**Martin B. White**
Commodity Futures Trading Commission
1155 21st Street NW
Eighth Floor
Washington, DC 20581
202 418 5129
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael David Frisch**
Commodity Futures Trading Commission
525 W Monroe St
Chicago, IL 60661
(312)596-0703
Email: mfrisch@cftc.gov
*TERMINATED: 05/21/2019*

**Neel Kumar Chopra**
U.S. Commodity Futures Trading Commission
525 West Monroe Street Suite 1100
Chicago, IL 60610
(312) 596-0611
Email: nchopra@cftc.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Thomas Howell , III**

Commodity Futures Trading Commission
525 W. Monroe St.
Suite 1100
Chicago, IL 60661
312 596 0590
Email: rhowell@cftc.gov
*ATTORNEY TO BE NOTICED*

**Rosemary C. Hollinger**
U.S. Commodity Futures Trading
Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60601
(312) 596-0520
Email: rhollinger@cftc.gov
*TERMINATED: 03/04/2019*

**Stephanie Lynn Reinhart**
U.S. Commodity Futures Trading
Commission
525 W. Monroe St.
Suite 1100
Chicago, IL 60661
312 596 0688
Email: sreinhart@cftc.gov
*ATTORNEY TO BE NOTICED*

**Susan J. Gradman**
Commodity Futures Trading Commission
525 W. Monroe
#1100
Chicago, IL 60614
(312) 596-0523
Email: sgradman@cftc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Ploss**                              represented by **Harry Ploss**
                                                            PRO SE

V.

**Defendant**

**Kraft Foods Group, Inc.**                  represented by **Timothy Andrew Karpoff**
                                                            Jenner & Block Llp
                                                            353 N Clark Street
                                                            Chicago, IL 60654
                                                            (312) 222-9350
                                                            Email: tkarpoff@jenner.com
                                                            *TERMINATED: 12/10/2015*
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*

**Aaron Stephenson Furniss**
Sutherland Asbill & Brennan, Llp
999 Peachtree St. Ne
Suite 2300
Atlanta, GA 30309
(404) 853-8231
Email: aaron.furniss@sutherland.com
*TERMINATED: 10/09/2015*
*PRO HAC VICE*

**Charles Mark Kruly**
Sutherland Asbill & Brennan Llp
700 Sixth St, Nw
Suite 700
Washington, DC 20001
(202) 383-0952
Email: charles.kruly@sutherland.com
*TERMINATED: 12/07/2015*
*PRO HAC VICE*

**Daniel Thomas Fenske**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312 840 7301
Email: dfenske@mayerbrown.com
*TERMINATED: 01/07/2019*

**Dean Nicholas Panos**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Email: dpanos@jenner.com
*ATTORNEY TO BE NOTICED*

**Gregory S. Kaufman**
Sutherland, Asbill & Brennan
700 Sixth Street, NW
Suite 700
Washington, DC 20001
(202) 383-0325
Email: greg.kaufman@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Kevin McCall**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Email: jmccall@jenner.com
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
Lynch Thompson, LLP
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312)346-1600
Email: jthompson@lynchthompson.com
*ATTORNEY TO BE NOTICED*

**Laura Kathryn Raden**
Sutherland Asbill & Brennan LLP
Suite 700
700 6th Street, NW
Washington, DC 20001
(202) 383-0527
Email: laura.raden@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Amie Allen**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
312 923 2868
Email: nallen@jenner.com
*ATTORNEY TO BE NOTICED*

**Ronald W. Zdrojeski**
Sutherland Asbill & Brennan Llp
1114 Ave Of The Americas
40th Floor
New York, NY 10036
(212) 389-5000
Email: ron.zdrojeski@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Tsai**
Sutherland Asbill & Brennan LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001
(202) 383-0897
Email: stephen.tsai@sutherland.com
*TERMINATED: 01/09/2017*
*PRO HAC VICE*

**Thomas Edward Quinn**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7348

Email: tquinn@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mondelez Global LLC**                          represented by    **Timothy Andrew Karpoff**
(See above for address)
*TERMINATED: 12/10/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Aaron Stephenson Furniss**
(See above for address)
*TERMINATED: 10/09/2015*
*PRO HAC VICE*

**Charles Mark Kruly**
(See above for address)
*TERMINATED: 12/07/2015*
*PRO HAC VICE*

**Daniel Thomas Fenske**
(See above for address)
*TERMINATED: 01/07/2019*

**Dean Nicholas Panos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S. Kaufman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Kevin McCall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Kathryn Raden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Amie Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald W. Zdrojeski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Tsai**
(See above for address)
*TERMINATED: 01/09/2017*
*PRO HAC VICE*

**Thomas Edward Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Richard Dennis**

<u>Movant</u>

**Henrik Christensen**

<u>Movant</u>

**Budicak Inc.**

<u>Movant</u>

**White Oak Fund, LP**

<u>Movant</u>

**Robert Wallace**

<u>Movant</u>

Nathan Wallace

<u>Movant</u>

**Kevin Brown**

<u>Movant</u>

**Joseph Caprino**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/01/2015 | 1 | COMPLAINT filed by US Commodity Futures Trading Commission; (Smiley, Jennifer) (Entered: 04/01/2015) |
| 04/01/2015 | 2 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Jennifer Ellen Smiley (Smiley, Jennifer) (Entered: 04/01/2015) |
| 04/01/2015 | 3 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Susan J. Gradman (Gradman, Susan) (Entered: 04/01/2015) |
| 04/01/2015 | 4 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Robert Thomas Howell, III (Howell, Robert) (Entered: 04/01/2015) |
| 04/01/2015 | 5 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Rosemary C. Hollinger (Hollinger, Rosemary) (Entered: 04/01/2015) |
| 04/01/2015 | 6 | CIVIL Cover Sheet (Smiley, Jennifer) (Entered: 04/01/2015) |
| 04/01/2015 |   | CASE ASSIGNED to the Honorable Robert M. Dow, Jr. Designated as Magistrate Judge |

| | | the Honorable Mary M. Rowland. (rc, ) (Entered: 04/01/2015) |
|---|---|---|
| 04/02/2015 | 7 | WAIVER OF SERVICE returned executed by US Commodity Futures Trading Commission. Kraft Foods Group, Inc. waiver sent on 4/1/2015, answer due 6/1/2015. (Smiley, Jennifer) (Entered: 04/02/2015) |
| 04/02/2015 | 8 | WAIVER OF SERVICE returned executed by US Commodity Futures Trading Commission. Mondelez Global LLC waiver sent on 4/1/2015, answer due 6/1/2015. (Smiley, Jennifer) (Entered: 04/02/2015) |
| 04/02/2015 | 9 | EXECUTIVE COMMITTEE ORDER: It appearing that, due to a clerical error case 15cv2881, was assigned in error to the Honorable Robert M. Dow, Jr., therefore IT IS HEREBY ORDERED that the assignment of 15cv2881 to the Honorable Robert M. Dow, Jr., be vacated as the assigned judge and the case shall be reassigned by lot to another judge. Case reassigned to the Honorable John Robert Blakey for all further proceedings. Signed by Executive Committee on 4/2/2015. (td, ) (Entered: 04/02/2015) |
| 04/10/2015 | 10 | MOTION by Plaintiff Harry Plossfor a Finding of Relatedness (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Miller, Marvin) (Entered: 04/10/2015) |
| 04/10/2015 | 11 | NOTICE of Motion by Marvin Alan Miller for presentment of motion for miscellaneous relief 10 before Honorable John Robert Blakey on 4/16/2015 at 09:45 AM. (Miller, Marvin) (Entered: 04/10/2015) |
| 04/13/2015 | 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10533612. (Kaufman, Gregory) (Entered: 04/13/2015) |
| 04/13/2015 | 13 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10533653. (Kruly, Charles) (Entered: 04/13/2015) |
| 04/13/2015 | 14 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10533688. (Tsai, Stephen) (Entered: 04/13/2015) |
| 04/14/2015 | 15 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10538328. (Furniss, Aaron) (Entered: 04/14/2015) |
| 04/15/2015 | 16 | MINUTE entry before the Honorable John Robert Blakey: The motions for leave to appear pro hac vice filed by Gregory Scott Kaufman 12 , Charles Mark Kruly 13 , Stephen Thomas Tsai 14 and Aaron Stephenson Furniss 15 are granted. Mailed notice (gel, ) (Entered: 04/15/2015) |
| 04/15/2015 | 17 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Stephen Thomas Tsai (Tsai, Stephen) (Entered: 04/15/2015) |
| 04/15/2015 | 18 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Gregory S. Kaufman (Kaufman, Gregory) (Entered: 04/15/2015) |
| 04/15/2015 | 19 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Charles Mark Kruly (Kruly, Charles) (Entered: 04/15/2015) |
| 04/15/2015 | 20 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Nicole Amie Allen (Allen, Nicole) (Entered: 04/15/2015) |
| 04/15/2015 | 21 | MOTION by Movant Richard Dennis to reassign case *Motion for a Finding of Relatedness* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schiltz, Eugene) (Entered: 04/15/2015) |
| 04/15/2015 | 22 | NOTICE of Motion by Eugene J. Schiltz for presentment of motion to reassign case 21 before Honorable John Robert Blakey on 4/21/2015 at 09:45 AM. (Schiltz, Eugene) (Entered: 04/15/2015) |

| 04/15/2015 | 23 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Dean Nicholas Panos (Panos, Dean) (Entered: 04/15/2015) |
|---|---|---|
| 04/15/2015 | 24 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by J. Kevin McCall (McCall, J.) (Entered: 04/15/2015) |
| 04/15/2015 | 25 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Kraft Foods Group, Inc. *and F.R.C.P. 7.1 disclosure* (Kruly, Charles) (Entered: 04/15/2015) |
| 04/15/2015 | 26 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Mondelez Global LLC *and F.R.C.P. 7.1 disclosure* (Kruly, Charles) (Entered: 04/15/2015) |
| 04/16/2015 | 27 | MINUTE entry before the Honorable John Robert Blakey: Harry Ploss' motion for a finding of relatedness 10 is entered and continued to 4/21/15 at 9:45 a.m. in Courtroom 1725. The 4/16/15 Notice of Motion date is stricken; the parties need not appear on that date. Mailed notice (gel, ) (Entered: 04/16/2015) |
| 04/16/2015 | 28 | MOTION by Movant Henrik Christensen to reassign case (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lesht, David) (Entered: 04/16/2015) |
| 04/16/2015 | 29 | NOTICE by Henrik Christensen re MOTION by Movant Henrik Christensen to reassign case 28 (Lesht, David) (Entered: 04/16/2015) |
| 04/17/2015 | 30 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10551055. (Zdrojeski, Ronald) (Entered: 04/17/2015) |
| 04/17/2015 | 31 | MINUTE entry before the Honorable John Robert Blakey: Ronald W. Zdrojeski's motion for leave to appear pro hac vice 30 is granted. Mailed notice (gel, ) (Entered: 04/17/2015) |
| 04/17/2015 | 32 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Ronald W. Zdrojeski (Zdrojeski, Ronald) (Entered: 04/17/2015) |
| 04/21/2015 | 33 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/21/2015. Plaintiff's motion for a finding of relatedness 10 , Movant's motion for a finding of relatedness 21 and Movant's motion to reassign case 28 are taken under advisement, and a briefing schedule is set as follows: Responses to the motions shall be filed on or before 5/7/2015, and replies, if any, shall be filed on or before 5/14/2015. Status hearing set for 5/21/2015 at 10:30 AM in Courtroom 1725. Mailed notice (gel, ) (Entered: 04/21/2015) |
| 04/22/2015 | 34 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Aaron Stephenson Furniss (Furniss, Aaron) (Entered: 04/22/2015) |
| 04/30/2015 | 35 | MOTION by Movant Budicak Inc.Motion for a Finding of Relatedness (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fata, Anthony) (Entered: 04/30/2015) |
| 04/30/2015 | 36 | NOTICE of Motion by Anthony F. Fata for presentment of motion for miscellaneous relief 35 before Honorable John Robert Blakey on 5/7/2015 at 09:45 AM. (Fata, Anthony) (Entered: 04/30/2015) |
| 05/01/2015 | 37 | MINUTE entry before the Honorable John Robert Blakey: Movant Budicak Inc.'s motion for a finding of relatedness 35 is entered and continued to 5/21/15. Responses to this motion should be included in the responses previously ordered by the Court, and Budicak is directed to file its reply consistent with the schedule previously set by the Court (i.e., by 5/14/15). Mailed notice (gel, ) (Entered: 05/01/2015) |
| 05/04/2015 | 38 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages *and for an enlargement of time to file an answer as to the remaining charges* (Kruly, Charles) (Entered: 05/04/2015) |

| | | |
|---|---|---|
| 05/04/2015 | 39 | *Unopposed* NOTICE of Motion by Charles Mark Kruly for presentment of motion for leave to file excess pages 38 before Honorable John Robert Blakey on 5/12/2015 at 09:45 AM. (Kruly, Charles) (Entered: 05/04/2015) |
| 05/05/2015 | 40 | MINUTE entry before the Honorable John Robert Blakey: Defendants' unopposed motion for leave to file an oversized brief in support of its partial motion to dismiss and for an enlargement of time to file an answer as to the remaining claims 38 is granted. In connection with the defendants' partial motion to dismiss, the parties may file briefs of up to 30 pages, and briefing is set as follows: defendants' partial motion to dismiss is to be filed by 6/1/15; plaintiff's response is due by 6/22/15; defendants' reply is due by 7/6/15. Defendants' answer will be due 21 days after the Court issues its decision on defendants' motion to dismiss. The 5/12/15 Notice of Motion date is stricken; the parties need not appear on that date. Mailed notice (gel, ) (Entered: 05/05/2015) |
| 05/07/2015 | 41 | MOTION by Movant White Oak Fund, LP to reassign case *Pursuant to Local Rule 40.4* (Attachments: # 1 Index of Exhibits (w/ Exhibits A-B))(Kanner, Steven) (Entered: 05/07/2015) |
| 05/07/2015 | 42 | NOTICE of Motion by Steven A Kanner for presentment of motion to reassign case 41 before Honorable John Robert Blakey on 5/21/2015 at 09:45 AM. (Kanner, Steven) (Entered: 05/07/2015) |
| 05/07/2015 | 43 | RESPONSE by US Commodity Futures Trading Commissionin Opposition to MOTION by Movant White Oak Fund, LP to reassign case *Pursuant to Local Rule 40.4* 41 , MOTION by Movant Richard Dennis to reassign case *Motion for a Finding of Relatedness* 21 , MOTION by Movant Henrik Christensen to reassign case 28 , MOTION by Plaintiff Harry Plossfor a Finding of Relatedness 10 , MOTION by Movant Budicak Inc.Motion for a Finding of Relatedness 35 (Smiley, Jennifer) (Entered: 05/07/2015) |
| 05/07/2015 | 44 | RESPONSE by Kraft Foods Group, Inc., Mondelez Global LLCin Opposition to MOTION by Movant Henrik Christensen to reassign case 28 , MOTION by Plaintiff Harry Plossfor a Finding of Relatedness 10 , MOTION by Movant White Oak Fund, LP to reassign case *Pursuant to Local Rule 40.4* 41 , MOTION by Movant Richard Dennis to reassign case *Motion for a Finding of Relatedness* 21 , MOTION by Movant Budicak Inc.Motion for a Finding of Relatedness 35 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Panos, Dean) (Entered: 05/07/2015) |
| 05/11/2015 | 45 | MINUTE entry before the Honorable John Robert Blakey: White Oak Fund, LP's motion for finding of relatedness 41 is entered and continued to 5/21/15 at 10:30 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 05/11/2015) |
| 05/14/2015 | 46 | NOTICE by Anthony F. Fata of Change of Address (Fata, Anthony) (Entered: 05/14/2015) |
| 05/14/2015 | 47 | MOTION by Movants Robert Wallace, Nathan Wallace, Kevin Brown, Joseph Caprino to reassign case *Pursuant to Local Rule 40.4* (Attachments: # 1 Index of Exhibits (with Exhibits A-B))(Kanner, Steven) (Entered: 05/14/2015) |
| 05/14/2015 | 48 | NOTICE of Motion by Steven A Kanner for presentment of motion to reassign case 47 before Honorable John Robert Blakey on 5/21/2015 at 09:45 AM. (Kanner, Steven) (Entered: 05/14/2015) |
| 05/14/2015 | 49 | REPLY by Movant Budicak Inc. to motion for miscellaneous relief 35 *Movant's Reply Memorandum in Support of Motion for Reassignment* (Fata, Anthony) (Entered: 05/14/2015) |
| 05/14/2015 | 50 | REPLY by Plaintiff Harry Ploss to motion to reassign case 21 , motion to reassign case |

| | | |
|---|---|---|
| | | 28 , motion for miscellaneous relief 10 (Lovell, Christopher) (Entered: 05/14/2015) |
| 05/15/2015 | 51 | MINUTE entry before the Honorable John Robert Blakey:The motions to reassign filed by White Oak Fund LP 41 and Robert Wallace, Nathan Wallace, Kevin Brown and Joseph Caprino 47 are entered and continued to 5/21/15 at 10:30 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 05/15/2015) |
| 05/19/2015 | 52 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to file instanter *surreply* (Attachments: # 1 Exhibit A)(Panos, Dean) (Entered: 05/19/2015) |
| 05/19/2015 | 53 | MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for leave to file instanter sur-reply 52 is granted. Defendants are directed to file the sur-reply as a separate docket entry. Mailed notice (gel, ) (Entered: 05/19/2015) |
| 05/19/2015 | 54 | SUR-REPLY by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to reply 50 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Panos, Dean) (Entered: 05/19/2015) |
| 05/21/2015 | 55 | MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held. For the reasons stated in open court, the Court finds that the following cases are related, as that term is defined in Local Rule 40.4(a): Ploss v. Kraft Foods Group, 15 C 2937; Dennis v. Kraft Foods Group, 15 C 3155; Christensen v. Kraft Foods Group, 15 C 3367; Budicak Inc. v. Kraft Foods Group, 15 C 3639; White Oak Fund v. Kraft Foods Group, 15 C 3517; and Wallace v. Kraft Foods Group, 15 C 4226. Nevertheless, the Court denies the motions for reassignment under Local Rule 40.4(b). For cases to be reassigned under this Rule, all of the enumerated criteria must be met. Here, they are not. First, consolidation of these cases is not likely to result in a substantial saving of judicial time and effort. On the contrary, although there is some overlap in terms of the parties and the issues involved, the CFTC seeks different relief than the private plaintiffs and alleges violations of different sections of the CEA than at least some of the plaintiffs. Indeed, there are significant differences even amongst the private plaintiff cases. Although all allege violations of the CEA, some also allege antitrust claims, while others do not; and some allege unjust enrichment claims and aiding and abetting claims, while others do not. The addition of these claims would significantly expand the scope of proceedings beyond the CFTC's claims. Additionally, the private plaintiff cases will all involve class action discovery and proceedings related to Rule 23. Again, there is a wide swing amongst the private plaintiff cases in terms of how the various classes are defined. The complaint filed in the Ploss case, for example, defines the class period narrowly, to include a period of two months, while some of the other complaints, including those filed in the Dennis, Christensen and Budicak cases, define the class period more broadly, to include a period of 11 years. But in all cases, class discovery and proceedings will no doubt be expansive, expensive and totally irrelevant to the case brought by the CFTC. Second, the Court is not persuaded that the cases are susceptible of disposition in a single proceeding. The most obvious issue is the fact that the private plaintiffs have all demanded a jury, and the CFTC has not. That fact, combined with the differences in the specific claims raised and the relief sought, persuades the Court that trying to combine the cases into a single proceeding would be impractical and problematic. Far from streamlining the proceedings, any reassignment and consolidation would actually complicate and confuse the different matters. For these reasons, the following motions seeking findings of relatedness and reassignment are denied: 10 in Ploss v. Kraft Foods Group, 15 C 2937; 21 in Dennis v. Kraft Foods Group, 15 C 3155; 28 in Christensen v. Kraft Foods Group, 15 C 3367; 35 in Budicak Inc. v. Kraft Foods Group, 15 C 3639; 41 in White Oak Fund v. Kraft Foods Group, 15 C 3517; and 47 in Wallace v. Kraft Foods Group, 15 C 4226. This case is set for a status hearing 6/29/15 at 9:45 a.m. in Courtroom 1725. At that time, the parties should be prepared to set case management dates, including discovery deadlines. Mailed notice (gel, ) (Entered: 05/21/2015) |

Case 1:19-cv-10151-LAK-OTW   Document 1-3   Filed 10/31/19   Page 15 of 50

| 06/01/2015 | 56 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *On Counts I and II of the Complaint* (Kaufman, Gregory) (Entered: 06/01/2015) |
|---|---|---|
| 06/01/2015 | 57 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of Motion to Dismiss for Failure to State a Claim 56 *on Counts I and II of the Complaint* (Kaufman, Gregory) (Entered: 06/01/2015) |
| 06/01/2015 | 58 | NOTICE of Filing Motion by Gregory S. Kaufman for presentment of (Kaufman, Gregory) Docket text modified on 6/2/2015 by Clerk's Office. (tlm). (Entered: 06/01/2015) |
| 06/02/2015 | 59 | MINUTE entry before the Honorable John Robert Blakey: Briefing on defendants' partial motion to dismiss 56 , as previously set by the Court, is as follows: plaintiff's response is due by 6/22/15 and defendants' reply is due by 7/6/15. On the Court's own motion, the 6/29/15 status hearing is stricken and reset to 7/16/15 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 06/02/2015) |
| 06/15/2015 | 60 | MOTION by Plaintiff US Commodity Futures Trading Commission for extension of time (Smiley, Jennifer) (Entered: 06/15/2015) |
| 06/15/2015 | 61 | NOTICE of Motion by Jennifer Ellen Smiley for presentment of extension of time 60 before Honorable John Robert Blakey on 6/18/2015 at 09:45 AM. (Smiley, Jennifer) (Entered: 06/15/2015) |
| 06/16/2015 | 62 | MINUTE entry before the Honorable John Robert Blakey: Plaintiff's unopposed motion for enlargement of time 60 is granted. Plaintiff's response to the pending motion to dismiss counts I and II of the complaint is now due 7/13/15, and defendants' reply in support of their motion to dismiss is now due 7/27/15. The 7/16/15 status hearing is stricken and reset to 8/13/15 at 9:45 a.m. in Courtroom 1725. Mailed notice (mb, ) (Entered: 06/16/2015) |
| 07/08/2015 | 63 | TRANSCRIPT OF PROCEEDINGS held on 05/21/15 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa Breiter (312) 818-6683 lisa_breiter@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 7/29/2015. Redacted Transcript Deadline set for 8/10/2015. Release of Transcript Restriction set for 10/6/2015. (Breiter, Lisa) (Entered: 07/08/2015) |
| 07/13/2015 | 64 | RESPONSE by US Commodity Futures Trading Commissionin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *On Counts I and II of the Complaint* 56 *and Incorporated Memorandum of Law* (Smiley, Jennifer) (Entered: 07/13/2015) |
| 07/14/2015 | 65 | Notice of New Authority by US Commodity Futures Trading Commission (Attachments: # 1 Exhibit A)(Smiley, Jennifer) (Entered: 07/14/2015) |
| 07/17/2015 | 66 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for extension of time to file response/reply (Kaufman, Gregory) (Entered: 07/17/2015) |
| 07/17/2015 | 67 | *Unopposed* NOTICE of Motion by Gregory S. Kaufman for presentment of motion for extension of time to file response/reply 66 before Honorable John Robert Blakey on |

| | | |
|---|---|---|
| | | 7/23/2015 at 09:45 AM. (Kaufman, Gregory) (Entered: 07/17/2015) |
| 07/20/2015 | 68 | MINUTE entry before the Honorable John Robert Blakey: Defendants' unopposed motion for enlargement of time to file their reply in support of their motion to dismiss 66 is granted. Defendants' reply is now due 8/19/15. The 7/23/15 Notice of Motion date is stricken; the parties need not appear. Additionally, the 8/13/15 status hearing is stricken and reset to 10/6/15 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 07/20/2015) |
| 07/23/2015 | 69 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10895447. (Karpoff, Timothy) (Entered: 07/23/2015) |
| 07/24/2015 | 70 | MINUTE entry before the Honorable John Robert Blakey: Attorney Timothy A. Karpoff's motion for leave to appear pro hac vice 69 is granted. Mailed notice (ntf, ) (Entered: 07/24/2015) |
| 08/19/2015 | 71 | REPLY by Kraft Foods Group, Inc., Mondelez Global LLC to response in opposition to motion 64 *to Dismiss Counts I and II of the Complaint* (Kruly, Charles) (Entered: 08/19/2015) |
| 09/03/2015 | 72 | Notice of New Authority by Kraft Foods Group, Inc., Mondelez Global LLC (Attachments: # 1 Exhibit)(Kruly, Charles) (Entered: 09/03/2015) |
| 09/29/2015 | 73 | REPORT of Rule 26(f) Planning Meeting (Kruly, Charles) (Entered: 09/29/2015) |
| 10/02/2015 | 74 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the 10/6/15 status hearing date is stricken and reset to 11/10/15 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 10/02/2015) |
| 10/09/2015 | 75 | WITHDRAWING *Aaron S. Furniss* as counsel for Defendants Kraft Foods Group, Inc., Mondelez Global LLC and substituting Gregory S. Kaufman as counsel of record (Kaufman, Gregory) (Entered: 10/09/2015) |
| 11/05/2015 | 76 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the 11/10/15 status hearing is stricken and reset to 12/17/15 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 11/05/2015) |
| 11/11/2015 | 77 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Kraft Foods Group, Inc. *and Updated F.R.C.P. 7.1 disclosure* (Kruly, Charles) (Entered: 11/11/2015) |
| 12/03/2015 | 78 | MOTION by Attorney Charles M. Kruly to withdraw as attorney for Kraft Foods Group, Inc., Mondelez Global LLC. No party information provided (Kruly, Charles) (Entered: 12/03/2015) |
| 12/03/2015 | 79 | NOTICE of Motion by Charles Mark Kruly for presentment of motion to withdraw as attorney 78 before Honorable John Robert Blakey on 12/10/2015 at 09:45 AM. (Kruly, Charles) (Entered: 12/03/2015) |
| 12/07/2015 | 80 | MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for leave to withdraw the appearance of Charles M. Kruly 78 is granted. The 12/10/15 Notice of Motion date is stricken; the parties need not appear. Mailed notice (gel, ) (Entered: 12/07/2015) |
| 12/08/2015 | 81 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Thomas Edward Quinn (Quinn, Thomas) (Entered: 12/08/2015) |
| 12/08/2015 | 82 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to withdraw *the appearance of Timothy A. Karpoff* (Panos, Dean) (Entered: 12/08/2015) |
| 12/08/2015 | 83 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to withdraw 82 |

| | | before Honorable John Robert Blakey on 12/15/2015 at 09:45 AM. (Panos, Dean) (Entered: 12/08/2015) |
|---|---|---|
| 12/10/2015 | 84 | MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for leave to withdraw the appearance of Timothy A. Karpoff 82 is granted. The 12/15/15 Notice of Motion date is stricken; the parties need not appear. Mailed notice (gel, ) (Entered: 12/10/2015) |
| 12/17/2015 | 85 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 12/17/2015. Defendant's motion to dismiss 56 remains under advisement. Plaintiff's answer shall be filed on or before 1/15/2016. Status hearing set for 1/19/2016 at 9:45 a.m. in Courtroom 1725. Parties should be prepared to set additional case management dates at the next status hearing. Mailed notice (gel, ) (Entered: 12/18/2015) |
| 12/18/2015 | 86 | MINUTE entry before the Honorable John Robert Blakey: As explained in the accompanying memorandum opinion and order, Defendants' motion to dismiss 56 is denied. This matter remains set for a status hearing on 1/19/2016 at 9:45 a.m. in Courtroom 1725. The parties should be prepared to set additional case management dates at that time. Mailed notice (gel, ) (Entered: 12/18/2015) |
| 12/18/2015 | 87 | MEMORANDUM Opinion and Order Signed by the Honorable John Robert Blakey on 12/18/2015. Mailed notice(gel, ) (Entered: 12/18/2015) |
| 01/15/2016 | 88 | *Defendants'* ANSWER to Complaint with Jury Demand by Kraft Foods Group, Inc., Mondelez Global LLC(Kaufman, Gregory) (Entered: 01/15/2016) |
| 01/19/2016 | 89 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 1/19/2016. Any motion for leave to file an immediate appeal shall be filed on 1/19/2016; response shall be filed on or before 2/2/2016; reply shall be filed on or before 2/9/2016. Rule 26(a)(1) disclosures shall be completed on or before 1/29/2016. Written discovery to issue on or before 7/15/2016. Status and hearing on motion for leave to appeal is set for 2/23/2016 at 9:45 a.m. in Courtroom 1725. Parties should be prepared to set and justify additional case management dates, including a close of fact discovery, at the next status hearing. Mailed notice (gel, ) (Entered: 01/19/2016) |
| 01/19/2016 | 90 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for certificate of appealability *for interlocutory appeal and stay proceedings* (Tsai, Stephen) (Entered: 01/19/2016) |
| 01/19/2016 | 91 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion for certificate of appealability 90 *for interlocutory appeal and stay proceedings* (Tsai, Stephen) (Entered: 01/19/2016) |
| 01/19/2016 | 92 | NOTICE by Kraft Foods Group, Inc., Mondelez Global LLC re MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for certificate of appealability *for interlocutory appeal and stay proceedings* 90 , memorandum in support of motion 91 *for interlocutory appeal and stay proceedings* (Tsai, Stephen) (Entered: 01/19/2016) |
| 02/02/2016 | 93 | RESPONSE by US Commodity Futures Trading Commissionin Opposition to MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for certificate of appealability *for interlocutory appeal and stay proceedings* 90 (Smiley, Jennifer) (Entered: 02/02/2016) |
| 02/03/2016 | 94 | MOTION by Plaintiff US Commodity Futures Trading Commission to strike *Affirmative Defenses* (Attachments: # 1 Certificate of Service Notice of Motion and Certificate of Service)(Gradman, Susan) (Entered: 02/03/2016) |
| 02/03/2016 | 95 | MOTION by Plaintiff US Commodity Futures Trading Commission to strike MOTION by Plaintiff US Commodity Futures Trading Commission to strike *Affirmative Defenses* |

| | 94 | *Memorandum In Support* (Gradman, Susan) (Entered: 02/03/2016) |
|---|---|---|
| 02/08/2016 | 96 | MINUTE entry before the Honorable John Robert Blakey: The parties' agreed telephonic motion for a briefing schedule on Plaintiff's motion to strike 94 is granted in part and denied in part as follows: the Defendants shall file their response on or before 2/17/16, and the Plaintiff shall file its reply on or before 2/29/16. With regard to the Defendants' motion for interlocutory appeal 90 , the Defendants shall file their reply brief, if any, on or before 2/17/16. The notice of motion date set for 2/11/16 is stricken, the parties need not appear at that time. The status hearing previously set in this matter for 2/23/16 is stricken and reset for 3/10/16 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) Modified on 2/8/2016 (gel, ). (Entered: 02/08/2016) |
| 02/17/2016 | 97 | REPLY by Kraft Foods Group, Inc., Mondelez Global LLC to response in opposition to motion, 93 *for certificate of appealability for interlocutory appeal and stay proceedings* (Tsai, Stephen) (Entered: 02/17/2016) |
| 02/17/2016 | 98 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in Opposition to motion to strike 94 *Affirmative Defenses* (Tsai, Stephen) (Entered: 02/17/2016) |
| 02/29/2016 | 99 | REPLY by US Commodity Futures Trading Commission to memorandum in opposition to motion 98 *to strike affirmative defenses* (Gradman, Susan) (Entered: 02/29/2016) |
| 03/10/2016 | 100 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 3/10/2016. Plaintiff's motion to strike affirmative defenses 94 is taken under advisement. Defendant's motion for certificate of appealability for interlocutory appeal and stay proceedings 90 is taken under advisement. Additional case management dates shall be set in a future order. Mailed notice (gel, ) (Entered: 03/10/2016) |
| 03/11/2016 | 101 | TRANSCRIPT OF PROCEEDINGS held on 03/10/16 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 4/1/2016. Redacted Transcript Deadline set for 4/11/2016. Release of Transcript Restriction set for 6/9/2016. (Breiter, Lisa) (Entered: 03/11/2016) |
| 05/09/2016 | 102 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for protective order (Attachments: # 1 Exhibit A - Agreed Confidentiality Order, # 2 Exhibit B - Redline of Agreed Confidentiality Order)(Tsai, Stephen) (Entered: 05/09/2016) |
| 05/09/2016 | 103 | NOTICE of Motion by Stephen Thomas Tsai for presentment of (Tsai, Stephen) (Entered: 05/09/2016) |
| 05/10/2016 | 104 | NOTICE of Motion by Stephen Thomas Tsai for presentment of motion for protective order 102 before Honorable John Robert Blakey on 5/24/2016 at 09:45 AM. (Tsai, Stephen) (Entered: 05/10/2016) |
| 05/11/2016 | 105 | MINUTE entry before the Honorable John Robert Blakey: The parties' joint motion to issue agreed confidentiality order 102 is granted. Enter Agreed Confidentiality Order. The 5/24/16 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 05/11/2016) |
| 05/11/2016 | 106 | AGREED CONFIDENTIALITY ORDER Signed by the Honorable John Robert Blakey on 5/11/2016. Mailed notice(gel, ) (Entered: 05/11/2016) |
| 06/06/2016 | 107 | TRANSCRIPT OF PROCEEDINGS held on 04/21/15 before the Honorable John Robert |

| | | |
|---|---|---|
| | | Blakey. Court Reporter Contact Information: Lisa Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2016. Redacted Transcript Deadline set for 7/7/2016. Release of Transcript Restriction set for 9/5/2016. (Breiter, Lisa) (Entered: 06/06/2016) |
| 06/06/2016 | 108 | TRANSCRIPT OF PROCEEDINGS held on 12/17/15 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2016. Redacted Transcript Deadline set for 7/7/2016. Release of Transcript Restriction set for 9/5/2016. (Breiter, Lisa) (Entered: 06/06/2016) |
| 06/06/2016 | 109 | TRANSCRIPT OF PROCEEDINGS held on 01/19/16 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2016. Redacted Transcript Deadline set for 7/7/2016. Release of Transcript Restriction set for 9/5/2016. (Breiter, Lisa) (Entered: 06/06/2016) |
| 07/08/2016 | 110 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for extension of time to complete discovery *Joint Motion* (Tsai, Stephen) (Entered: 07/08/2016) |
| 07/08/2016 | 111 | NOTICE of Motion by Stephen Thomas Tsai for presentment of motion for extension of time to complete discovery 110 before Honorable John Robert Blakey on 7/14/2016 at 09:45 AM. (Tsai, Stephen) (Entered: 07/08/2016) |
| 07/08/2016 | 112 | MINUTE entry before the Honorable John Robert Blakey:The parties' joint motion to extend written discovery 110 is granted. Written discovery shall be completed 45 days after the Court issues its ruling on Defendants' motion seeking a certificate of appealability. The 7/14/16 Notice of Motion date is stricken, and the parties need not appear. (rbf, ) (Entered: 07/08/2016) |
| 07/18/2016 | 113 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Michael David Frisch (Frisch, Michael) (Entered: 07/18/2016) |

| 07/19/2016 | 114 | MINUTE entry before the Honorable John Robert Blakey:As explained in the accompanying memorandum opinion and order, Defendants' motion for interlocutory appeal and stay 90 is denied, and Plaintiff's motion to strike affirmative defenses, 94 95 , is granted. Enter Order. All of Defendants' affirmative defenses are hereby stricken. Pursuant to the Court's July 8, 2016 minute order, 112 , the close of written discovery is hereby reset for September 8, 2016. This matter is set for a status hearing at 9:45 a.m., on September 8, 2016 in Courtroom 1725. The parties should come prepared to set additional case management dates at the next status date. Mailed notice (gel, ) (Entered: 07/19/2016) |
|---|---|---|
| 07/19/2016 | 115 | MEMORANDUM Opinion and Order Signed by the Honorable John Robert Blakey on 7/19/2016. Mailed notice(gel, ) (Entered: 07/19/2016) |
| 07/20/2016 | 116 | MOTION by Attorney Jennifer E. Smiley to withdraw as attorney for US Commodity Futures Trading Commission. No party information provided (Smiley, Jennifer) (Entered: 07/20/2016) |
| 07/21/2016 | 117 | MINUTE entry before the Honorable John Robert Blakey: Motion by attorney Jennifer E. Smiley to withdraw as attorney for U.S. Commodity Futures Trading Commission 116 is granted. Mailed notice (gel, ) (Entered: 07/21/2016) |
| 09/08/2016 | 118 | TRANSCRIPT OF PROCEEDINGS held on 09/08/16 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/29/2016. Redacted Transcript Deadline set for 10/10/2016. Release of Transcript Restriction set for 12/7/2016. (Breiter, Lisa) (Entered: 09/08/2016) |
| 09/08/2016 | 119 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 9/8/2016 and continued to 6/7/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 09/08/2016) |
| 11/17/2016 | 120 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to amend/correct protective order 106 *Joint Motion* (Tsai, Stephen) (Entered: 11/17/2016) |
| 11/17/2016 | 121 | NOTICE of Motion by Stephen Thomas Tsai for presentment of motion to amend/correct, motion for relief 120 before Honorable John Robert Blakey on 11/29/2016 at 09:45 AM. (Tsai, Stephen) (Entered: 11/17/2016) |
| 11/18/2016 | 122 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to amend/correct protective order 106 *(Corrected Joint Motion)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Panos, Dean) (Entered: 11/18/2016) |
| 11/18/2016 | 123 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to amend/correct, motion for relief 122 before Honorable John Robert Blakey on 11/29/2016 at 09:45 AM. (Panos, Dean) (Entered: 11/18/2016) |
| 11/21/2016 | 124 | MINUTE entry before the Honorable John Robert Blakey: The parties' corrected joint motion to amend confidentiality order 122 is granted. Enter Agreed Amended Confidentiality Order. The 11/29/16 Notice of Motion date is stricken, and the parties |

| | | |
|---|---|---|
| | | need not appear. The parties' motion to amend 120 is denied as moot. Mailed notice (gel, ) (Entered: 11/21/2016) |
| 11/21/2016 | 125 | AGREED AMENDED CONFIDENTIALITY ORDER Signed by the Honorable John Robert Blakey on 11/21/2016. Mailed notice(gel, ) (Entered: 11/21/2016) |
| 01/06/2017 | 126 | MOTION by Attorney Stephen T. Tsai to withdraw as attorney for Kraft Foods Group, Inc., Mondelez Global LLC. No party information provided (Tsai, Stephen) (Entered: 01/06/2017) |
| 01/06/2017 | 127 | NOTICE of Motion by Stephen Thomas Tsai for presentment of motion to withdraw as attorney 126 before Honorable John Robert Blakey on 1/17/2017 at 09:45 AM. (Tsai, Stephen) (Entered: 01/06/2017) |
| 01/09/2017 | 128 | MINUTE entry before the Honorable John Robert Blakey: Stephen T. Tsai's motion to withdraw as attorney 126 is granted. Motion hearing set for 1/17/2017 is stricken. Mailed notice (gel, ) (Entered: 01/09/2017) |
| 01/13/2017 | 129 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12746950. (Raden, Laura) (Entered: 01/13/2017) |
| 01/13/2017 | 130 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12746968. (Raden, Laura) (Entered: 01/13/2017) |
| 01/17/2017 | 131 | MINUTE entry before the Honorable John Robert Blakey: Laura Kathryn Raden's motions for leave to appear pro hac vice 129 and 130 are granted. Mailed notice (gel, ) (Entered: 01/17/2017) |
| 04/07/2017 | 132 | MOTION by Plaintiff US Commodity Futures Trading Commission for issuance of letters rogatory (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Frisch, Michael) (Entered: 04/07/2017) |
| 04/07/2017 | 133 | NOTICE of Motion by Michael David Frisch for presentment of motion for issuance of letters rogatory 132 before Honorable John Robert Blakey on 4/13/2017 at 09:45 AM. (Frisch, Michael) (Entered: 04/07/2017) |
| 04/10/2017 | 134 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *Compliance with the Subpoena Duces Tecum Issued to Bunche North America, Inc.* (Panos, Dean) (Docket Text Modified on 4/11/2017 by Clerk's Office)(eaa, ). (Entered: 04/10/2017) |
| 04/10/2017 | 135 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS MOTION TO COMPEL* (Attachments: # 1 Exhibit 1 (Unredacted), # 2 Exhibit 2 (Unredacted))(Panos, Dean) (Entered: 04/10/2017) |
| 04/10/2017 | 136 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion to compel 134 *(Public)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Panos, Dean) (Docket Text Modified on 4/11/2017 by Clerk's Office) (eaa, ). (Entered: 04/10/2017) |
| 04/10/2017 | 137 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to compel 134 before Honorable John Robert Blakey on 4/13/2017 at 09:45 AM. (Panos, Dean) (Entered: 04/10/2017) |
| 04/12/2017 | 138 | MINUTE entry before the Honorable John Robert Blakey: Defendant Kraft Foods Group, Inc.'s unopposed oral motion to reset the hearing on it's Motion To Compel Compliance With the Subpoena Duces Tecum Issued to Bunche North America, Inc. 134 is granted, and the hearing on Kraft's motion is reset for 4/20/2017 at 9:45 a.m. in Courtroom 1725. The motion hearing on Plaintiff U.S. Commodity Futures Trading Commission's Motion |

| | | |
|---|---|---|
| | | For Issuance Of A Commission And Letter Rogatory 132 previously set for 4/13/2017 at 9:45 a.m. in Courtroom 1725 to stand. Mailed notice (gel, ) (Entered: 04/12/2017) |
| 04/13/2017 | 144 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/13/2017. Plaintiff's motion for issuance of letters rogatory 132 is granted as stated in open court. Plaintiff shall submit a proposed order to this Court's inbox as stated in open court. Status hearing previously set for 4/20/2017, to stand. Mailed notice (gel, ) (Entered: 04/17/2017) |
| 04/14/2017 | 139 | TRANSCRIPT OF PROCEEDINGS held on 04/13/17 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 5/5/2017. Redacted Transcript Deadline set for 5/15/2017. Release of Transcript Restriction set for 7/13/2017. (Breiter, Lisa) (Entered: 04/14/2017) |
| 04/17/2017 | 140 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *compliance with the subpoena duces tecum issued to Bunge North America, Inc. (Amended)* (Panos, Dean) (Entered: 04/17/2017) |
| 04/17/2017 | 141 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion to compel 140 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Panos, Dean) (Entered: 04/17/2017) |
| 04/17/2017 | 142 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC */Memorandum in Support of Defendants' Amended Motion to Compel Compliance 140* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Panos, Dean) (Entered: 04/17/2017) |
| 04/17/2017 | 143 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to compel 140 before Honorable John Robert Blakey on 4/20/2017 at 09:45 AM. (Panos, Dean) (Entered: 04/17/2017) |
| 04/18/2017 | 149 | COMMISSION Signed by the Honorable John Robert Blakey on 4/18/2017. Mailed notice (cc, ) (Entered: 04/21/2017) |
| 04/19/2017 | 145 | NOTICE OF AGREEMENT by Kraft Foods Group, Inc., Mondelez Global LLC *REGARDING 140 AMENDED MOTION TO COMPEL FILED BY DEFENDANTS AGAINST BUNGE NORTH AMERICA, INC.* (Panos, Dean) (Entered: 04/19/2017) |
| 04/20/2017 | 146 | MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of the Notice of Agreement Regarding Amended Motion to Compel Filed By Defendants Against Bunge North America, Inc. 145 . In light of the parties' representations, Kraft's amended motion to compel 140 is denied as moot. The status hearing previously set for 4/20/2017 at 9:45 a.m. in Courtroom 1725 to stand, though counsel for Bunge North America, Inc. need not appear. Mailed notice (gel, ) (Entered: 04/20/2017) |
| 04/20/2017 | 147 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/20/2017. Defendant's motion to compel 134 is denied as moot. Fact discovery shall be completed on or before 9/27/2017. Status hearing set for 9/27/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 04/20/2017) |

| | | |
|---|---|---|
| 04/20/2017 | 148 | TRANSCRIPT OF PROCEEDINGS held on 04/20/17 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 5/11/2017. Redacted Transcript Deadline set for 5/22/2017. Release of Transcript Restriction set for 7/19/2017. (Breiter, Lisa) (Entered: 04/20/2017) |
| 04/26/2017 | | Letters of Rogatory issued to Michael Frisch, Trial Attorney, Division of Enforcement of Commodity Futures Trading Commission. (gel, ) (Entered: 04/26/2017) |
| 05/08/2017 | 150 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *Responses to Defendants' First Set of Interrogatories* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Panos, Dean) (Entered: 05/08/2017) |
| 05/08/2017 | 151 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to compel 150 before Honorable John Robert Blakey on 5/11/2017 at 09:45 AM. (Panos, Dean) (Entered: 05/08/2017) |
| 05/11/2017 | 152 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 5/11/2017. Defendant's motion to compel 150 is briefed as follows: response shall be filed on or before 6/1/2017; reply shall be filed on or before 6/8/2017. Motion hearing set for 6/15/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 05/11/2017) |
| 05/31/2017 | 153 | RESPONSE by US Commodity Futures Trading Commissionin Opposition to MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *Responses to Defendants' First Set of Interrogatories* 150 (Frisch, Michael) (Entered: 05/31/2017) |
| 06/05/2017 | 154 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *plaintiff to produce documents* (Panos, Dean) (Entered: 06/05/2017) |
| 06/05/2017 | 155 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC *MEMORANDUM OF POINTS AND AUTHORITIES in support of Defendants' Motion to Compel* (Attachments: # 1 Exhibit, # 2 Exhibit Under Seal, # 3 Exhibit Under Seal, # 4 Exhibit, # 5 Exhibit Under Seal, # 6 Exhibit Under Seal, # 7 Exhibit Under Seal, # 8 Exhibit Under Seal, # 9 Exhibit, # 10 Exhibit Under Seal, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit Under Seal)(Panos, Dean) (Entered: 06/05/2017) |
| 06/05/2017 | 156 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion to compel 154 *(public)* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Panos, Dean) (Entered: 06/05/2017) |
| 06/05/2017 | 157 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to compel 154 before Honorable John Robert Blakey on 6/8/2017 at 09:45 AM. (Panos, Dean) (Entered: 06/05/2017) |
| 06/08/2017 | 158 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 6/8/2017. Defendant's motion to compel 154 is briefed as follows: response shall be filed on or before 7/10/2017; reply shall be filed on or before 7/20/2017. Motion hearing previously set for 6/15/2017, to stand. Additional motion hearing set for 7/25/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice (gel, ) (Entered: 06/08/2017) |
| 06/08/2017 | 159 | REPLY by Kraft Foods Group, Inc., Mondelez Global LLC to response in opposition to |

| | | |
|---|---|---|
| | | motion 153 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Panos, Dean) (Entered: 06/08/2017) |
| 06/15/2017 | 160 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held regarding Defendant's Motion to Compel 150. For the reasons stated in open court, Defendant's Motion to Compel 150 is granted, and Plaintiff's counsel shall provide revised discovery responses within 30 days. Counsel reported on the status of discovery and advised they are on track to meet the 9/27/2017 cutoff date. Additional motion hearing date of 7/25/2017 at 9:45 a.m. in Courtroom 1725 to stand. Mailed notice (gel, ) (Entered: 06/16/2017) |
| 06/22/2017 | 161 | TRANSCRIPT OF PROCEEDINGS held on 06/15/2017 before the Honorable John Robert Blakey. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, F/CRR, Official Court Reporter. 312.702.8865. judith_walsh@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/13/2017. Redacted Transcript Deadline set for 7/24/2017. Release of Transcript Restriction set for 9/20/2017. (Walsh, Judy) (Entered: 06/22/2017) |
| 07/10/2017 | 162 | RESPONSE by US Commodity Futures Trading Commissionin Opposition to MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel *plaintiff to produce documents* 154 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gradman, Susan) (Entered: 07/10/2017) |
| 07/17/2017 | 163 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by James L. Thompson (Thompson, James) (Entered: 07/17/2017) |
| 07/17/2017 | 164 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel (Thompson, James) (Entered: 07/17/2017) |
| 07/17/2017 | 165 | NOTICE of Motion by James L. Thompson for presentment of motion to compel 164 before Honorable John Robert Blakey on 7/20/2017 at 09:45 AM. (Thompson, James) (Entered: 07/17/2017) |
| 07/17/2017 | 166 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion to compel 164 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Thompson, James) (Entered: 07/17/2017) |
| 07/17/2017 | 167 | SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC (Thompson, James) (Entered: 07/17/2017) |
| 07/17/2017 | 168 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to seal document SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC 167 *Memorandum in Support of*, SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit) (Thompson, James) (Entered: 07/17/2017) |
| 07/19/2017 | 169 | ATTORNEY Appearance for Unknown Archer Daniels Midland Company by William John Nissen (Nissen, William) (Entered: 07/19/2017) |
| 07/19/2017 | 170 | ATTORNEY Appearance for Unknown Archer Daniels Midland Company by Angelo Joseph Suozzi (Suozzi, Angelo) (Entered: 07/19/2017) |

| 07/20/2017 | 171 | SEALED REPLY by Kraft Foods Group, Inc., Mondelez Global LLC to response in opposition to motion, 162 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Panos, Dean) (Entered: 07/20/2017) |
|---|---|---|
| 07/20/2017 | 172 | REPLY by Kraft Foods Group, Inc., Mondelez Global LLC to response in opposition to motion, 162 *[REDACTED PUBLIC VERSION]* (Panos, Dean) (Entered: 07/20/2017) |
| 07/20/2017 | 173 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 7/20/2017. Defendant's motion to seal document 168 is granted without objection. Defendant's motion to compel 164 is briefed as follows: response shall be filed on or before 8/15/2017. Motion hearing set for 8/17/2017 at 9:45 a.m. in Courtroom 1725. Parties are to meet and confer regarding protective order issue. Mailed notice (gel, ) (Entered: 07/24/2017) |
| 07/25/2017 | 174 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 7/25/2017. Defendant's motion to compel 154 is granted in part and denied in part as stated in open court. Plaintiff shall submit an updated privilege log, as well the documents referenced in open court, to Chambers for an in-camera review on or before 8/1/2017. Motion hearing set for 8/17/2017, to stand. Mailed notice (gel, ) (Entered: 07/25/2017) |
| 08/01/2017 | 175 | TRANSCRIPT OF PROCEEDINGS held on 07/25/17 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/22/2017. Redacted Transcript Deadline set for 9/1/2017. Release of Transcript Restriction set for 10/30/2017. (Breiter, Lisa) (Entered: 08/01/2017) |
| 08/03/2017 | 176 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLCOrder Allowing Disclosure of Confidential material to Non-Party ADM (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Thompson, James) (Entered: 08/03/2017) |
| 08/03/2017 | 177 | NOTICE of Motion by James L. Thompson for presentment of motion for miscellaneous relief 176 before Honorable John Robert Blakey on 8/8/2017 at 09:45 AM. (Thompson, James) (Entered: 08/03/2017) |
| 08/03/2017 | 178 | SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Thompson, James) (Entered: 08/03/2017) |
| 08/04/2017 | 179 | MINUTE entry before the Honorable John Robert Blakey:Defendants' motion for an order permitting disclosure of highly confidential non-party document pursuant to the agreed amended confidentiality order 176 , 178 is granted. Enter Order. The 8/8/17 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 08/04/2017) |
| 08/04/2017 | 180 | ORDER PERMITTING NON-PARTY ADM AND ADM COUNSEL TO REVIEW HIGHLY CONFIDENTIAL INFORMATION PRODUCED BY NON-PARTY THE ANDERSONS, SUBJECT TO THE AMENDED AGREED CONFIDENTIALITY ORDER Signed by the Honorable John Robert Blakey on 8/4/2017. Mailed notice(gel, ) (Entered: 08/04/2017) |

| | | |
|---|---|---|
| 08/15/2017 | 181 | RESPONSE by Archer Daniels Midland Companyin Opposition to MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to compel 164 (Attachments: # 1 Exhibit)(Nissen, William) (Entered: 08/15/2017) |
| 08/17/2017 | 182 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 8/17/2017. Defendant's motion to compel 164 is entered and continued to 8/31/2017 at 10:00 a.m. in Courtroom 1725. Parties should meet and confer as to the motion to compel, and submit a status report to Chambers, on or before noon on 8/30/2017. Defendant's motion to compel 167 is granted in part, and denied in part, as stated in open court. Mailed notice (gel, ) (Entered: 08/17/2017) |
| 08/18/2017 | 183 | TRANSCRIPT OF PROCEEDINGS held on 08/17/17 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/8/2017. Redacted Transcript Deadline set for 9/18/2017. Release of Transcript Restriction set for 11/16/2017. (Breiter, Lisa) (Entered: 08/18/2017) |
| 08/24/2017 | 184 | MOTION by Plaintiff US Commodity Futures Trading Commission for Leave to Appear Pro Hac Vice (Chopra, Neel) (Docket Text Modified on 8/24/2017 by Clerk's Office) (eaa, ). (Entered: 08/24/2017) |
| 08/25/2017 | 185 | MINUTE entry before the Honorable John Robert Blakey: Plaintiff's motion for leave to appear pro hac vice 184 is granted. Mailed notice (gel, ) (Entered: 08/25/2017) |
| 08/30/2017 | 186 | STATUS Report *Joint Status Report on Results of Meet and Confer Concerning Kraft's Motion to Compel Directed at Non-Party ADM* by Kraft Foods Group, Inc., Mondelez Global LLC (Thompson, James) (Entered: 08/30/2017) |
| 08/31/2017 | 187 | SUPPLEMENT to status report 186 *Kraft Supplement to Joint Status Report* (Thompson, James) (Entered: 08/31/2017) |
| 08/31/2017 | 191 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 8/31/17 and continued to 10/18/17 at 9:45 a.m. in Courtroom 1203. As stated in open court on 8/31/17, the status hearing previously set for 9/27/17 (and then reset for 10/4/17) is stricken. The 10/18/17 status hearing, set in open court on 8/31/17, stands. The Court will issue a written order in advance of the next court date. Mailed notice (gel, ) (Entered: 09/29/2017) |
| 09/01/2017 | 188 | RESPONSE by Unknown Archer Daniels Midland Company to supplement 187 (Nissen, William) (Entered: 09/01/2017) |
| 09/08/2017 | 189 | TRANSCRIPT OF PROCEEDINGS held on 08/31/17 before the Honorable John Robert Blakey. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at |

| | | |
|---|---|---|
| | | www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/29/2017. Redacted Transcript Deadline set for 10/10/2017. Release of Transcript Restriction set for 12/7/2017. (Breiter, Lisa) (Entered: 09/08/2017) |
| 09/11/2017 | 190 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the status hearing set for 9/27/2017 is reset for 10/4/2017 at 9:45 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 09/11/2017) |
| 10/17/2017 | 192 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the status hearing previously set for 10/18/17 is stricken and reset for 11/1/17 at 9:45 a.m. in Courtroom 1203. Kraft's motion to compel 164 remains under advisement, and the Court will rule by mail. The parties should be prepared at the next court date to set a firm discovery cutoff and additional case management dates, including a dispositive motion schedule and a trial date. Mailed notice (gel, ) (Entered: 10/17/2017) |
| 10/20/2017 | 193 | MINUTE entry before the Honorable John Robert Blakey: Defendants' Motion to Compel 164 is granted in part and denied in part. Specifically, as to each discovery category listed in the Joint Status Report 186 , the Court rules as follows. As to Category 1, ADM shall produce a complete set of "Future/Hedge Reports" reflecting its daily futures positions for June 1, 2011 to December 31, 2011, on a corporate-wide basis, rather than limited only to the Toledo or Ottawa warehouses, and shall also produce any similar summary records of its futures trades related to the Toledo area (including the Toledo or Ottawa warehouses), and relating to its cash prices in the Toledo area. The Court is not ordering production, however, of any other independent materials detailing actual specific trades, dates, prices, and or volume of such trades. As to Category 2, the request to compel is denied as moot based upon the representation of the parties regarding the agreed production. As to Category 3, ADM shall produce its weekly reports or other summary materials regarding the deliverable and non-deliverable stocks of wheat for June 1, 2011 to December 31, 2011, on a corporate-wide basis, however, the Court is not ordering production of any of the other independent materials otherwise detailing the specifics of any underlying transactions. As to Category 4 (non-email), the request to compel is denied as moot based upon the representation of the parties regarding the agreed production. As to Category 4 (emails), Category 5, and Category 6, the request to compel is denied without prejudice. The status hearing date previously set for 9:45 a.m., on 11/1/2017 in Courtroom 1203, stands. Mailed notice (vcf, ) (Entered: 10/20/2017) |
| 11/01/2017 | 194 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 11/1/2017. Case set for a case management conference on 11/15/2017 at 10:15 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 11/01/2017) |
| 11/01/2017 | 195 | TRANSCRIPT OF PROCEEDINGS held on 11/01/17 before the Honorable John Robert Blakey. Order Number: 28853. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/22/2017. Redacted Transcript Deadline set for 12/4/2017. Release of Transcript Restriction set for 1/30/2018. (Breiter, Lisa) (Entered: 11/01/2017) |
| 11/15/2017 | 196 | MINUTE entry before the Honorable John Robert Blakey: Case management conference |

| | | held on 11/15/2017. Enter Case Management Order. Jury trial set for 3/4/2019 at 10:30 a.m. in Courtroom 1203. The parties shall carefully review the case management order for additional dates, deadlines and information. Mailed notice (gel, ) (Entered: 11/16/2017) |
|---|---|---|
| 11/15/2017 | 197 | CASE MANAGEMENT ORDER Signed by the Honorable John Robert Blakey on 11/15/2017. Mailed notice(gel, ) (Entered: 11/16/2017) |
| 12/12/2017 | 198 | TRANSCRIPT OF PROCEEDINGS held on 11/15/17 before the Honorable John Robert Blakey. Order Number: 29179. Court Reporter Contact Information: Lisa H. Breiter lisa_breiter@ilnd.uscourts.gov (312) 818-6683.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/2/2018. Redacted Transcript Deadline set for 1/12/2018. Release of Transcript Restriction set for 3/12/2018. (Breiter, Lisa) (Entered: 12/12/2017) |
| 01/22/2018 | 199 | MOTION by Plaintiff US Commodity Futures Trading Commission to stay *deadlines* (Frisch, Michael) (Entered: 01/22/2018) |
| 01/23/2018 | 200 | MINUTE entry before the Honorable John Robert Blakey: Oral request to withdraw Plaintiff's motion to stay deadlines 199 is granted and the motion is withdrawn. Mailed notice (gel, ) (Entered: 01/23/2018) |
| 02/07/2018 | 201 | MINUTE entry before the Honorable John Robert Blakey: Final discovery status held on 2/7/2018. All other previously set dates to stand. Mailed notice (gel, ) (Entered: 02/07/2018) |
| 03/01/2018 | 202 | MOTION by Plaintiff US Commodity Futures Trading Commission to compel *production of transcripts and exhibits* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gradman, Susan) (Entered: 03/01/2018) |
| 03/01/2018 | 203 | NOTICE of Motion by Susan J. Gradman for presentment of motion to compel 202 before Honorable John Robert Blakey on 3/8/2018 at 09:45 AM. (Gradman, Susan) (Entered: 03/01/2018) |
| 03/08/2018 | 204 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/8/2018. Plaintiff's motion to compel 202 is briefed as follows: response shall be filed on or before 3/15/201; motion hearing set for 3/20/2018 at 9:45 a.m. in Courtroom 1203. All other deadlines and hearings to stand. Mailed notice (gel, ) (Entered: 03/08/2018) |
| 03/15/2018 | 205 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in Opposition to motion to compel 202 (Attachments: # 1 Exhibit 1)(Panos, Dean) (Entered: 03/15/2018) |
| 03/20/2018 | 206 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/20/2018. Plaintiff's motion to compel 202 is denied as moot based on the agreement of the parties. All other deadlines and hearings to stand. Mailed notice (gel, ) (Entered: 03/21/2018) |
| 04/26/2018 | 207 | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Stephanie Lynn Reinhart (Reinhart, Stephanie) (Entered: 04/26/2018) |
| 04/27/2018 | 208 | TRANSCRIPT OF PROCEEDINGS held on March 20, 2018, before the Honorable John Robert Blakey. Order Number: 30327. Court Reporter Contact Information: Laura |

LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 5/18/2018. Redacted Transcript Deadline set for 5/29/2018. Release of Transcript Restriction set for 7/26/2018. (Lacien, Laura) (Entered: 04/27/2018)

| 07/12/2018 | 209 | ATTORNEY Appearance for Defendants Kraft Foods Group, Inc., Mondelez Global LLC by Daniel Thomas Fenske (Fenske, Daniel) (Entered: 07/12/2018) |
| --- | --- | --- |
| 09/14/2018 | 210 | MOTION by Plaintiff US Commodity Futures Trading Commission for summary judgment *on Counts III and IV* (Frisch, Michael) (Entered: 09/14/2018) |
| 09/14/2018 | 211 | MEMORANDUM by US Commodity Futures Trading Commission in support of motion for summary judgment 210 *on Counts III and IV (Public Version)* (Attachments: # 1 Appendix A)(Frisch, Michael) (Entered: 09/14/2018) |
| 09/14/2018 | 212 | SEALED DOCUMENT by Plaintiff US Commodity Futures Trading Commission *Memorandum in Support of Motion for Summary Judgment on Counts III and IV (Unredacted)* (Attachments: # 1 Appendix A)(Frisch, Michael) (Entered: 09/14/2018) |
| 09/14/2018 | 213 | SEALED DOCUMENT by Plaintiff US Commodity Futures Trading Commission *Statement of Facts in Support of Motion for Summary Judgment on Counts III and IV* (Attachments: # 1 Table of Contents, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15 (Part 1), # 17 Exhibit 15 (Part 2), # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23)(Frisch, Michael) (Entered: 09/14/2018) |
| 09/14/2018 | 214 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages - *Defendants' Unopposed Motion for Leave to File an Oversize Brief And For Additional Local Rule 56.1 Statements of Undisputed Material Fact in Support of Their Motion for Summary Judgment* (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | 215 | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Memorandum of Law* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages - *Defendants' Unopposed Motion for Leave to File an Oversize Brief And For Additional Local Rule 56.1 Statements of Undisputed Material Fact in Sup* 214 (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | 216 | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit B - Rule 56.1 Statement* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages - *Defendants' Unopposed Motion for Leave to File an Oversize Brief And For Additional Local Rule 56.1 Statements of Undisputed Material Fact in Sup* 214 (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | 217 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file excess pages, 214 before Honorable John Robert Blakey on 9/20/2018 at 09:45 AM. (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | 218 | MOTION by Defendants Mondelez Global LLC, Kraft Foods Group, Inc. for summary |

| | | judgment (Panos, Dean) (Entered: 09/14/2018) |
|---|---|---|
| 09/14/2018 | [219](#) | NOTICE by Kraft Foods Group, Inc., Mondelez Global LLC re MOTION by Defendants Mondelez Global LLC, Kraft Foods Group, Inc. for summary judgment [218](#) - *Notice of Filing* (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [220](#) | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Declaration of Thomas E. Quinn in Support of Defendants' Motion for Summary Judgment and Defendants' Rule 56.1 Statement of Undisputed Material Facts* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22, # [23](#) Exhibit 23, # [24](#) Exhibit 24, # [25](#) Exhibit 25, # [26](#) Exhibit 26, # [27](#) Exhibit 27, # [28](#) Exhibit 28, # [29](#) Exhibit 29, # [30](#) Exhibit 30, # [31](#) Exhibit 31, # [32](#) Exhibit 32, # [33](#) Exhibit 33, # [34](#) Exhibit 34, # [35](#) Exhibit 35, # [36](#) Exhibit 36, # [37](#) Exhibit 37, # [38](#) Exhibit 38, # [39](#) Exhibit 39, # [40](#) Exhibit 40, # [41](#) Exhibit 41, # [42](#) Exhibit 42, # [43](#) Exhibit 43, # [44](#) Exhibit 44, # [45](#) Exhibit 45, # [46](#) Exhibit 46, # [47](#) Exhibit 47, # [48](#) Exhibit 48, # [49](#) Exhibit 49, # [50](#) Exhibit 50, # [51](#) Exhibit 51, # [52](#) Exhibit 52, # [53](#) Exhibit 53, # [54](#) Exhibit 54, # [55](#) Exhibit 55, # [56](#) Exhibit 56, # [57](#) Exhibit 57, # [58](#) Exhibit 58, # [59](#) Exhibit 59, # [60](#) Exhibit 60, # [61](#) Exhibit 61, # [62](#) Exhibit 62, # [63](#) Exhibit 63, # [64](#) Exhibit 64, # [65](#) Exhibit 65, # [66](#) Exhibit 66, # [67](#) Exhibit 67, # [68](#) Exhibit 68, # [69](#) Exhibit 69)(Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [221](#) | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [222](#) | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for miscellaneous relief [221](#) before Honorable John Robert Blakey on 9/20/2018 at 09:45 AM. (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [223](#) | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages - *Defendants' Unopposed Motion for Leave to File an Oversize Brief in Support of Their Motion to Exclude The Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [224](#) | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Memorandum of Law* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file excess pages - *Defendants' Unopposed Motion for Leave to File an Oversize Brief in Support of Their Motion to Exclude The Proffered Opinions of the CFTC's [223](#) (Panos, Dean) (Entered: 09/14/2018)* |
| 09/14/2018 | [225](#) | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file excess pages, [223](#) before Honorable John Robert Blakey on 9/20/2018 at 09:45 AM. (Panos, Dean) (Entered: 09/14/2018) |
| 09/14/2018 | [226](#) | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Declaration of Thomas E. Quinn in Support of Defendant's Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Errata 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22, # [23](#) Exhibit 23, # [24](#) Exhibit 24, # [25](#) Exhibit 25, # [26](#) Exhibit 26, # [27](#) Exhibit 27, # [28](#) Exhibit 28, # [29](#) Exhibit 29, # [30](#) Exhibit 30, # [31](#) Exhibit 31, # [32](#) Exhibit 32, # [33](#) Exhibit 33, # [34](#) Exhibit 34, # [35](#) Exhibit 35, # [36](#) Exhibit 36, # [37](#) Exhibit 37, # [38](#) |

| | | |
|---|---|---|
| | | Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47)(Panos, Dean) (Entered: 09/14/2018) |
| 09/15/2018 | <u>227</u> | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in support of motion for summary judgment <u>218</u> *(REDACTED PUBLIC VERSION)* (Panos, Dean) (Entered: 09/15/2018) |
| 09/17/2018 | <u>228</u> | MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for leave to file an oversize brief and additional statements of undisputed material fact <u>214</u> and Defendants' motion to file an oversize brief in support of their motion to exclude Dr. Wilson's opinions <u>223</u> are granted. Briefing on the pending motions for summary judgment <u>210</u> , <u>218</u> and the motion to exclude <u>221</u> shall proceed according to the schedule set in the case management order <u>197</u> . The 9/20/18 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 09/17/2018) |
| 10/19/2018 | <u>229</u> | MOTION by Plaintiff US Commodity Futures Trading Commission for extension of time to file response/reply *(Agreed)* (Frisch, Michael) (Entered: 10/19/2018) |
| 10/19/2018 | <u>230</u> | *Agreed* NOTICE of Motion by Michael David Frisch for presentment of motion for extension of time to file response/reply <u>229</u> before Honorable John Robert Blakey on 10/25/2018 at 09:45 AM. (Frisch, Michael) (Entered: 10/19/2018) |
| 10/22/2018 | <u>231</u> | MINUTE entry before the Honorable John Robert Blakey: The parties' agreed motion for enlargement of time to respond to pending motions <u>229</u> is granted; responses to pending motions shall be filed by 11/2/18, and replies shall be filed by 11/30/18. The 10/25/18 Notice of Motion date is stricken, and the parties need not appear. All other dates and deadlines stand. Mailed notice (gel, ) (Entered: 10/22/2018) |
| 10/26/2018 | <u>232</u> | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to strike *Dr. William Wilson's August 31, 2018 Report* (Panos, Dean) (Entered: 10/26/2018) |
| 10/26/2018 | <u>233</u> | DECLARATION of Thomas E. Quinn regarding motion to strike <u>232</u> / *Declaration of Thomas E. Quinn in Support of Defendants' Motion to Strike Dr. William Wilson's August 31, 2018 Report* (Quinn, Thomas) (Entered: 10/26/2018) |
| 10/26/2018 | <u>234</u> | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit 1 to Declaration of Thomas E. Quinn* (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 3, # <u>3</u> Exhibit 4, # <u>4</u> Exhibit 5, # <u>5</u> Exhibit 6, # <u>6</u> Exhibit 7, # <u>7</u> Exhibit 8, # <u>8</u> Exhibit 9, # <u>9</u> Exhibit 10, # <u>10</u> Exhibit 11, # <u>11</u> Exhibit 12)(Quinn, Thomas) (Entered: 10/26/2018) |
| 10/26/2018 | <u>235</u> | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to strike <u>232</u> before Honorable John Robert Blakey on 11/1/2018 at 09:45 AM. (Panos, Dean) (Entered: 10/26/2018) |
| 10/26/2018 | <u>236</u> | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Brief in Support of Their Motion to Strike Dr. William Wilson's August 31, 2018 Report* (Panos, Dean) (Entered: 10/26/2018) |
| 10/26/2018 | <u>237</u> | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Memorandum of Law* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Brief in Support of Their Motion to Strike Dr. William Wilson's August 31, 2018 Report* <u>236</u> (Panos, Dean) (Entered: 10/26/2018) |
| 10/26/2018 | <u>238</u> | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file <u>236</u> before Honorable John Robert Blakey on 11/1/2018 at 09:45 AM. (Panos, Dean) (Entered: 10/26/2018) |

| | | |
|---|---|---|
| 10/29/2018 | 239 | MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for leave to file an oversized brief 236 is granted. Defendants' motion to strike Dr. William Wilson's 8/31/18 report 232 is taken under advisement, and the Court will consider the motion in the context of the pending summary judgment motions. Plaintiff shall file a response to the motion to strike by 11/16/18, and may file a response brief of up to 23 pages. If the Court requires a reply from Defendants, it will request one. The 11/1/18 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 10/29/2018) |
| 11/01/2018 | 240 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC / *Defendants' Corrected Memorandum of Law in Support of Their Motion for Summary Judgment* (Panos, Dean) (Entered: 11/01/2018) |
| 11/01/2018 | 241 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC / *Defendants' Corrected Rule 56.1 Statement of Undisputed Material Facts* (Panos, Dean) (Entered: 11/01/2018) |
| 11/01/2018 | 242 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC / *Corrected Memorandum of Law in Support of Defendants' Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Panos, Dean) (Entered: 11/01/2018) |
| 11/02/2018 | 243 | MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* (Attachments: # 1 Exhibit A - CFTC's Opposition to Kraft Motion for Summary Judgment [PUBLIC VERSION])(Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 244 | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibit A - CFTC's Opposition to Defendant's Motion for Summary Judgment* regarding MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* 243 (Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 245 | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibit B - CFTC's Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts and Statement of Additional Facts* regarding MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* 243 (Attachments: # 1 Declaration of Joseph Patrick)(Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 246 | MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* (Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 247 | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibit A - CFTC's Opposition to Defendants' Motion to Exclude the Proffered Opinions of CFTC's Economic Expert, Dr. William Wilson* regarding MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* 246 (Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 248 | SEALED DOCUMENT by Plaintiff US Commodity Futures Trading Commission *Declaration of Stephanie Reinhart in Support of CFTC's Opposition to Defendants' Motion for Summary Judgment, Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts and Statement of Additional Facts, and Opposition to Defendants' Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | 249 | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibits 1 - 50 to Declaration of Stephanie Reinhart* regarding sealed document, 248 (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 |

| | | |
|---|---|---|
| | | Exhibit 19, # <u>19</u> Exhibit 20, # <u>20</u> Exhibit 21, # <u>21</u> Exhibit 22, # <u>22</u> Exhibit 23, # <u>23</u> Exhibit 24, # <u>24</u> Exhibit 25, # <u>25</u> Exhibit 26, # <u>26</u> Exhibit 27, # <u>27</u> Exhibit 28, # <u>28</u> Exhibit 29, # <u>29</u> Exhibit 30, # <u>30</u> Exhibit 31, # <u>31</u> Exhibit 32, # <u>32</u> Exhibit 33, # <u>33</u> Exhibit 34, # <u>34</u> Exhibit 35, # <u>35</u> Exhibit 36, # <u>36</u> Exhibit 36 (Part 2), # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50)(Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | <u>250</u> | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibits 51 - 99 to Declaration of Stephanie Reinhart in Support of CFTC's Opposition to Defendants' Motion for Summary Judgment, Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts and Statement of Additional Facts, and Opposition to Defendants' Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* regarding sealed document, <u>248</u> (Attachments: # <u>1</u> Exhibit 52, # <u>2</u> Exhibit 53, # <u>3</u> Exhibit 54, # <u>4</u> Exhibit 55, # <u>5</u> Exhibit 56, # <u>6</u> Exhibit 57, # <u>7</u> Exhibit 58, # <u>8</u> Exhibit 59, # <u>9</u> Exhibit 60, # <u>10</u> Exhibit 61, # <u>11</u> Exhibit 62, # <u>12</u> Exhibit 63, # <u>13</u> Exhibit 64, # <u>14</u> Exhibit 65, # <u>15</u> Exhibit 66, # <u>16</u> Exhibit 67, # <u>17</u> Exhibit 68, # <u>18</u> Exhibit 69, # <u>19</u> Exhibit 70, # <u>20</u> Exhibit 71, # <u>21</u> Exhibit 72, # <u>22</u> Exhibit 73, # <u>23</u> Exhibit 74, # <u>24</u> Exhibit 75, # <u>25</u> Exhibit 76, # <u>26</u> Exhibit 77, # <u>27</u> Exhibit 78, # <u>28</u> Exhibit 79, # <u>29</u> Exhibit 80, # <u>30</u> Exhibit 81, # <u>31</u> Exhibit 82, # <u>32</u> Exhibit 83, # <u>33</u> Exhibit 84, # <u>34</u> Exhibit 85, # <u>35</u> Exhibit 86, # <u>36</u> Exhibit 87, # <u>37</u> Exhibit 88, # <u>38</u> Exhibit 89, # <u>39</u> Exhibit 90, # <u>40</u> Exhibit 91, # <u>41</u> Exhibit 92, # <u>42</u> Exhibit 93, # <u>43</u> Exhibit 94, # <u>44</u> Exhibit 95, # <u>45</u> Exhibit 96, # <u>46</u> Exhibit 97, # <u>47</u> Exhibit 98, # <u>48</u> Exhibit 99)(Frisch, Michael) (Entered: 11/02/2018) |
| 11/02/2018 | <u>251</u> | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Brief and for Additional Local Rule 56.1 Statements of Additional Material Facts in Support of Their Opposition to CFTC's Motion for Summary Judgment (Unopposed)* (Panos, Dean) (Entered: 11/02/2018) |
| 11/02/2018 | <u>252</u> | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Memorandum of Law* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Brief and for Additional Local Rule 56.1 Statements of Additional Material Facts in Support of Their Opposition to CFTC's Motion for Summary Judgment* <u>251</u> *(Panos, Dean) (Entered: 11/02/2018)* |
| 11/02/2018 | <u>253</u> | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit B - Rule 56.1 Statement* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Brief and for Additional Local Rule 56.1 Statements of Additional Material Facts in Support of Their Opposition to CFTC's Motion for Summary Judgment* <u>251</u> *(Panos, Dean) (Entered: 11/02/2018)* |
| 11/02/2018 | <u>254</u> | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC / *Defendants' Response to Plaintiff's Rule 56.1 Statement of Facts in Support of its Motion for Summary Judgment* (Panos, Dean) (Entered: 11/02/2018) |
| 11/02/2018 | <u>255</u> | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC / *Declaration of Daniel T. Fenske in Support of Defendants' Opposition to the CFTC's Motion for Summary Judgment* (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> |

| | | |
|---|---|---|
| | | Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68)(Panos, Dean) (Entered: 11/02/2018) |
| 11/02/2018 | 256 | MEMORANDUM by Kraft Foods Group, Inc., Mondelez Global LLC in Opposition to motion for summary judgment 210 *(REDACTED PUBLIC VERSION)* (Panos, Dean) (Entered: 11/02/2018) |
| 11/07/2018 | 257 | *JOINT* NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file, 251 , motion for leave to file 246 , motion for leave to file 243 before Honorable John Robert Blakey on 11/13/2018 at 09:45 AM. (Panos, Dean) (Entered: 11/07/2018) |
| 11/07/2018 | 258 | MINUTE entry before the Honorable John Robert Blakey:Plaintiff's motion for leave to file oversized brief 243 , 246 and Defendant's motion to file oversize brief 251 are granted. Parties are reminded that motions shall be noticed pursuant to this Court's standing order or they may be stricken. Mailed notice (gel, ) (Entered: 11/07/2018) |
| 11/09/2018 | 259 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the final pretrial conference hearing previously set for 2/25/2019 is reset for 2/22/2019 at 1:00 p.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 11/09/2018) |
| 11/16/2018 | 260 | SEALED RESPONSE by US Commodity Futures Trading Commission to MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC to strike *Dr. William Wilson's August 31, 2018 Report* 232 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Frisch, Michael) (Entered: 11/16/2018) |
| 11/30/2018 | 261 | MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* (Attachments: # 1 Exhibit A - CFTC's Reply in Support of Its Motion for Summary Judgment)(Frisch, Michael) (Entered: 11/30/2018) |
| 11/30/2018 | 262 | SEALED EXHIBIT by Plaintiff US Commodity Futures Trading Commission *Exhibit A - CFTC's Reply in Support of Its Motion for Summary Judgment* regarding MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *Oversized Brief* 261 (Frisch, Michael) (Entered: 11/30/2018) |
| 11/30/2018 | 263 | NOTICE of Motion by Michael David Frisch for presentment of motion for leave to file 261 before Honorable John Robert Blakey on 12/6/2018 at 09:45 AM. (Frisch, Michael) (Entered: 11/30/2018) |
| 11/30/2018 | 264 | SEALED DOCUMENT by Plaintiff US Commodity Futures Trading Commission *CFTC's Response to Defendants' Rule 56.1 Statement of Additional Material Facts in Opposition to CFTC's Motion for Summary Judgment* (Frisch, Michael) (Entered: 11/30/2018) |
| 11/30/2018 | 265 | SEALED DOCUMENT by Plaintiff US Commodity Futures Trading Commission *Declaration of Stephanie Reinhart in Support of the CFTC's Reply in Support of Its Motion for Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 |

|  |  | Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56)(Frisch, Michael) (Entered: 11/30/2018) |
|---|---|---|
| 11/30/2018 | 266 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Reply Brief in Support of Their Motion for Summary Judgment (Unopposed).* (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 267 | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Reply Brief in Support of Their Motion for Summary Judgment (Unopposed).* 266 (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 268 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Defendants' Response to Plaintiff's Rule 56.1 Statement of Additional Facts in Opposition to Defendants' Motion for Summary Judgment* (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 269 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Declaration of Daniel T. Fenske in support of Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment and Defendants' Response to Plaintiff's Rule 56.1 Statement of Additional Facts in Opposition to Defendants' Motion for Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 270 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file 266 before Honorable John Robert Blakey on 12/6/2018 at 09:45 AM. (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 271 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Reply Brief in Support of Their Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 272 | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A - Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Reply Brief in Support of Their Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* 271 (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 273 | SEALED DOCUMENT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Declaration of Daniel T. Fenske in support of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Proffered Opinions of the CFTC's Economic Expert, Dr. William Wilson* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 274 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file 271 before Honorable John Robert Blakey on 12/6/2018 at 09:45 AM. (Panos, Dean) (Entered: 11/30/2018) |
| 11/30/2018 | 275 | EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC - *Exhibit A (REDACTED PUBLIC VERSION) - Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file *an Oversize Reply Brief in* |

| | | |
|---|---|---|
| | | *Support of Their Motion for Summary Judgment (Unopposed).* 266 (Panos, Dean) (Entered: 11/30/2018) |
| 12/04/2018 | 276 | MINUTE entry before the Honorable John Robert Blakey: The parties' motions for leave to file oversized briefs 261 , 266 , 271 are granted. The 12/6/18 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 12/04/2018) |
| 12/13/2018 | 277 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file */ Defendants' Unopposed Motion for Leave to File Notice of Supplemental Authority* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Panos, Dean) (Entered: 12/13/2018) |
| 12/13/2018 | 278 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file 277 before Honorable John Robert Blakey on 12/18/2018 at 09:45 AM. (Panos, Dean) (Entered: 12/13/2018) |
| 12/14/2018 | 279 | MOTION by Plaintiff US Commodity Futures Trading Commission for leave to file *CFTC's Response to Notice of Supplemental Authority* (Attachments: # 1 Exhibit A) (Frisch, Michael) (Entered: 12/14/2018) |
| 12/14/2018 | 280 | NOTICE of Motion by Michael David Frisch for presentment of motion for leave to file 279 before Honorable John Robert Blakey on 12/18/2018 at 09:45 AM. (Frisch, Michael) (Entered: 12/14/2018) |
| 12/14/2018 | 281 | MINUTE entry before the Honorable John Robert Blakey: Defendant's unopposed motion for leave to file supplemental authority 277 is granted. Plaintiff need not, but may, file a response of up to 3 pages by 12/21/18. the 12/18/18 Notice of Motion date is stricken, and the parties need not appear. Mailed notice (gel, ) (Entered: 12/14/2018) |
| 12/17/2018 | 282 | MOTION by Attorney Daniel T. Fenske to withdraw as attorney for Kraft Foods Group, Inc., Mondelez Global LLC. No party information provided (Panos, Dean) (Entered: 12/17/2018) |
| 12/17/2018 | 283 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion to withdraw as attorney 282 before Honorable John Robert Blakey on 1/8/2019 at 09:45 AM. (Panos, Dean) (Entered: 12/17/2018) |
| 12/18/2018 | 284 | MOTION by Plaintiff US Commodity Futures Trading Commission to compel *Defendants to Produce Deposition Transcripts and Exhibits from the Ploss Action* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gradman, Susan) (Entered: 12/18/2018) |
| 12/18/2018 | 285 | NOTICE of Motion by Susan J. Gradman for presentment of motion to compel 284 before Honorable John Robert Blakey on 1/9/2019 at 09:45 AM. (Gradman, Susan) (Entered: 12/18/2018) |
| 12/18/2018 | 286 | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file */ Defendants' Motion for Leave to Reply in Support of Defendants' Motion to Strike Dr. William Wilson's August 31, 2018 Report* (Panos, Dean) (Entered: 12/18/2018) |
| 12/18/2018 | 287 | SEALED EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC */ Reply Memorandum of Law in Support of Defendants' Motion to Strike Dr. William Wilson's August 31,2018 Report* regarding MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for leave to file */ Defendants' Motion for Leave to Reply in Support of Defendants' Motion to Strike Dr. William Wilson's August 31, 2018 Report* 286 (Panos, Dean) (Entered: 12/18/2018) |
| 12/18/2018 | 288 | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for leave to file 286 before Honorable John Robert Blakey on 1/9/2019 at 09:45 AM. (Panos, Dean) (Entered: 12/18/2018) |

| 12/19/2018 | 289 | EXHIBIT by Defendants Kraft Foods Group, Inc., Mondelez Global LLC *[REDACTED PUBLIC VERSION]* regarding exhibit, 287 (Panos, Dean) (Entered: 12/19/2018) |
|---|---|---|
| 12/26/2018 | 290 | MOTION by Plaintiff US Commodity Futures Trading Commission to stay *Deadlines* (Gradman, Susan) (Entered: 12/26/2018) |
| 01/07/2019 | 291 | MINUTE entry before the Honorable John Robert Blakey: The Clerk is directed to terminate Plaintiff's unopposed motion for leave to file a response to Defendants' supplemental authority 279 as a pending motion in light of the Court's 12/14/18 Order 281 . Defendants' motion to withdraw the appearance of Daniel T. Fenske 282 is granted, and the Clerk is directed to remove Attorney's Fenske's appearance from the docket. Defendants' motion for leave to file a reply in support of their motion to strike Dr. Wilson's report 286 is granted, and Defendants are directed to file the proposed reply as a separate docket entry. Plaintiff's motion to stay 290 is granted. The 1/8/19 and 1/9/19 Notice of Motion dates are stricken, and the parties need not appear. The case is set for a status hearing on 1/24/19 at 9:45 a.m. in Courtroom 1203. If Plaintiff's counsel's employment status is reinstated before that date, counsel shall immediately notify the Court. Mailed notice (gel, ) (Entered: 01/07/2019) |
| 01/09/2019 | 292 | MINUTE entry before the Honorable John Robert Blakey: In light of the continued partial government shutdown, the status hearing previously set for 1/24/19 is stricken. This matter is suspended, postponed, and held in abeyance until further notice, and all dates and deadlines are stricken. Plaintiff's counsel shall call the Courtroom Deputy when their employment status is fully restored, and the Court will set the case for a status hearing. Mailed notice (gel, ) (Entered: 01/09/2019) |
| 01/28/2019 | 293 | MINUTE entry before the Honorable John Robert Blakey: Appropriations having been restored to fund the Department of Justice and other Executive Branch agencies, this case is set for a status hearing on 2/12/19 at 9:45 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 01/28/2019) |
| 02/12/2019 | 294 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 2/12/2019. Based upon the representations of the parties, the settlement conference previously set for 2/15/2019, is stricken. Parties shall contact the Courtroom Deputy if they wish to reset settlement conference. Case management hearing set for 2/26/2019 at 10:15 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 02/12/2019) |
| 02/22/2019 | 295 | MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the status hearing set for 2/26/19 at 10:15 is reset for 2/26/19 at 9:00 a.m. Note: Time Change Only. Mailed notice (gel, ) (Entered: 02/22/2019) |
| 02/26/2019 | 296 | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 2/26/2019. Settlement conference set for 3/22/2019 at 11:00 a.m. in Courtroom 1203. Plaintiff shall deliver demand letter to Defendant on or before 3/18/2019; Defendant shall deliver response letter to Plaintiff on or before 3/20/2019; Plaintiff shall deliver all letters to Chambers on or before 3/21/2019. Copies of the settlement conference letters shall not be filed with the Clerks Office. The Parties shall come to the settlement conference with a precise accounting of costs properly taxable under 28 U.S.C. §1920, both incurred in the litigation to date and an estimate of taxable costs that would be incurred should the matter proceed to trial. Parties with full and complete settlement authority must attend the conference personally. The term full and complete settlement authority includes the authority to negotiate and agree to a binding settlement agreement at any level up to the settlement demand of Plaintiff or any level as low as the offer provided by Defendant. Parties attending the conference should be sure to review and consider the settlement letters exchanged between the parties in advance of the conference. The Court generally will follow a mediation format; that is, each side will have an opportunity to make a presentation, followed by joint discussion with the Court and private meetings by the |

CM/ECF LIVE, Ver 6.3.1 - U.S. District Court, Northern Illinois

| | | |
|---|---|---|
| | | Court with each side individually. The Court expects both the lawyers and the party representatives to be fully prepared to participate in the discussions and meetings. All statements made during the settlement conference will remain confidential and will not be admissible at trial. Mailed notice (gel, ) (Entered: 02/26/2019) |
| 03/01/2019 | 297 | MOTION by Attorney Rosemary Hollinger to withdraw as attorney for US Commodity Futures Trading Commission. No party information provided (Hollinger, Rosemary) (Entered: 03/01/2019) |
| 03/04/2019 | 298 | MINUTE entry before the Honorable John Robert Blakey: Rosemary Hollinger's motion for leave to withdraw as counsel 297 is granted. Mailed notice (gel, ) (Entered: 03/04/2019) |
| 03/20/2019 | 299 | TRANSCRIPT OF PROCEEDINGS held on February 26, 2019, before the Honorable John Robert Blakey. Order Number: 33916. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/10/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/18/2019. (Lacien, Laura) (Entered: 03/20/2019) |
| 03/20/2019 | 300 | SEALED TRANSCRIPT OF PROCEEDINGS held on February 26, 2019, before the Honorable John Robert Blakey. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov. (Lacien, Laura) (Entered: 03/20/2019) |
| 03/20/2019 | 301 | TRANSCRIPT OF PROCEEDINGS held on February 12, 2019, before the Honorable John Robert Blakey. Order Number: 33916. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/10/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/18/2019. (Lacien, Laura) (Entered: 03/20/2019) |
| 03/22/2019 | 302 | MINUTE entry before the Honorable John Robert Blakey: Settlement conference held on 3/22/2019. Parties have reached a binding agreement, and all material terms were placed on the record. The parties shall submit a proposed consent order to this Court's proposed order inbox before the next court date. Consistent with the settlement protocol, the parties may not discuss the settlement conference. The case is set for a status on 5/28/2019 at 9:45 a.m. in Courtroom 1203. All other pending dates and deadlines are stricken. Mailed notice (gel, ) (Entered: 03/25/2019) |
| 04/08/2019 | 303 | SEALED TRANSCRIPT OF PROCEEDINGS held on March 22, 2019, before the Honorable John Robert Blakey. Court Reporter Contact Information: Laura LaCien, 312- |

| | | |
|---|---|---|
| | | 408-5032, laura_lacien@ilnd.uscourts.gov. (Lacien, Laura) (Entered: 04/08/2019) |
| 05/17/2019 | <u>304</u> | MOTION by Attorney Michael D. Frisch to withdraw as attorney for US Commodity Futures Trading Commission. No party information provided (Frisch, Michael) (Entered: 05/17/2019) |
| 05/21/2019 | <u>305</u> | MINUTE entry before the Honorable John Robert Blakey: Michael D. Frisch's motion to withdraw as counsel <u>304</u> is granted. Mailed notice (gel, ) (Entered: 05/21/2019) |
| 05/28/2019 | <u>306</u> | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 5/28/2019 and continued to 7/30/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 05/28/2019) |
| 07/30/2019 | <u>307</u> | MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 7/30/19. All pending motions denied as moot. Status hearing set for 8/13/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice. (cc, ) (Entered: 07/30/2019) |
| 08/12/2019 | <u>308</u> | MINUTE entry before the Honorable John Robert Blakey: At the request of the parties, the status hearing previously set for 8/13/19 is stricken and reset for 8/15/19 at 9:45 a.m. in Courtroom 1203. Mailed notice (gel, ) (Entered: 08/12/2019) |
| 08/14/2019 | <u>309</u> | MINUTE entry before the Honorable John Robert Blakey: At the parties' request, the Court approves the accompanying Consent Order, which resolves all remaining issues in this case. Enter Order. Consistent with the accompanying order, this case is hereby dismissed with prejudice, though the Court retains jurisdiction to enforce the Consent Order entered today. All set dates and deadlines, including the 8/15/19 status hearing, are stricken. Civil case terminated. Mailed notice (gel, ) (Entered: 08/15/2019) |
| 08/14/2019 | <u>310</u> | CONSENT ORDER Signed by the Honorable John Robert Blakey on 8/14/2019. Mailed notice(gel, ) (Entered: 08/15/2019) |
| 08/15/2019 | <u>311</u> | ENTERED JUDGMENT Mailed notice(gel, ) (Entered: 08/15/2019) |
| 08/15/2019 | <u>312</u> | MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to set case for emergency status is granted. Emergency status hearing is set for 8/19/2019 at 10:30 a.m. in Courtroom 1203. No telephonic appearances will be permitted. Plaintiff should come prepared to answer allegations it has violated court orders and should be held in contempt and or subject to sanctions. Mailed notice (gel, ) (Entered: 08/15/2019) |
| 08/16/2019 | <u>313</u> | ATTORNEY Appearance for Plaintiff US Commodity Futures Trading Commission by Martin B. White (White, Martin) (Entered: 08/16/2019) |
| 08/16/2019 | <u>314</u> | MOTION by Plaintiff US Commodity Futures Trading Commission for leave to appear Pro Hac Vice. (White, Martin) Docket Text Modified by Clerk's Office on 8/19/2019 (jh, ). (Entered: 08/16/2019) |
| 08/16/2019 | <u>315</u> | SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC *for Contempt, Sanctions, and Other Relief* (Panos, Dean) (Entered: 08/16/2019) |
| 08/16/2019 | <u>316</u> | MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for sanctions - *Motion for Contempt, Sanctions, and Other Relief (Public Redacted Version)* (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Panos, Dean) (Entered: 08/16/2019) |
| 08/16/2019 | <u>317</u> | NOTICE of Motion by Dean Nicholas Panos for presentment of motion for sanctions <u>316</u>, Sealed motion <u>315</u> before Honorable John Robert Blakey on 8/19/2019 at 10:30 AM. (Panos, Dean) (Entered: 08/16/2019) |
| 08/17/2019 | <u>318</u> | RESPONSE by US Commodity Futures Trading Commissionin Opposition to SEALED MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC *for Contempt,* |

CM/ECF LIVE, Ver 6.3.1 - U.S. District Court, Northern Illinois

| | | |
|---|---|---|
| | | *Sanctions, and Other Relief* 315 , MOTION by Defendants Kraft Foods Group, Inc., Mondelez Global LLC for sanctions - *Motion for Contempt, Sanctions, and Other Relief (Public Redacted Version)* 316 (White, Martin) (Entered: 08/17/2019) |
| 08/19/2019 | 319 | MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 8/19/2019. Martin B. White's motion for leave to appear pro hac vice 314 is granted. Sealed motion 315 and Defendant's motion for contempt, sanctions and other relief 316 are taken under advisement and set by agreement for evidentiary hearing on 9/12/2019 at 11:00 a.m. in Courtroom 1203. Assertion of the Fifth Amendment by the Plaintiff CFTC, and provisional assertions of the Fifth Amendment by Commissioners Rostin Behnam and Dan Berkovitz, are noted for the record pending further proceedings. By agreement, all counsel of record, as well as Jamie McDonald, Chairman Heath Tarbert, Commissioners Rostin Behnam and Dan Berkovitz, are ordered to appear in person at the evidentiary hearing and provide live testimony as needed. Sworn factual proffer by Scott Williamson and any supplemental filings or memorandum of law, including any other assertions of privilege (or any procedural or substantive objections) by anyone, must be filed under seal on or before 9/6/2019. By agreement of the parties, motion 316 and response 318 will be sealed pending further order of the Court. Plaintiff CFTC, and Commissioners Rostin Behnam and Dan Berkovitz, agree to voluntarily remove the disputed press releases immediately from the CFTC website until the next court date. Mailed notice (gel, ) (Entered: 08/19/2019) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 08/21/2019 14:52:52 | | | | |
| **PACER Login:** | benjaminsauter:4219504:3936994 | **Client Code:** | 98000.100 | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-02881 | |
| **Billable Pages:** | 30 | **Cost:** | 3.00 | |

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVSION

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | |
| **Plaintiff,** | **Case No. 15 CV 2881** |
| **v.** | |
| **KRAFT FOODS GROUP, INC. and MONDELEZ GLOBAL LLC,** | **Hon. John Robert Blakey** |
| **Defendants,** | |

## <u>CONSENT ORDER</u>

On April 1, 2015, Plaintiff Commodity Futures Trading Commission (the "Commission" or "CFTC") filed a Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief [l] against Defendants Kraft Foods Group, Inc. and Mondelez Global LLC (collectively, "Defendants") alleging that Defendants used or attempted to use a manipulative or deceptive device in connection with the December 2011 wheat futures contract traded on the Chicago Board of Trade (Count I), manipulated or attempted to manipulate the price of the December 2011 wheat futures contract and of cash wheat (Count II), unlawfully held December 2011 wheat futures positions in excess of speculative position limits (Count III), and engaged in wash sales or fictitious sales by trading both sides of EFP contracts (Count IV) in violation of Sections 4a(b), 4a(e), 4c(a), 6(c)(l), 6(c)(3), and 9(a)(2) of the Commodity Exchange Act ("CEA"), 7 U.S.C. §§ 6a(b), 6a(e), 6c(a), 9(1), 9(3), 13(a)(2) (2012), and Commission Regulations ("Regulations") 1.38, 150.2, 180.1, and 180.2, 17 C.F.R. §§ 1.38, 150.2, 180.1, 180.2 (2014).

Defendants filed their Answer [88] on January 15, 2016, and have denied that they (1) used or attempted to use a manipulative or deceptive device in connection with the December 2011 wheat futures contract traded on the Chicago Board of Trade as alleged by the CFTC in Count I of the Complaint; (2) manipulated or attempted to manipulate the price of the December 2011 wheat futures contract and of cash wheat as alleged by the CFTC in Count II of the Complaint; (3) unlawfully held December 2011 wheat futures positions in excess of speculative position limits as alleged by the CFTC in Count III of the Complaint; and (4) engaged in wash sales or fictitious sales by trading both sides of EFP contracts as alleged by the CFTC in Count IV of the Complaint. Defendants denied any violation of Sections 4a(b), 4a(e), 4c(a), 6(c)(l), 6(c)(3), and 9(a)(2) of the CEA, 7 U.S.C. §§ 6a(b), 6a(e), 6c(a), 9(1), 9(3), 13(a)(2) (2012), and Regulations 1.38, 150.2, 180.1, and 180.2, 17 C.F.R. §§ 1.38, 150.2, 180.1, 180.2 (2014).

The CFTC and Defendants have reached a resolution and are settling this action in accordance with the terms arising from the Court's settlement conference on March 22, 2019 and as set forth below.

## I. CONSENTS AND AGREEMENTS

To effect settlement of the matters alleged in the Complaint without a trial on the merits or any further judicial proceedings:

1.     The CFTC and Defendants consent to the entry of this Consent Order and agree to be bound by its terms;

2.     The Court has jurisdiction over the parties and the subject matter of this action pursuant to Section 6c of the Act, 7 U.S.C. § 13a-l (2012);

3.     The CFTC has jurisdiction over the conduct and transactions at issue in this action pursuant to the Act, 7 U.S.C. §§ 1-26 (2012);

4.     Venue properly lies with this Court pursuant to Section 6c(e) of the Act, 7 U.S.C.

§ 13a-l(e)(2012);

5.      The CFTC and Defendants waive any and all rights of appeal from this action;

6.      The CFTC and Defendants consent to the continued jurisdiction of this Court over them for the purpose of implementing and enforcing the terms of this Consent Order;

7.      The CFTC and Defendants do not consent to the use of this Consent Order by any party in any other proceeding;

8.      Neither party shall make any public statement about this case other than to refer to the terms of this settlement agreement or public documents filed in this case, except any party may take any lawful position in any legal proceedings, testimony or by court order.

## II. INJUNCTION

Nothing in this Order reflects an agreement or a legal determination that Defendants have or have not violated any provision of the CEA. Defendants agree to, and the Court hereby orders, the entry of an injunction prohibiting the Defendants from in the future violating any of the following provisions:

(a)      Section 6(c)(l) of the CEA, 7 U.S.C. § 9(1) (2012), and Regulation 180.l, 17 C.F.R. § 180.1 (2018), which makes it unlawful for any person to use or employ or attempt to use or employ, in connection with any swap, or a contract of sale of any commodity in interstate commerce, or for future delivery on or subject to the rules of any registered entity, any manipulative or deceptive device or contrivance;

(b)      Sections 6(c)(3) and 9(a)(2) of the CEA, 7 U.S.C. §§ 9(3), 13(a)(2) (2012), and Regulation 180.2, 17 C.F.R. § 180.2 (2018), which make it unlawful for any person to manipulate or attempt to manipulate the price of any swap, or of any commodity in interstate commerce, or for future delivery on or subject to the rules of any registered entity;

(c)      Sections 4a(b) and 4a(e) of the CEA, 7 U.S.C. §§ 6a(b), 6a(e) (2012), and Regulation 150.2, 17 C.F.R. § 150.2 (2018), which make it unlawful to hold or control a net long or short position in any commodity for future delivery on or subject to the rules of any contract market in excess of any position limit fixed by the Commission for or with respect to such commodity, or violate a rule of a contract market or board of trade

fixing limits on the amount of trading which may be done or positions which may be held by any person if such rule was approved by the CFTC; and

(d)      Section 4c(a) of the CEA, 7 U.S.C. § 6c(a)(2012), and Regulation 1.38, 17 C.F.R. § 1.38 (2018), which makes it unlawful to offer to enter into, enter into or confirm the execution of a transaction involving the purchase or sale of any commodity for future delivery that is, is of the character of, or is commonly known to the trade as a 'wash sale,' that is a fictitious sale, or that is used to cause any price to be reported, registered, or recorded that is not a true and bona fide price, or that is executed noncompetitively but not in accordance with the written rules of the contract market which have been submitted to and approved by the Commission.

### III. CIVIL MONETARY PENALTY

Defendants agree to pay, and the Court orders, a monetary penalty according to the terms set forth below:

1.      Defendant Mondelez Global shall pay a civil monetary penalty in the amount of SIXTEEN MILLION DOLLARS ($16,000,000) ("CMP Obligation") within ninety (90) days of the date of entry of this Consent Order. Defendants are jointly and severally liable for the CMP Obligation. If the CMP Obligation is not paid in full within ninety days of the date of entry of this Consent Order, then post-judgment interest shall accrue on the CMP Obligation beginning on the date of entry of this Consent Order and shall be determined by using the Treasury Bill rate prevailing on the date of entry of this Consent Order pursuant to 28 U.S.C. § 1961 (2012).

2.      Defendant Mondelez Global shall pay the CMP Obligation and any post-judgment interest by electronic funds transfer, U.S. postal money order, certified check, bank cashier's check, or bank money order. If payment is to be made other than by electronic funds transfer, then the payment shall be made payable to the Commodity Futures Trading Commission and sent to the address below:

MMAC/ESC/ AMK326
Commodity Futures Trading Commission
Division of Enforcement
6500 S. MacArthur Blvd.

HQ Room 181
Oklahoma City, OK 73169
(405) 954-6569 office
(405) 954-1620 fax
9-AMC-AR-CFTC@faa.gov

If payment by electronic funds transfer is chosen, Defendants shall contact Marie Thome or her successor at the address above to receive payment instructions and shall fully comply with those instructions. Defendants shall accompany payment of the CMP Obligation with a cover letter that identifies Defendants and the name and docket number of this proceeding. Defendants shall simultaneously transmit copies of the cover letter and the form of payment to the Chief Financial Officer, Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581.

3.    Partial Satisfaction: Acceptance by the CFTC of any partial payment of Defendants' CMP Obligation shall not be deemed a waiver of their obligation to make further payments pursuant to this Consent Order, or a waiver of the CFTC's right to seek to compel payment of any remaining balance.

## IV. MISCELLANEOUS PROVISIONS

4.    Notice: All notices required to be given by any provision in this Consent Order shall be sent certified mail, return receipt requested, with reference to the name and docket number of this action, as follows:

**Notice to the CFTC:**

Scott Williamson, Acting Deputy Director
U.S. Commodity Futures Trading Commission, Division of Enforcement
525 W. Monroe St., Suite 1100
Chicago, IL 60661

**Notice to Defendants:**

Kraft Foods Group, Inc. and Mondelez Global LLC

C/O Jenner & Block LLP
Attn: Dean N. Panos and J. Kevin McCall
353 N. Clark Street
Chicago, IL  60654-3456

5.    Change of Address/Phone: Until such time as Defendants satisfy in full their CMP Obligation as set forth in this Consent Order, Defendants shall provide written notice to the CFTC by certified mail of any change to their telephone number or mailing address within ten calendar days of the change

6.    Entire Agreement and Amendments: This Consent Order incorporates all of the terms and conditions of the settlement among the parties hereto to date. Nothing shall serve to amend or modify this Consent Order in any respect whatsoever, unless: (a) reduced to writing; (b) signed by all parties hereto; and (c) approved by order of this Court.

7.    Invalidation: If any provision of this Consent Order or if the application of any provision or circumstance is held invalid, then the remainder of this Consent Order and the application of the provision to any other person or circumstance shall not be affected by the holding.

8.    Waiver: The failure of any party to this Consent Order at any time to require performance of any provision of this Consent Order shall in no manner affect the right of the party at a later time to enforce the same or any other provision of this Consent Order. No waiver in one or more instances of the breach of any provision contained in this Consent Order shall be deemed to be or construed as a further or continuing waiver of such breach or waiver of the breach of any other provision of this Consent Order.

9.    Continuing Jurisdiction of this Court: Upon entry by the Court of this Consent Order all of the claims asserted by the CFTC in the Complaint are dismissed with prejudice. However, this Court shall retain jurisdiction of this action to ensure compliance with this Consent

Order.

10. **Injunctive Provisions:** The injunctive provisions of this Consent Order shall be binding upon Defendants, upon any person under their authority or control, and upon any person who receives actual notice of this Consent Order insofar as he or she is acting in active concert or participation with Defendants.

11. **Authority:** Undersigned Counsel for Defendants hereby warrants that he is the attorney for Defendants Kraft Foods Group, Inc. and Mondelez Global LLC, and that this Consent Order has been duly authorized by Defendants Kraft Foods Group, Inc. and Mondelez Global LLC, and that he has been duly empowered to sign and submit this Consent Order on behalf of Defendants Kraft Foods Group, Inc. and Mondelez Global LLC.

12. **Counterparts and Execution:** This Consent Order may be executed in two or more counterparts, all of which shall be considered one and the same agreement and shall become effective when one or more counterparts have been signed by each of the parties hereto and delivered (by hand delivery or certified mail) to the other party, it being understood that all parties need not sign the same counterpart. Any counterpart or other signature to this Consent Order that is delivered by any means shall be deemed for all purposes as constituting good and valid execution and delivery by such party of this Consent Order.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Consent Order.

IT IS SO ORDERED on this 14th day of August, 2019.

John Robert Blakey
United States District Judge

CONSENTED TO AND APPROVED BY:

Kraft Foods Group, Inc.

Date: __8 - 9 - 2019__

Robert Howell
Susan Gradman
Stephanie Reinhart

Attorneys for U.S. Commodity Futures
Trading Commission
Division of Enforcement
525 W. Monroe St., Suite 1100
Chicago, IL 60661
(312) 596-0590 (Howell)
(312) 596-0523 (Gradman)
(312) 596-0688 (Reinhart)
rhowell@cftc.gov
sgradman@cftc.gov
sreinhart@cftc.gov

Mondelēz Global LLC

Date: _____

Approved as to form:

_____
Dean N. Panos
J. Kevin McCall
Nicole A. Allen
Thomas E. Quinn

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
dpanos@jenner.com

Gregory S. Kaufman
Eversheds Sutherland
700 Sixth Street, NW
Washington, DC 20001-3980
(201) 383-0325
gregkaufman@eversheds-sutherland.com

Attorneys for Kraft Foods Group, Inc. and
Mondelēz Global LLC

CONSENTED TO AND APPROVED BY:

Kraft Foods Group, Inc.

Date: _____

_____

Mondelēz Global LLC

Date: 08/12/2019

Approved as to form:

_____
Dean N. Panos
J. Kevin McCall
Nicole A. Allen
Thomas E. Quinn

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
dpanos@jenner.com

Gregory S. Kaufman
Eversheds Sutherland
700 Sixth Street, NW
Washington, DC 20001-3980
(201) 383-0325
gregkaufman@eversheds-sutherland.com

Attorneys for Kraft Foods Group, Inc. and
Mondelēz Global LLC

Robert Howell
Susan Gradman
Stephanie Reinhart

Attorneys for U.S. Commodity Futures
Trading Commission
Division of Enforcement
525 W. Monroe St., Suite 1100
Chicago, IL  60661
(312) 596-0590 (Howell)
(312) 596-0523 (Gradman)
(312) 596-0688 (Reinhart)
rhowell@cftc.gov
sgradman@cftc.gov
sreinhart@cftc.gov