# EXHIBIT D

# Colette L. Morris

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, August 22, 2019 9:02 AM |
| **To:** | Colette L. Morris |
| **Subject:** | [EXTERNAL] FedEx Shipment 776043773067 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Kobre & Kim LLP |
| Name: | Colette L. Morris |
| E-mail: | colette.morris@kobrekim.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 98000/400 |
| Ship date: | Aug 21, 2019 |
| Signed for by: | L.SMITH |
| Delivery location: | Washinton, DC |
| Delivered to: | Mailroom |
| Delivery date: | Thu, 8/22/2019 8:54 am |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| Standard transit: | 8/22/2019 by 3:00 pm |
| Tracking number: | 776043773067 |

| Shipper Information | Recipient Information |
|---|---|
| Colette L. Morris | FOIA Compliance Office |
| Kobre & Kim LLP | CFTC |
| 800 Third Avenue | 1155 21st Street NW |
| New York | Three Lafayette Centre |
| NY | Washinton |
| US | DC |
| 10022 | US |
| | 20581 |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:01 AM CDT on 08/22/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:   https://protect-us.mimecast.com/s/eqP4Cv2Y47i7Y8BrhQOONa?domain=fedex.com

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.