UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: ORDER OF REFERENCE
Plaintiff, Kobre & Kim LLP : TO A MAGISTRATE JUDGE
:
-v- : 19 CIV 10151 ( LAK) ( OTW)
:
: USDC SDNY
: DOCUMENT
Defendant. Commodity Futures Trading Commission : ELECTRONICALLY FILED
: DOC #:_____
: DATE FILED: 11-4-19
-----------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: X _____

*Do not check if already referred for general pretrial.

Dated 11-4-2019

SO ORDERED:

United States District Judge