IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRE & KIM LLP,<br><br>   Plaintiff,<br><br>- v. -<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>   Defendant. | INDEX NO. 19-cv-10151 (LAK) (OTW) |

I, Benjamin J.A. Sauter, declare, under penalty of perjury, the following:

1. Per the attached affidavit of Aldane Chambers (attached hereto as **Exhibit A**), on November 6, 2019, at the United States Attorney's Office Civil Division located at 86 Chambers Street, 3rd Floor, New York, New York 10007, the following papers were served upon the Commodity Futures Trading Commission ("CFTC") by delivering to and leaving with Lisa Ahearn:  Summons in a Civil Action; Civil Cover Sheet; Complaint with Exhibits; Rule 7.1 Statement; Individual Rules of Practice of Lewis A. Kaplan, United States District Judge; Individual Practices in Civil Cases of Ona T. Wang, United States Magistrate Judge; and Electronic Case Filing Rules & Instructions.

2. On November 18, 2019, I caused to be served a true copy of the following papers upon the CFTC: Summons in a Civil Action; Civil Cover Sheet; Complaint with Exhibits; Rule 7.1 Statement; Individual Rules of Practice of Lewis A. Kaplan, United States District Judge; Individual Practices in Civil Cases of Ona T. Wang, United States Magistrate Judge; and Electronic Case Filing Rules & Instructions, by certified mail, enclosed and properly sealed in a

postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

    FOIA Compliance Office
    Commodity Futures Trading Commission
    Three Lafayette Centre
    1155 21st Street, NW
    Washington, DC 20581

    Christopher J. Kirkpatrick
    Commodity Futures Trading Commission
    Three Lafayette Centre
    1155 21st Street, NW
    Washington, DC 20581

    William Barr
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Dated: November 20, 2019　　　　　　　　　　　Respectfully submitted,

                                                           /s Benjamin J.A. Sauter
                                                           Benjamin J.A. Sauter

                                                           KOBRE & KIM LLP
                                                           800 Third Avenue
                                                           New York, New York 10022
                                                           Tel: +1 212 488 1200
                                                           Benjamin.Sauter@kobrekim.com