```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KOBRE & KIM LLP,                                            :
                                                            :
                         Plaintiff,                         :     19-CV-10151 (LAK) (OTW)
                                                            :
               -against-                                    :     ORDER
                                                            :
COMMODITY FUTURES TRADING                                   :
COMMISSION,                                                 :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff's request for a pre-motion conference is **DENIED**. The following briefing schedule will apply to Plaintiff's motion to compel:

- Plaintiff's motion due by **May 1, 2020**;
- Defendant's opposition due by **May 15, 2020**;
- Plaintiff's reply due by **May 22, 2020**.

The parties' briefing should discuss both (1) whether this is the appropriate stage of the case to address the scope of the review period, and (2) the merits of whether the review period should extend to August 21, 2019.

    **SO ORDERED.**

 

Dated: April 14, 2020                         _s/ Ona T. Wang_
        New York, New York            **Ona T. Wang**
                                          United States Magistrate Judge