IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRE & KIM LLP, <br><br> Plaintiff, <br><br> - v. - <br><br> COMMODITY FUTURES TRADING COMMISSION, <br><br> Defendant. | Case No. 19-cv-10151 (LAK) (OTW) <br><br> Honorable Ona T. Wang <br><br><br> **NOTICE OF PLAINTIFF KOBRE & KIM LLP'S MOTION TO COMPEL** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 1, 2020, the Declaration of Benjamin J.A. Sauter, and the exhibits attached thereto, Plaintiff Kobre & Kim LLP hereby moves this Court, before the Honorable Ona T. Wang, United States Magistrate Judge, Southern District of New York, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 37, granting Kobre & Kim LLP's motion to compel.

Pursuant to the Court's Order on April 14, 2020, Dkt. No. 22, Defendant Commodity Futures Trading Commission is required to file any opposition to the motion by May 15, 2020.

Dated: May 1, 2020

Respectfully submitted,

/s/ Benjamin J.A. Sauter
Benjamin J.A. Sauter
Michael S. Kim
Jonathan D. Cogan
George Stamatopoulos

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Benjamin.Sauter@kobrekim.com
Michael.Kim@kobrekim.com
Jonathan.Cogan@kobrekim.com
George.Stamatopoulos@kobrekim.com

David H. McGill
Leanne A. Bortner

KOBRE & KIM LLP
1919 M Street, NW
Washington DC 20036
Tel: +1 202 664 1900
David.McGill@kobrekim.com
Leanne.Bortner@kobrekim.com