IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRE & KIM LLP,<br><br>　　　　　　Plaintiff,<br><br>- v. -<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Defendant. | Case No. 19-cv-10151 (LAK) (OTW)<br><br>Honorable Ona T. Wang<br><br>**DECLARATION OF BENJAMIN J.A. SAUTER** |

　　　　Pursuant to 28 U.S.C. § 1746, I, Benjamin J.A. Sauter, hereby declare:

　　　　1.　　I am a Partner at Kobre & Kim LLP and am counsel for Plaintiff Kobre & Kim in the above-captioned matter. I am submitting this declaration in support of Kobre & Kim's Motion to Compel.

　　　　2.　　Attached hereto as **Exhibit A** is a true and correct copy of an email exchange, which includes an email from Assistant United States Attorney Rachael Doud, dated January 14, 2020.

　　　　Executed on May 1, 2020, in New York, New York.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin J.A. Sauter
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin J.A. Sauter

　　　　　　　　　　　　　　　　　　　　　　　　KOBRE & KIM LLP
　　　　　　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　Tel: +1 212 488 1200
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin.Sauter@kobrekim.com