UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KOBRE & KIM LLP,

                Plaintiff,

   -v-

COMMODITY FUTURES TRADING
COMMISSION,

                Defendant.
------------------------------------------------------------ x

Case No. 19 Civ. 10151 (LAK) (OTW)

**DECLARATION OF RACHAEL L. DOUD**

Rachael L. Doud declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the Southern District of New York and I am the counsel of record in this matter. I make this declaration on the basis of my personal knowledge and information provided to me by the Commodities Futures Trading Commission ("CFTC") to place certain information before the Court in opposition to Plaintiff's motion to compel.

2. Attached hereto as Exhibit A is a document reflecting the parameters the CFTC is employing for its search in response to Plaintiff's Freedom of Information Act request.

Dated: New York, New York
        May 15, 2020

                                                /s/ Rachael L. Doud
                                                Rachael L. Doud
                                                Assistant United States Attorney