UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
: 
KOBRE & KIM LLP, :
: 
                Plaintiff, :    Case No. 19 Civ. 10151 (LAK)
:    (OTW)
  -v- :
: 
COMMODITY FUTURES TRADING :    **NOTICE OF MOTION**
COMMISSION, :
: 
                Defendant. :
: 
------------------------------------------------------------ x

        PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Defendant's Motion for Summary Judgment and (ii) Declaration of Rosemary Bajorek and accompanying exhibits, Defendant hereby moves this Court for an order granting summary judgment in favor of Defendant pursuant to Rule 56 of the Federal Rules of Civil Procedure for all claims against it.

Dated:   October 19, 2020
           New York, New York

                                                  AUDREY STRAUSS
                                                  Acting United States Attorney for the
                                                  Southern District of New York
                                                  *Attorney for the Defendant*

                        By:    /s/ Rachael L. Doud
                                     RACHAEL L. DOUD
                                     Assistant United States Attorney
                                     86 Chambers Street, 3rd Floor
                                     New York, New York 10007
                                     Tel.: (212) 637-3274
                                     Fax: (212) 637-2786
                                     E-mail: rachael.doud@usdoj.gov