# EXHIBIT 1

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Description** | | | | | |
| Kobre-Kim-CFTC-0000001 | Kobre-Kim-CFTC-0000001 | Kobre-Kim-CFTC-0000002 | Webb, Kevin S [KWebb@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 23:31 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly realizes "(b)(4)." |
| Kobre-Kim-CFTC-0000003 | Kobre-Kim-CFTC-0000003 | Kobre-Kim-CFTC-0000004 | Xlima, Jaime [JKlima@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | Re: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 21:31 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly realizes "(b)(4)." |
| Kobre-Kim-CFTC-0000005 | Kobre-Kim-CFTC-0000005 | Kobre-Kim-CFTC-0000006 | Short, Michael [MShort@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | RE: [EXTERNAL] Twitter | 8/19/2019 20:25 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email with communications related to contempt motion, made for the purpose of providing legal advice. In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000007 | Kobre-Kim-CFTC-0000007 | Kobre-Kim-CFTC-0000008 | Howell, Robert [RHowell@CFTC.gov] | Short, Michael [MShort@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Fwd: [EXTERNAL] Twitter | 8/19/2019 20:00 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege; Exemption 7(7)(A) On-going Enforcement Matter; | Email with communications related to contempt motion, made for the purpose of providing legal advice. In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003600 | Kobre-Kim-CFTC-0003600 | Kobre-Kim-CFTC-0003604 | Wedewer, Harry E [HWedewer@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | | RE: SERIATIM REPORT: Monday, August 19, 2019 | 8/19/2019 11:39 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain with a report and other communications reflecting predecisional deliberative process regarding courses of action in enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with ongoing enforcement matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0000489 | Kobre-Kim-CFTC-0000489 | Kobre-Kim-CFTC-0000494 | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Fwd: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:17 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000490 | Kobre-Kim-CFTC-0000489 | Kobre-Kim-CFTC-0000494 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000496 | Kobre-Kim-CFTC-0000495 | Kobre-Kim-CFTC-0000500 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000501 | Kobre-Kim-CFTC-0000501 | Kobre-Kim-CFTC-0000502 | Grimm, Daniel [DGrimm@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: UPDATE: Judge's Revision to Kraft Consent Order | 8/13/2019 11:50 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000503 | Kobre-Kim-CFTC-0000503 | Kobre-Kim-CFTC-0000503 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Chopra, Neel [NChopra@CFTC.gov] | | RE: Kraft | 8/13/2019 11:48 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement process in Kraft that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000504 | Kobre-Kim-CFTC-0000504 | Kobre-Kim-CFTC-0000505 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: [EXTERNAL] [REDACTED] | 8/12/2019 18:25 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000506 | Kobre-Kim-CFTC-0000506 | Kobre-Kim-CFTC-0000507 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | Re: Judge's Revision to Kraft Consent Order | 8/12/2019 18:12 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000508 | Kobre-Kim-CFTC-0000508 | Kobre-Kim-CFTC-0000509 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | Re: Judge's Revision to Kraft Consent Order | 8/12/2019 17:59 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000510 | Kobre-Kim-CFTC-0000510 | Kobre-Kim-CFTC-0000511 | Grimm, Daniel [DGrimm@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Re: Judge's Revision to Kraft Consent Order | 8/12/2019 17:51 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000512 | Kobre-Kim-CFTC-0000512 | Kobre-Kim-CFTC-0000513 | Howell, Robert [RHowell@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Judge's Revision to Kraft Consent Order | 8/12/2019 17:30 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000514 | Kobre-Kim-CFTC-0000512 | Kobre-Kim-CFTC-0000521 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about sensitive settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0000532 | Kobre-Kim-CFTC-0000532 | Kobre-Kim-CFTC-0000532 | Short, Michael [MShort@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft | 8/12/2019 13:09 | Parent | Partial Exemptions | Exemption 7\(7)(A) On-going Enforcement Matter; | Email containing information regarding settlement and publication of press release and Commission statements that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000017 | Kobre-Kim-CFTC-0000017 | Kobre-Kim-CFTC-0000019 | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: travel problem | 8/18/2019 13:27 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000020 | Kobre-Kim-CFTC-0000020 | Kobre-Kim-CFTC-0000022 | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: travel problem | 8/18/2019 13:14 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000023 | Kobre-Kim-CFTC-0000023 | Kobre-Kim-CFTC-0000025 | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: travel problem | 8/18/2019 12:38 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000026 | Kobre-Kim-CFTC-0000026 | Kobre-Kim-CFTC-0000028 | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | | Re: travel problem | 8/17/2019 22:07 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000029 | Kobre-Kim-CFTC-0000029 | Kobre-Kim-CFTC-0000031 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 22:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000032 | Kobre-Kim-CFTC-0000032 | Kobre-Kim-CFTC-0000033 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: travel problem | 8/17/2019 21:37 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000034 | Kobre-Kim-CFTC-0000034 | Kobre-Kim-CFTC-0000035 | White, Martin B. [mwhite@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: travel problem | 8/17/2019 21:31 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the emails contain cell phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Description | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000036 | Kobre-Kim-CFTC-0000036 | Kobre-Kim-CFTC-0000037 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000038 | Kobre-Kim-CFTC-0000038 | Kobre-Kim-CFTC-0000040 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000041 | Kobre-Kim-CFTC-0000041 | Kobre-Kim-CFTC-0000042 | Hynes, Lucy [LHynes@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000043 | Kobre-Kim-CFTC-0000043 | Kobre-Kim-CFTC-0000045 | Schwartz, Rob [RSchwartz@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000046 | Kobre-Kim-CFTC-0000046 | Kobre-Kim-CFTC-0000047 | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000048 | Kobre-Kim-CFTC-0000048 | Kobre-Kim-CFTC-0000049 | White, Martin B. [mwhite@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | | 8/17/2019 19:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000050 | Kobre-Kim-CFTC-0000050 | Kobre-Kim-CFTC-0000051 | Dunfee, John [jdunfee@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000052 | Kobre-Kim-CFTC-0000052 | Kobre-Kim-CFTC-0000061 | Dunfee, John [jdunfee@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000053 | Kobre-Kim-CFTC-0000052 | Kobre-Kim-CFTC-0000061 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000062 | Kobre-Kim-CFTC-0000062 | Kobre-Kim-CFTC-0000071 | Gradman, Susan J. [sgradman@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000063 | Kobre-Kim-CFTC-0000062 | Kobre-Kim-CFTC-0000071 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000072 | Kobre-Kim-CFTC-0000072 | Kobre-Kim-CFTC-0000075 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 17:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000076 | Kobre-Kim-CFTC-0000076 | Kobre-Kim-CFTC-0000079 | White, Martin B. [mwhite@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft Motion | 8/17/2019 17:20 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000080 | Kobre-Kim-CFTC-0000080 | Kobre-Kim-CFTC-0000081 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft Motion | 8/17/2019 16:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000082 | Kobre-Kim-CFTC-0000082 | Kobre-Kim-CFTC-0000084 | White, Martin B. [mwhite@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft Motion | 8/17/2019 14:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000085 | Kobre-Kim-CFTC-0000085 | Kobre-Kim-CFTC-0000086 | Schwartz, Rob [RSchwartz@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000087 | Kobre-Kim-CFTC-0000087 | Kobre-Kim-CFTC-0000088 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov;Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000089 | Kobre-Kim-CFTC-0000089 | Kobre-Kim-CFTC-0000093 | Grimm, Daniel [DGrimm@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000094 | Kobre-Kim-CFTC-0000094 | Kobre-Kim-CFTC-0000098 | White, Martin B. [mwhite@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000099 | Kobre-Kim-CFTC-0000099 | Kobre-Kim-CFTC-0000103 | Schwartz, Rob [RSchwartz@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000104 | Kobre-Kim-CFTC-0000104 | Kobre-Kim-CFTC-0000108 | Grimm, Daniel [DGrimm@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0000109 | Kobre-Kim-CFTC-0000109 | Kobre-Kim-CFTC-0000113 | Grimm, Daniel [DGrimm@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000114 | Kobre-Kim-CFTC-0000114 | Kobre-Kim-CFTC-0000117 | Schwartz, Rob [RSchwartz@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000118 | Kobre-Kim-CFTC-0000118 | Kobre-Kim-CFTC-0000121 | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 12:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000122 | Kobre-Kim-CFTC-0000122 | Kobre-Kim-CFTC-0000125 | Schwartz, Rob [RSchwartz@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000126 | Kobre-Kim-CFTC-0000126 | Kobre-Kim-CFTC-0000128 | White, Martin B. [mwhite@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:20 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000129 | Kobre-Kim-CFTC-0000129 | Kobre-Kim-CFTC-0000131 | Grimm, Daniel [DGrimm@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000132 | Kobre-Kim-CFTC-0000132 | Kobre-Kim-CFTC-0000134 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 10:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000136 | Kobre-Kim-CFTC-0000135 | Kobre-Kim-CFTC-0000143 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000144 | Kobre-Kim-CFTC-0000144 | Kobre-Kim-CFTC-0000153 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 10:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000146 | Kobre-Kim-CFTC-0000144 | Kobre-Kim-CFTC-0000153 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000154 | Kobre-Kim-CFTC-0000154 | Kobre-Kim-CFTC-0000155 | Lowe, Gretchen L. [glowe@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft opposition to motion --question for DOE folks | 8/17/2019 9:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000156 | Kobre-Kim-CFTC-0000156 | Kobre-Kim-CFTC-0000173 | Grimm, Daniel [DGrimm@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 9:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000158 | Kobre-Kim-CFTC-0000156 | Kobre-Kim-CFTC-0000173 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000166 | Kobre-Kim-CFTC-0000156 | Kobre-Kim-CFTC-0000173 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000174 | Kobre-Kim-CFTC-0000174 | Kobre-Kim-CFTC-0000174 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 8:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000175 | Kobre-Kim-CFTC-0000175 | Kobre-Kim-CFTC-0000183 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 4:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000176 | Kobre-Kim-CFTC-0000175 | Kobre-Kim-CFTC-0000183 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000184 | Kobre-Kim-CFTC-0000184 | Kobre-Kim-CFTC-0000186 | White, Martin B. [mwhite@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 23:07 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000187 | Kobre-Kim-CFTC-0000187 | Kobre-Kim-CFTC-0000217 | Pizzola, Chelsea [CPizzola@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 23:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000190 | Kobre-Kim-CFTC-0000187 | Kobre-Kim-CFTC-0000217 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000202 | Kobre-Kim-CFTC-0000187 | Kobre-Kim-CFTC-0000217 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000218 | Kobre-Kim-CFTC-0000218 | Kobre-Kim-CFTC-0000219 | Grimm, Daniel [DGrimm@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 20:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000220 | Kobre-Kim-CFTC-0000220 | Kobre-Kim-CFTC-0000221 | Davis, Daniel J [DDavis@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 19:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

Kobre & Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description — Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000222 | Kobre-Kim-CFTC-0000222 | Kobre-Kim-CFTC-0000223 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft motion for contempt - timing | 8/16/2019 19:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000224 | Kobre-Kim-CFTC-0000224 | Kobre-Kim-CFTC-0000225 | Schwartz, Rob [RSchwartz@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft motion for contempt - attached | 8/16/2019 19:19 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000226 | Kobre-Kim-CFTC-0000226 | Kobre-Kim-CFTC-0000227 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft motion for contempt - attached | 8/16/2019 19:15 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000228 | Kobre-Kim-CFTC-0000228 | Kobre-Kim-CFTC-0000274 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Fwd: Kraft motion for contempt - attached | 8/16/2019 18:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000369 | Kobre-Kim-CFTC-0000369 | Kobre-Kim-CFTC-0000370 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000371 | Kobre-Kim-CFTC-0000371 | Kobre-Kim-CFTC-0000372 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000373 | Kobre-Kim-CFTC-0000373 | Kobre-Kim-CFTC-0000380 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | FW: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000375 | Kobre-Kim-CFTC-0000373 | Kobre-Kim-CFTC-0000380 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000381 | Kobre-Kim-CFTC-0000381 | Kobre-Kim-CFTC-0000386 | Davis, Daniel J [DDavis@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Short, Michael [MShort@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Einstman, John J [JEinstman@CFTC.gov] | RE: Update 1:11pm: WSJ Inquiry | 8/16/2019 11:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19(cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0000387 | Kobre-Kim-CFTC-0000387 | Kobre-Kim-CFTC-0000389 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: [EXTERNAL] Activity in Case 1:15-cv-02881; US Commodity Futures Trading Commission v. Kraft Foods Group, Inc. et al set/reset hearings; | 8/15/2019 18:44 | Parent | Partial Exemptions | Exemption 6;Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000536 | Kobre-Kim-CFTC-0000536 | Kobre-Kim-CFTC-0000536 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | RE: Kraft | 8/8/2019 12:19 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000390 | Kobre-Kim-CFTC-0000390 | Kobre-Kim-CFTC-0000394 | Schwartz, Rob [RSchwartz@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];White, Martin B. [mwhite@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 18:14 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000395 | Kobre-Kim-CFTC-0000395 | Kobre-Kim-CFTC-0000399 | Schwartz, Rob [RSchwartz@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 18:12 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000400 | Kobre-Kim-CFTC-0000400 | Kobre-Kim-CFTC-0000403 | Schwartz, Rob [RSchwartz@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 17:50 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000404 | Kobre-Kim-CFTC-0000404 | Kobre-Kim-CFTC-0000406 | Gradman, Susan J. [sgradman@CFTC.GOV] | Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 17:29 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000411 | Kobre-Kim-CFTC-0000411 | Kobre-Kim-CFTC-0000417 | Reinhart, Stephanie [SReinhart@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Shin, Michael [MShort@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.gov] | RE: Follow-up /WSJ- Kraft | 8/15/2019 15:09 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000418 | Kobre-Kim-CFTC-0000418 | Kobre-Kim-CFTC-0000420 | Schwartz, Rob [RSchwartz@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Einstman, John J [JEinstman@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:58 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000421 | Kobre-Kim-CFTC-0000421 | Kobre-Kim-CFTC-0000423 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | FW: [EXTERNAL] Re: CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:42 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000424 | Kobre-Kim-CFTC-0000424 | Kobre-Kim-CFTC-0000425 | Williamson, Scott R. [swilliamson@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:37 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000426 | Kobre-Kim-CFTC-0000426 | Kobre-Kim-CFTC-0000426 | Faulk-White, Donna [DFaulk-White@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | RE: MarketWatch -- Kraft | 8/15/2019 13:44 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000428 | Kobre-Kim-CFTC-0000428 | Kobre-Kim-CFTC-0000434 | Faulk-White, Donna [DFaulk-White@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];Short, Michael [MShort@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov] | RE: Update 1:11pm: WSJ Inquiry | 8/15/2019 13:33 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003605 | Kobre-Kim-CFTC-0003605 | Kobre-Kim-CFTC-0003606 | Hunter, Matthew [MHunter@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | FW: Kraft and Mondelez Global to Pay $16 Million in Wheat Manipulation Case | 8/15/2019 11:22 | Parent | Partial Exemptions | Exemption 5(Investigative Privilege;Exemption 7(7)(A) On-going Enforcement Matter;Exemption 7(7)(E) Protected Law Enforcement Information; | Email containing confidential communications that would reveal investigatory processes of the CFTC. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000470 | Kobre-Kim-CFTC-0000470 | Kobre-Kim-CFTC-0000484 | Wedewer, Harry E [HWedewer@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Cantley, Brent [BCantley@CFTC.gov] | COMPLETED DOE Revised Consent Order Rec. CFTC v. Kraft Foods et al. | 8/14/2019 14:13 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. In addition, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000472 | Kobre-Kim-CFTC-0000470 | Kobre-Kim-CFTC-0000484 | | | | | | Attachment | Partial Exemptions | | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000485 | Kobre-Kim-CFTC-0000485 | Kobre-Kim-CFTC-0000486 | Pizzola, Chelsea [CPizzola@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: NEW - Seriatim 19-170: CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC DUE: WEDNESDAY, AUGUST 14, 2019 @ 4:30 P.M. | 8/14/2019 13:49 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Emails containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000487 | Kobre-Kim-CFTC-0000487 | Kobre-Kim-CFTC-0000488 | Pizzola, Chelsea [CPizzola@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | FW: NEW - Seriatim 19-170: CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC DUE: WEDNESDAY, AUGUST 14, 2019 @ 4:30 P.M. | 8/14/2019 13:34 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000537 | Kobre-Kim-CFTC-0000537 | Kobre-Kim-CFTC-0000537 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft | 8/7/2019 18:18 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000538 | Kobre-Kim-CFTC-0000538 | Kobre-Kim-CFTC-0000538 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | Kraft | 8/7/2019 17:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003608 | Kobre-Kim-CFTC-0003607 | Kobre-Kim-CFTC-0003626 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | CFTC document containing information about settlement and settlement strategy, attorneys' mental impressions of the case, and information subject to the Kraft Court's Protective Order (Docket Entry #106). The document was provided for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000539 | Kobre-Kim-CFTC-0000539 | Kobre-Kim-CFTC-0000542 | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | FW: Kraft -- Case Ending Press Release 6.2.19 - JMM edits | 8/5/2019 16:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000541 | Kobre-Kim-CFTC-0000539 | Kobre-Kim-CFTC-0000542 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000543 | Kobre-Kim-CFTC-0000543 | Kobre-Kim-CFTC-0000546 | Short, Michael [MShort@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | RE: Kraft -- Case Ending Press Release 6.2.19 - JMM edits | 8/5/2019 14:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000545 | Kobre-Kim-CFTC-0000543 | Kobre-Kim-CFTC-0000546 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003627 | Kobre-Kim-CFTC-0003627 - Kobre-Kim-CFTC-0003630 | Sidman, Robert [RSidman@CFTC.gov] | Allen, Natise L. [NAllen@CFTC.gov];Arbit, Terry [TArbit@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Benedict, Melissa [MBenedict@CFTC.gov];Berkovitz, Dan D[DBerkovitz@CFTC.gov];Brown, Dana D[Dbrown@CFTC.gov];Brown, Karen [KBrown@CFTC.gov];Bucsa, Daniel J. D[Bucsa@CFTC.gov];Buhler, Mary Jean [MBuhler@CFTC.gov];Bulan, Lynn A L[Bulan@CFTC.gov];Burke, Kyndra K[Burke@CFTC.gov];Burns, Jeffrey P. J[Burns@CFTC.gov];Castro, Herminio [HCastro@CFTC.gov];Charley, Willie [WCharley@CFTC.gov];Cutshall, Charles [CCutshall@CFTC.gov];Daigler, Matthew [MDaigler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Dolan, John [jdolan@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Gardy, Laura L[Gardy@CFTC.gov];Gillers, David D[Gillers@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Hayeck, Paul G. [phayeck@CFTC.gov];Hutchison, Clark [c_hutchison@CFTC.gov];Hynes, Lucy L[Hynes@CFTC.gov];Jones, Shonneice S[Jones@CFTC.gov];Jurgens, Melissa | | SERIATIM REPORT: Monday, August 5, 2019 | 8/5/2019 9:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0000548 | Kobre-Kim-CFTC-0000548 - Kobre-Kim-CFTC-0000548 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James J[McDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: | 7/31/2019 16:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications, notes and impressions, about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000549 | Kobre-Kim-CFTC-0000549 - Kobre-Kim-CFTC-0000549 | McDonald, James [JMcDonald@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | RE: | 7/31/2019 16:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing predecisional communications, notes and impressions, about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000550 | Kobre-Kim-CFTC-0000550 - Kobre-Kim-CFTC-0000550 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft privileged and confidential | 7/29/2019 18:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing predecisional communications about settlement strategy, process, and negotiations, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000552 | Kobre-Kim-CFTC-0000551 - Kobre-Kim-CFTC-0000553 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000554 | Kobre-Kim-CFTC-0000554 - Kobre-Kim-CFTC-0000554 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | Kraft privileged and confidential | 7/29/2019 17:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications about attorney's mental impressions regarding settlement discussions with counsel for Kraft, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000555 | Kobre-Kim-CFTC-0000555 - Kobre-Kim-CFTC-0000555 | Lowe, Gretchen L. [glowe@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | Re: Kraft | 7/28/2019 12:34 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000556 | Kobre-Kim-CFTC-0000556 - Kobre-Kim-CFTC-0000556 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | Re: Kraft | 7/28/2019 12:10 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000557 | Kobre-Kim-CFTC-0000557 - Kobre-Kim-CFTC-0000557 | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft | 7/26/2019 17:28 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000558 | Kobre-Kim-CFTC-0000558 - Kobre-Kim-CFTC-0000558 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 7/26/2019 13:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding to public statement clause in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about the clause.   Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000559 | Kobre-Kim-CFTC-0000560 | Kobre-Kim-CFTC-0000560 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: Kraft | 7/26/2019 13:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000561 | Kobre-Kim-CFTC-0000561 | Kobre-Kim-CFTC-0000561 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov] | Kraft | 7/26/2019 9:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000562 | Kobre-Kim-CFTC-0000562 | Kobre-Kim-CFTC-0000564 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Kraft press release | 7/25/2019 12:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000563 | Kobre-Kim-CFTC-0000562 | Kobre-Kim-CFTC-0000564 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001429 | Kobre-Kim-CFTC-0001428 | Kobre-Kim-CFTC-0001436 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing tentative information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001438 | Kobre-Kim-CFTC-0001437 | Kobre-Kim-CFTC-0001439 | | | | | | Attachment | Full Exemption | Exemption 7;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Draft document containing information about tentative settlement terms for the proposed consent order and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001444 | Kobre-Kim-CFTC-0001442 | Kobre-Kim-CFTC-0001483 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001476 | Kobre-Kim-CFTC-0001442 | Kobre-Kim-CFTC-0001483 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001484 | Kobre-Kim-CFTC-0001484 | Kobre-Kim-CFTC-0001525 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Fwd: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/21/2019 10:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated to the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email chain contains internal CFTC information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001486 | Kobre-Kim-CFTC-0001484 | Kobre-Kim-CFTC-0001525 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0001518 | Kobre-Kim-CFTC-0001484 | Kobre-Kim-CFTC-0001525 | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.<br><br>Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001528 | Kobre-Kim-CFTC-0001528 | Kobre-Kim-CFTC-0001529 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov];Wedewer, Harry E [HWedewer@CFTC.gov];Cantley, Brent [BCantley@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Patrick, Joseph J [JPatrick@CFTC.gov] | RE: Kraft memo and order | 6/3/2019 14:44 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001548 | Kobre-Kim-CFTC-0001548 | Kobre-Kim-CFTC-0001550 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | FW: Kraft | 5/21/2019 17:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001551 | Kobre-Kim-CFTC-0001551 | Kobre-Kim-CFTC-0001551 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Chopra, Neel [NChopra@CFTC.gov] | | RE: CFTC v Kraft Draft Consent Order 5.16.19 | 5/21/2019 16:14 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.<br><br>Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.<br><br>Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001552 | Kobre-Kim-CFTC-0001552 | Kobre-Kim-CFTC-0001552 | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Re: Kraft | 5/21/2019 15:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001553 | Kobre-Kim-CFTC-0001553 | Kobre-Kim-CFTC-0001553 | Howell, Robert [RHowell@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Rowland, Matthew [MRowland@CFTC.gov] | RE: Kraft | 5/21/2019 15:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001554 | Kobre-Kim-CFTC-0001554 | Kobre-Kim-CFTC-0001554 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | FW: CFTC v Kraft Draft Consent Order 5.16.19 | 5/21/2019 12:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001555 | Kobre-Kim-CFTC-0001554 | Kobre-Kim-CFTC-0001562 | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft court's confidentiality ruling.<br><br>Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001530 | Kobre-Kim-CFTC-0001530 | Kobre-Kim-CFTC-0001531 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft | 5/28/2019 16:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001532 | Kobre-Kim-CFTC-0001532 | Kobre-Kim-CFTC-0001540 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Kraft | 5/28/2019 12:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001533 | Kobre-Kim-CFTC-0001532 | Kobre-Kim-CFTC-0001540 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document\containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001541 | Kobre-Kim-CFTC-0001541 | Kobre-Kim-CFTC-0001541 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | Kraft | 5/28/2019 11:34 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001542 | Kobre-Kim-CFTC-0001542 | Kobre-Kim-CFTC-0001544 | Howell, Robert [RHowell@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV];Rowland, Matthew [MRowland@CFTC.gov] | Re: Kraft | 5/24/2019 14:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement negotiations and Commission settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001545 | Kobre-Kim-CFTC-0001545 | Kobre-Kim-CFTC-0001547 | Lowe, Gretchen L. [glowe@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV];Rowland, Matthew [MRowland@CFTC.gov] | RE: Kraft | 5/24/2019 14:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing information about settlement conference discussions, as well as communications about Commission settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001563 | Kobre-Kim-CFTC-0001563 | Kobre-Kim-CFTC-0001563 | Gradman, Susan J. [sgradman@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Re: Kraft consent order.pdf | 5/10/2019 12:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001564 | Kobre-Kim-CFTC-0001564 | Kobre-Kim-CFTC-0001572 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Kraft consent order.pdf | 5/10/2019 11:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001565 | Kobre-Kim-CFTC-0001564 | Kobre-Kim-CFTC-0001572 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001574 | Kobre-Kim-CFTC-0001573 | Kobre-Kim-CFTC-0001589 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001582 | Kobre-Kim-CFTC-0001573 | Kobre-Kim-CFTC-0001589 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001590 | Kobre-Kim-CFTC-0001590 | Kobre-Kim-CFTC-0001590 | Lowe, Gretchen L. [glowe@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft | 5/10/2019 9:46 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001526 | Kobre-Kim-CFTC-0001526 | Kobre-Kim-CFTC-0001526 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | | Kraft (proposed talking points for call with counsel) | 6/5/2019 11:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001527 | Kobre-Kim-CFTC-0001527 | Kobre-Kim-CFTC-0001527 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | Fwd: Kraft follow up | 6/5/2019 10:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Email To | Email CC | Email Subject | | | | | | |
| Kobre-Kim-CFTC-0001603 | Kobre-Kim-CFTC-0001602 | Kobre-Kim-CFTC-0001626 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001611 | Kobre-Kim-CFTC-0001602 | Kobre-Kim-CFTC-0001626 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001619 | Kobre-Kim-CFTC-0001602 | Kobre-Kim-CFTC-0001626 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001591 | Kobre-Kim-CFTC-0001591 | Kobre-Kim-CFTC-0001599 | Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | FW: Kraft | 4/22/2019 10:43 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001592 | Kobre-Kim-CFTC-0001591 | Kobre-Kim-CFTC-0001599 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001627 | Kobre-Kim-CFTC-0001627 | Kobre-Kim-CFTC-0001630 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | RE: Kraft - draft consent order | 3/29/2019 14:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a Draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001631 | Kobre-Kim-CFTC-0001631 | Kobre-Kim-CFTC-0001641 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Frisch, Michael [MFrisch@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | RE: Kraft - draft consent order | 3/29/2019 13:04 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a Draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001633 | Kobre-Kim-CFTC-0001631 | Kobre-Kim-CFTC-0001641 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001642 | Kobre-Kim-CFTC-0001642 | Kobre-Kim-CFTC-0001656 | Frisch, Michael [MFrisch@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Riccobene, Edward J. [ericcobene@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | RE: Kraft - draft consent order | 3/29/2019 12:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a Draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001657 | Kobre-Kim-CFTC-0001657 | Kobre-Kim-CFTC-0001666 | Reinhart, Stephanie [SReinhart@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | RE: Kraft - draft consent order | 3/27/2019 16:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and suggested edits to a Draft Consent Order, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre & Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Description — Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001658 | Kobre-Kim-CFTC-0001657 | Kobre-Kim-CFTC-0001666 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement proceeding. | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001671 | Kobre-Kim-CFTC-0001671 | Kobre-Kim-CFTC-0001672 | Sklar, Maggie [MSklar@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Gill, Michael [MGill@CFTC.gov] | | FW: Kraft -- settlement in principle | 3/25/2019 15:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Emails containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001673 | Kobre-Kim-CFTC-0001673 | Kobre-Kim-CFTC-0001673 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Richardson, Erica Elliott [ERichardson@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Media Inquiry: CFTC vs Mondelez/Kraft | 3/25/2019 12:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice as to how to respond to a press inquiry. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001667 | Kobre-Kim-CFTC-0001667 | Kobre-Kim-CFTC-0001667 | Williamson, Scott R. [swilliamson@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Kraft Order status | 3/26/2019 16:54 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001675 | Kobre-Kim-CFTC-0001675 | Kobre-Kim-CFTC-0001676 | Williamson, Scott R. [swilliamson@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Chopra, Neel [NChopra@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | Re: Kraft settlement | 3/22/2019 14:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001677 | Kobre-Kim-CFTC-0001677 | Kobre-Kim-CFTC-0001677 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | Re: Kraft settlement | 3/22/2019 14:13 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001678 | Kobre-Kim-CFTC-0001678 | Kobre-Kim-CFTC-0001678 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Lowe, Gretchen L. [glowe@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | Re: Kraft settlement | 3/22/2019 13:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0000565 | Kobre-Kim-CFTC-0000565 | Kobre-Kim-CFTC-0000608 | McDonald, James [JMcDonald@CFTC.gov] | Bucsa, Daniel J. [DBucsa@CFTC.gov];Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov];Arbit, Terry [TArbit@CFTC.gov] | | Fwd: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 22:03 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0000609 | Kobre-Kim-CFTC-0000609 | Kobre-Kim-CFTC-0000651 | McDonald, James [JMcDonald@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov] | | Fwd: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 22:02 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0000652 | Kobre-Kim-CFTC-0000652 | Kobre-Kim-CFTC-0000654 | McDonald, James [JMcDonald@CFTC.gov] | Short, Michael [MShort@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | Re: [EXTERNAL] Twitter | 8/19/2019 20:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding the no public statement clause in the Kraft case. Email discussion containing mental impressions and opinions about removal of public tweets.  Such communications are also made for the purpose of seeking and providing legal advice.  The record also contains information that, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000689 | Kobre-Kim-CFTC-0000689 | Kobre-Kim-CFTC-0000691 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA744BC82026C05480A124F-MCDONALD, JAMES] | Davis, Daniel J [DDavis@CFTC.gov] | | RE: [EXTERNAL] Re: CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000698 | Kobre-Kim-CFTC-0000698 | Kobre-Kim-CFTC-0000700 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA744BC82026C05480A124F-MCDONALD, JAMES] | Schwartz, Rob [RSchwartz@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Lowe, Gretchen L. [glowe@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Einstman, John [JEinstman@CFTC.gov] | RE: [EXTERNAL] Kraft | 8/15/2019 13:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter;Exemption 7(7)(E) Protected Law Enforcement Information; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. An individual conference line pass code is redacted because the disclosure of such information would increase the risk of unauthorized access to agency staff conference lines. The redaction incorrectly indicates "(b)(4)." |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000702 | Kobre-Kim-CFTC-0000702 | Kobre-Kim-CFTC-0000702 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/13/2019 11:39 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000703 | Kobre-Kim-CFTC-0000703 | Kobre-Kim-CFTC-0000716 | McDonald, James [JMcDonald@CFTC.gov] | Chopra, Neel [NChopra@CFTC.gov] | | Fwd: [EXTERNAL] Shapo v. Engle | 8/12/2019 21:04 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000705 | Kobre-Kim-CFTC-0000703 | Kobre-Kim-CFTC-0000716 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Legal research selected and provided based on attorney's mental impressions of the Kraft case and for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000710 | Kobre-Kim-CFTC-0000703 | Kobre-Kim-CFTC-0000716 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Legal research provided based on attorney's mental impressions of the case and for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000714 | Kobre-Kim-CFTC-0000703 | Kobre-Kim-CFTC-0000716 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Legal research selected and provided based on attorney's mental impressions of the Kraft case and for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001683 | Kobre-Kim-CFTC-0001682 | Kobre-Kim-CFTC-0001693 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0001693 | Kobre-Kim-CFTC-0001693 | Kobre-Kim-CFTC-0001693 | McDonald, James [JMcDonald@CFTC.gov] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | Re: Kraft | 8/7/2019 17:53 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding draft press release that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000717 | Kobre-Kim-CFTC-0000717 | Kobre-Kim-CFTC-0000718 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft – Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 17:09 | Parent | Partial Exemptions | Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001694 | Kobre-Kim-CFTC-0001694 | Kobre-Kim-CFTC-0001696 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [NChopra@CFTC.gov] | | FW: KRAFT final. 8.2.2019.Hrev2 | 8/2/2019 14:34 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001695 | Kobre-Kim-CFTC-0001694 | Kobre-Kim-CFTC-0001696 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. |
| Kobre-Kim-CFTC-0001697 | Kobre-Kim-CFTC-0001697 | Kobre-Kim-CFTC-0001697 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Grimm, Daniel [DGrimm@CFTC.gov] | | | 8/2/2019 14:30 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001698 | Kobre-Kim-CFTC-0001698 | Kobre-Kim-CFTC-0001700 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | | Fwd: (privileged and confidential; attorney work product) | 8/2/2019 13:47 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about what to communicate to the public about settlement strategy related to the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding such communications to the public. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001699 | Kobre-Kim-CFTC-0001698 | Kobre-Kim-CFTC-0001700 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001715 | Kobre-Kim-CFTC-0001715 | Kobre-Kim-CFTC-0001715 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Howell, Robert [RHowell@CFTC.gov] | | RE: | 7/30/2019 17:52 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0001679 | Kobre-Kim-CFTC-0001679 | Kobre-Kim-CFTC-0001679 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 96B04ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Williamson, Scott R. [swilliamson@CFTC.GOV];White, Martin B. [mwhite@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [Rhowell@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | JMM Kraft notes | 8/19/2019 8:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000655 | Kobre-Kim-CFTC-0000655 | Kobre-Kim-CFTC-0000657 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: travel problem | 8/18/2019 13:25 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding.  Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000658 | Kobre-Kim-CFTC-0000658 | Kobre-Kim-CFTC-0000659 | McDonald, James [JMcDonald@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | | Re: travel problem | 8/17/2019 21:43 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding.  Finally, the emails contain cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000660 | Kobre-Kim-CFTC-0000660 | Kobre-Kim-CFTC-0000661 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | | Re: travel problem | 8/17/2019 21:42 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding.  The record contains cell phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000662 | Kobre-Kim-CFTC-0000662 | Kobre-Kim-CFTC-0000663 | McDonald, James [JMcDonald@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Re: travel problem | 8/17/2019 21:11 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding.  Finally, the record contains cell phone numbers for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000664 | Kobre-Kim-CFTC-0000664 | Kobre-Kim-CFTC-0000666 | McDonald, James [JMcDonald@CFTC.gov] | Hynes, Lucy [Lhynes@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000667 | Kobre-Kim-CFTC-0000667 | Kobre-Kim-CFTC-0000668 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [Lhynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000669 | Kobre-Kim-CFTC-0000669 | Kobre-Kim-CFTC-0000672 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Description | | | | | | | |
| Kobre-Kim-CFTC-0000673 | Kobre-Kim-CFTC-0000673 | Kobre-Kim-CFTC-0000676 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | RE: Kraft opposition to motion for review | 8/17/2019 11:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000677 | Kobre-Kim-CFTC-0000677 | Kobre-Kim-CFTC-0000679 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D8 9E8D4ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Grimm, Daniel [DGrimm@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 10:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000680 | Kobre-Kim-CFTC-0000680 | Kobre-Kim-CFTC-0000681 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.GOV];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft motion for contempt - timing | 8/16/2019 19:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001680 | Kobre-Kim-CFTC-0001680 | Kobre-Kim-CFTC-0001681 | McDonald, James [JMcDonald@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | RE: Kraft motion for contempt - attached | 8/16/2019 19:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000682 | Kobre-Kim-CFTC-0000682 | Kobre-Kim-CFTC-0000682 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft motion for contempt - attached | 8/16/2019 18:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000683 | Kobre-Kim-CFTC-0000683 | Kobre-Kim-CFTC-0000684 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000685 | Kobre-Kim-CFTC-0000685 | Kobre-Kim-CFTC-0000686 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000687 | Kobre-Kim-CFTC-0000687 | Kobre-Kim-CFTC-0000688 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 17:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003181 | Kobre-Kim-CFTC-0003181 | Kobre-Kim-CFTC-0003182 | McDonald, James [JMcDonald@CFTC.gov] | Xlima, Jaime [XLima@CFTC.gov] | | RE: NEW - Seriatim 19-147: Kraft Foods | DUE: FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/30/2019 12:07 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email chain containing pre-decisional deliberative communications about settlement strategy and process, and information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001716 | Kobre-Kim-CFTC-0001716 | Kobre-Kim-CFTC-0001717 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Fwd: [EXTERNAL] | 7/29/2019 19:11 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001718 | Kobre-Kim-CFTC-0001718 | Kobre-Kim-CFTC-0001718 | McDonald, James [JMcDonald@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | Re: Kraft privileged and confidential | 7/29/2019 17:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about attorney's mental impressions regarding settlement discussions with counsel for Kraft, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001719 | Kobre-Kim-CFTC-0001719 | Kobre-Kim-CFTC-0001719 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Howell, Robert [RHowell@CFTC.gov] | | | 7/29/2019 16:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing predecisional deliberative notes regarding communications with counsel for Kraft regarding proposed settlement and settlement negotiations, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001721 | Kobre-Kim-CFTC-0001720 | Kobre-Kim-CFTC-0001722 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the draft contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001723 | Kobre-Kim-CFTC-0001723 | Kobre-Kim-CFTC-0001723 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Kraft | 7/29/2019 12:40 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001724 | Kobre-Kim-CFTC-0001724 | Kobre-Kim-CFTC-0001725 | McDonald, James [JMcDonald@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Chopra, Neel [NChopra@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | Re: Kraft | 7/29/2019 11:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing pre-decisional deliberative communications about settlement negotiations CFTC settlement strategy, all made for the purpose of seeking and providing legal advice.  In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000719 | Kobre-Kim-CFTC-0000719 | Kobre-Kim-CFTC-0000721 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Rowland, Matthew [MRowland@CFTC.gov] | | RE: Kraft | 7/26/2019 16:13 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; 7(7)(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about the clause.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. In addition, an individual conference line pass code is redacted because the disclosure of such information would increase the risk of unauthorized access to agency staff conference lines.  The redaction incorrectly indicates "7(b)(4)." |
| Kobre-Kim-CFTC-0000722 | Kobre-Kim-CFTC-0000722 | Kobre-Kim-CFTC-0000723 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | RE: Kraft | 7/26/2019 16:01 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; 7(7)(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about the clause.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. In addition, an individual conference line pass code is redacted because the disclosure of such information would increase the risk of unauthorized access to agency staff conference lines.  The redaction incorrectly indicates "7(b)(4)." |
| Kobre-Kim-CFTC-0001726 | Kobre-Kim-CFTC-0001726 | Kobre-Kim-CFTC-0001726 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft - draft consent order | 4/1/2019 10:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001727 | Kobre-Kim-CFTC-0001727 | Kobre-Kim-CFTC-0001728 | McDonald, James [JMcDonald@CFTC.gov] | Sklar, Maggie [MSklar@CFTC.gov];Gill, Michael [MGill@CFTC.gov] | | Re: Kraft -- settlement in principle | 3/25/2019 15:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001729 | Kobre-Kim-CFTC-0001729 | Kobre-Kim-CFTC-0001730 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448CB2026C05480A124F-MCDONALD, JAMES] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft settlement | 3/22/2019 16:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001731 | Kobre-Kim-CFTC-0001731 | Kobre-Kim-CFTC-0001732 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft settlement | 3/22/2019 15:17 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0003183 | Kobre-Kim-CFTC-0003183 | Kobre-Kim-CFTC-0003183 | McDonald, James [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=908 9E804ECA7448C82026C05480A124F-MCDONALD, JAMES] | Howell, Robert [RHowell@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Kraft | 5/5/2019 20:45 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002049 | Kobre-Kim-CFTC-0002049 | Kobre-Kim-CFTC-0002049 | | Williamson, Scott R. [swilliamson@CFTC.GOV];White, Martin B. [mwhite@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: | 7/31/2019 16:30 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, notes and impressions from communications with counsel for Kraft, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002050 | Kobre-Kim-CFTC-0002050 | Kobre-Kim-CFTC-0002050 | | Howell, Robert [RHowell@CFTC.gov] | | RE: | 7/31/2019 16:17 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications, notes and impressions, about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002051 | Kobre-Kim-CFTC-0002051 | Kobre-Kim-CFTC-0002051 | | Lowe, Gretchen L. [glowe@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: | 7/29/2019 16:07 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain predecisional deliberative notes regarding communications with counsel for Kraft regarding proposed settlement and settlement negotiations, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002052 | Kobre-Kim-CFTC-0002052 | Kobre-Kim-CFTC-0002052 | | Williamson, Scott R. [swilliamson@CFTC.GOV];White, Martin B. [mwhite@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | FW: | 8/19/2019 8:48 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000724 | Kobre-Kim-CFTC-0000724 | Kobre-Kim-CFTC-0000724 | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft | 8/7/2019 15:39 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000725 | Kobre-Kim-CFTC-0000725 | Kobre-Kim-CFTC-0000725 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: Kraft | 8/7/2019 15:38 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000734 | Kobre-Kim-CFTC-0000734 | Kobre-Kim-CFTC-0000734 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | FW: Kraft opposition to motion for contempt final (subject to formatting etc.) | 8/17/2019 19:09 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000735 | Kobre-Kim-CFTC-0000735 | Kobre-Kim-CFTC-0000736 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Re: ECF references / redactions | 8/17/2019 15:14 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion providing substantive, deliberative comments and edits to draft opposition to contempt motion regarding CFTC's position on Kraft's allegations of contempt. |
| Kobre-Kim-CFTC-0000737 | Kobre-Kim-CFTC-0000737 | Kobre-Kim-CFTC-0000738 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: ECF references / redactions | 8/17/2019 15:10 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000739 | Kobre-Kim-CFTC-0000739 | Kobre-Kim-CFTC-0000740 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Re: ECF references / redactions | 8/17/2019 14:53 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000741 | Kobre-Kim-CFTC-0000741 | Kobre-Kim-CFTC-0000742 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Fwd: ECF references / redactions | 8/17/2019 14:40 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000743 | Kobre-Kim-CFTC-0000743 | Kobre-Kim-CFTC-0000744 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: ECF references / redactions | 8/17/2019 12:15 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000745 | Kobre-Kim-CFTC-0000745 | Kobre-Kim-CFTC-0000745 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Fwd: ECF references / redactions | 8/17/2019 11:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000746 | Kobre-Kim-CFTC-0000746 | Kobre-Kim-CFTC-0000748 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft motion for contempt - timing | 8/16/2019 22:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000749 | Kobre-Kim-CFTC-0000749 | Kobre-Kim-CFTC-0000750 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Fwd: Kraft motion for contempt - timing | 8/16/2019 21:20 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000751 | Kobre-Kim-CFTC-0000751 | Kobre-Kim-CFTC-0000751 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft motion for contempt - attached | 8/16/2019 19:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000753 | Kobre-Kim-CFTC-0000752 | Kobre-Kim-CFTC-0000758 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000760 | Kobre-Kim-CFTC-0000759 | Kobre-Kim-CFTC-0000765 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000766 | Kobre-Kim-CFTC-0000766 | Kobre-Kim-CFTC-0000769 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 11:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000770 | Kobre-Kim-CFTC-0000770 | Kobre-Kim-CFTC-0000809 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 11:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000773 | Kobre-Kim-CFTC-0000770 | Kobre-Kim-CFTC-0000809 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000810 | Kobre-Kim-CFTC-0000810 | Kobre-Kim-CFTC-0000811 | Schwartz, Rob [RSchwartz@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];White, Martin B. [mwhite@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 10:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000812 | Kobre-Kim-CFTC-0000812 | Kobre-Kim-CFTC-0000813 | Schwartz, Rob [RSchwartz@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: CFTC v. Kraft | 8/16/2019 9:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0002053 | Kobre-Kim-CFTC-0002053 Kobre-Kim-CFTC-0002054 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | Re: Contempt examples | 8/16/2019 9:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002055 | Kobre-Kim-CFTC-0002055 Kobre-Kim-CFTC-0002056 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | Re: Contempt examples | 8/16/2019 9:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002057 | Kobre-Kim-CFTC-0002057 Kobre-Kim-CFTC-0002058 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Contempt examples | 8/16/2019 8:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002059 | Kobre-Kim-CFTC-0002059 Kobre-Kim-CFTC-0002061 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: Kraft | 8/16/2019 8:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002062 | Kobre-Kim-CFTC-0002062 Kobre-Kim-CFTC-0002079 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: Kraft | 8/15/2019 22:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002064 | Kobre-Kim-CFTC-0002062 Kobre-Kim-CFTC-0002079 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002065 | Kobre-Kim-CFTC-0002062 Kobre-Kim-CFTC-0002079 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002080 | Kobre-Kim-CFTC-0002080 Kobre-Kim-CFTC-0002118 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | Contempt examples | 8/15/2019 21:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002082 | Kobre-Kim-CFTC-0002080 Kobre-Kim-CFTC-0002118 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002102 | Kobre-Kim-CFTC-0002080 Kobre-Kim-CFTC-0002118 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002119 | Kobre-Kim-CFTC-0002119 Kobre-Kim-CFTC-0002119 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | Kraft | 8/15/2019 18:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000814 | Kobre-Kim-CFTC-0000814 Kobre-Kim-CFTC-0000815 | Lachenmayr, Christa [CLachenmayr@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | mikefrisch@gmail.com | FW: Kraft and Mondelez Global to Pay $16 Million in Wheat Manipulation Case | 8/15/2019 18:32 | Parent | Partial Exemptions | Exemption 6; | Information regarding personal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0002120 | Kobre-Kim-CFTC-0002120 | Kobre-Kim-CFTC-0002120 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Kraft - some guidance | 8/15/2019 13:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002121 | Kobre-Kim-CFTC-0002121 | Lowe, Gretchen L. [glowe@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: WSJ Inquiry: Kraft | 8/15/2019 12:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking or providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002124 | Kobre-Kim-CFTC-0002124 | Kobre-Kim-CFTC-0002164 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: WSJ Inquiry: Kraft | 8/15/2019 12:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking or providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000829 | Kobre-Kim-CFTC-0000829 | Kobre-Kim-CFTC-0000830 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | FW: Kraft and Mondelez Global to Pay $16 Million in Wheat Manipulation Case | 8/15/2019 11:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email prepared in anticipation of litigation or for trial by the CFTC trial team.  Email containing confidential communications made for the purpose of seeking and providing legal advice regarding contempt in the Kraft case.  Email reflecting predecisional deliberative process regarding contempt in the Kraft case.  Email containing information regarding the Commission's litigation strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000842 | Kobre-Kim-CFTC-0000842 | Kobre-Kim-CFTC-0000844 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: COMPLETED DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 16:49 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  In addition, the information chain, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000845 | Kobre-Kim-CFTC-0000845 | Kobre-Kim-CFTC-0000846 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: COMPLETED DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 14:39 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  In addition, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000847 | Kobre-Kim-CFTC-0000847 | Kobre-Kim-CFTC-0000848 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: COMPLETED DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 14:15 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  In addition, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002165 | Kobre-Kim-CFTC-0002165 | Kobre-Kim-CFTC-0002166 | Wedewer, Harry E [HWedewer@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 15:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002175 | Kobre-Kim-CFTC-0002175 | Kobre-Kim-CFTC-0002175 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | Re: Fwd: | 7/26/2019 16:50 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding no public statement clause in consent order in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000853 | Kobre-Kim-CFTC-0000853 | Kobre-Kim-CFTC-0000854 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft | 7/26/2019 13:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case.  Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000855 | Kobre-Kim-CFTC-0000855 | Kobre-Kim-CFTC-0000856 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft | 7/26/2019 12:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case.  Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002177 | Kobre-Kim-CFTC-0002177 | Kobre-Kim-CFTC-0002180 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft | 7/26/2019 12:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002181 | Kobre-Kim-CFTC-0002181 | Kobre-Kim-CFTC-0002182 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft | 7/26/2019 11:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002183 | Kobre-Kim-CFTC-0002183 | Kobre-Kim-CFTC-0002183 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 7/26/2019 10:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause and settlement. Such discussions are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002184 | Kobre-Kim-CFTC-0002184 | Kobre-Kim-CFTC-0002185 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Questions from Commissioner Berkowitz on Kraft | 7/25/2019 9:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding proposed settlement and no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause and about settlement. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002186 | Kobre-Kim-CFTC-0002186 | Kobre-Kim-CFTC-0002187 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding proposed settlement and no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause and about settlement. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002188 | Kobre-Kim-CFTC-0002188 | Kobre-Kim-CFTC-0002189 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Lowe, Gretchen L. [glowe@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov] | RE: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001775 | Kobre-Kim-CFTC-0001775 | Kobre-Kim-CFTC-0001775 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Kraft follow up | 6/5/2019 12:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001733 | Kobre-Kim-CFTC-0001733 | Kobre-Kim-CFTC-0001774 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Wedewer, Harry E [HWedewer@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/21/2019 10:20 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email chain contains internal CFTC information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001735 | Kobre-Kim-CFTC-0001733 | Kobre-Kim-CFTC-0001774 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001767 | Kobre-Kim-CFTC-0001733 | Kobre-Kim-CFTC-0001774 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003189 | Kobre-Kim-CFTC-0003187 | Kobre-Kim-CFTC-0003326 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003633 | Kobre-Kim-CFTC-0003633 | Kobre-Kim-CFTC-0003636 | Williamson, Scott R. [swilliamson@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | | FW: SERIATIM REPORT: Wednesday, July 17, 2019 | 7/17/2019 13:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about Commission settlement process and policies made for the purpose of seeking and providing legal advice in the Kraft case. The email chain also contains a report reflecting predecisional deliberative process regarding approval of courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The redacted information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0000849 | Kobre-Kim-CFTC-0000849 | Kobre-Kim-CFTC-0000850 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | Re: Kraft | 8/13/2019 12:48 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing personal information for which any public interest in disclosure is outweighed by the privacy interest involved. Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000851 | Kobre-Kim-CFTC-0000851 | Kobre-Kim-CFTC-0000852 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | | RE: Judge's Revision to Kraft Consent Order | 8/12/2019 17:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email communications containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. In addition, this document contains an email with a CFTC attorney's impressions and opinions about proposed changes to the parties settlement order. |
| Kobre-Kim-CFTC-0002169 | Kobre-Kim-CFTC-0002169 | Kobre-Kim-CFTC-0002169 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: DOE CRO Kraft Press Release edits | 8/5/2019 14:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003185 | Kobre-Kim-CFTC-0003185 | Kobre-Kim-CFTC-0003185 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | Re: Kraft | 7/30/2019 9:33 | Parent | Partial Exemptions | | Document previously redacted in error... Unredacted copy will be produced |
| Kobre-Kim-CFTC-0003186 | Kobre-Kim-CFTC-0003186 | Kobre-Kim-CFTC-0003186 | Gradman, Susan J. [sgradman@CFTC.GOV] | | | Re: [EXTERNAL] | 7/29/2019 20:25 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003631 | Kobre-Kim-CFTC-0003631 | Kobre-Kim-CFTC-0003632 | Williamson, Scott R. [swilliamson@CFTC.GOV] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Evans, Lindsey [LEvans@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Koniezski, Joseph [jkoniezski@CFTC.gov];Streit, Elizabeth M. [estreit@CFTC.GOV];Terrell, David A. [dterrell@CFTC.GOV] | RE: CRO monthly report submission? | 7/26/2019 18:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing predecisional deliberative communications about non-Kraft enforcement matters, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with such matters that are either non-public and/or pending. In addition, the email contains information about settlement discussions in the Kraft case, if produced, could reasonably be expected to interfere with the Kraft and other enforcement proceedings. |
| Kobre-Kim-CFTC-0002170 | Kobre-Kim-CFTC-0002170 | Kobre-Kim-CFTC-0002171 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | Re: Fwd: | 7/26/2019 17:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement negotiations and settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002172 | Kobre-Kim-CFTC-0002172 | Kobre-Kim-CFTC-0002174 | McCall, J Kevin [JMcCall@jenner.com] | Howell, Robert [RHowell@CFTC.gov] | | [EXTERNAL] Re: CFTC v Kraft | 7/26/2019 17:12 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Information regarding personal phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0002190 | Kobre-Kim-CFTC-0002190 | Kobre-Kim-CFTC-0002190 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.gov] | | RE: Kraft - Press Release | 6/3/2019 14:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding language for drafting press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. The email chain contains mental impressions and opinions about proposed language and the communications are made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002191 | Kobre-Kim-CFTC-0002191 | Kobre-Kim-CFTC-0002192 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft memo | 6/3/2019 13:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about Commission settlement strategy and draft recommendations, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002193 | Kobre-Kim-CFTC-0002193 | Kobre-Kim-CFTC-0002193 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | how is this language re Kraft? | 5/30/2019 17:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about Commission settlement strategy and proposed settlement language, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002194 | Kobre-Kim-CFTC-0002194 | Kobre-Kim-CFTC-0002194 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 5/30/2019 16:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about Commission settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001776 | Kobre-Kim-CFTC-0001776 | Kobre-Kim-CFTC-0001776 | McCall, J Kevin [JMcCall@jenner.com] | Howell, Robert [RHowell@CFTC.gov];Panos, Dean N. [DPanos@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | [EXTERNAL] RE: Kraft - Proposed Revision | 5/28/2019 16:30 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communications with counsel for Kraft regarding settlement that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001777 | Kobre-Kim-CFTC-0001777 | Kobre-Kim-CFTC-0001785 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | FW: Kraft | 5/28/2019 14:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001778 | Kobre-Kim-CFTC-0001777 | Kobre-Kim-CFTC-0001785 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001786 | Kobre-Kim-CFTC-0001786 | Kobre-Kim-CFTC-0001788 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | Re: Kraft | 5/24/2019 15:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement negotiations and Commission settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002195 | Kobre-Kim-CFTC-0002195 | Kobre-Kim-CFTC-0002195 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | Re: Kraft | 5/24/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement negotiations and settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002196 | Kobre-Kim-CFTC-0002196 | Kobre-Kim-CFTC-0002196 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: CFTC v Kraft Draft Consent Order proposed changes 5.22.19.pdf | 5/22/2019 14:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001789 | Kobre-Kim-CFTC-0001789 | Kobre-Kim-CFTC-0001790 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | | Re: CFTC v Kraft Draft Consent Order-follow up call tomorrow morning | 5/22/2019 10:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001791 | Kobre-Kim-CFTC-0001791 | Kobre-Kim-CFTC-0001796 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | FW: Kraft | 5/21/2019 16:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement negotiations and communications about settlement strategy, and selected legal research, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001794 | Kobre-Kim-CFTC-0001791 | Kobre-Kim-CFTC-0001796 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Legal research selected and provided based on attorney's mental impressions of the Kraft case and for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001797 | Kobre-Kim-CFTC-0001797 | Kobre-Kim-CFTC-0001799 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Kraft | 5/21/2019 15:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001800 | Kobre-Kim-CFTC-0001800 | Kobre-Kim-CFTC-0001801 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: CFTC v Kraft Draft Consent Order 5.16.19 | 5/21/2019 14:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002252 | Kobre-Kim-CFTC-0002252 | Kobre-Kim-CFTC-0002252 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov];Patrick, Joseph J [JPatrick@CFTC.gov] | | RE: Kraft settlement memo | 4/26/2019 15:46 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0002253 | Kobre-Kim-CFTC-0002253 | Kobre-Kim-CFTC-0002254 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft Memo to Commission | 4/24/2019 13:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0002255 | Kobre-Kim-CFTC-0002255 | Kobre-Kim-CFTC-0002263 | Gradman, Susan J. [sgradman@CFTC.GOV] | Allen, Nicole A. [NAllen@jenner.com];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | Panos, Dean N. [DPanos@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com];McCall, J Kevin [JMcCall@jenner.com] | RE: CFTC v. Kraft Foods Group — Confidential Settlement Communication — Fed. R. Evid. 408 | 4/22/2019 14:41 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002256 | Kobre-Kim-CFTC-0002255 | Kobre-Kim-CFTC-0002263 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document] containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001819 | Kobre-Kim-CFTC-0001819 | Kobre-Kim-CFTC-0001820 | Gradman, Susan J. [sgradman@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | RE: Kraft | 4/22/2019 10:43 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002264 | Kobre-Kim-CFTC-0002264 | Kobre-Kim-CFTC-0002264 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 4/18/2019 8:57 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001821 | Kobre-Kim-CFTC-0001821 | Kobre-Kim-CFTC-0001821 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft | 4/16/2019 10:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002265 | Kobre-Kim-CFTC-0002265 | Kobre-Kim-CFTC-0002266 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft Consent Order | 4/15/2019 17:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002268 | Kobre-Kim-CFTC-0002267 | Kobre-Kim-CFTC-0002292 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002276 | Kobre-Kim-CFTC-0002267 | Kobre-Kim-CFTC-0002292 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0002284 | Kobre-Kim-CFTC-0002267 | Kobre-Kim-CFTC-0002292 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002294 | Kobre-Kim-CFTC-0002293 | Kobre-Kim-CFTC-0002301 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002302 | Kobre-Kim-CFTC-0002302 | Kobre-Kim-CFTC-0002303 | Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft Consent Order | 4/15/2019 12:47 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter;Exemption 7;(E) Protected Law Enforcement Information; | Email chain reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The email chain contains confidential communications made for the purpose of seeking and providing legal advice regarding settlement of claims in the Kraft case. The email chain also contains impressions and opinions about proposed settlement of claims in Kraft case. The communications, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. In addition, one email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0002304 | Kobre-Kim-CFTC-0002304 | Kobre-Kim-CFTC-0002304 | Frisch, Michael [MFrisch@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | Re: Kraft Consent Order | 4/11/2019 19:52 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information regarding an internal computer drive location, for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0002306 | Kobre-Kim-CFTC-0002305 | Kobre-Kim-CFTC-0002313 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided by counsel for Kraft that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002198 | Kobre-Kim-CFTC-0002197 | Kobre-Kim-CFTC-0002205 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002206 | Kobre-Kim-CFTC-0002206 | Kobre-Kim-CFTC-0002207 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: Revised - CFTC v Kraft Draft Consent Order 5.16.19 | 5/20/2019 11:27 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002208 | Kobre-Kim-CFTC-0002208 | Kobre-Kim-CFTC-0002209 | McCall, J Kevin [JMcCall@jenner.com] | Howell, Robert [RHowell@CFTC.gov] | Panos, Dean N. [DPanos@jenner.com];Allen, Nicole A. [NAllen@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com];Gradman, Susan J. [sgradman@CFTC.GOV] | [EXTERNAL] Re: CFTC v Kraft Draft Consent Order | 5/13/2019 19:36 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002210 | Kobre-Kim-CFTC-0002210 | Kobre-Kim-CFTC-0002210 | Gradman, Susan J. [sgradman@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: CFTC v Kraft Draft Consent Order 5.13.19 | 5/13/2019 17:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0002213 | Kobre-Kim-CFTC-0002212 | Kobre-Kim-CFTC-0002220 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document) containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002221 | Kobre-Kim-CFTC-0002221 | Kobre-Kim-CFTC-0002222 | Gradman, Susan J. [sgradman@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | Fwd: [EXTERNAL] FW: CFTC Settlement | 5/10/2019 12:20 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | The email chain contains information and communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002223 | Kobre-Kim-CFTC-0002223 | Kobre-Kim-CFTC-0002240 | Gradman, Susan J. [sgradman@CFTC.GOV] | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | Fwd: [EXTERNAL] FW: | 5/10/2019 12:18 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | The email contains information and communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002225 | Kobre-Kim-CFTC-0002223 | Kobre-Kim-CFTC-0002240 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002233 | Kobre-Kim-CFTC-0002223 | Kobre-Kim-CFTC-0002240 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002241 | Kobre-Kim-CFTC-0002241 | Kobre-Kim-CFTC-0002242 | McCall, J Kevin [JMcCall@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | Allen, Nicole A. [NAllen@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com];Panos, Dean N. [DPanos@jenner.com] | [EXTERNAL] RE: CFTC Settlement | 5/6/2019 15:03 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | The email chain contains information and communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002243 | Kobre-Kim-CFTC-0002243 | Kobre-Kim-CFTC-0002244 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: [EXTERNAL] FW: CFTC Settlement | 5/6/2019 14:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The email chain also contains information and communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002245 | Kobre-Kim-CFTC-0002245 | Kobre-Kim-CFTC-0002244 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | RE: [EXTERNAL] FW: CFTC Settlement | 5/6/2019 14:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002246 | Kobre-Kim-CFTC-0002246 | Kobre-Kim-CFTC-0002247 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: [EXTERNAL] FW: CFTC Settlement | 5/6/2019 14:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The email chain also contains information and communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001803 | Kobre-Kim-CFTC-0001802 | Kobre-Kim-CFTC-0001818 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document) containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling  Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001811 | Kobre-Kim-CFTC-0001802 | Kobre-Kim-CFTC-0001818 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document) containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002248 | Kobre-Kim-CFTC-0002248 | Kobre-Kim-CFTC-0002248 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 5/2/2019 16:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002249 | Kobre-Kim-CFTC-0002249 | Kobre-Kim-CFTC-0002250 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | RE: Kraft memo | 5/2/2019 13:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002251 | Kobre-Kim-CFTC-0002251 | Kobre-Kim-CFTC-0002251 | Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 4/30/2019 15:12 | Parent | Partial Exemptions | Exemption 6;Exemption 7\7(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0002314 | Kobre-Kim-CFTC-0002314 | Kobre-Kim-CFTC-0002343 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | | Kraft Memo to Commission | 4/5/2019 16:52 | Parent | Partial Exemptions | Exemption 6;Exemption 7\7(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0002315 | Kobre-Kim-CFTC-0002314 | Kobre-Kim-CFTC-0002343 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001822 | Kobre-Kim-CFTC-0001822 | Kobre-Kim-CFTC-0001823 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | | RE: Kraft - draft consent order | 3/28/2019 14:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001824 | Kobre-Kim-CFTC-0001824 | Kobre-Kim-CFTC-0001826 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: What about this response????? | 3/27/2019 17:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001827 | Kobre-Kim-CFTC-0001827 | Kobre-Kim-CFTC-0001829 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | | RE: What about this response????? | 3/27/2019 17:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001830 | Kobre-Kim-CFTC-0001830 | Kobre-Kim-CFTC-0001832 | Frisch, Michael [MFrisch@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: What about this response????? | 3/27/2019 17:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001833 | Kobre-Kim-CFTC-0001833 | Kobre-Kim-CFTC-0001835 | Frisch, Michael [MFrisch@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft - draft consent order | 3/27/2019 17:13 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001836 | Kobre-Kim-CFTC-0001836 | Kobre-Kim-CFTC-0001837 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | | RE: Kraft - draft consent order | 3/27/2019 17:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002344 | Kobre-Kim-CFTC-0002344 | Kobre-Kim-CFTC-0002344 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | RE: Kraft | 3/27/2019 13:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002345 | Kobre-Kim-CFTC-0002345 | Kobre-Kim-CFTC-0002345 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Frisch, Michael [MFrisch@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | RE: Draft consent order | 3/26/2019 10:42 | Parent | Partial Exemptions | Exemption 6; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0002348 | Kobre-Kim-CFTC-0002347 | Kobre-Kim-CFTC-0002356 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002357 | Kobre-Kim-CFTC-0002357 | Kobre-Kim-CFTC-0002357 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | RE: Kraft | 3/25/2019 11:38 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002358 | Kobre-Kim-CFTC-0002358 | Kobre-Kim-CFTC-0002358 | Frisch, Michael [MFrisch@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | RE: Kraft | 3/25/2019 11:31 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003230 | Kobre-Kim-CFTC-0003229 | Kobre-Kim-CFTC-0003277 | | | | | | Attachment | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement proceeding. | Set of documents including a redacted internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002359 | Kobre-Kim-CFTC-0002359 | Kobre-Kim-CFTC-0002364 | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Rowland, Matthew [MRowland@CFTC.gov];Wedewer, Harry E [HWedewer@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 13:44 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002360 | Kobre-Kim-CFTC-0002359 | Kobre-Kim-CFTC-0002364 | | | | | | Attachment | Full Exemption | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement proceeding. | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002376 | Kobre-Kim-CFTC-0002375 | Kobre-Kim-CFTC-0002383 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided to counsel for Kraft that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001838 | Kobre-Kim-CFTC-0001838 | Kobre-Kim-CFTC-0001869 | Lowe, Gretchen L. [glowe@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Wedewer, Harry E [HWedewer@CFTC.gov] | Kraft Settlement Memo to Commission - post S2819 hearing redline | 6/18/2019 11:34 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001839 | Kobre-Kim-CFTC-0001838 | Kobre-Kim-CFTC-0001869 | | | | | | Attachment | Full Exemption | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002387 | Kobre-Kim-CFTC-0002386 | Kobre-Kim-CFTC-0002426 | | | | | | Attachment | Full Exemption | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0002395 | Kobre-Kim-CFTC-0002386 | Kobre-Kim-CFTC-0002426 | | | | | | Attachment | Full Exemption | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002427 | Kobre-Kim-CFTC-0002427 | Kobre-Kim-CFTC-0002435 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McCall, J Kevin [JMcCall@jenner.com];Panos, Dean N. [DPanos@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | Kraft - Proposed Revision | 5/28/2019 16:17 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communications with counsel for Kraft regarding settlement that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002428 | Kobre-Kim-CFTC-0002427 | Kobre-Kim-CFTC-0002435 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002436 | Kobre-Kim-CFTC-0002436 | Kobre-Kim-CFTC-0002444 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McCall, J Kevin [JMcCall@jenner.com];Panos, Dean N. [DPanos@jenner.com] | Gradman, Susan J. (sgradman@CFTC.GOV) | CFTC v Kraft Draft Consent Order proposed changes | 5/22/2019 14:57 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft about settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002437 | Kobre-Kim-CFTC-0002436 | Kobre-Kim-CFTC-0002444 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002445 | Kobre-Kim-CFTC-0002445 | Kobre-Kim-CFTC-0002446 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McCall, J Kevin [JMcCall@jenner.com] | Panos, Dean N. [DPanos@jenner.com];Allen, Nicole A. [NAllen@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: [EXTERNAL] Re: CFTC v Kraft Draft Consent Order | 5/14/2019 10:31 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications with counsel for Kraft regarding settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002447 | Kobre-Kim-CFTC-0002447 | Kobre-Kim-CFTC-0002464 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McCall, J Kevin [JMcCall@jenner.com];Panos, Dean N. [DPanos@jenner.com];Allen, Nicole A. [NAllen@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | CFTC v Kraft Draft Consent Order | 5/13/2019 17:42 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft about settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002448 | Kobre-Kim-CFTC-0002447 | Kobre-Kim-CFTC-0002464 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0002456 | Kobre-Kim-CFTC-0002447 | Kobre-Kim-CFTC-0002464 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | [Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002465 | Kobre-Kim-CFTC-0002465 | Kobre-Kim-CFTC-0002473 | Lowe, Gretchen L. [glowe@CFTC.gov] | [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | | CFTC v Kraft Draft Consent Order 5.13.19 | 5/13/2019 17:24 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002466 | Kobre-Kim-CFTC-0002465 | Kobre-Kim-CFTC-0002473 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft [Document] containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. [Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002475 | Kobre-Kim-CFTC-0002474 | Kobre-Kim-CFTC-0002503 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003278 | Kobre-Kim-CFTC-0003278 | Kobre-Kim-CFTC-0003307 | Frisch, Michael [MFrisch@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | Fwd: Memo to Commission | 4/7/2019 0:01 | Parent | Partial Exemptions | Exemption 6; | Information regarding a personal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003279 | Kobre-Kim-CFTC-0003278 | Kobre-Kim-CFTC-0003307 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002504 | Kobre-Kim-CFTC-0002504 | Kobre-Kim-CFTC-0002533 | Reinhart, Stephanie [SReinhart@CFTC.gov] | [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | | RE: Kraft Memo to Commission - tweaked | 4/5/2019 17:50 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(7)(A)." |
| Kobre-Kim-CFTC-0002505 | Kobre-Kim-CFTC-0002504 | Kobre-Kim-CFTC-0002533 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002535 | Kobre-Kim-CFTC-0002534 | Kobre-Kim-CFTC-0002543 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided to counsel for Kraft that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002546 | Kobre-Kim-CFTC-0002546 | Kobre-Kim-CFTC-0002546 | | Gradman, Susan J. [sgradman@CFTC.GOV] [sgradman@CFTC.GOV] | | | 8/19/2019 9:26 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to consent motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002602 | Kobre-Kim-CFTC-0002602 | Kobre-Kim-CFTC-0002603 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 7/26/2019 10:31 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002604 | Kobre-Kim-CFTC-0002604 | Kobre-Kim-CFTC-0002604 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.gov] | | RE: Kraft | 7/26/2019 10:29 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause and settlement. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002605 | Kobre-Kim-CFTC-0002605 | Kobre-Kim-CFTC-0002606 | Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Rowland, Matthew [MRowland@CFTC.gov] | Re: Questions from Commissioner Berkovitz on Kraft | 7/24/2019 19:24 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000857 | Kobre-Kim-CFTC-0000857 | Kobre-Kim-CFTC-0000858 | Howell, Robert [RHowell@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Re: ECF references / redactions | 8/17/2019 14:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000859 | Kobre-Kim-CFTC-0000859 | Kobre-Kim-CFTC-0000860 | Howell, Robert [RHowell@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: ECF references / redactions | 8/17/2019 11:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0002547 | Kobre-Kim-CFTC-0002547 | Kobre-Kim-CFTC-0002549 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [sreinhart@cftc.gov] | RE: Contempt examples | 8/16/2019 10:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000861 | Kobre-Kim-CFTC-0000861 | Kobre-Kim-CFTC-0000874 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] [sreinhart@cftc.gov] | FW: CFTC v. Kraft | 8/16/2019 9:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002551 | Kobre-Kim-CFTC-0002550 | Kobre-Kim-CFTC-0002558 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000875 | Kobre-Kim-CFTC-0000875 | Kobre-Kim-CFTC-0000876 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Wedewer, Harry E [HWedewer@CFTC.gov] | | RE: DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 9:39 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002560 | Kobre-Kim-CFTC-0002559 | Kobre-Kim-CFTC-0002567 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002568 | Kobre-Kim-CFTC-0002568 | Kobre-Kim-CFTC-0002569 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 15:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000877 | Kobre-Kim-CFTC-0000877 | Kobre-Kim-CFTC-0000877 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 8/13/2019 12:44 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing personal information for which any public interest in disclosure is outweighed by the privacy interest involved. Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002571 | Kobre-Kim-CFTC-0002570 | Kobre-Kim-CFTC-0002574 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002576 | Kobre-Kim-CFTC-0002575 | Kobre-Kim-CFTC-0002579 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002582 | Kobre-Kim-CFTC-0002581 | Kobre-Kim-CFTC-0002590 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0002593 | Kobre-Kim-CFTC-0002592 | Kobre-Kim-CFTC-0002594 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002595 | Kobre-Kim-CFTC-0002595 | Kobre-Kim-CFTC-0002596 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 8/1/2019 15:43 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003310 | Kobre-Kim-CFTC-0003310 | Kobre-Kim-CFTC-0003311 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 7/31/2019 14:59 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002596 | Kobre-Kim-CFTC-0002596 | Kobre-Kim-CFTC-0002596 | Howell, Robert [RHowell@CFTC.gov] | McCall, J Kevin [JMcCall@jenner.com];Gradman, Susan J. [sgradman@CFTC.GOV];Panos, Dean N. [DPanos@jenner.com] | | Re: [EXTERNAL] | 7/29/2019 19:35 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001870 | Kobre-Kim-CFTC-0001870 | Kobre-Kim-CFTC-0001871 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Chopra, Neel [NChopra@cftc.gov] | | RE: Kraft | 7/29/2019 12:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege,Exemption 5\Work-Product Protection,Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Email chain containing pre-decisional deliberative communications about settlement negotiations CFTC settlement strategy, all made for the purpose of seeking and providing legal advice.  In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002597 | Kobre-Kim-CFTC-0002597 | Kobre-Kim-CFTC-0002597 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | | Re: Fwd: | 7/26/2019 16:50 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email discussion regarding no public statement clause in consent order in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002598 | Kobre-Kim-CFTC-0002598 | Kobre-Kim-CFTC-0002598 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | | Re: Fwd: | 7/26/2019 16:49 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email discussion regarding no public statement clause in consent order in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002607 | Kobre-Kim-CFTC-0002607 | Kobre-Kim-CFTC-0002607 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Wedewer, Harry E [HWedewer@CFTC.gov] | | RE: | 7/9/2019 16:28 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001872 | Kobre-Kim-CFTC-0001872 | Kobre-Kim-CFTC-0001876 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | OCCInternational [OCCInternational@cftc.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov];Patrick, Joseph J [jpatrick@cftc.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: DOE INJ Settlement Rec. - CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC, (ADY96) | 6/24/2019 10:03 | Parent | Partial Exemptions | Exemption 5\Investigative Privilege;Exemption 7(E) Protected Law Enforcement Information; | Email containing confidential communications that would reveal general investigatory processes of the CFTC. |
| Kobre-Kim-CFTC-0001875 | Kobre-Kim-CFTC-0001872 | Kobre-Kim-CFTC-0001876 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege,Exemption 5\Work-Product Protection,Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.
Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002610 | Kobre-Kim-CFTC-0002610 | Kobre-Kim-CFTC-0002612 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] [sreinhart@cftc.gov] | | Kraft - Press Release | 6/3/2019 12:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege,Exemption 5\Work-Product Protection,Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Email containing communications about Commission settlement strategy and proposed settlement language, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002611 | Kobre-Kim-CFTC-0002610 | Kobre-Kim-CFTC-0002612 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege,Exemption 5\Work-Product Protection,Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.
The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002613 | Kobre-Kim-CFTC-0002613 | Kobre-Kim-CFTC-0002614 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft - Proposed Revision | 5/29/2019 11:36 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002615 | Kobre-Kim-CFTC-0002615 | Kobre-Kim-CFTC-0002623 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Reinhart, Stephanie [sreinhart@cfts.gov] | | FW: Kraft - Proposed Revision | 5/29/2019 10:56 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002616 | Kobre-Kim-CFTC-0002615 | Kobre-Kim-CFTC-0002623 | | | | | | Attachment | Full Exemption | Exemption 7; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001877 | Kobre-Kim-CFTC-0001877 | Kobre-Kim-CFTC-0001877 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | McCall, J Kevin [JMcCall@jenner.com];Panos, Dean N. [DPanos@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | RE: [EXTERNAL] RE: Kraft - Proposed Revision | 5/28/2019 16:25 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email communications with counsel for Kraft regarding settlement that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001878 | Kobre-Kim-CFTC-0001878 | Kobre-Kim-CFTC-0001878 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | Kraft | 5/28/2019 11:34 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002624 | Kobre-Kim-CFTC-0002624 | Kobre-Kim-CFTC-0002632 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HO WELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.GOV] [sgradman@CFTC.GOV] | | CFTC v Kraft Draft Consent Order proposed changes 5.22.19.pdf | 5/22/2019 14:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege,Exemption 5\Work-Product Protection,Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Email chain containing information about settlement negations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19-cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0002625 | Kobre-Kim-CFTC-0002624 | Kobre-Kim-CFTC-0002632 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001879 | Kobre-Kim-CFTC-0001879 | Kobre-Kim-CFTC-0001880 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | RE: CFTC v Kraft Draft Consent Order-follow up call tomorrow morning | 5/22/2019 10:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001881 | Kobre-Kim-CFTC-0001881 | Kobre-Kim-CFTC-0001884 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Rowland, Matthew [MRowland@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: Kraft | 5/21/2019 17:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information about settlement negotiations and communications about settlement strategy, as well as selected legal research, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002633 | Kobre-Kim-CFTC-0002633 | Kobre-Kim-CFTC-0002641 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Lowe, Gretchen L. [glowe@CFTC.gov] | Gradman, Susan J. (sgradman@CFTC.GOV) | Revised - CFTC v Kraft Draft Consent Order 5.16.19 | 5/16/2019 14:28 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002634 | Kobre-Kim-CFTC-0002633 | Kobre-Kim-CFTC-0002641 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002642 | Kobre-Kim-CFTC-0002642 | Kobre-Kim-CFTC-0002643 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | | FW: [EXTERNAL] Re: CFTC v Kraft Draft Consent Order | 5/14/2019 9:31 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations as well as communications with outside counsel for Kraft regarding settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002645 | Kobre-Kim-CFTC-0002644 | Kobre-Kim-CFTC-0002652 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002654 | Kobre-Kim-CFTC-0002653 | Kobre-Kim-CFTC-0002661 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002662 | Kobre-Kim-CFTC-0002662 | Kobre-Kim-CFTC-0002679 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Williamson, Scott R. (swilliamson@CFTC.GOV) [swilliamson@CFTC.GOV] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | FW: [EXTERNAL] FW: | 5/7/2019 14:58 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | The email communications with counsel for Kraft that, if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002664 | Kobre-Kim-CFTC-0002662 | Kobre-Kim-CFTC-0002679 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002672 | Kobre-Kim-CFTC-0002662 | Kobre-Kim-CFTC-0002679 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002680 | Kobre-Kim-CFTC-0002680 | Kobre-Kim-CFTC-0002696 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Reinhart, Stephanie (sreinhart@cftc.gov); [sreinhart@cftc.gov];Frisch, Michael [MFrisch@CFTC.gov] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | FW: [EXTERNAL] FW: CFTC Settlement | 5/6/2019 13:48 | Parent | Partial Exemptions | Exemption 7(.7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002681 | Kobre-Kim-CFTC-0002680 | Kobre-Kim-CFTC-0002696 | | | | | | Attachment | Full Exemption | Exemption 7(.7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002689 | Kobre-Kim-CFTC-0002680 | Kobre-Kim-CFTC-0002696 | | | | | | Attachment | Full Exemption | Exemption 7(.7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002697 | Kobre-Kim-CFTC-0002697 | Kobre-Kim-CFTC-0002702 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Evans, Lindsey [levans@cftc.gov] | | FW: Kraft | 5/2/2019 15:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002703 | Kobre-Kim-CFTC-0002702 | Kobre-Kim-CFTC-0002721 | | | | | | Attachment | Full Exemption | Exemption 7(.7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002713 | Kobre-Kim-CFTC-0002702 | Kobre-Kim-CFTC-0002721 | | | | | | Attachment | Full Exemption | Exemption 7(.7)(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002722 | Kobre-Kim-CFTC-0002722 | Kobre-Kim-CFTC-0002751 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | Reinhart, Stephanie (sreinhart@cftc.gov) [sreinhart@cftc.gov] | FW: Kraft Memo to Commission | 4/24/2019 10:02 | Parent | Partial Exemptions | Exemption 6;Exemption 7(.7)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0002723 | Kobre-Kim-CFTC-0002722 | Kobre-Kim-CFTC-0002751 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | (Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  (Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002752 | Kobre-Kim-CFTC-0002752 | Kobre-Kim-CFTC-0002765 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | | Settlement Conference Transcript 03-022-2019.pdf | 4/15/2019 12:28 | Parent | Partial Exemptions | Exemption 7(.7)(A) On-going Enforcement Matter; | Email containing CFTC communications about settlement negotiations regarding the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002767 | Kobre-Kim-CFTC-0002766 | Kobre-Kim-CFTC-0002775 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001885 | Kobre-Kim-CFTC-0001885 | Kobre-Kim-CFTC-0001886 | Howell, Robert [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWELL, ROBERT0E9] | Gradman, Susan J. [sgradman@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Media Inquiry: CFTC vs Mondelez/Kraft | 3/25/2019 12:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice as to how to respond to a press inquiry. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002803 | Kobre-Kim-CFTC-0002803 | Kobre-Kim-CFTC-0002803 | | McDonald, James [JMcDonald@CFTC.gov] | | Kraft | 8/1/2019 15:05 | Parent | Partial Exemptions | Exemption 7(.7)(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002804 | Kobre-Kim-CFTC-0002804 | Kobre-Kim-CFTC-0002804 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | Gradman, Susan J. (sgradman@CFTC.GOV) [sgradman@CFTC.GOV] | Kraft Material Term re Commission Vote | 7/30/2019 13:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | Email communications about settlement strategy and negotiations made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002805 | Kobre-Kim-CFTC-0002805 | Kobre-Kim-CFTC-0002806 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Chopra, Neel [NChopra@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | RE: Kraft | 7/29/2019 10:16 | Parent | Partial Exemptions | Exemption 7(.7)(A) On-going Enforcement Matter; | Email chain containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002807 | Kobre-Kim-CFTC-0002807 | Kobre-Kim-CFTC-0002808 | | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft | 7/26/2019 12:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(.7)(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002809 | Kobre-Kim-CFTC-0002809 | Kobre-Kim-CFTC-0002809 | | Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft | 7/26/2019 11:04 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002776 | Kobre-Kim-CFTC-0002776 | Kobre-Kim-CFTC-0002776 | Short, Michael [MShort@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Fwd: [EXTERNAL] Twitter | 8/19/2019 20:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding the no public statement clause in the Kraft case. Email discussion containing mental impressions and opinions about removal of public tweets. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0002825 | Kobre-Kim-CFTC-0002824 | Kobre-Kim-CFTC-0002833 | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000879 | Kobre-Kim-CFTC-0000879 | Kobre-Kim-CFTC-0000880 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000881 | Kobre-Kim-CFTC-0000881 | Kobre-Kim-CFTC-0000881 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Davis, Daniel J [DDavis@CFTC.gov] | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000882 | Kobre-Kim-CFTC-0000882 | Kobre-Kim-CFTC-0000882 | Williamson, Scott R. [swilliamson@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000883 | Kobre-Kim-CFTC-0000883 | Kobre-Kim-CFTC-0000883 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | | Re: Kraft opposition to motion for review | 8/17/2019 10:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000885 | Kobre-Kim-CFTC-0000885 | Kobre-Kim-CFTC-0000888 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 15:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000889 | Kobre-Kim-CFTC-0000889 | Kobre-Kim-CFTC-0000902 | Howell, Robert [RHowell@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | FW: CFTC v. Kraft | 8/16/2019 9:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000908 | Kobre-Kim-CFTC-0000908 | Kobre-Kim-CFTC-0000911 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | FW: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 17:55 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. In addition, the email contains a personal phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0000912 | Kobre-Kim-CFTC-0000912 | Kobre-Kim-CFTC-0000914 | Reinhart, Stephanie [SReinhart@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 16:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002844 | Kobre-Kim-CFTC-0002844 | Kobre-Kim-CFTC-0002846 | Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | DOE CRD Kraft Press Release edits | 8/5/2019 14:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email was sent to provide or obtain legal advice regarding the draft press release.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002845 | Kobre-Kim-CFTC-0002844 | Kobre-Kim-CFTC-0002846 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002835 | Kobre-Kim-CFTC-0002834 | Kobre-Kim-CFTC-0002838 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002840 | Kobre-Kim-CFTC-0002839 | Kobre-Kim-CFTC-0002843 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001887 | Kobre-Kim-CFTC-0001887 | Kobre-Kim-CFTC-0001891 | Howell, Robert [RHowell@CFTC.gov] | OCCInternational [OCCInternational@cftc.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Patrick, Joseph J [JPatrick@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: DOE INJ Settlement Rec. - CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC, (A0Y96) | 6/24/2019 10:03 | Parent | Partial Exemptions | Exemption 5\Unvestigative Privilege;Exemption 7\(E) Protected Law Enforcement Information; | Email containing confidential communications that would reveal investigatory processes of the CFTC. |
| Kobre-Kim-CFTC-0001890 | Kobre-Kim-CFTC-0001887 | Kobre-Kim-CFTC-0001891 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft Document) containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002847 | Kobre-Kim-CFTC-0002847 | Kobre-Kim-CFTC-0002849 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov] | | Kraft - Press Release | 6/3/2019 12:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email containing communications about Commission settlement strategy and proposed settlement language, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002848 | Kobre-Kim-CFTC-0002847 | Kobre-Kim-CFTC-0002849 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002850 | Kobre-Kim-CFTC-0002850 | Kobre-Kim-CFTC-0002858 | Howell, Robert [RHowell@CFTC.gov] | McCall, J Kevin [JMcCall@jenner.com];Panos, Dean N. [DPanos@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | CFTC v Kraft Draft Consent Order proposed changes | 5/22/2019 14:57 | Parent | Partial Exemptions | Exemption 7\(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft about settlement and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002851 | Kobre-Kim-CFTC-0002850 | Kobre-Kim-CFTC-0002858 | | | | | | Attachment | Full Exemption | Exemption 7\(A) On-going Enforcement Matter; | [Memorandum or Other Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002859 | Kobre-Kim-CFTC-0002859 | Kobre-Kim-CFTC-0002867 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | | CFTC v Kraft Draft Consent Order proposed changes 5.22.19.pdf | 5/22/2019 14:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email chain containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002860 | Kobre-Kim-CFTC-0002859 | Kobre-Kim-CFTC-0002867 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002868 | Kobre-Kim-CFTC-0002868 | Kobre-Kim-CFTC-0002876 | Howell, Robert [RHowell@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | Revised - CFTC v Kraft Draft Consent Order 5.16.19 | 5/16/2019 14:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  If produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002869 | Kobre-Kim-CFTC-0002868 | Kobre-Kim-CFTC-0002876 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002895 | Kobre-Kim-CFTC-0002895 | Kobre-Kim-CFTC-0002912 | Howell, Robert [RHowell@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | Gradman, Susan J. [sgradman@CFTC.GOV] | FW: [EXTERNAL] FW: | 5/7/2019 14:58 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | The email communications with counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002897 | Kobre-Kim-CFTC-0002895 | Kobre-Kim-CFTC-0002912 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002905 | Kobre-Kim-CFTC-0002895 | Kobre-Kim-CFTC-0002912 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002913 | Kobre-Kim-CFTC-0002913 | Kobre-Kim-CFTC-0002929 | Howell, Robert [RHowell@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov];Frisch, Michael [MFrisch@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV] | FW: [EXTERNAL] FW: CFTC Settlement | 5/6/2019 13:48 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002914 | Kobre-Kim-CFTC-0002913 | Kobre-Kim-CFTC-0002929 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002922 | Kobre-Kim-CFTC-0002913 | Kobre-Kim-CFTC-0002929 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002877 | Kobre-Kim-CFTC-0002877 | Kobre-Kim-CFTC-0002894 | Howell, Robert [RHowell@CFTC.gov] | McCall, J Kevin [JMcCall@jenner.com];McCall@jenner.com];Panos, Dean N. [DPanos@jenner.com];Allen, Nicole A. [NAllen@jenner.com];Quinn, Thomas E. [TQuinn@jenner.com] [TQuinn@jenner.com] | Gradman, Susan J. [sgradman@CFTC.GOV] | CFTC v Kraft Draft Consent Order | 5/13/2019 17:42 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002878 | Kobre-Kim-CFTC-0002877 | Kobre-Kim-CFTC-0002894 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document() containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002886 | Kobre-Kim-CFTC-0002877 | Kobre-Kim-CFTC-0002894 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document() containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000954 | Kobre-Kim-CFTC-0000954 | Kobre-Kim-CFTC-0000957 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Wedewer, Harry E [HWedewer@CFTC.gov] | | FW: Kraft -- Case Ending Press Release 6.2.19 - JMM edits | 8/7/2019 16:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000956 | Kobre-Kim-CFTC-0000954 | Kobre-Kim-CFTC-0000957 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003313 | Kobre-Kim-CFTC-0003313 | Kobre-Kim-CFTC-0003313 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Amato, David J [damato@CFTC.GOV] | | RE: Kraft? | 7/29/2019 18:25 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing predecisional communications about CFTC settlement process and strategy, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000918 | Kobre-Kim-CFTC-0000918 | Kobre-Kim-CFTC-0000927 | Gradman, Susan J. [sgradman@CFTC.GOV] | sjgradman@gmail.com | | Fwd: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/19/2019 7:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  If produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000919 | Kobre-Kim-CFTC-0000918 | Kobre-Kim-CFTC-0000927 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0000928 | Kobre-Kim-CFTC-0000928 | Kobre-Kim-CFTC-0000929 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | White, Martin B. [mwhite@CFTC.gov] | | RE: Kraft opposition to motion for contempt - dumb question | 8/17/2019 18:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0000929 | Kobre-Kim-CFTC-0000929 | Kobre-Kim-CFTC-0000930 | Gradman, Susan J. [sgradman@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov] | | Fwd: Kraft opposition to motion for review | 8/17/2019 9:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003637 | Kobre-Kim-CFTC-0003637 | Kobre-Kim-CFTC-0003642 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | White, Martin B. [mwhite@CFTC.gov] | Reinhart, Stephanie [sreinhart@cftc.gov] | Kraft | 8/16/2019 22:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003638 | Kobre-Kim-CFTC-0003637 | Kobre-Kim-CFTC-0003642 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Communication with counsel for Kraft containing information subject to the Kraft Court's Protective Order (Docket Entry #106). The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000931 | Kobre-Kim-CFTC-0000931 | Kobre-Kim-CFTC-0000934 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 11:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000945 | Kobre-Kim-CFTC-0000945 | Kobre-Kim-CFTC-0000947 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Schwartz, Rob [RSchwartz@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 16:19 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001892 | Kobre-Kim-CFTC-0001892 | Kobre-Kim-CFTC-0001924 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Reinhart, Stephanie [SReinhart@CFTC.gov] | | Fwd: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/20/2019 9:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the for the purpose of seeking or providing legal regarding the proposed settlement of claims in the Kraft case. The email chain contains internal CFTC information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001893 | Kobre-Kim-CFTC-0001892 | Kobre-Kim-CFTC-0001924 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advise. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001925 | Kobre-Kim-CFTC-0001925 | Kobre-Kim-CFTC-0001925 | Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft | 4/22/2019 17:20 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002955 | Kobre-Kim-CFTC-0002954 | Kobre-Kim-CFTC-0002963 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002979 | Kobre-Kim-CFTC-0002979 | Kobre-Kim-CFTC-0002979 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 7/26/2019 13:50 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002964 | Kobre-Kim-CFTC-0002964 | Kobre-Kim-CFTC-0002965 | | Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [sreinhart@cftc.gov];Howell, Robert [RHowell@CFTC.gov] | RE: Contempt examples | 8/16/2019 10:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002966 | Kobre-Kim-CFTC-0002966 | Kobre-Kim-CFTC-0002967 | | White, Martin B. [mwhite@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Schwartz, Rob [RSchwartz@CFTC.gov] | FW: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 10:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Description** | | | | | |
| Kobre-Kim-CFTC-0002971 | Kobre-Kim-CFTC-0002971 | Kobre-Kim-CFTC-0002972 | | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Schwartz, Rob [RSchwartz@CFTC.gov] | Reinhart, Stephanie [sreinhart@cftc.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002973 | Kobre-Kim-CFTC-0002973 | Kobre-Kim-CFTC-0002974 | | McDonald, James [JMcDonald@CFTC.gov] | | FW: [EXTERNAL] Re: CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002975 | Kobre-Kim-CFTC-0002975 | Kobre-Kim-CFTC-0002976 | | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Schwartz, Rob [RSchwartz@CFTC.gov] | Reinhart, Stephanie [sreinhart@cftc.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002977 | Kobre-Kim-CFTC-0002977 | Kobre-Kim-CFTC-0002978 | | Grimm, Daniel [DGrimm@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov] | RE: Judge's Revision to Kraft Consent Order | 8/12/2019 17:56 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications about suggested edits to proposed settlement that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002980 | Kobre-Kim-CFTC-0002980 | Kobre-Kim-CFTC-0002988 | | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft | 5/28/2019 14:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002981 | Kobre-Kim-CFTC-0002980 | Kobre-Kim-CFTC-0002988 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002989 | Kobre-Kim-CFTC-0002989 | Kobre-Kim-CFTC-0002997 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | Kraft | 5/28/2019 12:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002990 | Kobre-Kim-CFTC-0002989 | Kobre-Kim-CFTC-0002997 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000958 | Kobre-Kim-CFTC-0000958 | Kobre-Kim-CFTC-0000959 | Reinhart, Stephanie [SReinhart@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003314 | Kobre-Kim-CFTC-0003314 | Kobre-Kim-CFTC-0003318 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV] | Howell, Robert [RHowell@CFTC.gov] | RE: Kraft Response | 8/17/2019 17:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003316 | Kobre-Kim-CFTC-0003316 | Kobre-Kim-CFTC-0003318 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Analysis reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Analysis responding to mental impressions and opinions about the contempt motion.  Such analysis was done for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0000960 | Kobre-Kim-CFTC-0000960 | Kobre-Kim-CFTC-0000961 | Reinhart, Stephanie [SReinhart@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: ECF references / redactions | 8/17/2019 14:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000962 | Kobre-Kim-CFTC-0000962 | Kobre-Kim-CFTC-0001001 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Gradman, Susan J. [sgradman@CFTC.GOV];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 11:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0000965 | Kobre-Kim-CFTC-0000962 | Kobre-Kim-CFTC-0001001 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The document contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001004 | Kobre-Kim-CFTC-0001004 | Kobre-Kim-CFTC-0001010 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | McDonald, James [JMcDonald@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Short, Michael [MShort@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Follow-up /WSJ- Kraft | 8/15/2019 15:09 | Parent | Partial Exemptions | Exemption 7:Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003011 | Kobre-Kim-CFTC-0003011 | Kobre-Kim-CFTC-0003051 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: WSJ Inquiry: Kraft | 8/15/2019 12:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001011 | Kobre-Kim-CFTC-0001011 | Kobre-Kim-CFTC-0001013 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Gomberg, Jeffrey [JGomberg@CFTC.gov] | | RE: Kraft and Mondelez Global to Pay $16 Million in Wheat Manipulation Case | 8/15/2019 12:18 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement strategy that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001926 | Kobre-Kim-CFTC-0001926 | Kobre-Kim-CFTC-0001928 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Frisch, Michael [MFrisch@CFTC.gov] | | FW: Kraft - draft consent order | 3/29/2019 14:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001929 | Kobre-Kim-CFTC-0001929 | Kobre-Kim-CFTC-0001930 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Frisch, Michael [MFrisch@CFTC.gov] | | FW: Kraft - draft consent order | 3/29/2019 14:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001931 | Kobre-Kim-CFTC-0001931 | Kobre-Kim-CFTC-0001941 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Frisch, Michael [MFrisch@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | RE: draft consent order | 3/29/2019 13:04 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001933 | Kobre-Kim-CFTC-0001931 | Kobre-Kim-CFTC-0001941 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001942 | Kobre-Kim-CFTC-0001942 | Kobre-Kim-CFTC-0001951 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | RE: Kraft - draft consent order | 3/27/2019 16:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and suggested edits to a draft Consent Order, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001943 | Kobre-Kim-CFTC-0001942 | Kobre-Kim-CFTC-0001951 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003055 | Kobre-Kim-CFTC-0003054 | Kobre-Kim-CFTC-0003063 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001952 | Kobre-Kim-CFTC-0001952 | Kobre-Kim-CFTC-0001953 | Reinhart, Stephanie [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART] | Frisch, Michael [MFrisch@CFTC.gov] | | RE: Media Inquiry: CFTC vs Mondelez/Kraft | 3/25/2019 12:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email chain containing both information about settlement communications and strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001954 | Kobre-Kim-CFTC-0001954 | Kobre-Kim-CFTC-0001955 | Patrick, Joseph J [JPatrick@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/18/2019 14:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003076 | Kobre-Kim-CFTC-0003076 | Kobre-Kim-CFTC-0003077 | | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Riccobene, Edward J. [ericcobene@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Frisch, Michael [MFrisch@CFTC.gov] | RE: Kraft - draft consent order | 3/27/2019 17:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003079 | Kobre-Kim-CFTC-0003078 | Kobre-Kim-CFTC-0003087 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003089 | Kobre-Kim-CFTC-0003089 | Kobre-Kim-CFTC-0003090 | | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: WSJ Inquiry: Kraft | 8/15/2019 12:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003091 | Kobre-Kim-CFTC-0003091 | Kobre-Kim-CFTC-0003093 | | Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 7/26/2019 11:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003095 | Kobre-Kim-CFTC-0003094 | Kobre-Kim-CFTC-0003105 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. [Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001956 | Kobre-Kim-CFTC-0001956 | Kobre-Kim-CFTC-0001957 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Reinhart, Stephanie [SReinhart@CFTC.gov] | | RE: Kraft - draft consent order | 3/27/2019 16:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and suggested edits to a draft Consent Order, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001033 | Kobre-Kim-CFTC-0001033 | Kobre-Kim-CFTC-0001034 | Hynes, Lucy [LHynes@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 21:36 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter;Exemption 7\(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion contains mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Also, the email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0001035 | Kobre-Kim-CFTC-0001035 | Kobre-Kim-CFTC-0001036 | Hynes, Lucy [LHynes@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 21:30 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter;Exemption 7\(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion contains mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Also, the email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description<br>Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001037 | Kobre-Kim-CFTC-0001037 | Kobre-Kim-CFTC-0001038 | Hynes, Lucy [LHynes@CFTC.GOV] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 20:03 | Parent | Partial Exemptions | Exemption 7(?)(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly cittelss "(b)(4)." |
| Kobre-Kim-CFTC-0003321 | Kobre-Kim-CFTC-0003321 | Kobre-Kim-CFTC-0003322 | Histed, Clifford [Clifford.Histed@klgates.com] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | [EXTERNAL] RE:  Congratulations on the Kraft Settlement | 8/15/2019 14:11 | Parent | Partial Exemptions | Exemption 7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001053 | Kobre-Kim-CFTC-0001053 | Kobre-Kim-CFTC-0001055 | Williamson, Scott R. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN= SWILLIAMSON] | McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Howell, Robert (RHowell@CFTC.gov);Gradman, Susan J. [sgradman@CFTC.GOV] | Kraft press release | 7/25/2019 12:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(?)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001054 | Kobre-Kim-CFTC-0001053 | Kobre-Kim-CFTC-0001055 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003106 | Kobre-Kim-CFTC-0003106 | Kobre-Kim-CFTC-0003107 | Williamson, Scott R. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN= SWILLIAMSON] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:24 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(?)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about the clause.   Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Finally, one email contains information regarding personal appointment for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003107 | Kobre-Kim-CFTC-0003106 | Kobre-Kim-CFTC-0003107 | | | | | | Attachment | Partial Exemptions | Exemption 6; | Information regarding personal contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003325 | Kobre-Kim-CFTC-0003325 | Kobre-Kim-CFTC-0003326 | Williamson, Scott R. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN= SWILLIAMSON] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kreaft Press Release | 6/14/2019 12:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Email chain containing both information about settlement negotiations and communications about Commission settlement strategy, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001959 | Kobre-Kim-CFTC-0001959 | Kobre-Kim-CFTC-0001967 | Williamson, Scott R. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN= SWILLIAMSON] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: Kraft -- comment from Scott | 5/7/2019 16:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001960 | Kobre-Kim-CFTC-0001959 | Kobre-Kim-CFTC-0001967 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(A) On-going Enforcement Matter; | Draft (Document) containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.<br><br>(Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003327 | Kobre-Kim-CFTC-0003327 | Kobre-Kim-CFTC-0003327 | | White, Martin B. [mwhite@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(?)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003328 | Kobre-Kim-CFTC-0003328 | Kobre-Kim-CFTC-0003328 | | White, Martin B. [mwhite@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 17:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(?)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003329 | Kobre-Kim-CFTC-0003329 | Kobre-Kim-CFTC-0003330 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft Motion | 8/17/2019 16:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(?)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA-Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003331 | Kobre-Kim-CFTC-0003331 | Kobre-Kim-CFTC-0003334 | | Reinhart, Stephanie [sreinhart@cftc.gov];Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Lowe, Gretchen L. [glowe@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | | RE: Next steps | 8/16/2019 15:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003643 | Kobre-Kim-CFTC-0003643 | Kobre-Kim-CFTC-0003643 | Rosemary Hollinger [REDACTED] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | [EXTERNAL] Re: Kraft and Yukom | 8/16/2019 10:40 | Parent | Partial Exemptions | Exemption 6; | Information regarding personal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003335 | Kobre-Kim-CFTC-0003335 | Kobre-Kim-CFTC-0003337 | | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: [EXTERNAL] Activity in Case 1:15-cv-02881 US Commodity Futures Trading Commission v . Kraft Foods Group, Inc. et al set/reset hearings; | 8/15/2019 18:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003338 | Kobre-Kim-CFTC-0003338 | Kobre-Kim-CFTC-0003339 | | McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003340 | Kobre-Kim-CFTC-0003340 | Kobre-Kim-CFTC-0003342 | | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: [EXTERNAL] Kraft | 8/15/2019 13:19 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003353 | Kobre-Kim-CFTC-0003353 | Kobre-Kim-CFTC-0003353 | Lowe, Gretchen L. [glowe@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | Re: Kraft | 7/28/2019 12:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing pre-decisional deliberative communications about settlement negotiations CFTC settlement strategy, all made for the purpose of seeking and providing legal advice. In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003354 | Kobre-Kim-CFTC-0003354 | Kobre-Kim-CFTC-0003355 | | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Evans, Lindsey [LEvans@CFTC.gov];Gradman, Susan [sgradman@cftc.gov];Howell, Robert [RHowell@CFTC.gov];Konieski, Joseph [jkonieski@CFTC.gov];Streit, Elizabeth M. [estreit@CFTC.GOV];Terrell, David A. [dterrell@CFTC.GOV] | RE: CRO monthly report submission? | 7/26/2019 17:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 5\Investigative Privilege;Exemption 7(7)(A) On-going Enforcement Matter;Exemption 7(7)(E) Protected Law Enforcement Information; | Email containing predecisional deliberative communications about non-Kraft enforcement matters, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with such matters that are either non-public and/or pending. The email also contains information about settlement discussions in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft and other enforcement proceedings. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003356 | Kobre-Kim-CFTC-0003356 | Kobre-Kim-CFTC-0003357 | | Lowe, Gretchen L. [glowe@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov] | RE: Kraft | 7/26/2019 12:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003358 | Kobre-Kim-CFTC-0003358 | Kobre-Kim-CFTC-0003359 | | Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft | 7/26/2019 12:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003360 | Kobre-Kim-CFTC-0003360 | Kobre-Kim-CFTC-0003363 | | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft | 7/26/2019 12:15 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003364 | Kobre-Kim-CFTC-0003364 | Kobre-Kim-CFTC-0003365 | | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov] | | RE: Kraft | 7/26/2019 11:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003366 | Kobre-Kim-CFTC-0003366 | Kobre-Kim-CFTC-0003367 | | Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | | RE: Kraft | 7/26/2019 10:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003368 | Kobre-Kim-CFTC-0003368 | Kobre-Kim-CFTC-0003368 | | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft | 7/26/2019 10:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause and settlement. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003369 | Kobre-Kim-CFTC-0003369 | Kobre-Kim-CFTC-0003370 | | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:21 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Finally, one email contains information regarding personal appointment for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003370 | Kobre-Kim-CFTC-0003369 | Kobre-Kim-CFTC-0003370 | | | | | | Attachment | Partial Exemptions | Exemption 6; | Information regarding personal contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003371 | Kobre-Kim-CFTC-0003371 | Kobre-Kim-CFTC-0003372 | | Lowe, Gretchen L. [glowe@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding no public statement clause in consent order in the Kraft case. Email discussion containing mental impressions and opinions about the clause. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003372 | Kobre-Kim-CFTC-0003371 | Kobre-Kim-CFTC-0003372 | | | | | | Attachment | Partial Exemptions | Exemption 6; | Information regarding personal contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003373 | Kobre-Kim-CFTC-0003373 | Kobre-Kim-CFTC-0003414 | | Wedewer, Harry E [HWedewer@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | RE: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/21/2019 10:18 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal CFTC information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003375 | Kobre-Kim-CFTC-0003373 | Kobre-Kim-CFTC-0003414 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003407 | Kobre-Kim-CFTC-0003373 | Kobre-Kim-CFTC-0003414 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003450 | Kobre-Kim-CFTC-0003450 | Kobre-Kim-CFTC-0003451 | | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft Press Release | 6/14/2019 12:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003415 | Kobre-Kim-CFTC-0003415 | Kobre-Kim-CFTC-0003447 | | Lowe, Gretchen L. [glowe@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov];Wedewer, Harry E [HWedewer@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | RE: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/19/2019 16:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative information about settlement strategy communicated for the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003416 | Kobre-Kim-CFTC-0003415 | Kobre-Kim-CFTC-0003447 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003495 | Kobre-Kim-CFTC-0003495 | Kobre-Kim-CFTC-0003496 | | Reinhart, Stephanie [sreinhart@cftc.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | RE: Kraft memo | 6/3/2019 12:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email chain containing communications about Commission settlement strategy and proposed settlement language, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003455 | Kobre-Kim-CFTC-0003454 | Kobre-Kim-CFTC-0003494 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003463 | Kobre-Kim-CFTC-0003454 | Kobre-Kim-CFTC-0003494 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003109 | Kobre-Kim-CFTC-0003108 | Kobre-Kim-CFTC-0003116 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003118 | Kobre-Kim-CFTC-0003117 | Kobre-Kim-CFTC-0003125 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Document) containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003497 | Kobre-Kim-CFTC-0003497 | Kobre-Kim-CFTC-0003497 | | Lowe, Gretchen L. [glowe@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Chopra, Neel [NChopra@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | | Re: Kraft | 7/28/2019 12:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email containing pre-decisional deliberative communications about settlement negotiations CFTC settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19CV10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003498 | Kobre-Kim-CFTC-0003498 | Kobre-Kim-CFTC-0003498 | | Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov] | | Re: Questions from Commissioner Berkowitz on Kraft | 7/24/2019 19:35 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement in the Kraft case. Email discussion containing mental impressions and opinions about proposed settlement. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001968 | Kobre-Kim-CFTC-0001968 | Kobre-Kim-CFTC-0001968 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV] | | RE: Kraft settlement | 3/22/2019 13:30 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0003128 | Kobre-Kim-CFTC-0003127 | Kobre-Kim-CFTC-0003136 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003499 | Kobre-Kim-CFTC-0003499 | Kobre-Kim-CFTC-0003499 | | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov] | Re: Kraft follow up | 6/5/2019 10:30 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001056 | Kobre-Kim-CFTC-0001056 | Kobre-Kim-CFTC-0001057 | Lowe, Gretchen L. [glowe@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Fwd: Kraft Motion | 8/17/2019 13:54 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0001058 | Kobre-Kim-CFTC-0001058 | Kobre-Kim-CFTC-0001061 | Lowe, Gretchen L. [glowe@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Fwd: Kraft opposition to motion for review | 8/17/2019 11:42 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001062 | Kobre-Kim-CFTC-0001062 | Kobre-Kim-CFTC-0001064 | Lowe, Gretchen L. [glowe@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:28 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001065 | Kobre-Kim-CFTC-0001065 | Kobre-Kim-CFTC-0001074 | Lowe, Gretchen L. [glowe@CFTC.gov] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | Fwd: Kraft opposition to motion for review | 8/17/2019 11:03 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001067 | Kobre-Kim-CFTC-0001065 | Kobre-Kim-CFTC-0001074 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001075 | Kobre-Kim-CFTC-0001075 | Kobre-Kim-CFTC-0001076 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Rowland, Matthew [MRowland@CFTC.gov] | Riccobene, Edward J. [ericcobene@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV] | RE: Kraft opposition to motion --question for DOE folks | 8/17/2019 9:35 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001077 | Kobre-Kim-CFTC-0001077 | Kobre-Kim-CFTC-0001078 | Lowe, Gretchen L. [glowe@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov] | Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 9:25 | Parent | Partial Exemptions | Exemption 6;Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Finally, the email chain contains information regarding personal contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0001126 | Kobre-Kim-CFTC-0001126 | Kobre-Kim-CFTC-0001128 | Lowe, Gretchen L. [glowe@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | Re: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 17:29 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001129 | Kobre-Kim-CFTC-0001129 | Kobre-Kim-CFTC-0001129 | Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov] | | Re: DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/13/2019 17:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. In addition, the email chain contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003502 | Kobre-Kim-CFTC-0003502 | Kobre-Kim-CFTC-0003502 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Kraft | 8/13/2019 14:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003503 | Kobre-Kim-CFTC-0003503 | Kobre-Kim-CFTC-0003508 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Godel, Maria D. [mgodel@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003504 | Kobre-Kim-CFTC-0003503 | Kobre-Kim-CFTC-0003508 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001130 | Kobre-Kim-CFTC-0001130 | Kobre-Kim-CFTC-0001135 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Grimm, Daniel [DGrimm@CFTC.gov] | | Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001131 | Kobre-Kim-CFTC-0001130 | Kobre-Kim-CFTC-0001135 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003510 | Kobre-Kim-CFTC-0003509 | Kobre-Kim-CFTC-0003513 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003514 | Kobre-Kim-CFTC-0003514 | Kobre-Kim-CFTC-0003514 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Marvine, Charles D. [cmarvine@CFTC.GOV];Reed, Christopher [CReed@CFTC.gov] | | | 5/24/2019 14:13 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement negotiations and Commission strategy, all made for the purpose of seeking or providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001969 | Kobre-Kim-CFTC-0001969 | Kobre-Kim-CFTC-0001970 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Rowland, Matthew [MRowland@CFTC.gov] | | FW: Kraft | 5/24/2019 11:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about about settlement negotiations and settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001971 | Kobre-Kim-CFTC-0001971 | Kobre-Kim-CFTC-0001979 | Lowe, Gretchen L. [glowe@CFTC.gov] | Rowland, Matthew [MRowland@CFTC.gov] | | Fwd: CFTC v Kraft Draft Consent Order 5.16.19 | 5/21/2019 15:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001972 | Kobre-Kim-CFTC-0001971 | Kobre-Kim-CFTC-0001979 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003515 | Kobre-Kim-CFTC-0003515 | Kobre-Kim-CFTC-0003523 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | CFTC v Kraft Draft Consent Order 5.16.19 | 5/16/2019 14:45 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0003516 | Kobre-Kim-CFTC-0003515 | Kobre-Kim-CFTC-0003523 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001980 | Kobre-Kim-CFTC-0001980 | Kobre-Kim-CFTC-0001988 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | | FW: Kraft | 5/10/2019 9:46 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001981 | Kobre-Kim-CFTC-0001980 | Kobre-Kim-CFTC-0001988 | | | | | | Attachment | Full Exemption | Exemption 7\7(A) On-going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001989 | Kobre-Kim-CFTC-0001989 | Kobre-Kim-CFTC-0001998 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Riccobene, Edward J. [ericcobene@CFTC.gov] | | FW: Kraft - draft consent order | 3/28/2019 14:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001990 | Kobre-Kim-CFTC-0001989 | Kobre-Kim-CFTC-0001998 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0001999 | Kobre-Kim-CFTC-0001999 | Kobre-Kim-CFTC-0002000 | Lowe, Gretchen L. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=GLOWE] | Riccobene, Edward J. [ericcobene@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV] | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | FW: Kraft settlement | 3/22/2019 14:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0001136 | Kobre-Kim-CFTC-0001136 | Kobre-Kim-CFTC-0001137 | Schwartz, Rob [RSchwartz@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: [EXTERNAL] Kraft | 8/15/2019 13:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications about settlement and impending contempt motion, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003699 | Kobre-Kim-CFTC-0003698 | Kobre-Kim-CFTC-0003705 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003704 | Kobre-Kim-CFTC-0003698 | Kobre-Kim-CFTC-0003705 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003707 | Kobre-Kim-CFTC-0003706 | Kobre-Kim-CFTC-0003714 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003713 | Kobre-Kim-CFTC-0003706 | Kobre-Kim-CFTC-0003714 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003645 | Kobre-Kim-CFTC-0003644 | Kobre-Kim-CFTC-0003652 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters.  Such information is included for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003651 | Kobre-Kim-CFTC-0003644 | Kobre-Kim-CFTC-0003652 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003528 | Kobre-Kim-CFTC-0003527 | Kobre-Kim-CFTC-0003529 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003663 | Kobre-Kim-CFTC-0003662 | Kobre-Kim-CFTC-0003670 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters.  Such information is included for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003669 | Kobre-Kim-CFTC-0003662 | Kobre-Kim-CFTC-0003670 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003672 | Kobre-Kim-CFTC-0003671 | Kobre-Kim-CFTC-0003679 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters.  Such information is included for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003678 | Kobre-Kim-CFTC-0003671 | Kobre-Kim-CFTC-0003679 | | | | | | Attachment | Full Exemption | | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003526 | Kobre-Kim-CFTC-0003526 | Kobre-Kim-CFTC-0003526 | Godel, Maria D. [mgodel@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | RE: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001138 | Kobre-Kim-CFTC-0001138 | Kobre-Kim-CFTC-0001139 | Wedewer, Harry E [HWedewer@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft | 8/13/2019 11:51 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003654 | Kobre-Kim-CFTC-0003653 | Kobre-Kim-CFTC-0003661 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters.  Such information is included for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003660 | Kobre-Kim-CFTC-0003653 | Kobre-Kim-CFTC-0003661 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003681 | Kobre-Kim-CFTC-0003680 | Kobre-Kim-CFTC-0003688 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003687 | Kobre-Kim-CFTC-0003680 | Kobre-Kim-CFTC-0003688 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0003690 | Kobre-Kim-CFTC-0003689 | Kobre-Kim-CFTC-0003697 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003696 | Kobre-Kim-CFTC-0003689 | Kobre-Kim-CFTC-0003697 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003715 | Kobre-Kim-CFTC-0003715 | Kobre-Kim-CFTC-0003723 | Cantley, Brent [BCantley@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov] | Intake Log and Topline | 7/12/2019 16:54 | Parent | Partial Exemptions | Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Email containing confidential communications that would reveal investigatory processes of the CFTC. The information, if produced, could reasonably be expected to interfere with ongoing enforcement proceedings. |
| Kobre-Kim-CFTC-0003716 | Kobre-Kim-CFTC-0003715 | Kobre-Kim-CFTC-0003723 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003722 | Kobre-Kim-CFTC-0003715 | Kobre-Kim-CFTC-0003723 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003725 | Kobre-Kim-CFTC-0003724 | Kobre-Kim-CFTC-0003732 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003731 | Kobre-Kim-CFTC-0003724 | Kobre-Kim-CFTC-0003732 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003734 | Kobre-Kim-CFTC-0003733 | Kobre-Kim-CFTC-0003741 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003740 | Kobre-Kim-CFTC-0003733 | Kobre-Kim-CFTC-0003741 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Investigative privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003743 | Kobre-Kim-CFTC-0003742 | Kobre-Kim-CFTC-0003750 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003749 | Kobre-Kim-CFTC-0003742 | Kobre-Kim-CFTC-0003750 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003752 | Kobre-Kim-CFTC-0003751 | Kobre-Kim-CFTC-0003759 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003758 | Kobre-Kim-CFTC-0003751 | Kobre-Kim-CFTC-0003759 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003761 | Kobre-Kim-CFTC-0003760 | Kobre-Kim-CFTC-0003768 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003767 | Kobre-Kim-CFTC-0003760 | Kobre-Kim-CFTC-0003768 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003770 | Kobre-Kim-CFTC-0003769 | Kobre-Kim-CFTC-0003777 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Investigative Privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Report reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case and courses of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding and with other matters which are either non-public and/or pending. In addition, the email contains information regarding the CFTC's investigative techniques that, if produced, could reasonably be expected to interfere with enforcement proceedings. |
| Kobre-Kim-CFTC-0003776 | Kobre-Kim-CFTC-0003769 | Kobre-Kim-CFTC-0003777 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0003536 | Kobre-Kim-CFTC-0003536 | Kobre-Kim-CFTC-0003537 | Schwartz, Rob [RSchwartz@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft | 8/7/2019 9:51 | Parent | Partial Exemptions | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing communications about proposed settlement made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003538 | Kobre-Kim-CFTC-0003538 | Kobre-Kim-CFTC-0003540 | Schwartz, Rob [RSchwartz@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Kraft | 8/6/2019 15:48 | Parent | Partial Exemptions | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding Commission settlement process in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003539 | Kobre-Kim-CFTC-0003538 | Kobre-Kim-CFTC-0003540 | Davis, Daniel J [DDavis@CFTC.gov] | Einstman, John J.[JEinstman@CFTC.gov];Schwartz, Rob J[RSchwartz@CFTC.gov] | | FW: WITHDRAWN FROM SERIATIM - Seriatim 19-147: Kraft Foods | 8/6/2019 15:46 | Attachment | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement process in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003540 | Kobre-Kim-CFTC-0003538 | Kobre-Kim-CFTC-0003540 | Davis, Daniel J [DDavis@CFTC.gov] | Einstman, John J[Einstman@CFTC.gov];Schwartz, Rob J[RSchwartz@CFTC.gov] | | FW: NEW - Seriatim 19-147: Kraft Foods | DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/6/2019 15:47 | Attachment | Partial Exemptions | Exemption 7\(7)(A) On-going Enforcement Matter; | Email containing information regarding Commission settlement process in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001167 | Kobre-Kim-CFTC-0001167 | Kobre-Kim-CFTC-0001170 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: Kraft -- Case Ending Press Release 6.2.19 - JMM edits | 8/5/2019 17:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001169 | Kobre-Kim-CFTC-0001167 | Kobre-Kim-CFTC-0001170 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003541 | Kobre-Kim-CFTC-0003541 | Kobre-Kim-CFTC-0003544 | Lowe, Gretchen L. [glowe@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Fwd: Kraft Press Release | 7/23/2019 20:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding draft press release in the Kraft case. Email discussion containing mental impressions and opinions about the draft press release. Such communications are also made for the purpose of seeking and providing legal advice regarding the proposed order. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003543 | Kobre-Kim-CFTC-0003541 | Kobre-Kim-CFTC-0003544 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001142 | Kobre-Kim-CFTC-0001142 | Kobre-Kim-CFTC-0001144 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001145 | Kobre-Kim-CFTC-0001145 | Kobre-Kim-CFTC-0001146 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001147 | Kobre-Kim-CFTC-0001147 | Kobre-Kim-CFTC-0001156 | Rowland, Matthew [MRowland@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov] | FW: Kraft opposition to motion for review | 8/17/2019 8:36 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Information regarding personal phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0001149 | Kobre-Kim-CFTC-0001147 | Kobre-Kim-CFTC-0001156 | | | | | | Attachment | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001157 | Kobre-Kim-CFTC-0001157 | Kobre-Kim-CFTC-0001164 | Rowland, Matthew [MRowland@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | Janulis, William [wjanulis@CFTC.GOV] | W: Draft Contempt response 8-16-2019 (mbw) | 8/16/2019 16:50 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking and providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001159 | Kobre-Kim-CFTC-0001157 | Kobre-Kim-CFTC-0001164 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Document reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The document contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0001166 | Kobre-Kim-CFTC-0001166 | Kobre-Kim-CFTC-0001166 | Wedewer, Harry E [HWedewer@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/13/2019 17:01 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003531 | Kobre-Kim-CFTC-0003530 | Kobre-Kim-CFTC-0003535 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002001 | Kobre-Kim-CFTC-0002001 | Kobre-Kim-CFTC-0002033 | Lowe, Gretchen L. [glowe@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Fwd: Kraft Settlement Memo to Commission - post 52819 hearing redline | 6/20/2019 17:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated the for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email chain contains internal CFTC information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002002 | Kobre-Kim-CFTC-0002001 | Kobre-Kim-CFTC-0002033 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002034 | Kobre-Kim-CFTC-0002034 | Kobre-Kim-CFTC-0002035 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | RE: Kraft | 5/24/2019 13:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information about settlement conference discussions, as well as communications about Commission settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0003546 | Kobre-Kim-CFTC-0003545 | Kobre-Kim-CFTC-0003577 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003139 | Kobre-Kim-CFTC-0003137 | Kobre-Kim-CFTC-0003178 | | | | | | Attachment | Full Exemption | Exemption 5\Deliberative Process privilege; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003147 | Kobre-Kim-CFTC-0003137 | Kobre-Kim-CFTC-0003178 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002036 | Kobre-Kim-CFTC-0002036 | Kobre-Kim-CFTC-0002044 | Lowe, Gretchen L. [glowe@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | Fwd: Kraft | 5/9/2019 18:52 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0002037 | Kobre-Kim-CFTC-0002036 | Kobre-Kim-CFTC-0002044 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-Going Enforcement Matter; | Document containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002045 | Kobre-Kim-CFTC-0002045 | Kobre-Kim-CFTC-0002046 | Riccobene, Edward J. [ericcobene@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: Kraft - draft consent order | 3/28/2019 15:38 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0002047 | Kobre-Kim-CFTC-0002047 | Kobre-Kim-CFTC-0002047 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Lowe, Gretchen L. [glowe@CFTC.gov] | | FW: Kraft settlement | 3/22/2019 13:37 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0003578 | Kobre-Kim-CFTC-0003578 | Kobre-Kim-CFTC-0003582 | McDonald, James [JMcDonald@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 11:57 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003778 | Kobre-Kim-CFTC-0003778 | Kobre-Kim-CFTC-0003781 | McGonagle, Vincent A. [vmcgonagle@CFTC.gov] | Evans, Lindsey [LEvans@CFTC.gov] | | RE: Manipulation & Insider Trading Material | 5/2/2019 20:00 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege; | Email reflecting predecisional deliberative process regarding panel talk. The email contains draft talking points and confidential communications made for the purpose of seeking and providing legal advice regarding disclosure of information. |
| Kobre-Kim-CFTC-0001174 | Kobre-Kim-CFTC-0001174 | Kobre-Kim-CFTC-0001175 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:39 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001176 | Kobre-Kim-CFTC-0001176 | Kobre-Kim-CFTC-0001177 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:39 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001178 | Kobre-Kim-CFTC-0001178 | Kobre-Kim-CFTC-0001179 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:26 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001180 | Kobre-Kim-CFTC-0001180 | Kobre-Kim-CFTC-0001181 | Schwartz, Rob [RSchwartz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Fwd: Kraft Motion | 8/17/2019 13:40 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001182 | Kobre-Kim-CFTC-0001182 | Kobre-Kim-CFTC-0001183 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 10:55 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001184 | Kobre-Kim-CFTC-0001184 | Kobre-Kim-CFTC-0001185 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERT0C8] | Beri, Raagnee [RBeri@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | RE: Kraft opposition to motion for review | 8/17/2019 10:13 | Parent | Partial Exemptions | Exemption 5(Attorney-Client Privilege;Exemption 5(Work-Product Protection;Exemption 5(Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001186 | Kobre-Kim-CFTC-0001186 | Kobre-Kim-CFTC-0001187 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 20:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001188 | Kobre-Kim-CFTC-0001188 | Kobre-Kim-CFTC-0001189 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001190 | Kobre-Kim-CFTC-0001190 | Kobre-Kim-CFTC-0001191 | Schwartz, Rob [RSchwartz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001192 | Kobre-Kim-CFTC-0001192 | Kobre-Kim-CFTC-0001193 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERTDC8] | Davis, Daniel J [DDavis@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | FW: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 10:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001194 | Kobre-Kim-CFTC-0001194 | Kobre-Kim-CFTC-0001197 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERTDC8] | Beri, Raagnee [RBeri@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | | RE: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 16:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001200 | Kobre-Kim-CFTC-0001200 | Kobre-Kim-CFTC-0001202 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERTDC8] | Beri, Raagnee [RBeri@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | | FW: [EXTERNAL] Re: CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 15:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003782 | Kobre-Kim-CFTC-0003782 | Kobre-Kim-CFTC-0003791 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERTDC8] | Beri, Raagnee [RBeri@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | | enfkraftfoodsgroupincdelecgloballlcconsentorder8149.pdf | 8/15/2019 15:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003793 | Kobre-Kim-CFTC-0003793 | Kobre-Kim-CFTC-0003794 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001205 | Kobre-Kim-CFTC-0001205 | Kobre-Kim-CFTC-0001206 | Schwartz, Rob [RSchwartz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | | Fwd: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 14:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003583 | Kobre-Kim-CFTC-0003583 | Kobre-Kim-CFTC-0003584 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERTDC8] | Manley, Joan [jmanley@CFTC.gov] | | Fwd: Kraft | 8/13/2019 14:58 | Parent | Partial Exemptions | Exemption 5\Work-Product Protection;Exemption 7(7)\On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003585 | Kobre-Kim-CFTC-0003585 | Kobre-Kim-CFTC-0003590 | Schwartz, Rob [RSchwartz@CFTC.gov] | Godel, Maria D. [mgodel@CFTC.gov] | | Fwd: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003586 | Kobre-Kim-CFTC-0003585 | Kobre-Kim-CFTC-0003590 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)\On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0003795 | Kobre-Kim-CFTC-0003795 | Kobre-Kim-CFTC-0003796 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERT0C8] | Einstman, John [JEinstman@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | | RE: Privileged and confidential / Request for legal advice | 8/5/2019 13:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding tentative settlement and what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003797 | Kobre-Kim-CFTC-0003797 | Kobre-Kim-CFTC-0003798 | Schwartz, Rob [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHWARTZ, ROBERT0C8] | Davis, Daniel J [DDavis@CFTC.gov] | | RE: EnfRev Kraft, Mondelez Consent, price manip, 6(c)(1) 180 1, etc (Godel) | 6/27/2019 13:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email containing both informationand impressions about proposed Kraft settlement and communications about CFTC settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001207 | Kobre-Kim-CFTC-0001207 | Kobre-Kim-CFTC-0001208 | Beri, Raagnee [RBeri@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Einstman, John [JEinstman@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Case, Alex [ACase@CFTC.gov] | | Re: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 22:33 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion contains mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Also, the email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0001209 | Kobre-Kim-CFTC-0001209 | Kobre-Kim-CFTC-0001212 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Einstman, John [JEinstman@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Case, Alex [ACase@CFTC.gov] | | RE: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 21:49 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter;Exemption 7\7(E) Protected Law Enforcement Information; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion contains mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. Also, the email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0001211 | Kobre-Kim-CFTC-0001209 | Kobre-Kim-CFTC-0001212 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | CFTC plan and strategies reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Contains mental impressions and opinions about the contempt motion. Plan and strategies made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001213 | Kobre-Kim-CFTC-0001213 | Kobre-Kim-CFTC-0001255 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Einstman, John [JEinstman@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Case, Alex [ACase@CFTC.gov] | | FW: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 20:30 | Parent | Partial Exemptions | Exemption 6;Exemption 7\7(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. The redaction incorrectly indicates "(b)(4)." |
| Kobre-Kim-CFTC-0001256 | Kobre-Kim-CFTC-0001256 | Kobre-Kim-CFTC-0001257 | Remmler, Erik F [ERemmler@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001258 | Kobre-Kim-CFTC-0001258 | Kobre-Kim-CFTC-0001269 | White, Martin B. [mwhite@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:25 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001260 | Kobre-Kim-CFTC-0001258 | Kobre-Kim-CFTC-0001269 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003800 | Kobre-Kim-CFTC-0003799 | Kobre-Kim-CFTC-0003808 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0003810 | Kobre-Kim-CFTC-0003809 | Kobre-Kim-CFTC-0003818 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003820 | Kobre-Kim-CFTC-0003819 | Kobre-Kim-CFTC-0003827 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001270 | Kobre-Kim-CFTC-0001270 | Kobre-Kim-CFTC-0001271 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001272 | Kobre-Kim-CFTC-0001272 | Kobre-Kim-CFTC-0001273 | White, Martin B. [mwhite@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001274 | Kobre-Kim-CFTC-0001274 | Kobre-Kim-CFTC-0001275 | White, Martin B. [mwhite@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 10:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001276 | Kobre-Kim-CFTC-0001276 | Kobre-Kim-CFTC-0001277 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 21:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001278 | Kobre-Kim-CFTC-0001278 | Kobre-Kim-CFTC-0001279 | White, Martin B. [mwhite@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Kraft motion for contempt - timing | 8/16/2019 20:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001280 | Kobre-Kim-CFTC-0001280 | Kobre-Kim-CFTC-0001281 | Hynes, Lucy [LHynes@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:53 | Parent | Partial Exemptions | Exemption 7;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001282 | Kobre-Kim-CFTC-0001282 | Kobre-Kim-CFTC-0001283 | White, Martin B. [mwhite@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0003828 | Kobre-Kim-CFTC-0003828 | Kobre-Kim-CFTC-0003830 | Beri, Raagnee [RBeri@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov] | | Re: Paragraph B language | 8/15/2019 19:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001284 | Kobre-Kim-CFTC-0001284 | Kobre-Kim-CFTC-0001288 | Davis, Daniel J [DDavis@CFTC.gov] | Einstman, John [JEinstman@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov] | | Fwd: Update 1:11pm: WSJ Inquiry | 8/15/2019 14:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about what to communicate to the public about settlement strategy related to the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding such communications to the public.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | Bates Range | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001289 | Kobre-Kim-CFTC-0001289 | Kobre-Kim-CFTC-0001291 | Einstman, John [JEinstman@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | RE: [EXTERNAL] Kraft | 8/15/2019 13:49 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001292 | Kobre-Kim-CFTC-0001292 | Kobre-Kim-CFTC-0001293 | Manley, Joan [jmanley@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: [EXTERNAL] Kraft | 8/15/2019 13:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001294 | Kobre-Kim-CFTC-0001294 | Kobre-Kim-CFTC-0001296 | Einstman, John [JEinstman@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | RE: [EXTERNAL] Kraft | 8/15/2019 13:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003831 | Kobre-Kim-CFTC-0003831 | Kobre-Kim-CFTC-0003831 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | Re: you around? | 8/15/2019 13:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement and impending contempt motion, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003592 | Kobre-Kim-CFTC-0003592 | Kobre-Kim-CFTC-0003592 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003593 | Kobre-Kim-CFTC-0003593 | Kobre-Kim-CFTC-0003594 | Godel, Maria D. [mgodel@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Kraft Memo re Revised Consent Order (OCC) | 8/13/2019 14:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003832 | Kobre-Kim-CFTC-0003832 | Kobre-Kim-CFTC-0003832 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | | Kraft Order | 8/13/2019 11:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003833 | Kobre-Kim-CFTC-0003833 | Kobre-Kim-CFTC-0003835 | Einstman, John [JEinstman@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | RE: Privileged and confidential / Request for legal advice | 8/2/2019 15:18 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003834 | Kobre-Kim-CFTC-0003833 | Kobre-Kim-CFTC-0003835 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. |
| Kobre-Kim-CFTC-0003836 | Kobre-Kim-CFTC-0003836 | Kobre-Kim-CFTC-0003838 | Einstman, John [JEinstman@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov;Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: Paragraph 8 language | 8/1/2019 8:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing predecisional deliberative communications about settlement strategy made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003839 | Kobre-Kim-CFTC-0003839 | Kobre-Kim-CFTC-0003839 | Einstman, John [JEinstman@CFTC.gov] | McDonough, Sue A. [smcdonough@CFTC.gov];Wilder, George G. [gwilder@cftc.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | Paragraph 8 language | 7/30/2019 14:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both information about settlement discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001297 | Kobre-Kim-CFTC-0001297 | Kobre-Kim-CFTC-0001301 | Einstman, John [JEinstman@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Sadler, Scott [SSadler@CFTC.gov];Fina, Joan J[Fina@CFTC.gov];McGrady, Jackson [JMcGrady@CFTC.gov] | Ghim, Michelle [MGhim@CFTC.gov] | RE: Kraft issue / public statement | 7/29/2019 17:19 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | Bates Range | Description Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003841 | Kobre-Kim-CFTC-0003840 | Kobre-Kim-CFTC-0003844 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003845 | Kobre-Kim-CFTC-0003845 | Kobre-Kim-CFTC-0003848 | Einstman, John J [JEinstman@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Sadler, Scott [SSadler@CFTC.gov];Fina, Joan J [JFina@CFTC.gov];McGrady, Jackson J [JMcGrady@CFTC.gov] | Ghim, Michelle [MGhim@CFTC.gov] | RE: Kraft issue / public statement | 7/29/2019 17:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003849 | Kobre-Kim-CFTC-0003849 | Kobre-Kim-CFTC-0003850 | | Einstman, John J [JEinstman@CFTC.gov];Fina, Joan J [JFina@CFTC.gov];McGrady, Jackson J [JMcGrady@CFTC.gov];Sadler, Scott J [SSadler@CFTC.gov] | Ghim, Michelle [MGhim@CFTC.gov] | RE: Kraft issue / public statement | 7/29/2019 15:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing predecisional deliberative communications about proposed settlement and portions of a draft statement regarding proposed settlement, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001302 | Kobre-Kim-CFTC-0001302 | Kobre-Kim-CFTC-0001303 | Grimm, Daniel J [DGrimm@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | RE: Kraft motion for contempt - attached | 8/16/2019 18:19 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001304 | Kobre-Kim-CFTC-0001304 | Kobre-Kim-CFTC-0001304 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0001305 | Kobre-Kim-CFTC-0001305 | Kobre-Kim-CFTC-0001306 | Einstman, John J [JEinstman@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | | FW: [EXTERNAL] Kraft | 8/15/2019 14:14 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003851 | Kobre-Kim-CFTC-0003851 | Kobre-Kim-CFTC-0003852 | Grimm, Daniel J [DGrimm@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov] | RE: Kraft | 8/1/2019 16:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about proposed settlement made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |
| Kobre-Kim-CFTC-0003853 | Kobre-Kim-CFTC-0003853 | Kobre-Kim-CFTC-0003854 | Einstman, John J [JEinstman@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov] | | RE: WARNO re:  meeting tomorrow afternoon with the team ("Expectations concerning General Law responsiveness re:  9th Floor") | 7/30/2019 8:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about what to communicate to the public about settlement strategy related to the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding such communications to the public.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding and other legal matters. |
| Kobre-Kim-CFTC-0003855 | Kobre-Kim-CFTC-0003855 | Kobre-Kim-CFTC-0003856 | | Schwartz, Rob [RSchwartz@CFTC.gov] | | RE: EnfRev Kraft, Mondelez Consent, price manip, 6(c)(1) 180 1, etc (Godel) | 6/27/2019 13:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing both internal deliberations about proposed Kraft settlement and communications about CFTC settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003857 | Kobre-Kim-CFTC-0003857 | Kobre-Kim-CFTC-0003857 | Davis, Daniel J [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=77DFF82DC83444368D3E30FC3D740DDE-DAVIS, DANIEL J] | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov] | RE: Kraft | 8/1/2019 15:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about proposed settlement made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001307 | Kobre-Kim-CFTC-0001307 | Kobre-Kim-CFTC-0001309 | Einstman, John [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=JEINSTMAN] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft issue / public statement | 7/29/2019 18:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001310 | Kobre-Kim-CFTC-0001310 | Kobre-Kim-CFTC-0001348 | Grimm, Daniel [DGrimm@CFTC.gov] | Einstman, John [JEinstman@CFTC.gov] | | Kraft issue / public statement | 7/29/2019 13:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email containing predecisional communications about proposed settlement and portions of a draft statement regarding proposed settlement, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001311 | Kobre-Kim-CFTC-0001311 | Kobre-Kim-CFTC-0001348 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.

Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003858 | Kobre-Kim-CFTC-0003858 | Kobre-Kim-CFTC-0003860 | Einstman, John [JEinstman@CFTC.gov] | Ghim, Michelle [MGhim@CFTC.gov];Fina, Joan [JFina@CFTC.gov];* All OGC Appropriations & Procurement Law [AllOGCAppropriationsProcurementLaw@CFTC.gov] | | RE: Kraft matter | 7/30/2019 14:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003860 | Kobre-Kim-CFTC-0003858 | Kobre-Kim-CFTC-0003860 | Einstman, John [JEinstman@CFTC.gov] | Ghim, Michelle [MGhim@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | McGrady, Jackson [JMcGrady@CFTC.gov];Sadler, Scott [SSadler@CFTC.gov];Fina, Joan [JFina@CFTC.gov];McDonough, Sue A. [smcdonough@CFTC.gov] | RE: Response re seriatim | 7/30/2019 11:32 | Attachment | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about Commission settlement process and policies made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003861 | Kobre-Kim-CFTC-0003861 | Kobre-Kim-CFTC-0003862 | | Wilder, George G. [gwilder@cftc.gov];McDonough, Sue A. [smcdonough@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov] | RE: Paragraph 8 language | 7/30/2019 16:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003863 | Kobre-Kim-CFTC-0003863 | Kobre-Kim-CFTC-0003865 | | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft issue / public statement | 7/29/2019 17:13 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003868 | Kobre-Kim-CFTC-0003866 | Kobre-Kim-CFTC-0003871 | | | | | | Attachment | Full Exemption | | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003874 | Kobre-Kim-CFTC-0003873 | Kobre-Kim-CFTC-0003877 | | | | | | Attachment | Full Exemption | | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003878 | Kobre-Kim-CFTC-0003878 | Kobre-Kim-CFTC-0003879 | Charley, Willie [WCharley@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];Inbox – Secretariat [InboxSecretariat@CFTC.gov] | Dolan, John [jdolan@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Katz, Michael [MKatz@CFTC.gov];Cantley, Brent [BCantley@CFTC.gov];Luckett, India [ILuckett@CFTC.gov] | RE: Request for Seriatim Concurrence - Kraft Foods | 7/18/2019 12:13 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding seriatim that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001351 | Kobre-Kim-CFTC-0001351 | Kobre-Kim-CFTC-0001356 | Faulk-White, Donna [DFaulk-White@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Fwd: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:07 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001357 | Kobre-Kim-CFTC-0001357 | Kobre-Kim-CFTC-0001362 | Faulk-White, Donna [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNADE9] | Short, Michael [MShort@CFTC.gov] | | FYI - CMP - WSJ Inquiry | 8/15/2019 14:14 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001368 | Kobre-Kim-CFTC-0001368 | Kobre-Kim-CFTC-0001372 | Faulk-White, Donna [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNA0E9] | Short, Michael [MShort@CFTC.gov] | | Michael? RE: [EXTERNAL] Re: Re: Re: Re: from Micah/WSJ | 8/15/2019 13:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001388 | Kobre-Kim-CFTC-0001388 | Kobre-Kim-CFTC-0001389 | Faulk-White, Donna [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNA0E9] | Short, Michael [MShort@CFTC.gov];Woodland, Michelle D. [mwoodland@CFTC.gov] | | UPDATE: -- COMPLETED DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 18:01 | Parent | Partial Exemptions | Exemption 6; | Information regarding personal phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0001392 | Kobre-Kim-CFTC-0001392 | Kobre-Kim-CFTC-0001393 | Faulk-White, Donna [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNA0E9] | Woodland, Michelle D. [mwoodland@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | RE: Michelle FYI -- late PR Maybe: COMPLETED DOE Revised Consent Order Rec. - CFTC v. Kraft Foods et al. | 8/14/2019 15:09 | Parent | Partial Exemptions | Exemption 6; | Information regarding personal phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0003881 | Kobre-Kim-CFTC-0003881 | Kobre-Kim-CFTC-0003881 | Faulk-White, Donna [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNA0E9] | Sidman, Robert [RSidman@CFTC.gov] | | RE: Kraft Matter | 8/7/2019 11:01 | Parent | Partial Exemptions | Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001402 | Kobre-Kim-CFTC-0001402 | Kobre-Kim-CFTC-0001407 | Klima, Jaime [JKlima@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Re: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001412 | Kobre-Kim-CFTC-0001411 | Kobre-Kim-CFTC-0001413 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003938 | Kobre-Kim-CFTC-0003938 | Kobre-Kim-CFTC-0003938 | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov];Short, Michael [MShort@CFTC.gov] | | Kraft - possible press release | 7/29/2019 18:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003939 | Kobre-Kim-CFTC-0003939 | Kobre-Kim-CFTC-0003940 | Katz, Michael [MKatz@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | FW: Upcoming PRs | 7/25/2019 10:22 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding proposed settlement in the Kraft case and other cases. Email discussion containing mental impressions and opinions about the proposed settlement and other cases. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003920 | Kobre-Kim-CFTC-0003919 | Kobre-Kim-CFTC-0003920 | | | | | | Attachment | Full Exemption | | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003921 | Kobre-Kim-CFTC-0003921 | Kobre-Kim-CFTC-0003922 | Pizzola, Chelsea [CPizzola@CFTC.gov] | Short, Michael [MShort@CFTC.gov];Xlima, Jaime [JKlima@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Thornton, Charlie [cthornton@CFTC.gov] | RE: Updated Kraft release | 8/8/2019 9:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001408 | Kobre-Kim-CFTC-0001408 | Kobre-Kim-CFTC-0001409 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Re: Kraft | 8/7/2019 23:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0001410 | Kobre-Kim-CFTC-0001410 | Kobre-Kim-CFTC-0001410 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Kraft | 8/7/2019 13:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003946 | Kobre-Kim-CFTC-0003946 | Kobre-Kim-CFTC-0003946 | Grimm, Daniel [DGrimm@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | | RE: Kraft press release language | 8/2/2019 9:10 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003924 | Kobre-Kim-CFTC-0003923 | Kobre-Kim-CFTC-0003925 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003926 | Kobre-Kim-CFTC-0003926 | Kobre-Kim-CFTC-0003926 | Grimm, Daniel [DGrimm@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov];Short, Michael [MShort@CFTC.gov] | | RE: Kraft press release (revised) | 8/2/2019 21:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003928 | Kobre-Kim-CFTC-0003927 | Kobre-Kim-CFTC-0003929 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003930 | Kobre-Kim-CFTC-0003930 | Kobre-Kim-CFTC-0003931 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 13:39 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003932 | Kobre-Kim-CFTC-0003932 | Kobre-Kim-CFTC-0003936 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 10:57 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003934 | Kobre-Kim-CFTC-0003932 | Kobre-Kim-CFTC-0003936 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003937 | Kobre-Kim-CFTC-0003937 | Kobre-Kim-CFTC-0003937 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Statement for Kraft press release | 7/30/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about settlement of the Kraft case. |
| Kobre-Kim-CFTC-0001414 | Kobre-Kim-CFTC-0001414 | Kobre-Kim-CFTC-0001421 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F 1030F06764577B4F184D1968A97C8-SHORT, MICHAEL] | Klima, Jaime [JKlima@CFTC.gov] | | FW: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003982 | Kobre-Kim-CFTC-0003982 | Kobre-Kim-CFTC-0003985 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F 1030F06764577B4F184D1968A97C8-SHORT, MICHAEL] | Klima, Jaime [JKlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Thornton, Charlie [cthornton@CFTC.gov] | FW: Updated Kraft release | 8/8/2019 9:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0003984 | Kobre-Kim-CFTC-0003982 | Kobre-Kim-CFTC-0003985 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003986 | Kobre-Kim-CFTC-0003986 | Kobre-Kim-CFTC-0003988 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Xlima, Jaime [JXlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov];Thornton, Charlie [cthornton@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Updated Kraft release | 8/7/2019 19:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003987 | Kobre-Kim-CFTC-0003986 | Kobre-Kim-CFTC-0003988 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001424 | Kobre-Kim-CFTC-0001424 | Kobre-Kim-CFTC-0001425 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/7/2019 19:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0001426 | Kobre-Kim-CFTC-0001426 | Kobre-Kim-CFTC-0001427 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/7/2019 17:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003989 | Kobre-Kim-CFTC-0003989 | Kobre-Kim-CFTC-0003994 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JXlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 13:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003991 | Kobre-Kim-CFTC-0003989 | Kobre-Kim-CFTC-0003994 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003995 | Kobre-Kim-CFTC-0003995 | Kobre-Kim-CFTC-0003998 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JXlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 10:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003996 | Kobre-Kim-CFTC-0003995 | Kobre-Kim-CFTC-0003998 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003999 | Kobre-Kim-CFTC-0003999 | Kobre-Kim-CFTC-0004002 | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97CB-SHORT, MICHAEL] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JXlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 9:29 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004000 | Kobre-Kim-CFTC-0003999 | Kobre-Kim-CFTC-0004002 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003952 | Kobre-Kim-CFTC-0003951 | Kobre-Kim-CFTC-0003958 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003953 | Kobre-Kim-CFTC-0003951 | Kobre-Kim-CFTC-0003958 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003957 | Kobre-Kim-CFTC-0003951 | Kobre-Kim-CFTC-0003958 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003959 | Kobre-Kim-CFTC-0003959 | Kobre-Kim-CFTC-0003961 | | Klima, Jaime [JKlima@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Updated Kraft release | 8/7/2019 19:07 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email discussing drafting of press release that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0003960 | Kobre-Kim-CFTC-0003959 | Kobre-Kim-CFTC-0003961 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004415 | Kobre-Kim-CFTC-0004415 | Kobre-Kim-CFTC-0004417 | Tarbert, Heath P. [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F19 37A8EF6D145D6ADC38C3059CDE54A-TARBERT, HEATH] | Behnam, Rostin [RBehnam@CFTC.gov] | | Fwd: Kraft Press Release (final) | 8/5/2019 19:04 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004416 | Kobre-Kim-CFTC-0004415 | Kobre-Kim-CFTC-0004417 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004411 | Kobre-Kim-CFTC-0004411 | Kobre-Kim-CFTC-0004411 | Behnam, Rostin [RBehnam@CFTC.gov] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft Press Release (final) | 8/5/2019 23:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004414 | Kobre-Kim-CFTC-0004414 | Kobre-Kim-CFTC-0004414 | Tarbert, Heath P. [hpt14@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Press Release (final) | 8/6/2019 6:46 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004408 | Kobre-Kim-CFTC-0004408 | Kobre-Kim-CFTC-0004409 | Behnam, Rostin [RBehnam@CFTC.gov] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft Press Release (final) | 8/6/2019 17:05 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email chain regarding draft press release and draft commissioners' statement reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004412 | Kobre-Kim-CFTC-0004412 | Kobre-Kim-CFTC-0004413 | Tarbert, Heath P. [hpt14@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Press Release (final) | 8/6/2019 17:17 | Parent | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain regarding draft press release and draft commissioners' statement reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004410 | Kobre-Kim-CFTC-0004410 | Kobre-Kim-CFTC-0004410 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft | 8/6/2019 12:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004393 | Kobre-Kim-CFTC-0004393 | Kobre-Kim-CFTC-0004402 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel I [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J[McDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 17:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004394 | Kobre-Kim-CFTC-0004393 | Kobre-Kim-CFTC-0004402 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004383 | Kobre-Kim-CFTC-0004383 | Kobre-Kim-CFTC-0004392 | Gradman, Susan J. [sgradman@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel I [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J[McDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004384 | Kobre-Kim-CFTC-0004383 | Kobre-Kim-CFTC-0004392 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004373 | Kobre-Kim-CFTC-0004373 | Kobre-Kim-CFTC-0004382 | Dunfee, John [jdunfee@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel I [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J[McDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004374 | Kobre-Kim-CFTC-0004373 | Kobre-Kim-CFTC-0004382 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0004371 | Kobre-Kim-CFTC-0004371 | Kobre-Kim-CFTC-0004372 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [JMcDonald@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004369 | Kobre-Kim-CFTC-0004369 | Kobre-Kim-CFTC-0004370 | White, Martin B. [mwhite@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004367 | Kobre-Kim-CFTC-0004367 | Kobre-Kim-CFTC-0004368 | McDonald, James [JMcDonald@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004688 | Kobre-Kim-CFTC-0004688 | Kobre-Kim-CFTC-0004697 | | White, Martin B. [mwhite@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | RE: Kraft opposition to motion for review | 8/17/2019 12:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004690 | Kobre-Kim-CFTC-0004688 | Kobre-Kim-CFTC-0004697 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004698 | Kobre-Kim-CFTC-0004698 | Kobre-Kim-CFTC-0004728 | | Grimm, Daniel [DGrimm@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 23:01 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004701 | Kobre-Kim-CFTC-0004698 | Kobre-Kim-CFTC-0004728 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004713 | Kobre-Kim-CFTC-0004698 | Kobre-Kim-CFTC-0004728 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005775 | Kobre-Kim-CFTC-0005775 | Kobre-Kim-CFTC-0005775 | | Xlima, Jaime [JXlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Fwd: Kraft Motion | 8/17/2019 15:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005777 | Kobre-Kim-CFTC-0005777 | Kobre-Kim-CFTC-0005777 | | Xlima, Jaime [JXlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 12:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005778 | Kobre-Kim-CFTC-0005778 | Kobre-Kim-CFTC-0005778 | | Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005779 | Kobre-Kim-CFTC-0005779 | Kobre-Kim-CFTC-0005779 | | Xlima, Jaime [JXlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 11:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about our draft opposition in response to the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005780 | Kobre-Kim-CFTC-0005780 | Kobre-Kim-CFTC-0005780 | | Xlima, Jaime [JXlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Fwd: Kraft opposition to motion for review | 8/17/2019 8:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case, and mental impressions and opinions about our draft opposition in response to the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005236 | Kobre-Kim-CFTC-0005236 | Kobre-Kim-CFTC-0005236 | | Xlima, Jaime [JXlima@CFTC.gov];Short, Michael [MShort@CFTC.gov] | | Re: Kraft press release (revised) | 8/2/2019 21:45 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005237 | Kobre-Kim-CFTC-0005237 | Kobre-Kim-CFTC-0005247 | | | | FW: DRAFT Kraft Opinions for Review (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 11:14 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email contains mental impressions about proposed communications.   This communication is also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The email contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005238 | Kobre-Kim-CFTC-0005237 | Kobre-Kim-CFTC-0005247 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy and communications strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005242 | Kobre-Kim-CFTC-0005237 | Kobre-Kim-CFTC-0005247 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy and communications strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004637 | Kobre-Kim-CFTC-0004637 | Kobre-Kim-CFTC-0004638 | McDonald, James [JMcDonald@CFTC.gov] | Xlima, Jaime [JXlima@CFTC.gov] | | Re: NEW - Seriatim 19-147:  Kraft Foods [ DUE:  FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/30/2019 12:07 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing pre-decisional deliberative communications about settlement strategy and information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005234 | Kobre-Kim-CFTC-0005234 | Kobre-Kim-CFTC-0005234 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft | 7/26/2019 17:28 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005035 | Kobre-Kim-CFTC-0005035 | Kobre-Kim-CFTC-0005035 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Kraft | 7/29/2019 12:40 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005195 | Kobre-Kim-CFTC-0005195 | Kobre-Kim-CFTC-0005233 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Einstman, John [JEinstman@CFTC.gov] | | Kraft issue / public statement | 7/29/2019 13:28 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing predecisional communications about proposed settlement and portions of a draft statement regarding proposed settlement, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA - Justification |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Kobre-Kim-CFTC-0005196 | Kobre-Kim-CFTC-0005195 | Kobre-Kim-CFTC-0005233 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004555 | Kobre-Kim-CFTC-0004554 | Kobre-Kim-CFTC-0004556 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004654 | Kobre-Kim-CFTC-0004653 | Kobre-Kim-CFTC-0004655 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005010 | Kobre-Kim-CFTC-0005010 | Kobre-Kim-CFTC-0005013 | Short, Michael [MShort@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | RE: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 14:22 | Parent | Full Exemption | Exemption 5\Deliberative Process privilege; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005012 | Kobre-Kim-CFTC-0005010 | Kobre-Kim-CFTC-0005013 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regng how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005006 | Kobre-Kim-CFTC-0005006 | Kobre-Kim-CFTC-0005009 | Howell, Robert [RHowell@CFTC.gov] | Short, Michael [MShort@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];McGonagle, Vincent A. [vmcgonagle@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | RE: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 16:07 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005008 | Kobre-Kim-CFTC-0005006 | Kobre-Kim-CFTC-0005009 | | | | | | Attachment | Full Exemption | Exemption 5\Deliberative Process privilege; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005175 | Kobre-Kim-CFTC-0005175 | Kobre-Kim-CFTC-0005178 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | McDonald, James [JMcDonald@CFTC.gov] | | FW: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 16:37 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005177 | Kobre-Kim-CFTC-0005175 | Kobre-Kim-CFTC-0005178 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004545 | Kobre-Kim-CFTC-0004545 | Kobre-Kim-CFTC-0004545 | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov];Short, Michael [MShort@CFTC.gov] | | Kraft - possible press release | 7/29/2019 18:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005033 | Kobre-Kim-CFTC-0005033 | Kobre-Kim-CFTC-0005034 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Fwd: [EXTERNAL] | 7/29/2019 19:11 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications with counsel for Kraft regarding settlement negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005032 | Kobre-Kim-CFTC-0005032 | Kobre-Kim-CFTC-0005032 | Sidman, Robert [RSidman@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Kraft Update | 7/30/2019 11:32 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement process in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005194 | Kobre-Kim-CFTC-0005194 | Kobre-Kim-CFTC-0005194 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Short, Michael [MShort@CFTC.gov] | | Statement for Kraft press release | 7/30/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005015 | Kobre-Kim-CFTC-0005015 | Kobre-Kim-CFTC-0005016 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/2/2019 10:36 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004572 | Kobre-Kim-CFTC-0004572 | Kobre-Kim-CFTC-0004575 | Short, Michael [MShort@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 9:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004573 | Kobre-Kim-CFTC-0004572 | Kobre-Kim-CFTC-0004575 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004568 | Kobre-Kim-CFTC-0004568 | Kobre-Kim-CFTC-0004571 | Short, Michael [MShort@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 10:05 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004569 | Kobre-Kim-CFTC-0004568 | Kobre-Kim-CFTC-0004571 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004563 | Kobre-Kim-CFTC-0004563 | Kobre-Kim-CFTC-0004567 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 10:57 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004565 | Kobre-Kim-CFTC-0004563 | Kobre-Kim-CFTC-0004567 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004557 | Kobre-Kim-CFTC-0004557 | Kobre-Kim-CFTC-0004562 | Short, Michael [MShort@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 13:36 | Parent | Full Exemption | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004559 | Kobre-Kim-CFTC-0004557 | Kobre-Kim-CFTC-0004562 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004635 | Kobre-Kim-CFTC-0004635 | Kobre-Kim-CFTC-0004636 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft: press release language | 8/2/2019 13:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005014 | Kobre-Kim-CFTC-0005014 | Kobre-Kim-CFTC-0005014 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | | 8/2/2019 14:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004651 | Kobre-Kim-CFTC-0004650 | Kobre-Kim-CFTC-0004652 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004634 | Kobre-Kim-CFTC-0004634 | Kobre-Kim-CFTC-0004634 | Grimm, Daniel [DGrimm@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov];Short, Michael [MShort@CFTC.gov] | | Re: Kraft press release (revised) | 8/2/2019 21:45 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005180 | Kobre-Kim-CFTC-0005179 | Kobre-Kim-CFTC-0005193 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005005 | Kobre-Kim-CFTC-0005004 | Kobre-Kim-CFTC-0005005 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005171 | Kobre-Kim-CFTC-0005171 | Kobre-Kim-CFTC-0005173 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Short, Michael [MShort@CFTC.gov] | | Kraft final press release | 8/5/2019 17:24 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's drafting of a press release that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005172 | Kobre-Kim-CFTC-0005171 | Kobre-Kim-CFTC-0005173 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005003 | Kobre-Kim-CFTC-0005003 | Kobre-Kim-CFTC-0005003 | Short, Michael [MShort@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft final press release | 8/5/2019 20:04 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's drafting of a press release that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005167 | Kobre-Kim-CFTC-0005166 | Kobre-Kim-CFTC-0005170 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005165 | Kobre-Kim-CFTC-0005164 | Kobre-Kim-CFTC-0005165 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA - Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005001 | Kobre-Kim-CFTC-0005001 | Kobre-Kim-CFTC-0005002 | Sidman, Robert [RSidman@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Charley, Willie [WCharley@CFTC.gov];Kirkpatrick, Chris [CKirkpatrick@CFTC.gov] | RE: Kraft Foods Seriatim | 8/6/2019 14:57 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement process in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005163 | Kobre-Kim-CFTC-0005162 | Kobre-Kim-CFTC-0005163 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004994 | Kobre-Kim-CFTC-0004994 | Kobre-Kim-CFTC-0005000 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/6/2019 15:44 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and Commissioner communications to the public about views on the proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004995 | Kobre-Kim-CFTC-0004994 | Kobre-Kim-CFTC-0005000 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0005161 | Kobre-Kim-CFTC-0005160 | Kobre-Kim-CFTC-0005161 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005159 | Kobre-Kim-CFTC-0005159 | Kobre-Kim-CFTC-0005159 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Short, Michael [MShort@CFTC.gov] | | Kraft | 8/7/2019 13:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005157 | Kobre-Kim-CFTC-0005157 | Kobre-Kim-CFTC-0005158 | Grimm, Daniel [DGrimm@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Re: Kraft | 8/7/2019 23:30 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004993 | Kobre-Kim-CFTC-0004993 | Kobre-Kim-CFTC-0004993 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/8/2019 9:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004991 | Kobre-Kim-CFTC-0004990 | Kobre-Kim-CFTC-0004992 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005156 | Kobre-Kim-CFTC-0005155 | Kobre-Kim-CFTC-0005156 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005154 | Kobre-Kim-CFTC-0005154 | Kobre-Kim-CFTC-0005154 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Webb, Kevin S [KWebb@CFTC.gov] | | RE: Kraft | 8/8/2019 12:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative discussions regarding what to communicate to the public about settlement in the Kraft case. Communication containing mental impressions and opinions about the draft press release. Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005153 | Kobre-Kim-CFTC-0005152 | Kobre-Kim-CFTC-0005153 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004946 | Kobre-Kim-CFTC-0004946 | Kobre-Kim-CFTC-0004989 | Charley, Willie [WCharley@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Sidman, Robert [RSidman@CFTC.gov];Charley, Willie [WCharley@CFTC.gov] | FW: Request for Seriatim Concurrence - Kraft Foods | 8/8/2019 16:44 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004948 | Kobre-Kim-CFTC-0004946 | Kobre-Kim-CFTC-0004989 | | | | | | Attachment | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Set of documents including a redacted internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004633 | Kobre-Kim-CFTC-0004633 | Kobre-Kim-CFTC-0004633 | Short, Michael [MShort@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Xlima, Jaime [JXlima@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Williamson, Scott R. [swilliamson@CFTC.GOV] | RE: Kraft | 8/12/2019 13:09 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding publication of press release and commissioner statements that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004924 | Kobre-Kim-CFTC-0004924 | Kobre-Kim-CFTC-0004933 | Howell, Robert [RHowell@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | Judge's Revision to Kraft Consent Order | 8/12/2019 17:30 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004926 | Kobre-Kim-CFTC-0004924 | Kobre-Kim-CFTC-0004933 | | | | | | Attachment | Full Exemption | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005150 | Kobre-Kim-CFTC-0005150 | Kobre-Kim-CFTC-0005151 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Reinhart, Stephanie [sreinhart@cftc.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Judge's Revision to Kraft Consent Order | 8/12/2019 17:51 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004922 | Kobre-Kim-CFTC-0004922 | Kobre-Kim-CFTC-0004923 | Gradman, Susan J. [sgradman@CFTC.GOV] | McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Howell, Robert [RHowell@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: Judge's Revision to Kraft Consent Order | 8/12/2019 17:59 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004920 | Kobre-Kim-CFTC-0004920 | Kobre-Kim-CFTC-0004921 | Howell, Robert [RHowell@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | Reinhart, Stephanie [SReinhart@CFTC.gov] | RE: Judge's Revision to Kraft Consent Order | 8/12/2019 18:12 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy and questions about and suggested edits to a draft Consent Order. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005141 | Kobre-Kim-CFTC-0005141 | Kobre-Kim-CFTC-0005149 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Hynes, Lucy [LHynes@CFTC.gov] | | Kraft | 8/13/2019 9:55 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005142 | Kobre-Kim-CFTC-0005141 | Kobre-Kim-CFTC-0005149 | | | | | | Attachment | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005103 | Kobre-Kim-CFTC-0005103 | Kobre-Kim-CFTC-0005111 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Hynes, Lucy [LHynes@CFTC.gov] | Remmler, Eric F [ERemmler@CFTC.gov] | RE: kraft | 8/13/2019 12:01 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005104 | Kobre-Kim-CFTC-0005103 | Kobre-Kim-CFTC-0005111 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided by counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004913 | Kobre-Kim-CFTC-0004913 | Kobre-Kim-CFTC-0004914 | Hynes, Lucy [LHynes@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Remmler, Eric F [ERemmler@CFTC.gov] | Re: kraft | 8/13/2019 14:39 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005132 | Kobre-Kim-CFTC-0005132 | Kobre-Kim-CFTC-0005140 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Webb, Kevin S [KWebb@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov] | | Kraft | 8/13/2019 9:56 | Parent | Partial Exemptions | Exemption 5/Attorney-Client Privilege;Exemption 5/Work-Product Protection;Exemption 5/Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0005133 | Kobre-Kim-CFTC-0005132 | Kobre-Kim-CFTC-0005140 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004918 | Kobre-Kim-CFTC-0004918 | Kobre-Kim-CFTC-0004918 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/13/2019 10:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004917 | Kobre-Kim-CFTC-0004917 | Kobre-Kim-CFTC-0004917 | Bailey, Margo [MBailey@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Webb, Kevin S [KWebb@CFTC.gov] | | Re: Kraft | 8/13/2019 10:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005094 | Kobre-Kim-CFTC-0005094 | Kobre-Kim-CFTC-0005102 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Webb, Kevin S [KWebb@CFTC.gov] | | Re: Kraft | 8/13/2019 12:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005095 | Kobre-Kim-CFTC-0005094 | Kobre-Kim-CFTC-0005102 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided by counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004915 | Kobre-Kim-CFTC-0004915 | Kobre-Kim-CFTC-0004915 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/13/2019 14:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005114 | Kobre-Kim-CFTC-0005114 | Kobre-Kim-CFTC-0005122 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Dunfee, John [jdunfee@CFTC.gov] | | Kraft | 8/13/2019 9:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005115 | Kobre-Kim-CFTC-0005114 | Kobre-Kim-CFTC-0005122 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005076 | Kobre-Kim-CFTC-0005076 | Kobre-Kim-CFTC-0005084 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft | 8/13/2019 12:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005077 | Kobre-Kim-CFTC-0005076 | Kobre-Kim-CFTC-0005084 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005123 | Kobre-Kim-CFTC-0005123 | Kobre-Kim-CFTC-0005131 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | Kraft | 8/13/2019 9:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005124 | Kobre-Kim-CFTC-0005123 | Kobre-Kim-CFTC-0005131 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004919 | Kobre-Kim-CFTC-0004919 | Kobre-Kim-CFTC-0004919 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/13/2019 10:06 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005085 | Kobre-Kim-CFTC-0005085 | Kobre-Kim-CFTC-0005093 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | Re: Kraft | 8/13/2019 12:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005086 | Kobre-Kim-CFTC-0005085 | Kobre-Kim-CFTC-0005093 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided by counsel for Kraft that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004911 | Kobre-Kim-CFTC-0004911 | Kobre-Kim-CFTC-0004912 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/13/2019 16:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005112 | Kobre-Kim-CFTC-0005112 | Kobre-Kim-CFTC-0005113 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | Howell, Robert [RHowell@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [sreinhart@cftc.gov] | RE: UPDATE: Judge's Revision to Kraft Consent Order | 8/13/2019 11:50 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004623 | Kobre-Kim-CFTC-0004621 | Kobre-Kim-CFTC-0004632 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004890 | Kobre-Kim-CFTC-0004888 | Kobre-Kim-CFTC-0004902 | | | | | | Attachment | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004905 | Kobre-Kim-CFTC-0004905 | Kobre-Kim-CFTC-0004906 | Wedewer, Harry E [HWedewer@CFTC.gov] | Charley, Willie [WCharley@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Cantley, Brent [BCantley@CFTC.gov];Inbox – Secretariat [InboxSecretariat@CFTC.gov] | RE: Request for Seriatim Concurrence - CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC, | 8/14/2019 11:26 | Parent | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004903 | Kobre-Kim-CFTC-0004903 | Kobre-Kim-CFTC-0004904 | Charley, Willie [WCharley@CFTC.gov] | Wedewer, Harry E [HWedewer@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Cantley, Brent [BCantley@CFTC.gov];Inbox – Secretariat [InboxSecretariat@CFTC.gov] | RE: Request for Seriatim Concurrence - CFTC v. Kraft Foods Group, Inc. and Mondelez Global LLC, | 8/14/2019 12:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005075 | Kobre-Kim-CFTC-0005074 | Kobre-Kim-CFTC-0005075 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005072 | Kobre-Kim-CFTC-0005071 | Kobre-Kim-CFTC-0005073 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004546 | Kobre-Kim-CFTC-0004546 | Kobre-Kim-CFTC-0004553 | Short, Michael [MShort@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | | FW: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004644 | Kobre-Kim-CFTC-0004644 | Kobre-Kim-CFTC-0004649 | Klima, Jaime [JKlima@CFTC.gov] | Short, Michael [MShort@CFTC.gov] | | Re: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004848 | Kobre-Kim-CFTC-0004848 | Kobre-Kim-CFTC-0004855 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft motion for contempt - timing | 8/16/2019 19:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004842 | Kobre-Kim-CFTC-0004842 | Kobre-Kim-CFTC-0004845 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 21:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004846 | Kobre-Kim-CFTC-0004846 | Kobre-Kim-CFTC-0004847 | McDonald, James [JMcDonald@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 19:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004514 | Kobre-Kim-CFTC-0004514 | Kobre-Kim-CFTC-0004516 | Pizzola, Chelsea [CPizzola@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 23:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004517 | Kobre-Kim-CFTC-0004514 | Kobre-Kim-CFTC-0004544 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Research selection pertains to mental impressions and opinions about the contempt motion.  Such research was done for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004529 | Kobre-Kim-CFTC-0004514 | Kobre-Kim-CFTC-0004544 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Research selection pertains to mental impressions and opinions about the contempt motion.  Such research was done for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004850 | Kobre-Kim-CFTC-0004850 | Kobre-Kim-CFTC-0004851 | Hynes, Lucy [LHynes@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Remmler, Erik J [ERemmler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004844 | Kobre-Kim-CFTC-0004844 | Kobre-Kim-CFTC-0004845 | Davis, Daniel J [DDavis@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 19:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0004616 | Kobre-Kim-CFTC-0004616 | Kobre-Kim-CFTC-0004618 | White, Martin B. [mwhite@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 23:07 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |
| Kobre-Kim-CFTC-0005065 | Kobre-Kim-CFTC-0005065 | Kobre-Kim-CFTC-0005066 | Grimm, Daniel [DGrimm@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 20:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the kraft proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Description |
| Kobre-Kim-CFTC-0004840 | Kobre-Kim-CFTC-0004840 | Kobre-Kim-CFTC-0004841 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | | Re: Kraft motion for contempt - timing | 8/16/2019 21:09 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004838 | Kobre-Kim-CFTC-0004838 | Kobre-Kim-CFTC-0004839 | Gradman, Susan J. [sgradman@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 9:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004678 | Kobre-Kim-CFTC-0004678 | Kobre-Kim-CFTC-0004687 | Schwartz, Rob [RSchwartz@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft opposition to motion for review | 8/17/2019 10:11 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004680 | Kobre-Kim-CFTC-0004678 | Kobre-Kim-CFTC-0004687 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005049 | Kobre-Kim-CFTC-0005047 | Kobre-Kim-CFTC-0005064 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005057 | Kobre-Kim-CFTC-0005047 | Kobre-Kim-CFTC-0005064 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004668 | Kobre-Kim-CFTC-0004668 | Kobre-Kim-CFTC-0004677 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | RE: Kraft opposition to motion for review | 8/17/2019 10:34 | Parent | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004670 | Kobre-Kim-CFTC-0004668 | Kobre-Kim-CFTC-0004677 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0004664 | Kobre-Kim-CFTC-0004664 | Kobre-Kim-CFTC-0004667 | McDonald, James [JMcDonald@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie S[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:17 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the ongoing Enforcement Matter. |
| Kobre-Kim-CFTC-0004660 | Kobre-Kim-CFTC-0004660 | Kobre-Kim-CFTC-0004660 | Schwartz, Rob [RSchwartz@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie S[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:22 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004656 | Kobre-Kim-CFTC-0004656 | Kobre-Kim-CFTC-0004659 | McDonald, James [JMcDonald@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Reinhart, Stephanie S[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Re: Kraft opposition to motion for review | 8/17/2019 11:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004830 | Kobre-Kim-CFTC-0004829 | Kobre-Kim-CFTC-0004837 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004827 | Kobre-Kim-CFTC-0004827 | Kobre-Kim-CFTC-0004828 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Kraft Motion | 8/17/2019 13:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004825 | Kobre-Kim-CFTC-0004825 | Kobre-Kim-CFTC-0004826 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:38 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004823 | Kobre-Kim-CFTC-0004823 | Kobre-Kim-CFTC-0004824 | Schwartz, Rob [RSchwartz@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Fwd: Kraft Motion | 8/17/2019 13:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004819 | Kobre-Kim-CFTC-0004819 | Kobre-Kim-CFTC-0004820 | Schwartz, Rob [RSchwartz@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:54 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004821 | Kobre-Kim-CFTC-0004821 | Kobre-Kim-CFTC-0004822 | Davis, Daniel J [DDavis@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 13:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

*Kobre & Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA-Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0004816 | Kobre-Kim-CFTC-0004816 | Kobre-Kim-CFTC-0004818 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 14:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004813 | Kobre-Kim-CFTC-0004813 | Kobre-Kim-CFTC-0004815 | White, Martin B. [mwhite@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft Motion | 8/17/2019 14:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004800 | Kobre-Kim-CFTC-0004800 | Kobre-Kim-CFTC-0004802 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 17:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004796 | Kobre-Kim-CFTC-0004796 | Kobre-Kim-CFTC-0004799 | White, Martin B. [mwhite@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 17:20 | Parent | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004792 | Kobre-Kim-CFTC-0004792 | Kobre-Kim-CFTC-0004795 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Re: Kraft Motion | 8/17/2019 17:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004804 | Kobre-Kim-CFTC-0004803 | Kobre-Kim-CFTC-0004812 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005038 | Kobre-Kim-CFTC-0005037 | Kobre-Kim-CFTC-0005046 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004428 | Kobre-Kim-CFTC-0004428 | Kobre-Kim-CFTC-0004513 | McDonald, James [JMcDonald@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | | FW: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 19:17 | Parent | Partial Exemptions | Exemption 6; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0004421 | Kobre-Kim-CFTC-0004421 | Kobre-Kim-CFTC-0004422 | Short, Michael [MShort@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Fauk-White, Donna [DFauk-White@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov] | RE: [EXTERNAL] Twitter | 8/19/2019 20:25 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding the no public statement clause in the Kraft case. Email discussion containing mental impressions and opinions about removal of public tweets. Such communications are also made for the purpose of seeking and providing legal advice. The record also contains information that, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004418 | Kobre-Kim-CFTC-0004418 | Kobre-Kim-CFTC-0004420 | McDonald, James [JMcDonald@CFTC.gov] | Short, Michael [MShort@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov];Howell, Robert [RHowell@CFTC.gov];Fauk-White, Donna [DFauk-White@CFTC.gov] | Gradman, Susan J. [sgradman@CFTC.GOV];Reinhart, Stephanie [SReinhart@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.GOV];Grimm, Daniel [DGrimm@CFTC.gov] | RE: [EXTERNAL] Twitter | 8/19/2019 20:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding the no public statement clause in the Kraft case. Email discussion containing mental impressions and opinions about removal of public tweets. Such communications are also made for the purpose of seeking and providing legal advice. The record also contains information that, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0004003 | Kobre-Kim-CFTC-0004003 | Kobre-Kim-CFTC-0004004 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004005 | Kobre-Kim-CFTC-0004005 | Kobre-Kim-CFTC-0004014 | Dunfee, John [jdunfee@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004006 | Kobre-Kim-CFTC-0004005 | Kobre-Kim-CFTC-0004014 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004015 | Kobre-Kim-CFTC-0004015 | Kobre-Kim-CFTC-0004024 | Gradman, Susan J. [sgradman@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004016 | Kobre-Kim-CFTC-0004015 | Kobre-Kim-CFTC-0004024 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004046 | Kobre-Kim-CFTC-0004046 | Kobre-Kim-CFTC-0004024 | Behnam, Rostin [RBehnam@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 5:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004029 | Kobre-Kim-CFTC-0004029 | Kobre-Kim-CFTC-0004029 | Pujol Schott, Sebastian [sps@cftc.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 13:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | Email From | Email To | Description / Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004030 | Kobre-Kim-CFTC-0004030 | Kobre-Kim-CFTC-0004034 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 13:15 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004031 | Kobre-Kim-CFTC-0004030 | Kobre-Kim-CFTC-0004034 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004035 | Kobre-Kim-CFTC-0004035 | Kobre-Kim-CFTC-0004039 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 12:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case and public communications. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004036 | Kobre-Kim-CFTC-0004035 | Kobre-Kim-CFTC-0004039 | | | | | | Attachment | Full Exemption | Exemption 5\Deliberative Process privilege; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004040 | Kobre-Kim-CFTC-0004040 | Kobre-Kim-CFTC-0004040 | Behnam, Rostin [RBehnam@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 12:15 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and communications with the public. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004041 | Kobre-Kim-CFTC-0004041 | Kobre-Kim-CFTC-0004041 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 11:51 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004042 | Kobre-Kim-CFTC-0004041 | Kobre-Kim-CFTC-0004045 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004047 | Kobre-Kim-CFTC-0004047 | Kobre-Kim-CFTC-0004048 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347F58F5FDC24808A318E4DEDC09D873-BERKOVITZ, DAN] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov] | | Kraft Motion | 8/17/2019 13:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004051 | Kobre-Kim-CFTC-0004051 | Kobre-Kim-CFTC-0004051 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347F58F5FDC24808A318E4DEDC09D873-BERKOVITZ, DAN] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft | 8/6/2019 12:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004052 | Kobre-Kim-CFTC-0004052 | Kobre-Kim-CFTC-0004056 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E4DEDCD90873-BERKOVITZ, DAN] | Behnam, Rostin [RBehnam@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | | [REDACTED] | 7/30/2019 1:01 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004053 | Kobre-Kim-CFTC-0004052 | Kobre-Kim-CFTC-0004056 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004057 | Kobre-Kim-CFTC-0004057 | Kobre-Kim-CFTC-0004057 | | Hynes, Lucy [LHynes@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee [RBeri@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 22:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004074 | Kobre-Kim-CFTC-0004074 | Kobre-Kim-CFTC-0004075 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 21:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004076 | Kobre-Kim-CFTC-0004076 | Kobre-Kim-CFTC-0004077 | Hynes, Lucy [LHynes@CFTC.gov] | White, Martin B. [mwhite@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | Beri, Raagnee [RBeri@CFTC.gov] | Re: Kraft motion for contempt - attached | 8/16/2019 18:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004083 | Kobre-Kim-CFTC-0004083 | Kobre-Kim-CFTC-0004084 | Hynes, Lucy [LHynes@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | Re: kraft | 8/13/2019 14:39 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004085 | Kobre-Kim-CFTC-0004085 | Kobre-Kim-CFTC-0004093 | Grimm, Daniel [DGrimm@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | RE: kraft | 8/13/2019 12:01 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004086 | Kobre-Kim-CFTC-0004085 | Kobre-Kim-CFTC-0004093 | | | | | | Attachment | Full Exemption | Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order provided by counsel for Kraft  that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004094 | Kobre-Kim-CFTC-0004094 | Kobre-Kim-CFTC-0004095 | White, Martin B. [mwhite@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004096 | Kobre-Kim-CFTC-0004096 | Kobre-Kim-CFTC-0004102 | Turner, Antoinette [aturner@cftc.gov] | Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Short, Michael [MShort@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov] | | RE: (follow-up) FINAL Kraft Concurrence 8-8-19 | 8/13/2019 9:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004099 | Kobre-Kim-CFTC-0004096 | Kobre-Kim-CFTC-0004102 | | | | | | Attachment | Full Exemption | Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004105 | Kobre-Kim-CFTC-0004103 | Kobre-Kim-CFTC-0004108 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004109 | Kobre-Kim-CFTC-0004109 | Kobre-Kim-CFTC-0004110 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004111 | Kobre-Kim-CFTC-0004111 | Kobre-Kim-CFTC-0004120 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | FW: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 17:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004112 | Kobre-Kim-CFTC-0004111 | Kobre-Kim-CFTC-0004120 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004121 | Kobre-Kim-CFTC-0004121 | Kobre-Kim-CFTC-0004122 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | Re: Kraft motion for contempt - attached | 8/16/2019 22:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004124 | Kobre-Kim-CFTC-0004123 | Kobre-Kim-CFTC-0004127 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004128 | Kobre-Kim-CFTC-0004128 | Kobre-Kim-CFTC-0004128 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | Re: Kraft | 8/7/2019 8:57 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.Email also contains information regarding personal appointment and phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0004129 | Kobre-Kim-CFTC-0004129 | Kobre-Kim-CFTC-0004137 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Kraft Concurrence | 8/6/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004130 | Kobre-Kim-CFTC-0004129 | Kobre-Kim-CFTC-0004137 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004134 | Kobre-Kim-CFTC-0004129 | Kobre-Kim-CFTC-0004137 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Description | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004139 | Kobre-Kim-CFTC-0004138 | Kobre-Kim-CFTC-0004142 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004144 | Kobre-Kim-CFTC-0004143 | Kobre-Kim-CFTC-0004157 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commission' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004158 | Kobre-Kim-CFTC-0004158 | Kobre-Kim-CFTC-0004162 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | | Kraft Concurrence clean 8-3-19 | 8/5/2019 10:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004159 | Kobre-Kim-CFTC-0004158 | Kobre-Kim-CFTC-0004162 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004163 | Kobre-Kim-CFTC-0004163 | Kobre-Kim-CFTC-0004167 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | | [REDACTED] | 7/30/2019 10:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004164 | Kobre-Kim-CFTC-0004163 | Kobre-Kim-CFTC-0004167 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004168 | Kobre-Kim-CFTC-0004168 | Kobre-Kim-CFTC-0004169 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004170 | Kobre-Kim-CFTC-0004170 | Kobre-Kim-CFTC-0004171 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | | Re: Kraft motion for contempt - attached | 8/16/2019 23:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004175 | Kobre-Kim-CFTC-0004174 | Kobre-Kim-CFTC-0004176 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft.  Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004177 | Kobre-Kim-CFTC-0004177 | Kobre-Kim-CFTC-0004181 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | | FINAL Kraft Concurrence 8-7-19 | 8/8/2019 10:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion containing mental impressions and opinions about approval in Kraft.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004178 | Kobre-Kim-CFTC-0004177 | Kobre-Kim-CFTC-0004181 | | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about settlement approval in Kraft.  Draft also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0004182 | Kobre-Kim-CFTC-0004182 | Kobre-Kim-CFTC-0004182 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft | 8/7/2019 8:38 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion containing mental impressions and opinions about approval in Kraft.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.Email also contains information regarding personal appointment and phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0004183 | Kobre-Kim-CFTC-0004183 | Kobre-Kim-CFTC-0004191 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | Kraft Concurrence | 8/6/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004184 | Kobre-Kim-CFTC-0004183 | Kobre-Kim-CFTC-0004191 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004188 | Kobre-Kim-CFTC-0004183 | Kobre-Kim-CFTC-0004191 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004192 | Kobre-Kim-CFTC-0004192 | Kobre-Kim-CFTC-0004196 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/5/2019 17:05 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing information about settlement negotiations and communications about settlement strategy, all made for the purpose of seeking or providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004193 | Kobre-Kim-CFTC-0004192 | Kobre-Kim-CFTC-0004196 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004197 | Kobre-Kim-CFTC-0004197 | Kobre-Kim-CFTC-0004198 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/5/2019 16:32 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information about preparation of commissioner statement that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004198 | Kobre-Kim-CFTC-0004197 | Kobre-Kim-CFTC-0004198 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004199 | Kobre-Kim-CFTC-0004199 | Kobre-Kim-CFTC-0004200 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | RE: Kraft Concurrence clean 8-3-19 | 8/5/2019 10:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding.In addition, the email chain contains information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004201 | Kobre-Kim-CFTC-0004201 | Kobre-Kim-CFTC-0004205 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | Kraft Concurrence clean 8-3-19 | 8/3/2019 18:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed communications of claims in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0004202 | Kobre-Kim-CFTC-0004201 | Kobre-Kim-CFTC-0004205 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004206 | Kobre-Kim-CFTC-0004206 | Kobre-Kim-CFTC-0004206 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | [REDACTED] | 8/1/2019 10:31 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004207 | Kobre-Kim-CFTC-0004207 | Kobre-Kim-CFTC-0004207 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | McDonald, James [JMcDonald@CFTC.gov] | | RE: Kraft | 7/31/2019 13:05 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email communication containing information regarding the Commission's settlement discussions that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004208 | Kobre-Kim-CFTC-0004208 | Kobre-Kim-CFTC-0004208 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Sidman, Robert [RSidman@CFTC.gov] | | RE: Kraft Matter | 7/30/2019 11:35 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement process that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004209 | Kobre-Kim-CFTC-0004209 | Kobre-Kim-CFTC-0004209 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Dunfee, John [jdunfee@CFTC.gov] | | RE: Kraft | 7/30/2019 9:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. The communication was made for the purpose of seeking or providing legal advice. The email contains internal information that if produced would reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004221 | Kobre-Kim-CFTC-0004220 | Kobre-Kim-CFTC-0004224 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004225 | Kobre-Kim-CFTC-0004225 | Kobre-Kim-CFTC-0004225 | Faulk-White, Donna [DFaulk-White@CFTC.gov] | Sidman, Robert [RSidman@CFTC.gov];* ALL OPA DC (FTE) [ALLOPADCFTE@CFTC.gov] | Charley, Willie [WCharley@CFTC.gov];Kirkpatrick, Chris [CKirkpatrick@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Jurgens, Melissa [MJurgens@CFTC.gov] | RE: Kraft Matter | 7/30/2019 11:40 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement process that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004213 | Kobre-Kim-CFTC-0004212 | Kobre-Kim-CFTC-0004216 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004219 | Kobre-Kim-CFTC-0004219 | Kobre-Kim-CFTC-0004219 | Dunfee, John [jdunfee@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | Kraft | 8/7/2019 8:35 | Parent | Partial Exemptions | Exemption 6; | Email contains information regarding personal appointment and phone number for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0004226 | Kobre-Kim-CFTC-0004226 | Kobre-Kim-CFTC-0004226 | Lowe, Gretchen L. [glowe@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov] | Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Gradman, Susan J. [sgradman@CFTC.GOV] | RE: Call today | 7/25/2019 15:52 | Parent | Partial Exemptions | Exemption 6;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding concerns related to Kraft case that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. An individual conference line pass code is also redacted because the disclosure of such information would increase the risk of unauthorized access to agency staff conference lines. |
| Kobre-Kim-CFTC-0004578 | Kobre-Kim-CFTC-0004576 | Kobre-Kim-CFTC-0004615 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004749 | Kobre-Kim-CFTC-0004747 | Kobre-Kim-CFTC-0004786 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.  Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Description Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006760 | Kobre-Kim-CFTC-0006760 | Kobre-Kim-CFTC-0006761 | Hayeck, Paul G. [phayeck@CFTC.gov] | AI-Jurf, Saadeh A [SAI-Jurf@CFTC.gov];Amakor, Michael O. [mamakor@CFTC.gov];Blakley, Jennifer J.[Blakley@CFTC.gov];Chandler, Belinda B.[Chandler@CFTC.gov];Gizzarelli, Jason J.[gizzarelli@CFTC.gov];Gomersall, Patricia A. [pgomersall@cftc.gov];Goudarzi, Kassra K.[Goudarzi@CFTC.gov];Grimm, Daniel D.[Grimm@CFTC.gov];Haas, Peter M. [phaas@CFTC.gov];Homer, Anthony J.[AHomer@CFTC.gov];Karst, Danielle D.[Karst@CFTC.gov];Koh, Ken K.[kkoh@CFTC.gov];Malas, George G.[GMalas@CFTC.gov];Marsh, Luke B J.[LMarsh@CFTC.gov];McCarthy, Jonah J.[McCarthy@CFTC.gov];Mulreany, Timothy J. [tmulreany@CFTC.gov];Rodriguez, Traci T.[Rodriguez@CFTC.gov];Ryall, Christine C.[cryall@CFTC.gov];Ullman, Dan D.[DUllman@CFTC.gov];Van Tassel, Hillary H.[HVanTassel@CFTC.gov];Velenskiy, Dmitriy D.[DVilenskiy@CFTC.gov];Wright, Jason J.[_Wright@CFTC.gov] | | FW: Congratulations to Kraft Team | 3/25/2019 16:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain containing both information about settlement conference discussions and communications made for the purpose of providing legal advice as to the disclosure of such discussions.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Information about settlement conference discussions is also withheld as subject to the Kraft court's settlement conference language. Finally, the emails contain information regarding personal contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0004227 | Kobre-Kim-CFTC-0004227 | Kobre-Kim-CFTC-0004236 | White, Martin B. [mwhite@CFTC.gov] | Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie [SReinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J.[McDonald@CFTC.gov];Beri, Raagnee R.[Beri@CFTC.gov];Grimm, Daniel D.[Grimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 17:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004228 | Kobre-Kim-CFTC-0004227 | Kobre-Kim-CFTC-0004236 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004244 | Kobre-Kim-CFTC-0004244 | Kobre-Kim-CFTC-0004255 | McDonald, James J [McDonald@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John J.[dunfee@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J J.[Davis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie S.[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];Beri, Raagnee R.[Beri@CFTC.gov];Grimm, Daniel D.[Grimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:32 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004246 | Kobre-Kim-CFTC-0004246 | Kobre-Kim-CFTC-0004247 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John J.[dunfee@CFTC.gov];White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J J.[Davis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie S.[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Gradman, Susan J. [sgradman@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J.[McDonald@CFTC.gov];Beri, Raagnee R.[Beri@CFTC.gov];Grimm, Daniel D.[Grimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:27 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0004248 | Kobre-Kim-CFTC-0004248 | Kobre-Kim-CFTC-0004255 | Gradman, Susan J. [sgradman@CFTC.GOV] | White, Martin B. [mwhite@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Schwartz, Rob [RSchwartz@CFTC.gov];Reinhart, Stephanie S.[Reinhart@CFTC.gov];Williamson, Scott R. [swilliamson@CFTC.GOV];Howell, Robert [RHowell@CFTC.gov];Lowe, Gretchen L. [glowe@CFTC.gov];Rowland, Matthew [MRowland@CFTC.gov];Janulis, William [wjanulis@CFTC.GOV];Riccobene, Edward J. [ericcobene@CFTC.gov];McDonald, James J.[McDonald@CFTC.gov];Beri, Raagnee R.[Beri@CFTC.gov];Grimm, Daniel D.[Grimm@CFTC.gov];* Office Comm All [OfficeCommAll@CFTC.gov] | | Re: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0004249 | Kobre-Kim-CFTC-0004248 | Kobre-Kim-CFTC-0004257 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004260 | Kobre-Kim-CFTC-0004260 | Kobre-Kim-CFTC-0004299 | | Williamson, Scott R. [swilliamson@CFTC.GOV] | | FW: Request for Seriatim Concurrence - Kraft Foods | 7/17/2019 17:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004262 | Kobre-Kim-CFTC-0004260 | Kobre-Kim-CFTC-0004299 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.<br><br>Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.<br><br>Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004308 | Kobre-Kim-CFTC-0004308 | Kobre-Kim-CFTC-0004309 | Charley, Willie [WCharley@CFTC.gov] | Bucsa, Daniel J. [DBucsa@CFTC.gov] | Kirkpatrick, Chris [CKirkpatrick@CFTC.gov];Sidman, Robert [RSidman@CFTC.gov] | RE: Request for Seriatim Concurrence - Kraft Foods | 7/17/2019 18:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement strategy made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004312 | Kobre-Kim-CFTC-0004310 | Kobre-Kim-CFTC-0004349 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.<br><br>Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling.<br><br>Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004359 | Kobre-Kim-CFTC-0004358 | Kobre-Kim-CFTC-0004359 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004361 | Kobre-Kim-CFTC-0004360 | Kobre-Kim-CFTC-0004361 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0004365 | Kobre-Kim-CFTC-0004365 | Kobre-Kim-CFTC-0004366 | Mastrogiacomo, Elizabeth [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0D3CB4A188E4D168EF7D18A9188224C-MASTROGIACOMO, ELIZ] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/13/2019 16:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain containing communications about settlement strategy, made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19CIV10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006322 | Kobre-Kim-CFTC-0006322 | Kobre-Kim-CFTC-0006323 | Sidman, Robert [RSidman@CFTC.gov] | Allen, Natise L. [NAllen@CFTC.gov];Arbit, Terry [TArbit@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Bucsa, Daniel J. [DBucsa@CFTC.gov];Burke, Kyndra [KBurke@CFTC.gov];Charley, Willie [WCharley@CFTC.gov];Daigler, Matthew [MDaigler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Dolan, John [jdolan@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Gardy, Laura [LGardy@CFTC.gov];Gillers, David [DGillers@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Hutchison, Clark [c_hutchison@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Jones, Shonneice [SJones@CFTC.gov];Jurgens, Melissa [MJurgens@CFTC.gov];Kals, Peter [PKals@CFTC.gov];Kirkpatrick, Chris [CKirkpatrick@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov];Lavik, A. Roy [alavik@CFTC.gov];Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Quinlan, Erica | | CORRECTION - Seriatim 19-165: Kraft Foods DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/6/2019 15:49 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case that if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006324 | Kobre-Kim-CFTC-0006324 | Kobre-Kim-CFTC-0006325 | Sidman, Robert [RSidman@CFTC.gov] | Allen, Natise L. [NAllen@CFTC.gov];Arbit, Terry [TArbit@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Bucsa, Daniel J. [DBucsa@CFTC.gov];Burke, Kyndra [KBurke@CFTC.gov];Charley, Willie [WCharley@CFTC.gov];Daigler, Matthew [MDaigler@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov];Dolan, John [jdolan@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Faulk-White, Donna [DFaulk-White@CFTC.gov];Gardy, Laura [LGardy@CFTC.gov];Gillers, David [DGillers@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Hutchison, Clark [c_hutchison@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Jones, Shonneice [SJones@CFTC.gov];Jurgens, Melissa [MJurgens@CFTC.gov];Kals, Peter [PKals@CFTC.gov];Kirkpatrick, Chris [CKirkpatrick@CFTC.gov];Klima, Jaime [JKlima@CFTC.gov];Lavik, A. Roy [alavik@CFTC.gov];Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov];McDonald, James [JMcDonald@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Quinlan, Erica | | WITHDRAWN FROM SERIATIM - Seriatim 19-147: Kraft Foods | 8/6/2019 15:45 | Parent | Partial Exemptions | Exemption 7(7)(A) On-going Enforcement Matter; | Email containing information regarding Commission settlement process in the Kraft case that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006326 | Kobre-Kim-CFTC-0006326 | Kobre-Kim-CFTC-0006326 | Tarbert, Heath P. [hpt14@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Fwd: Kraft Press Release (final) | 8/5/2019 19:04 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006327 | Kobre-Kim-CFTC-0006326 | Kobre-Kim-CFTC-0006328 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006329 | Kobre-Kim-CFTC-0006329 | Kobre-Kim-CFTC-0006329 | Pujol Schott, Sebastian [sps@cftc.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 13:21 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006330 | Kobre-Kim-CFTC-0006330 | Kobre-Kim-CFTC-0006334 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov]; | | [REDACTED] | 7/30/2019 13:15 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006331 | Kobre-Kim-CFTC-0006330 | Kobre-Kim-CFTC-0006334 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006335 | Kobre-Kim-CFTC-0006335 | Kobre-Kim-CFTC-0006339 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Behnam, Rostin [RBehnam@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov];Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov]; | | [REDACTED] | 7/30/2019 11:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006336 | Kobre-Kim-CFTC-0006335 | Kobre-Kim-CFTC-0006339 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006385 | Kobre-Kim-CFTC-0006385 | Kobre-Kim-CFTC-0006386 | Behnam, Rostin [RBehnam@CFTC.gov] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft Press Release (final) | 8/6/2019 17:05 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email regarding draft press release reflecting predecisional deliberative process regarding what to communicate to the public in the Kraft case. Communication containing mental impressions and opinions about the draft press release.  Communication made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  Email also contains contact information for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0006387 | Kobre-Kim-CFTC-0006387 | Kobre-Kim-CFTC-0006387 | Behnam, Rostin [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21C D0503C81A470E974F3653F294DD6E-BEHNAM, ROSTIN] | Tarbert, Heath P. [hpt14@CFTC.gov] | | Re: Kraft Press Release (final) | 8/5/2019 23:55 | Parent | Partial Exemptions | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email chain contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.

In addition, the document has information regarding an internal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0006392 | Kobre-Kim-CFTC-0006392 | Kobre-Kim-CFTC-0006477 | Williamson, Scott R. [swilliamson@CFTC.GOV] | Xlima, Jaime [JXlima@CFTC.gov];Grimm, Daniel [DGrimm@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov];Davis, Daniel J [DDavis@CFTC.gov] | McDonald, James [JMcDonald@CFTC.gov] | FW: CFTC v. Kraft - 8/19/19 hearing transcript | 8/19/2019 19:38 | Parent | Partial Exemptions | Exemption 6;Exemption 7\7(E) Protected Law Enforcement Information; | The email contains an internal computer drive location that is not customarily shared with the public as the disclosure of such information would increase the risk of unauthorized access to CFTC IT systems. |
| Kobre-Kim-CFTC-0006482 | Kobre-Kim-CFTC-0006482 | Kobre-Kim-CFTC-0006483 | White, Martin B. [mwhite@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:51 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006495 | Kobre-Kim-CFTC-0006495 | Kobre-Kim-CFTC-0006495 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | RE: Kraft | 7/30/2019 9:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  The communication was made for the purpose of seeking or providing legal advice.  The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006496 | Kobre-Kim-CFTC-0006496 | Kobre-Kim-CFTC-0006497 | Wedewer, Harry E [HWedewer@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Upcoming Recs. | 7/26/2019 13:47 | Parent | Partial Exemptions | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case and approval of other cases. Email discussion containing mental impressions and opinions about approval in Kraft and other cases. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006498 | Kobre-Kim-CFTC-0006498 | Kobre-Kim-CFTC-0006498 | Lowe, Gretchen L. [glowe@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | RE: Kraft | 7/26/2019 11:02 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email containing information regarding the Commission's settlement process in the Kraft enforcement proceeding that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006486 | Kobre-Kim-CFTC-0006486 | Kobre-Kim-CFTC-0006487 | Charley, Willie [WCharley@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov];Gardy, Laura [LGardy@CFTC.gov] | Burke, Kyndra [KBurke@CFTC.gov] | FW: CORRECTION - Seriatim 19-165:  Kraft Foods | DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/7/2019 10:25 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement process in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006489 | Kobre-Kim-CFTC-0006488 | Kobre-Kim-CFTC-0006489 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006490 | Kobre-Kim-CFTC-0006490 | Kobre-Kim-CFTC-0006494 | Hynes, Lucy [LHynes@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | [REDACTED] | 7/30/2019 15:36 | Parent | Partial Exemptions | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006491 | Kobre-Kim-CFTC-0006490 | Kobre-Kim-CFTC-0006494 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006500 | Kobre-Kim-CFTC-0006500 | Kobre-Kim-CFTC-0006501 | Dunfee, John [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=JDUNFEE] | White, Martin B. [mwhite@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 19:40 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006502 | Kobre-Kim-CFTC-0006502 | Kobre-Kim-CFTC-0006503 | Dunfee, John [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=JDUNFEE] | Hynes, Lucy [LHynes@CFTC.gov] | | RE: Kraft opposition to motion for contempt - final (subject to formatting etc.) | 8/17/2019 18:26 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006515 | Kobre-Kim-CFTC-0006514 | Kobre-Kim-CFTC-0006543 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006640 | Kobre-Kim-CFTC-0006640 | Kobre-Kim-CFTC-0006641 | Charley, Willie [WCharley@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov] | Williams, Latonia [L_Williams@CFTC.gov] | FW: CORRECTION - Seriatim 19-165:  Kraft Foods | DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/7/2019 10:58 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Email discussion regarding approval of consent order in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006643 | Kobre-Kim-CFTC-0006642 | Kobre-Kim-CFTC-0006643 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006638 | Kobre-Kim-CFTC-0006637 | Kobre-Kim-CFTC-0006638 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006651 | Kobre-Kim-CFTC-0006649 | Kobre-Kim-CFTC-0006688 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Memorandum containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. Memorandum containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006706 | Kobre-Kim-CFTC-0006706 | Kobre-Kim-CFTC-0006707 | Webb, Kevin S [KWebb@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft | 8/2/2019 10:36 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006708 | Kobre-Kim-CFTC-0006708 | Kobre-Kim-CFTC-0006710 | Webb, Kevin S [KWebb@CFTC.gov] | Lubenow, Jacob [JLubenow@CFTC.gov] | | Re: Request for Seriatim Concurrence - Kraft Foods | 7/26/2019 13:05 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006711 | Kobre-Kim-CFTC-0006711 | Kobre-Kim-CFTC-0006750 | Webb, Kevin S [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=KWEBB] | Lubenow, Jacob [JLubenow@CFTC.gov] | | FW: Request for Seriatim Concurrence - Kraft Foods | 7/25/2019 17:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in the Kraft case. Email discussion containing mental impressions and opinions about that settlement. Such communications are also made for the purpose of seeking and providing legal advice as to how to proceed. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006713 | Kobre-Kim-CFTC-0006711 | Kobre-Kim-CFTC-0006750 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing predecisional communications and discussions about settlement and litigation strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006751 | Kobre-Kim-CFTC-0006751 | Kobre-Kim-CFTC-0006751 | | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft | 8/6/2019 15:42 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and Commissioner communications to the public about views on the proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005249 | Kobre-Kim-CFTC-0005248 | Kobre-Kim-CFTC-0005250 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | |
| Kobre-Kim-CFTC-0005252 | Kobre-Kim-CFTC-0005251 | Kobre-Kim-CFTC-0005256 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement, corresponding to press release, reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005257 | Kobre-Kim-CFTC-0005257 | Kobre-Kim-CFTC-0005257 | Tarbert, Heath P. [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F19 37ABEF6D145D6ADC3BC3059CDE54A-TARBERT, HEATH] | Xlima, Jaime [JKlima@CFTC.gov];Thornton, Charlie [cthornton@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | Benedict, Melissa [MBenedict@CFTC.gov] | Team Check-in/other items | 7/31/2019 7:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding approval of consent order in the Kraft case and approval of other decisions. Email discussion containing mental impressions and opinions about approval in Kraft and deliberative material regarding internal team discussion on open matters. Such communications are also made for the purpose of seeking and providing legal advice. Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005258 | Kobre-Kim-CFTC-0005258 | Kobre-Kim-CFTC-0005266 | Grimm, Daniel [DGrimm@CFTC.gov] | Xlima, Jaime [JKlima@CFTC.gov] | | Kraft | 8/13/2019 11:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description | | | | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Email From | Email To | Email CC | Email Subject | | | | | |
| Kobre-Kim-CFTC-0005259 | Kobre-Kim-CFTC-0005258 | Kobre-Kim-CFTC-0005266 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005267 | Kobre-Kim-CFTC-0005267 | Kobre-Kim-CFTC-0005271 | Grimm, Daniel [DGrimm@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Kraft (resending) (Privileged and Confidential; Work Product; Deliberative Process Privileged) | 8/1/2019 19:43 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005268 | Kobre-Kim-CFTC-0005267 | Kobre-Kim-CFTC-0005271 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005272 | Kobre-Kim-CFTC-0005272 | Kobre-Kim-CFTC-0005276 | Grimm, Daniel [DGrimm@CFTC.gov] | Klima, Jaime [JKlima@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | Kraft (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 19:29 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005273 | Kobre-Kim-CFTC-0005272 | Kobre-Kim-CFTC-0005276 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005279 | Kobre-Kim-CFTC-0005279 | Kobre-Kim-CFTC-0005280 | Klima, Jaime [JKlima@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov];Daigler, Matthew [MDaigler@CFTC.gov];Ridenour, Andrew [ARidenour@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: DRAFT Kraft Opinions for Review (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 12:41 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about approval in Kraft. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005281 | Kobre-Kim-CFTC-0005281 | Kobre-Kim-CFTC-0005310 | Pizzola, Chelsea [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76D BD9BC81204381BF01C23C299C7117-PIZZOLA, CHELSEA] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 22:12 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Research and related communications reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005283 | Kobre-Kim-CFTC-0005281 | Kobre-Kim-CFTC-0005310 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005295 | Kobre-Kim-CFTC-0005281 | Kobre-Kim-CFTC-0005310 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005313 | Kobre-Kim-CFTC-0005313 | Kobre-Kim-CFTC-0005313 | Pizzola, Chelsea [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76D BD9BC81204381BF01C23C299C7117-PIZZOLA, CHELSEA] | Grimm, Daniel [DGrimm@CFTC.gov] | | Re: Kraft (resending) (Privileged and Confidential; Work Product; Deliberative Process Privileged) | 8/2/2019 1:10 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005314 | Kobre-Kim-CFTC-0005314 | Kobre-Kim-CFTC-0005318 | Pizzola, Chelsea [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76D BD9BC81204381BF01C23C299C7117-PIZZOLA, CHELSEA] | Grimm, Daniel [DGrimm@CFTC.gov] | | RE: DRAFT Kraft Opinions for Review (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 17:53 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about opinion regarding approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005315 | Kobre-Kim-CFTC-0005314 | Kobre-Kim-CFTC-0005318 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0005320 | Kobre-Kim-CFTC-0005319 | Kobre-Kim-CFTC-0005320 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement and research reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005321 | Kobre-Kim-CFTC-0005321 | Kobre-Kim-CFTC-0005323 | Pizzola, Chelsea [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76D BD9BC81204381BF01C23C299C7117-PIZZOLA, CHELSEA] | Grimm, Daniel [DGrimm@CFTC.gov] | | FW: Kraft -- Case Ending Press Release 6.2.19 -JMM edits | 7/29/2019 18:12 | Parent | Partial Exemptions | | Redacted email is duplicative of email produced elsewhere. |
| Kobre-Kim-CFTC-0005322 | Kobre-Kim-CFTC-0005321 | Kobre-Kim-CFTC-0005323 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005330 | Kobre-Kim-CFTC-0005330 | Kobre-Kim-CFTC-0005332 | Grimm, Daniel [DGrimm@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft motion for contempt - attached (attorney client and deliberative process privileged; contains attorney work product) | 8/16/2019 22:33 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Research and related communications reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Research selection pertains to mental impressions and opinions about the contempt motion. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005333 | Kobre-Kim-CFTC-0005333 | Kobre-Kim-CFTC-0005333 | Grimm, Daniel [DGrimm@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | | Re: Kraft (resending) (Privileged and Confidential; Work Product; Deliberative Process Privileged) | 8/2/2019 1:34 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft opinion regarding approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005334 | Kobre-Kim-CFTC-0005334 | Kobre-Kim-CFTC-0005334 | Grimm, Daniel [DGrimm@CFTC.gov] | Pizzola, Chelsea [CPizzola@CFTC.gov] | | RE: DRAFT Kraft Opinions for Review (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 18:23 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft opinion regarding approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005336 | Kobre-Kim-CFTC-0005336 | Kobre-Kim-CFTC-0005346 | Grimm, Daniel [DGrimm@CFTC.gov] | Ridenour, Andrew [ARidenour@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov];Daigler, Matthew [MDaigler@CFTC.gov] | | DRAFT Kraft Opinions for Review (Privileged and Confidential; Attorney Work Product; Deliberative Process Privileged) | 8/1/2019 11:03 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005337 | Kobre-Kim-CFTC-0005336 | Kobre-Kim-CFTC-0005346 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005341 | Kobre-Kim-CFTC-0005336 | Kobre-Kim-CFTC-0005346 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005347 | Kobre-Kim-CFTC-0005347 | Kobre-Kim-CFTC-0005348 | Grimm, Daniel [DGrimm@CFTC.gov] | Daigler, Matthew [MDaigler@CFTC.gov] | | RE: Enf | 7/17/2019 16:08 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Report reflecting predecisional deliberative process regarding course of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with other matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0005349 | Kobre-Kim-CFTC-0005349 | Kobre-Kim-CFTC-0005350 | Grimm, Daniel [DGrimm@CFTC.gov] | Daigler, Matthew [MDaigler@CFTC.gov] | | DOE Seriatim Matters | 7/17/2019 9:37 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Report reflecting predecisional deliberative process regarding course of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with other matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0005351 | Kobre-Kim-CFTC-0005351 | Kobre-Kim-CFTC-0005351 | Grimm, Daniel [DGrimm@CFTC.gov] | Daigler, Matthew [MDaigler@CFTC.gov] | | DOE Seriatim Matters | 7/16/2019 9:25 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Report reflecting predecisional deliberative process regarding course of action in other enforcement matters. Such information is included for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with other matters which are either non-public and/or pending. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19Cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Description |
| Kobre-Kim-CFTC-0005364 | Kobre-Kim-CFTC-0005363 | Kobre-Kim-CFTC-0005372 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005374 | Kobre-Kim-CFTC-0005373 | Kobre-Kim-CFTC-0005382 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005384 | Kobre-Kim-CFTC-0005383 | Kobre-Kim-CFTC-0005391 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005393 | Kobre-Kim-CFTC-0005392 | Kobre-Kim-CFTC-0005400 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005402 | Kobre-Kim-CFTC-0005401 | Kobre-Kim-CFTC-0005409 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005638 | Kobre-Kim-CFTC-0005637 | Kobre-Kim-CFTC-0005638 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005640 | Kobre-Kim-CFTC-0005639 | Kobre-Kim-CFTC-0005642 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005644 | Kobre-Kim-CFTC-0005643 | Kobre-Kim-CFTC-0005646 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005648 | Kobre-Kim-CFTC-0005647 | Kobre-Kim-CFTC-0005652 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005653 | Kobre-Kim-CFTC-0005653 | Kobre-Kim-CFTC-0005657 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 19:27 | Parent | Partial Exemptions | | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case.  The title contains mental impressions and opinions about approval in Kraft.  Draft and detailed title were made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005654 | Kobre-Kim-CFTC-0005653 | Kobre-Kim-CFTC-0005657 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005658 | Kobre-Kim-CFTC-0005658 | Kobre-Kim-CFTC-0005664 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 11:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005659 | Kobre-Kim-CFTC-0005658 | Kobre-Kim-CFTC-0005664 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005665 | Kobre-Kim-CFTC-0005665 | Kobre-Kim-CFTC-0005669 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 11:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005666 | Kobre-Kim-CFTC-0005665 | Kobre-Kim-CFTC-0005669 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005670 | Kobre-Kim-CFTC-0005670 | Kobre-Kim-CFTC-0005676 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 11:01 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005671 | Kobre-Kim-CFTC-0005670 | Kobre-Kim-CFTC-0005676 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005677 | Kobre-Kim-CFTC-0005677 | Kobre-Kim-CFTC-0005681 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 11:00 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005678 | Kobre-Kim-CFTC-0005677 | Kobre-Kim-CFTC-0005681 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005682 | Kobre-Kim-CFTC-0005682 | Kobre-Kim-CFTC-0005686 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 10:59 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005683 | Kobre-Kim-CFTC-0005682 | Kobre-Kim-CFTC-0005686 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005687 | Kobre-Kim-CFTC-0005687 | Kobre-Kim-CFTC-0005693 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 10:58 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005688 | Kobre-Kim-CFTC-0005687 | Kobre-Kim-CFTC-0005693 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005694 | Kobre-Kim-CFTC-0005694 | Kobre-Kim-CFTC-0005700 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | [REDACTED] | 8/1/2019 10:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005695 | Kobre-Kim-CFTC-0005694 | Kobre-Kim-CFTC-0005700 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005701 | Kobre-Kim-CFTC-0005701 | Kobre-Kim-CFTC-0005705 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | KRAFT Unanimous. vers. 2 | 8/1/2019 10:56 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005702 | Kobre-Kim-CFTC-0005701 | Kobre-Kim-CFTC-0005705 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | Grimm, Daniel [DGrimm@CFTC.gov] | Grimm, Daniel [DGrimm@CFTC.gov] | | WED. BRIEFING MATTERS DOE | 7/16/2019 17:06 | Parent | Partial Exemptions | Exemption 7\7(A) On-going Enforcement Matter; | Attachment title reflects information that, if produced, could reasonably be expected to interfere with other matters which are either non-public and/or pending. |
| Kobre-Kim-CFTC-0005707 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0005708 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal strategy notes and opinions reflecting predecisional deliberative process regarding approval of consent order and settlement in the Kraft case. The document was drafted and shared for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005712 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0005713 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0005714 | Kobre-Kim-CFTC-0005706 | Kobre-Kim-CFTC-0005716 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege; | Non-responsive attachment produced to complete email family. |
| Kobre-Kim-CFTC-0005717 | Kobre-Kim-CFTC-0005717 | Kobre-Kim-CFTC-0005726 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | hpt14@cftc.gov | Klima, Jaime [JKlima@CFTC.gov];Pizzola, Chelsea [CPizzola@CFTC.gov] | Kraft: Response to Contempt Motion | 8/17/2019 17:39 | Parent | Partial Exemptions | Exemption 6; | Information regarding email address for which public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0005718 | Kobre-Kim-CFTC-0005717 | Kobre-Kim-CFTC-0005726 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process in the Kraft case. Draft contains mental impressions and opinions about the contempt motion. Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005727 | Kobre-Kim-CFTC-0005727 | Kobre-Kim-CFTC-0005762 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | [REDACTED]@cftc.gov | Klima, Jaime [JKlima@CFTC.gov] | FW: Kraft motion for contempt - attached | 8/16/2019 18:27 | Parent | non-resp | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. The record also contains an email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0005763 | Kobre-Kim-CFTC-0005763 | Kobre-Kim-CFTC-0005765 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | [REDACTED]@cftc.gov | | Kraft Press Release (Final) | 8/5/2019 17:19 | Parent | Partial Exemptions | Exemption 6; | Information regarding internal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005764 | Kobre-Kim-CFTC-0005763 | Kobre-Kim-CFTC-0005765 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005766 | Kobre-Kim-CFTC-0005766 | Kobre-Kim-CFTC-0005771 | Grimm, Daniel [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE] | [REDACTED]@cftc.gov | | Kraft | 8/2/2019 10:18 | Parent | Partial Exemptions | Exemption 6; | Information regarding internal email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0005767 | Kobre-Kim-CFTC-0005766 | Kobre-Kim-CFTC-0005771 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005772 | Kobre-Kim-CFTC-0005772 | Kobre-Kim-CFTC-0005772 | Grimm, Daniel [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Grimm, Danielffe] | Grimm, Daniel [DGrimm@CFTC.gov] | | KRAFT: MEET WITH HT RE FINAL DRAFT; MAKE REC. TO HPT RE COMMENTS FROM JAMIE AND OGC; THEN HPT MEETS WITH DB; ONCE AGREEMENT MADE, CIRCULATE TO OTHER COMMISSIONERS | 8/2/2019 16:46 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Emailed notes reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email contains mental impressions and opinions about approval in Kraft. Such notes are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005784 | Kobre-Kim-CFTC-0005784 | Kobre-Kim-CFTC-0005785 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Fwd: Kraft Motion | 8/17/2019 13:40 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005786 | Kobre-Kim-CFTC-0005786 | Kobre-Kim-CFTC-0005787 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | RE: Kraft motion for contempt - attached | 8/17/2019 10:10 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005835 | Kobre-Kim-CFTC-0005835 | Kobre-Kim-CFTC-0005835 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | FW: Kraft | 8/8/2019 11:18 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005837 | Kobre-Kim-CFTC-0005836 | Kobre-Kim-CFTC-0005837 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005838 | Kobre-Kim-CFTC-0005838 | Kobre-Kim-CFTC-0005847 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | FW: Kraft Concurrence | 8/6/2019 14:45 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding draft statement related to approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Such communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005840 | Kobre-Kim-CFTC-0005838 | Kobre-Kim-CFTC-0005847 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005844 | Kobre-Kim-CFTC-0005838 | Kobre-Kim-CFTC-0005847 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005848 | Kobre-Kim-CFTC-0005848 | Kobre-Kim-CFTC-0005848 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Press Release (final) | 8/5/2019 21:18 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 6;Exemption 7(A)\On-going Enforcement Matter; | Email chain reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email chain contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Finally, email contains email address for which any public interest in disclosure is outweighed by the privacy interest involved. |
| Kobre-Kim-CFTC-0005849 | Kobre-Kim-CFTC-0005849 | Kobre-Kim-CFTC-0005850 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 11:02 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft was made for the purpose of seeking and providing legal advice.  Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005851 | Kobre-Kim-CFTC-0005851 | Kobre-Kim-CFTC-0005852 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 10:56 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft was made for the purpose of seeking and providing legal advice.  Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005853 | Kobre-Kim-CFTC-0005853 | Kobre-Kim-CFTC-0005858 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 7:51 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft was made for the purpose of seeking and providing legal advice.  Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005855 | Kobre-Kim-CFTC-0005853 | Kobre-Kim-CFTC-0005858 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005859 | Kobre-Kim-CFTC-0005859 | Kobre-Kim-CFTC-0005863 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | Fwd: Kraft Concurrence clean 8-3-19 | 8/3/2019 21:12 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft was made for the purpose of seeking and providing legal advice.  Some information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005860 | Kobre-Kim-CFTC-0005859 | Kobre-Kim-CFTC-0005863 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005864 | Kobre-Kim-CFTC-0005864 | Kobre-Kim-CFTC-0005868 | Gillers, David [DGillers@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov];Dunfee, John [jdunfee@CFTC.gov] | | RE: [REDACTED] | 7/30/2019 14:13 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005865 | Kobre-Kim-CFTC-0005864 | Kobre-Kim-CFTC-0005868 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005869 | Kobre-Kim-CFTC-0005869 | Kobre-Kim-CFTC-0005873 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | [REDACTED] | 7/30/2019 13:41 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005870 | Kobre-Kim-CFTC-0005869 | Kobre-Kim-CFTC-0005873 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(A)\On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0005874 | Kobre-Kim-CFTC-0005874 | Kobre-Kim-CFTC-0005878 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | FW: [REDACTED] | 7/30/2019 12:16 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005875 | Kobre-Kim-CFTC-0005874 | Kobre-Kim-CFTC-0005878 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005879 | Kobre-Kim-CFTC-0005879 | Kobre-Kim-CFTC-0005884 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | [REDACTED] | 7/30/2019 9:12 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005881 | Kobre-Kim-CFTC-0005879 | Kobre-Kim-CFTC-0005884 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005885 | Kobre-Kim-CFTC-0005885 | Kobre-Kim-CFTC-0005890 | Dunfee, John [jdunfee@CFTC.gov] | Behnam, Rostin [RBehnam@CFTC.gov] | | [REDACTED] | 7/30/2019 8:58 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005887 | Kobre-Kim-CFTC-0005885 | Kobre-Kim-CFTC-0005890 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005891 | Kobre-Kim-CFTC-0005891 | Kobre-Kim-CFTC-0005891 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Update | 8/9/2019 11:04 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case and approval of other cases.  Email discussion containing mental impressions and opinions about approval in Kraft and other cases.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005892 | Kobre-Kim-CFTC-0005892 | Kobre-Kim-CFTC-0005892 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft | 8/8/2019 11:23 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005893 | Kobre-Kim-CFTC-0005893 | Kobre-Kim-CFTC-0005893 | Behnam, Rostin [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21C D0503C81A470E974F3653F2940D6E-BEHNAM, ROSTIN] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft Concurrence | 8/7/2019 8:54 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005894 | Kobre-Kim-CFTC-0005894 | Kobre-Kim-CFTC-0005896 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Fwd: Kraft Press Release (final) | 8/5/2019 19:09 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email chain contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Finally, email contains email address for which any public interest in disclosure is outweighed by the privacy interest involved. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005895 | Kobre-Kim-CFTC-0005894 | Kobre-Kim-CFTC-0005896 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005897 | Kobre-Kim-CFTC-0005897 | Kobre-Kim-CFTC-0005898 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 11:03 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005899 | Kobre-Kim-CFTC-0005899 | Kobre-Kim-CFTC-0005904 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 10:48 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005901 | Kobre-Kim-CFTC-0005899 | Kobre-Kim-CFTC-0005904 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005905 | Kobre-Kim-CFTC-0005905 | Kobre-Kim-CFTC-0005906 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | Re: Kraft Concurrence clean 8-3-19 | 8/5/2019 8:02 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005907 | Kobre-Kim-CFTC-0005907 | Kobre-Kim-CFTC-0005907 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov];Gillers, David [DGillers@CFTC.gov] | | Re: [REDACTED] | 7/30/2019 13:51 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005908 | Kobre-Kim-CFTC-0005908 | Kobre-Kim-CFTC-0005909 | Behnam, Rostin [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21C D0503C81A470E974F3653F2940D6E-BEHNAM, ROSTIN] | Dunfee, John [jdunfee@CFTC.gov] | | RE: [REDACTED] | 7/30/2019 9:29 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005910 | Kobre-Kim-CFTC-0005910 | Kobre-Kim-CFTC-0005911 | Behnam, Rostin [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21C D0503C81A470E974F3653F2940D6E-BEHNAM, ROSTIN] | Dunfee, John [jdunfee@CFTC.gov] | | Re: [REDACTED] | 7/30/2019 9:03 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005912 | Kobre-Kim-CFTC-0005912 | Kobre-Kim-CFTC-0005916 | Behnam, Rostin [RBehnam@CFTC.gov] | Dunfee, John [jdunfee@CFTC.gov] | | [REDACTED] | 7/30/2019 8:44 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005913 | Kobre-Kim-CFTC-0005912 | Kobre-Kim-CFTC-0005916 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005917 | Kobre-Kim-CFTC-0005917 | Kobre-Kim-CFTC-0005921 | Dunfee, John [jdunfee@CFTC.gov] | Gillers, David [DGillers@CFTC.gov] | | FW: [REDACTED] | 7/30/2019 9:28 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005918 | Kobre-Kim-CFTC-0005917 | Kobre-Kim-CFTC-0005921 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005922 | Kobre-Kim-CFTC-0005922 | Kobre-Kim-CFTC-0005921 | Gillers, David [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09C7352861AE4EDC9429D38141C4438B-GILLERS, DAVID] | Dunfee, John [jdunfee@CFTC.gov] | | FW: [REDACTED] | 7/30/2019 9:19 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005923 | Kobre-Kim-CFTC-0005923 | Kobre-Kim-CFTC-0005924 | Dunfee, John [jdunfee@CFTC.gov] | Gardy, Laura [LGardy@CFTC.gov] | | Re: Kraft Seriatim | 8/7/2019 10:49 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case and approval of other cases. Email discussion containing mental impressions and opinions about approval in Kraft and other cases. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005925 | Kobre-Kim-CFTC-0005925 | Kobre-Kim-CFTC-0005925 | Dunfee, John [jdunfee@CFTC.gov] | Gardy, Laura [LGardy@CFTC.gov] | | Re: Kraft Seriatim | 8/7/2019 10:48 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case and approval of other cases. Email discussion containing mental impressions and opinions about approval in Kraft and other cases. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005926 | Kobre-Kim-CFTC-0005926 | Kobre-Kim-CFTC-0005927 | Dunfee, John [jdunfee@CFTC.gov] | Gardy, Laura [LGardy@CFTC.gov] | | Fwd: [REDACTED] Kraft Foods | DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/7/2019 10:35 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005928 | Kobre-Kim-CFTC-0005928 | Kobre-Kim-CFTC-0005932 | Dunfee, John [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=JDUNFEE] | Gardy, Laura [LGardy@CFTC.gov] | | FW: [REDACTED] | 7/30/2019 15:10 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Subject line and title of draft statement reflects predecisional deliberative process regarding approval of consent order in the Kraft case. The title contains mental impressions and opinions about approval in Kraft. Draft and detailed title and subject line were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005929 | Kobre-Kim-CFTC-0005928 | Kobre-Kim-CFTC-0005932 | | | | | | Attachment | Full Exemption | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005935 | Kobre-Kim-CFTC-0005935 | Kobre-Kim-CFTC-0005937 | | Behnam, Rostin [RBehnam@CFTC.gov] | | FW: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/15/2019 16:12 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005938 | Kobre-Kim-CFTC-0005938 | Kobre-Kim-CFTC-0005938 | | Gardy, Laura [LGardy@CFTC.gov] | | Fwd: [REDACTED] Kraft Foods | DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/7/2019 10:35 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005940 | Kobre-Kim-CFTC-0005940 | Kobre-Kim-CFTC-0005943 | Pujol Schott, Sebastian [sps@cftc.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov]; | | RE: Kraft Motion | 8/17/2019 18:56 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to consent motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005944 | Kobre-Kim-CFTC-0005944 | Kobre-Kim-CFTC-0005946 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | Re: Kraft motion for contempt - attached | 8/16/2019 21:37 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0005947 | Kobre-Kim-CFTC-0005947 | Kobre-Kim-CFTC-0005949 | Remmler, Erik F [ERemmler@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | | RE: Question | 8/16/2019 14:13 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005950 | Kobre-Kim-CFTC-0005950 | Kobre-Kim-CFTC-0005951 | Remmler, Erik F [ERemmler@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Berkovitz, Dan [DBerkovitz@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | RE: [EXTERNAL] RE: RE: interview | 8/16/2019 12:26 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005952 | Kobre-Kim-CFTC-0005952 | Kobre-Kim-CFTC-0005954 | Pujol Schott, Sebastian [sps@cftc.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | Re: Kraft | 8/16/2019 8:26 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement and contempt strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005956 | Kobre-Kim-CFTC-0005956 | Kobre-Kim-CFTC-0005965 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | Fwd: kraft | 8/13/2019 14:38 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005966 | Kobre-Kim-CFTC-0005966 | Kobre-Kim-CFTC-0005975 | Remmler, Erik F [ERemmler@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | FW: kraft | 8/13/2019 12:12 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005977 | Kobre-Kim-CFTC-0005976 | Kobre-Kim-CFTC-0005978 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005979 | Kobre-Kim-CFTC-0005979 | Kobre-Kim-CFTC-0005981 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | RE: Kraft | 8/7/2019 9:54 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005982 | Kobre-Kim-CFTC-0005982 | Kobre-Kim-CFTC-0005984 | Remmler, Erik F [ERemmler@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov] | | RE: Kraft | 8/7/2019 9:54 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0005985 | Kobre-Kim-CFTC-0005985 | Kobre-Kim-CFTC-0005986 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | Fwd: Kraft | 8/7/2019 9:01 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005987 | Kobre-Kim-CFTC-0005987 | Kobre-Kim-CFTC-0005987 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | RE: Kraft | 8/6/2019 11:59 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005988 | Kobre-Kim-CFTC-0005988 | Kobre-Kim-CFTC-0005988 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | RE: Kraft | 8/6/2019 11:52 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005989 | Kobre-Kim-CFTC-0005989 | Kobre-Kim-CFTC-0005997 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | FW: Kraft | 8/6/2019 11:34 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005990 | Kobre-Kim-CFTC-0005989 | Kobre-Kim-CFTC-0005997 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005994 | Kobre-Kim-CFTC-0005989 | Kobre-Kim-CFTC-0005997 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005998 | Kobre-Kim-CFTC-0005998 | Kobre-Kim-CFTC-0006002 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | RE: Update | 8/5/2019 17:28 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0005999 | Kobre-Kim-CFTC-0005998 | Kobre-Kim-CFTC-0006002 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006004 | Kobre-Kim-CFTC-0006003 | Kobre-Kim-CFTC-0006004 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006005 | Kobre-Kim-CFTC-0006005 | Kobre-Kim-CFTC-0006006 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | RE: Kraft Concurrence clean 8-5-19 (jwd-er and lch edits and comments).pdf | 8/5/2019 14:10 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  The email discussion contains mental impressions and opinions about settlement strategy.  Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006007 | Kobre-Kim-CFTC-0006007 | Kobre-Kim-CFTC-0006007 | Remmler, Erik F [ERemmler@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | Re: Latest draft of concurring statement | 8/5/2019 7:17 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Description Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006044 | Kobre-Kim-CFTC-0006044 | Kobre-Kim-CFTC-0006048 | Pujol Schott, Sebastian [sps@cftc.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | [REDACTED] | 7/30/2019 11:01 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006045 | Kobre-Kim-CFTC-0006044 | Kobre-Kim-CFTC-0006048 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006049 | Kobre-Kim-CFTC-0006049 | Kobre-Kim-CFTC-0006054 | Remmler, Erik F [ERemmler@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | [REDACTED] | 7/30/2019 10:40 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006051 | Kobre-Kim-CFTC-0006049 | Kobre-Kim-CFTC-0006054 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006055 | Kobre-Kim-CFTC-0006055 | Kobre-Kim-CFTC-0006063 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | [REDACTED] | 7/29/2019 21:46 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006056 | Kobre-Kim-CFTC-0006055 | Kobre-Kim-CFTC-0006063 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006060 | Kobre-Kim-CFTC-0006055 | Kobre-Kim-CFTC-0006063 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006064 | Kobre-Kim-CFTC-0006064 | Kobre-Kim-CFTC-0006064 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | [REDACTED] | 7/29/2019 7:05 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006065 | Kobre-Kim-CFTC-0006065 | Kobre-Kim-CFTC-0006067 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | [REDACTED] | 7/26/2019 15:23 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006066 | Kobre-Kim-CFTC-0006065 | Kobre-Kim-CFTC-0006067 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006068 | Kobre-Kim-CFTC-0006068 | Kobre-Kim-CFTC-0006068 | Remmler, Erik F [ERemmler@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov];Shen, Alyn [AShen@CFTC.gov] | RE: Kraft | 7/26/2019 10:52 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about proposed terms.  Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006008 | Kobre-Kim-CFTC-0006008 | Kobre-Kim-CFTC-0006011 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | [REDACTED] | 8/3/2019 18:37 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006012 | Kobre-Kim-CFTC-0006012 | Kobre-Kim-CFTC-0006013 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | [REDACTED] | 8/3/2019 11:40 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006015 | Kobre-Kim-CFTC-0006014 | Kobre-Kim-CFTC-0006017 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006019 | Kobre-Kim-CFTC-0006018 | Kobre-Kim-CFTC-0006024 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006022 | Kobre-Kim-CFTC-0006018 | Kobre-Kim-CFTC-0006024 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006026 | Kobre-Kim-CFTC-0006025 | Kobre-Kim-CFTC-0006028 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006029 | Kobre-Kim-CFTC-0006029 | Kobre-Kim-CFTC-0006029 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | [REDACTED] | 8/1/2019 10:36 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006030 | Kobre-Kim-CFTC-0006030 | Kobre-Kim-CFTC-0006040 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Shen, Alyn [AShen@CFTC.gov] | [REDACTED] | 7/31/2019 17:52 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006031 | Kobre-Kim-CFTC-0006030 | Kobre-Kim-CFTC-0006040 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006036 | Kobre-Kim-CFTC-0006030 | Kobre-Kim-CFTC-0006040 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006041 | Kobre-Kim-CFTC-0006041 | Kobre-Kim-CFTC-0006042 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | RE: Kraft | 7/31/2019 13:24 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006043 | Kobre-Kim-CFTC-0006043 | Kobre-Kim-CFTC-0006043 | Hynes, Lucy [LHynes@CFTC.gov] | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | RE: Any further word ? | 7/30/2019 15:26 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006070 | Kobre-Kim-CFTC-0006069 | Kobre-Kim-CFTC-0006076 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-Going Enforcement Matter; | Draft Document containing both information about settlement conference discussions and communications about settlement strategy, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. Information about settlement conference discussions is also withheld as subject to the Kraft court's confidentiality ruling. [Document] containing information regarding the Commission's settlement strategy and negotiations that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006077 | Kobre-Kim-CFTC-0006077 | Kobre-Kim-CFTC-0006080 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E4DEDCD90B73-BERKOVITZ, DAN] | Remmler, Erik F [ERemmler@CFTC.gov];Hynes, Lucy [LHynes@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | Re: Kraft Motion | 8/17/2019 21:54 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006081 | Kobre-Kim-CFTC-0006081 | Kobre-Kim-CFTC-0006083 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E4DEDCD90B73-BERKOVITZ, DAN] | Pujol Schott, Sebastian [sps@cftc.gov] | | Re: Kraft Motion | 8/17/2019 20:50 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006084 | Kobre-Kim-CFTC-0006084 | Kobre-Kim-CFTC-0006085 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | | Re: Kraft Foods Working Draft Opposition to Kraft's Motion for Contempt. later and cleaner draft | 8/17/2019 15:18 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006086 | Kobre-Kim-CFTC-0006086 | Kobre-Kim-CFTC-0006089 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | Re: [EXTERNAL] Kraft, Mondelez fined $16M in wheat price manipulation case | 8/16/2019 10:03 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement and content strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006090 | Kobre-Kim-CFTC-0006090 | Kobre-Kim-CFTC-0006091 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | Re: [EXTERNAL] CFTC v. Kraft, No. 15 C 2881 | 8/16/2019 0:42 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email  reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006092 | Kobre-Kim-CFTC-0006092 | Kobre-Kim-CFTC-0006093 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E4DEDCD90B73-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | Re: Kraft | 8/7/2019 9:15 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 6,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process,Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006094 | Kobre-Kim-CFTC-0006094 | Kobre-Kim-CFTC-0006095 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov] | | Re: Kraft | 8/6/2019 13:23 | Parent | Partial Exemptions | | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006096 | Kobre-Kim-CFTC-0006096 | Kobre-Kim-CFTC-0006097 | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | Re: Kraft | 7/31/2019 13:36 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege,Exemption 5\Attorney-Client Privilege,Exemption 5\Deliberative Process privilege,Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006098 | Kobre-Kim-CFTC-0006098 / Kobre-Kim-CFTC-0006102 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E40EDCD9D873-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov] | | [REDACTED] | 7/30/2019 12:51 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006099 | Kobre-Kim-CFTC-0006098 / Kobre-Kim-CFTC-0006102 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006103 | Kobre-Kim-CFTC-0006103 / Kobre-Kim-CFTC-0006104 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E40EDCD9D873-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | [REDACTED] | 7/30/2019 11:05 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006105 | Kobre-Kim-CFTC-0006105 / Kobre-Kim-CFTC-0006106 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E40EDCD9D873-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | [REDACTED] | 7/30/2019 1:03 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006107 | Kobre-Kim-CFTC-0006105 / Kobre-Kim-CFTC-0006110 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006111 | Kobre-Kim-CFTC-0006111 / Kobre-Kim-CFTC-0006115 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E40EDCD9D873-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov];Remmler, Erik F [ERemmler@CFTC.gov];Pujol Schott, Sebastian [sps@cftc.gov] | | [REDACTED] | 7/30/2019 0:51 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006112 | Kobre-Kim-CFTC-0006111 / Kobre-Kim-CFTC-0006115 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006117 | Kobre-Kim-CFTC-0006116 / Kobre-Kim-CFTC-0006118 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft press release reflecting predecisional deliberative process in the Kraft case.  The draft was prepared and distributed for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006119 | Kobre-Kim-CFTC-0006119 / Kobre-Kim-CFTC-0006120 | Berkovitz, Dan [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=347 F5BF5FDC24808A318E40EDCD9D873-BERKOVITZ, DAN] | Hynes, Lucy [LHynes@CFTC.gov] | | Re: 0451000-451452-11-5227_opn.pdf | 7/26/2019 1:06 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about proposed terms.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006122 | Kobre-Kim-CFTC-0006122 / Kobre-Kim-CFTC-0006122 | | Hynes, Lucy [LHynes@CFTC.gov] | | Re: A few things on Kraft | 7/31/2019 13:15 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about proposed terms.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Description Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006123 | Kobre-Kim-CFTC-0006123 | Kobre-Kim-CFTC-0006124 | Remmler, Erik F [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ERE MMLER] | Hynes, Lucy [LHynes@CFTC.gov] | | RE: kraft | 8/13/2019 15:59 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006125 | Kobre-Kim-CFTC-0006125 | Kobre-Kim-CFTC-0006129 | Remmler, Erik F [ERemmler@CFTC.gov] | Quinlan, Erica [EQuinlan@CFTC.gov] | | Fwd: Latest draft of concurring statement | 8/5/2019 9:27 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006126 | Kobre-Kim-CFTC-0006125 | Kobre-Kim-CFTC-0006129 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006130 | Kobre-Kim-CFTC-0006130 | Kobre-Kim-CFTC-0006130 | Remmler, Erik F [ERemmler@CFTC.gov] | Alyn Shen [ashen@law.gwu.edu] | | Re: [EXTERNAL] Re: [REDACTED] | 7/26/2019 7:14 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006131 | Kobre-Kim-CFTC-0006131 | Kobre-Kim-CFTC-0006132 | Hynes, Lucy [LHynes@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | | Re: kraft | 8/13/2019 22:15 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006144 | Kobre-Kim-CFTC-0006143 | Kobre-Kim-CFTC-0006145 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006146 | Kobre-Kim-CFTC-0006146 | Kobre-Kim-CFTC-0006150 | Shen, Alyn [AShen@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | [REDACTED] | 7/30/2019 11:47 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006147 | Kobre-Kim-CFTC-0006146 | Kobre-Kim-CFTC-0006150 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006151 | Kobre-Kim-CFTC-0006151 | Kobre-Kim-CFTC-0006155 | Hynes, Lucy [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNES, LUCY753] | Shen, Alyn [AShen@CFTC.gov] | | [REDACTED] | 7/30/2019 10:53 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative communications about settlement strategy and communications to the public about proposed settlement of the Kraft case, all communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice. The information, if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006152 | Kobre-Kim-CFTC-0006151 | Kobre-Kim-CFTC-0006155 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006156 | Kobre-Kim-CFTC-0006156 | Kobre-Kim-CFTC-0006164 | | Berkovitz, Dan [DBerkovitz@CFTC.gov] | Remmler, Erik F [ERemmler@CFTC.gov] | Kraft Concurrence clean 8-5-19 (jwd-er and lch edits and comments).pdf | 8/5/2019 12:22 | Parent | Partial Exemptions | Exemption 5\Work-Product Privilege;Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006157 | Kobre-Kim-CFTC-0006156 | Kobre-Kim-CFTC-0006164 | | | | | | Attachment | Full Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006161 | Kobre-Kim-CFTC-0006156 | Kobre-Kim-CFTC-0006164 | | | | | | Attachment | Full Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006165 | Kobre-Kim-CFTC-0006165 | Kobre-Kim-CFTC-0006170 | Hynes, Lucy [LHynes@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | [REDACTED] | 7/31/2019 17:43 | Parent | Partial Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Subject line and title of draft statement reflect predecisional deliberative process regarding approval of consent order in the Kraft case. The subject line and title contain mental impressions and opinions about approval in Kraft. Draft and detailed title and subject line were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006166 | Kobre-Kim-CFTC-0006165 | Kobre-Kim-CFTC-0006170 | | | | | | Attachment | Full Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006171 | Kobre-Kim-CFTC-0006171 | Kobre-Kim-CFTC-0006175 | Hynes, Lucy [LHynes@CFTC.gov] | Hynes, Lucy [LHynes@CFTC.gov] | | [REDACTED] | 7/31/2019 15:16 | Parent | Partial Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Subject line and title of draft statement reflect predecisional deliberative process regarding approval of consent order in the Kraft case. The subject line and title contain mental impressions and opinions about approval in Kraft. Draft and detailed title and subject line were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006172 | Kobre-Kim-CFTC-0006171 | Kobre-Kim-CFTC-0006175 | | | | | | Attachment | Full Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006176 | Kobre-Kim-CFTC-0006176 | Kobre-Kim-CFTC-0006177 | | Shen, Alyn [AShen@CFTC.gov] | | [REDACTED] | 7/30/2019 13:30 | Parent | Partial Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding research related to approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about research related to draft statement regarding approval in Kraft. Research for draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006178 | Kobre-Kim-CFTC-0006178 | Kobre-Kim-CFTC-0006208 | | Berkovitz, Dan [DBerkovitz@CFTC.gov] | | 0451000-451452-11-5227_opn.pdf | 7/25/2019 23:37 | Parent | Partial Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006179 | Kobre-Kim-CFTC-0006178 | Kobre-Kim-CFTC-0006208 | | | | | | Attachment | Full Exemptions | Exemption 5)Work-Product Privilege;Exemption 5)Attorney-Client Privilege;Exemption 5)Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Research reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Research selection pertains to mental impressions and opinions about the terms of the settlement. Such research was done for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006209 | Kobre-Kim-CFTC-0006209 | Kobre-Kim-CFTC-0006210 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | FW: Update on Kraft | 8/19/2019 13:57 | Parent | Partial Exemptions | Exemption 5)Attorney-Client Privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email reflecting mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006211 | Kobre-Kim-CFTC-0006211 | Kobre-Kim-CFTC-0006212 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | RE: Kraft and Mondelez Global to Pay $16 Million in Wheat Manipulation Case | 8/15/2019 15:03 | Parent | Partial Exemptions | Exemption 5)Attorney-Client Privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |

*Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)*

| Bates Number | Bates Range | | Email From | Email To | Email CC | Description / Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006213 | Kobre-Kim-CFTC-0006213 | Kobre-Kim-CFTC-0006214 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | RE: Kraft | 8/13/2019 13:48 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006215 | Kobre-Kim-CFTC-0006215 | Kobre-Kim-CFTC-0006223 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | FW: Kraft | 8/13/2019 10:47 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006216 | Kobre-Kim-CFTC-0006215 | Kobre-Kim-CFTC-0006223 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006224 | Kobre-Kim-CFTC-0006224 | Kobre-Kim-CFTC-0006225 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | FW: [REDACTED] DUE: WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/6/2019 15:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006226 | Kobre-Kim-CFTC-0006226 | Kobre-Kim-CFTC-0006228 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | FW: Kraft Statement | 8/15/2019 10:02 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006228 | Kobre-Kim-CFTC-0006226 | Kobre-Kim-CFTC-0006228 | | | | | | Attachment | Full Exemptions | Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006229 | Kobre-Kim-CFTC-0006229 | Kobre-Kim-CFTC-0006232 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | RE: [REDACTED] DUE: FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/25/2019 9:24 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006233 | Kobre-Kim-CFTC-0006233 | Kobre-Kim-CFTC-0006277 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | FW: NEW - Seriatim 19-147: Kraft Foods \| DUE: FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/24/2019 15:55 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006237 | Kobre-Kim-CFTC-0006233 | Kobre-Kim-CFTC-0006277 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal notes reflecting predecisional deliberative process regarding approval of settlement and consent order in the Kraft case. Contains mental impressions and opinions about settlement and consent order. Notes were made for the purpose of seeking and providing legal advice as to how to proceed regarding settlement. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006240 | Kobre-Kim-CFTC-0006233 | Kobre-Kim-CFTC-0006277 | | | | | | Attachment | Full Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006278 | Kobre-Kim-CFTC-0006278 | Kobre-Kim-CFTC-0006279 | Stump, Dawn [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4F9 B71A881904099BBFEC8DDSB89E819-STUMP, DAWN] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | RE: Crain's Chicago Business: Mondelez Ordered to Pay $16 Million Penalty to Settle Manipulative-Trading Allegations | 8/15/2019 16:47 | Parent | Partial Exemptions | Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email containing communications about settlement and impending contempt motion, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006281 | Kobre-Kim-CFTC-0006281 | Kobre-Kim-CFTC-0006282 | Stump, Dawn [DStump@CFTC.gov] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | Re: Kraft Timing | 8/7/2019 21:57 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | | | | | |
| Kobre-Kim-CFTC-0006283 | Kobre-Kim-CFTC-0006283 | Kobre-Kim-CFTC-0006284 | Stump, Dawn [DStump@CFTC.gov] | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | | [REDACTED] DUE:  WEDNESDAY, AUGUST 7, 2019 @ 3:00 P.M. | 8/6/2019 22:16 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion containing mental impressions and opinions about approval in Kraft.  Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006287 | Kobre-Kim-CFTC-0006287 | Kobre-Kim-CFTC-0006290 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Stump, Dawn [DStump@CFTC.gov] | | [REDACTED] DUE:  FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/26/2019 11:35 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion containing mental impressions and opinions about approval in Kraft.  Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft going Enforcement Matter; |
| Kobre-Kim-CFTC-0006291 | Kobre-Kim-CFTC-0006291 | Kobre-Kim-CFTC-0006294 | Mastrogiacomo, Elizabeth [EMastrogiacomo@CFTC.gov] | Bucsa, Daniel J. [DBucsa@CFTC.gov] | | [REDACTED] DUE:  FRIDAY, JULY 26, 2019 @ 3:00 P.M. | 7/25/2019 9:25 | Parent | Partial Exemptions | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion containing mental impressions and opinions about approval in Kraft.  Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006764 | Kobre-Kim-CFTC-0006764 | Kobre-Kim-CFTC-0006772 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | Fwd: Kraft Foods Working Draft Opposition to Kraft's Motion for Contempt  later and cleaner Draft | 8/17/2019 15:15 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case.  Email discussion containing mental impressions and opinions about the contempt motion.  Such communications are also made for the purpose of seeking and providing legal advice as to what produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006765 | Kobre-Kim-CFTC-0006764 | Kobre-Kim-CFTC-0006772 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft reflecting predecisional deliberative process regarding how to respond to the motion for contempt in the Kraft case.  Draft contains mental impressions and opinions about the contempt motion.  Draft made for the purpose of seeking and providing legal advice as to what to how to respond to the contempt motion.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006775 | Kobre-Kim-CFTC-0006775 | Kobre-Kim-CFTC-0006776 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | RE: Kraft statement. 8.8.2019. current with edits | 8/8/2019 15:58 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006777 | Kobre-Kim-CFTC-0006777 | Kobre-Kim-CFTC-0006778 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | Kraft statement. 8.8.2019. current with edits | 8/8/2019 12:00 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006778 | Kobre-Kim-CFTC-0006777 | Kobre-Kim-CFTC-0006778 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006779 | Kobre-Kim-CFTC-0006779 | Kobre-Kim-CFTC-0006780 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | RE: Kraft | 8/6/2019 15:46 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006781 | Kobre-Kim-CFTC-0006781 | Kobre-Kim-CFTC-0006783 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | FW: Kraft | 8/6/2019 14:53 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft.  Draft and related communications were made for the purpose and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006783 | Kobre-Kim-CFTC-0006781 | Kobre-Kim-CFTC-0006783 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7(7)(A) On-going Enforcement Matter; | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case.  Draft contains mental impressions and opinions about approval in Kraft.  The draft was made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| Bates Number | Bates Range | | Description Email From | Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006784 | Kobre-Kim-CFTC-0006784 | Kobre-Kim-CFTC-0006784 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov] | Re: Kraft | 8/1/2019 18:17 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006785 | Kobre-Kim-CFTC-0006785 | Kobre-Kim-CFTC-0006785 | Webb, Kevin S [KWebb@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov];Quintenz, Brian [BQuintenz@CFTC.gov] | | Re: Kraft | 8/1/2019 16:48 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications were also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006786 | Kobre-Kim-CFTC-0006786 | Kobre-Kim-CFTC-0006788 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | Re: Request for Seriatim Concurrence - Kraft Foods | 7/25/2019 21:04 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006789 | Kobre-Kim-CFTC-0006789 | Kobre-Kim-CFTC-0006829 | Webb, Kevin S [KWebb@CFTC.gov] | Quintenz, Brian [BQuintenz@CFTC.gov] | | FW: Request for Seriatim Concurrence - Kraft Foods | 7/25/2019 18:36 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion containing mental impressions and opinions about approval in Kraft. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006792 | Kobre-Kim-CFTC-0006789 | Kobre-Kim-CFTC-0006829 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Internal memorandum containing communications about settlement strategy and recommendations, made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006830 | Kobre-Kim-CFTC-0006830 | Kobre-Kim-CFTC-0006832 | Quintenz, Brian [BQuintenz@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov];Kals, Peter [PKals@CFTC.gov] | Re: Update on Kraft | 8/19/2019 16:31 | Parent | Partial Exemption | Exemption 6;Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding response to contempt motion in the Kraft case. Email discussion containing mental impressions and opinions about the contempt motion. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft proceeding. |
| Kobre-Kim-CFTC-0006833 | Kobre-Kim-CFTC-0006833 | Kobre-Kim-CFTC-0006835 | Quintenz, Brian [BQuintenz@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov] | | Re: WSJ: Mondelez, Kraft Heinz Cry Foul Over Regulator's Comments | 8/15/2019 17:37 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion containing mental impressions and opinions about settlement terms made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006836 | Kobre-Kim-CFTC-0006836 | Kobre-Kim-CFTC-0006837 | Quintenz, Brian [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D96124B1481C440DA3C10B3D7AC0C552-QUINTENZ, BRIAN] | Webb, Kevin S [KWebb@CFTC.gov] | | RE: Kraft | 8/6/2019 15:48 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Email discussion contains mental impressions and opinions about draft statement regarding approval in Kraft. Draft and related communications were made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006838 | Kobre-Kim-CFTC-0006838 | Kobre-Kim-CFTC-0006838 | Quintenz, Brian [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D96124B1481C440DA3C10B3D7AC0C552-QUINTENZ, BRIAN] | Webb, Kevin S [KWebb@CFTC.gov] | | RE: Kraft | 7/29/2019 15:29 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006839 | Kobre-Kim-CFTC-0006839 | Kobre-Kim-CFTC-0006840 | Quintenz, Brian [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D96124B1481C440DA3C10B3D7AC0C552-QUINTENZ, BRIAN] | Webb, Kevin S [KWebb@CFTC.gov] | | RE: CFTC Settles Market Manipulation Case Against Food Groups | 3/25/2019 16:12 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006841 | Kobre-Kim-CFTC-0006841 | Kobre-Kim-CFTC-0006849 | Bailey, Margo [MBailey@CFTC.gov] | Webb, Kevin S [KWebb@CFTC.gov] | | FW: Kraft | 8/13/2019 10:27 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case. Email discussion containing mental impressions and opinions about proposed terms. Such communications are also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006842 | Kobre-Kim-CFTC-0006841 | Kobre-Kim-CFTC-0006849 | | | | | | Attachment | Full Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Draft Consent Order containing information and communications about tentative settlement terms and attorneys' notes and impressions, all made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

Kobre Kim LLP v. Commodity Futures Trading Commission, 19cv10151 (LAK) (OTW) (SDNY)

| Bates Number | Bates Range | Email From | Description Email To | Email CC | Email Subject | Date | Parent/Attachment | Partial or Full Exemption | Privilege Type | FOIA- Justification |
|---|---|---|---|---|---|---|---|---|---|---|
| Kobre-Kim-CFTC-0006850 | Kobre-Kim-CFTC-0006850 | Webb, Kevin S [KWebb@CFTC.gov] | Williams, Latonia [L_Williams@CFTC.gov];Bailey, Margo [MBailey@CFTC.gov];Kals, Peter [PKals@CFTC.gov] | | Re: Seriatim's | 8/14/2019 11:39 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email reflecting predecisional deliberative process regarding other enforcement matter.  Such information is included for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with other matter which is non-public and/or pending. |
| Kobre-Kim-CFTC-0006851 | Kobre-Kim-CFTC-0006851 | Webb, Kevin S [KWebb@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov] | | Re: Kraft Seriatim | 7/30/2019 11:48 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email chain reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case.  In addition the email chain contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case.  Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| Kobre-Kim-CFTC-0006852 | Kobre-Kim-CFTC-0006852 | Webb, Kevin S [KWebb@CFTC.gov] | Bailey, Margo [MBailey@CFTC.gov] | | Re: Kraft | 7/29/2019 14:27 | Parent | Partial Exemption | Exemption 5\Attorney-Client Privilege;Exemption 5\Work-Product Protection;Exemption 5\Deliberative Process privilege;Exemption 7\7(A) On-going Enforcement Matter; | Email discussion reflecting predecisional deliberative process regarding settlement terms in consent order in the Kraft case.  Email discussion containing mental impressions and opinions about proposed terms.  Such communications are also made for the purpose of seeking and providing legal advice.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |