# EXHIBIT 2

| Group A |
|---|
| **Custodians:** |
| • Susan Gradman (Chief Trial Attorney, Division of Enforcement) |
| • Robert Howell (Chief Trial Attorney, Division of Enforcement) |
| • Michael Frisch (Former Trial Attorney, Division of Enforcement) |
| • Stephanie Reinhart (Trial Attorney, Division of Enforcement) |
| • Jamie McDonald (Director, Division of Enforcement) |
| • Gretchen Lowe (Deputy Director, Division of Enforcement) |
| • Scott Williamson (Deputy Director, Division of Enforcement) |
| • Vincent McGonagle (Deputy Director, Division of Enforcement) |
| **Date Range:** |
| • February 26, 2019 to August 19, 2019 |
| **Search Terms** |
| • Kraft |
| • Mondelez |
| • Jenner |
| • Sutherland |
| • Mayerbrown |
| • Panos |
| • Kaufman |
| • McCall |
| • Blakey |
| • "public statement" |
| • "Consent Order" |
| • 2(a)(10) |
| • gag |
| • confidentiality |
| • binding |
| • Manipulate!* |
| • "Concurring statement" |
| • "Statement of the Commission" |
| • "personal capacity" |
| • "Factual findings" |
| • "Evidentiary findings" |
| • "Factual basis" |
| • 15-cv-02881 |
| • Mondelēz |
| • "legal conclusion" |
| • "findings of fact" |
| • "conclusions of law" |
| • 180.1 |
| • "paragraph 8" |
| • 6(c)(1) |

| Group B |
|---|
| **Custodians:** |
| • Office of Chairman Tarbert |
| ✓ Heath Tarbert (Chairman) |
| ✓ Jamie Klima (Chief of Staff) |
| ✓ Chelsea Pizzola (Deputy Chief of Staff) |
| ✓ Charlie Thornton (Counselor) |
| ✓ Matthew Daigler (Senior Counsel) |
| ✓ Daniel Grimm (Senior Counsel) |
| ✓ Andrew Ridenour (Senior Counsel) |
| ✓ Melissa Benedict (Executive Assistant) |
| ✓ Anna Rosenberg (Special Assistant to the Chairman and Legislative Specialist) |
| • Office of Commissioner Behnam |
| ✓ Rostin Behnam (Commissioner) |
| ✓ David Gillers (Chief of Staff) |
| ✓ John Dunfee (Special Counsel) |
| ✓ Laura Gardy (Special Assistant) |
| ✓ Kyndra Burke (Executive Assistant) |
| • Office of Commissioner Berkovitz |
| ✓ Dan Berkovitz (Commissioner) |
| ✓ Erik Remmler (Chief of Staff) |
| ✓ Lucy Hynes (Special Counsel) |
| • Office of Commissioner Quintenz |
| ✓ Brian Quintenz (Commissioner) |
| ✓ Kevin Webb (Chief of Staff) |
| ✓ Margo Bailey (Special Counsel) |
| ✓ Latonia Williams (Executive Assistant) |
| • Office of Commissioner Stump |
| ✓ Dawn Stump (Commissioner) |
| ✓ Daniel Bucsa (Chief of Staff) |
| ✓ Andrea Owens (Executive Assistant) |
| ✓ Elizabeth Mastrogiacomo (Senior Counsel) |
| ✓ Shonneice Jones (Executive Assistant) |
| **Date Range:** |
| • March 21, 2019 to August 19, 2019 |
| **Search Terms** |
| • Kraft |
| • Mondelez |
| • Jenner |
| • Sutherland |
| • Mayerbrown |
| • Panos |
| • Kaufman |
| • McCall |

- Blakey
- "public statement"
- "Consent Order"
- 2(a)(10)
- gag
- confidentiality
- binding
- Manipulate!*
- "Concurring statement"
- "Statement of the Commission"
- "personal capacity"
- "Factual findings"
- "Evidentiary findings"
- "Factual basis"
- 15-cv-02881
- Mondelēz
- "legal conclusion"
- "findings of fact"
- "conclusions of law"
- 180.1
- "paragraph 8"
- 6(c)(1)

| Group C |
|---|
| **Custodians:** |
| • Dan Davis (General Counsel) |
| • Robert Schwartz (Deputy General Counsel for Litigation, Enforcement & Adjudication) |
| • John Einstman (Deputy General Counsel for General Law) |
| • Michael Short (Director, OPA) |
| • Erica Richardson (Former Director, Office of Public Affairs) |
| • Donna Faulk-White (Deputy Director, Office of Public Affairs) |
| • Dennis Holden (Former Associate Deputy Direction, Office of Public Affairs) |
| • Antoinette Turner (Public Affairs Specialist, Office of Public Affairs) |
| • Michelle Woodland (Web Content Specialist, Office of Public Affairs) |
| • Chanel Smith (Staff Assistant, Office of Public Affairs) |
| • Michael Katz (Consultant, Office of Public Affairs) |
| **Date Range:** |
| • June 27, 2019 to August 19, 2019 |
| **Search Terms** |
| • Kraft |
| • Mondelez |
| • Jenner |
| • Sutherland |
| • Mayerbrown |
| • Panos |
| • Kaufman |
| • McCall |
| • Blakey |
| • "public statement" |
| • "Consent Order" |
| • 2(a)(10) |
| • gag |
| • confidentiality |
| • binding |
| • Manipulate!* |
| • "Concurring statement" |
| • "Statement of the Commission" |
| • "personal capacity" |
| • "Factual findings" |
| • "Evidentiary findings" |
| • "Factual basis" |
| • 15-cv-02881 |
| • Mondelēz |
| • "legal conclusion" |
| • "findings of fact" |
| • "conclusions of law" |

- 180.1
- "paragraph 8"
- 6(c)(1)