IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRE & KIM LLP,<br><br>　　　　　Plaintiff,<br><br>　- v. -<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br><br><br>　　　　　Defendant. | Case No. 19-cv-10151 (LAK) (OTW)<br><br><br><br>**NOTICE OF PLAINTIFF KOBRE & KIM LLP'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated November 18, 2020, Kobre & Kim's Statement of Material Facts Pursuant to Local Rule 56.1, the Declaration of Benjamin J.A. Sauter, and the exhibits attached thereto, Plaintiff Kobre & Kim LLP hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 56, granting Kobre & Kim LLP's Cross-Motion for Summary Judgement.

Pursuant to the Court's Order on September 10, 2020, Dkt. No. 32, Defendant Commodity Futures Trading Commission is required to file its opposition to Plaintiff's motion for summary judgement and reply in support of its motion for summary judgement by December 7, 2020.

Dated: November 18, 2020                     Respectfully submitted,

/s/ Benjamin J.A. Sauter
Benjamin J.A. Sauter
Michael S. Kim
Jonathan D. Cogan
George Stamatopoulos

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Benjamin.Sauter@kobrekim.com
Michael.Kim@kobrekim.com
Jonathan.Cogan@kobrekim.com
George.Stamatopoulos@kobrekim.com

David H. McGill
Leanne A. Bortner

KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
Tel: +1 202 664 1900
David.McGill@kobrekim.com
Leanne.Bortner@kobrekim.com