# EXHIBIT E

# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900

NEW YORK
HONG KONG
LONDON
SEOUL
SHANGHAI
TEL AVIV
MIAMI
SAN FRANCISCO
WASHINGTON DC
BVI
CAYMAN ISLANDS

August 21, 2019

**BY FEDERAL EXPRESS**

FOIA Compliance Office
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Re:   **Freedom of Information Act Request**

To FOIA Compliance Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and 17 C.F.R. § 145.7, we request the following documents and communications:

1) All documents and communications concerning the "binding agreement" referenced in docket entry 302 of the case captioned *U.S. C.F.T.C. v. Kraft Foods Group, Inc.*, 15-cv-2881 (N.D. Ill.) (the "Kraft Case");[1]

2) All documents and communications concerning the "Consent Order" referenced in docket entries 309 and 310 of the Kraft Case;[2]

3) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the Consent Order;

4) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the Consent Order without findings of fact or conclusions of law;

---

[1] For reference, a copy of the docket of the Kraft Case is attached hereto as Exhibit A.
[2] For reference, a copy of the Consent Order is attached hereto as Exhibit B.

August 21, 2019
Page 2

5) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to approve the provision in the Consent Order that states: "Neither party shall make any public statement about this case other than to refer to the terms of this settlement agreement or public documents filed in this case, except any party may take any lawful position in any legal proceeding, testimony, or by court order";

6) All documents and communications concerning the preparation by the CFTC and/or any of its staff, agents, and/or commissioners of the press releases referenced in docket entry 319 of the Kraft Case;

7) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to publish the press releases referenced in docket entry 319 of the Kraft Case;

8) All documents and communications concerning the decision by the CFTC and/or any of its staff, agents, and/or commissioners to remove the press releases referenced in docket entry 319 of the Kraft Case.

Pursuant to FOIA, 5 U.S.C. § 552(a)(6)(A), we request that the CFTC produce these records within 20 business days.

This request is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. As such, we request that any fees for this request be waived. *See* 5 U.S.C. §(a)(4)(A)(iii); 17 CFR Appendix B to Part 145(b). To the extent the Commission determines that any fees for searching or copying the records are chargeable, please supply the records without informing us of the cost if the fees do not exceed US $5,000, which we agree to pay. Please produce these records electronically.

If you deny all or any part of this request, please cite each specific exemption you think justifies your withholding of information and notify us of appeal procedures available under the law.

Please contact us with any questions at the address above or at benjamin.sauter@kobrekim.com.

Sincerely,

Michael S. Kim
David H. McGill
Benjamin J.A. Sauter
Leanne A. Bortner



November 4, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **776043773067**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | L.SMITH | **Delivery location:** | 1155 21ST ST NW<br>Washinton, DC 20581 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Aug 22, 2019 08:54 |
| **Special Handling:** | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776043773067 | **Ship date:** | Aug 21, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
FOIA Compliance Office
CFTC
Three Lafayette Centre
1155 21st Street NW
Washinton, DC 20581 US

**Shipper:**
Colette L. Morris
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022 US

**Reference**         98000/400

Thank you for choosing FedEx.

# Colette L. Morris

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Thursday, August 22, 2019 9:02 AM |
| To: | Colette L. Morris |
| Subject: | [EXTERNAL] FedEx Shipment 776043773067 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Kobre & Kim LLP |
| Name: | Colette L. Morris |
| E-mail: | colette.morris@kobrekim.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 98000/400 |
| Ship date: | Aug 21, 2019 |
| Signed for by: | L.SMITH |
| Delivery location: | Washinton, DC |
| Delivered to: | Mailroom |
| Delivery date: | Thu, 8/22/2019 8:54 am |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| Standard transit: | 8/22/2019 by 3:00 pm |
| Tracking number: | 776043773067 |

| Shipper Information | Recipient Information |
|---|---|
| Colette L. Morris | FOIA Compliance Office |
| Kobre & Kim LLP | CFTC |
| 800 Third Avenue | 1155 21st Street NW |
| New York | Three Lafayette Centre |
| NY | Washinton |
| US | DC |
| 10022 | US |
| | 20581 |

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:01 AM CDT on 08/22/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:  https://protect-us.mimecast.com/s/eqP4Cv2Y47i7Y8BrhQOONa?domain=fedex.com

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.