# EXHIBIT G

Message

**From:** Gradman, Susan J. [/O=CFTC/OU=CHICAGO/CN=RECIPIENTS/CN=SGRADMAN]
**Sent:** 6/3/2019 1:08:59 PM
**To:** Reinhart, Stephanie [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=sreinhart]; Howell, Robert [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Howell, Robert0e9]; Williamson, Scott R. [/o=CFTC/ou=Chicago/cn=Recipients/cn=swilliamson]
**Subject:** RE: Kraft memo

Same

---

**From:** Reinhart, Stephanie
**Sent:** Monday, June 03, 2019 11:52 AM
**To:** Howell, Robert; Williamson, Scott R.; Gradman, Susan J.
**Subject:** RE: Kraft memo

Looks good to me.

---

**From:** Howell, Robert
**Sent:** Monday, June 03, 2019 11:46 AM
**To:** Williamson, Scott R.; Reinhart, Stephanie; Gradman, Susan J.
**Subject:** RE: Kraft memo

Fine by me. I made one small edit.

---

**From:** Williamson, Scott R.
**Sent:** Monday, June 3, 2019 11:38 AM
**To:** Reinhart, Stephanie; Gradman, Susan J.; Howell, Robert
**Subject:** RE: Kraft memo

(b)(5)  (b)(7)(A)   Sorry, not redlined. Back to you.

Scott

---

**From:** Reinhart, Stephanie
**Sent:** Thursday, May 30, 2019 4:14 PM
**To:** Gradman, Susan J.; Howell, Robert; Williamson, Scott R.
**Subject:** RE: Kraft memo

Scott, others — the memo is ready for Gretchen. The current version is clean; the one before shows the following redlines to reflect Tuesday's hearing verdict.

(b)(5)  (b)(7)(A)

**From:** Gradman, Susan J.
**Sent:** Wednesday, May 29, 2019 3:33 PM
**To:** Howell, Robert; Reinhart, Stephanie; Williamson, Scott R.
**Subject:** RE: Kraft

I took a quick look.   (b)(5)  (b)(7)(A)

(b)(5)  (b)(7)(A)

**From:** Howell, Robert
**Sent:** Wednesday, May 29, 2019 2:06 PM
**To:** Gradman, Susan J.; Reinhart, Stephanie; Williamson, Scott R.
**Subject:** Kraft

We have a final order. Let's try to get the memo to Scott tomorrow after you guys have had a chance to review so we can get this thing moving to DC.

Robert Howell
Chief Trial Attorney
Division of Enforcement
**Commodity Futures Trading Commission**
525 W. Monroe, Suite 1100
Chicago, Illinois 60661
312-596-0590
312-596-0714 (FAX)
rhowell@cftc.gov

