# EXHIBIT H

**EXHIBIT F**
**Challenged Withholdings**

| OFFICE OF PUBLIC AFFAIRS OFFICIALS[1] | |
|---|---|
| **Name** | **Title** |
| Michael Short | Director |
| Erica Richardson | Former Director |
| Donna Faulk-White | Deputy Director |
| Dennis Holden | Former Associate Deputy Direction [sic] |
| Antoinette Turner | Public Affairs Specialist |
| Michelle Woodland | Web Content Specialist |
| Chanel Smith | Staff Assistant |
| Michael Katz | Consultant |

| I. PUBLIC AFFAIRS DOCUMENTS[2] | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 1 | **Kobre-Kim-CFTC-0000539[3]** | Grimm, Daniel DGrimm@cftc.gov | McDonald, James JMcDonald @cftc.gov | | FW: Kraft Case Ending Press Release 6.2.19 JMM edits | 8/5/2019 16:37 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about Settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 2 | **Kobre-Kim-CFTC-0000543** | Short, Michael MShort@cftc.gov | Howell, Robert RHowell@cftc.gov | Wedewer, Harry E HWedewer @cftc.gov | RE: Kraft -- Case Ending | 8/5/2019 14:22 | **Exemption 5** Attorney-Client Privilege | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about |

---

[1] The information in this table comes directly from the CFTC's list of custodians.  *See* Dkt. No. 35, Ex. 2 at 5.
[2] This table contains relevant excerpts from the CFTC's *Vaughn* index.  *See* Dkt. No. 35, Ex. 1.
[3] The CFTC's *Vaughn* index lists only Daniel Grimm and James McDonald as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 11.  But the underlying document shows that Michael Short was also a party to the redacted communication.

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **I.** | | | **PUBLIC AFFAIRS DOCUMENTS[2]** | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | Lowe, Gretchen L GLowe@cftc.gov | McDonald, James JMcDonald @cftc.gov McGonagle, Vincent A. VMcgonagle @cftc.gov Williamson, Scott R SWilliamson @cftc.gov Gradman, Susan J SGradman @cftc.gov Grimm, Daniel DGrimm@cftc.gov | Press Release 6.2.19 -- JMM edits | | **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 3 | **Kobre-Kim-CFTC-0001167[4]** | McGonagle, Vincent A VMcgonagle @cftc.gov | Lowe, Gretchen L GLowe@cftc.gov | | FW: Kraft – Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 17:38 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 4 | **Kobre-Kim-CFTC-0003921** | Pizzola, Chelsea CPizzola@cftc.gov | Short, Michael MShort@cftc.gov | Grimm, Daniel DGrimm@cftc.gov Thornton, Charlie | RE: Updated Kraft release | 8/8/2019 9:42 | **Exemption 5** Attorney-Client Privilege | Email reflecting predecisional deliberative process regarding what to communicate to the public about |

---

[4] The CFTC's *Vaughn* index only lists Vincent McGonagle and Gretchen Lowe as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 56. But the underlying document shows that Michael Short was also a party to the redacted communication.

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | I. PUBLIC AFFAIRS DOCUMENTS[2] | |
|---|---|---|---|---|---|---|---|---|
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | Klima, Jaime JKlima@cftc.gov | cthornton@cftc.gov | | | **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 5 | **Kobre-Kim-CFTC-0003982** | Short, Michael /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | Klima, Jaime JKlima@cftc.gov Pizzola, Chelsea CPizzola@cftc.gov | Grimm, Daniel DGrimm@cftc.gov Thornton, Charlie cthornton@cftc.gov | FW: Updated Kraft release | 8/8/2019 9:41 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 6 | **Kobre-Kim-CFTC-0003986** | Short, Michael /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F | Klima, Jaime JKlima@cftc.gov Pizzola, Chelsea CPizzola@cftc.gov Thornton, Charlie cthornton@cftc.gov | Grimm, Daniel DGrimm@cftc.gov | Updated Kraft release | 8/7/2019 19:11 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal |

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | 1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | | | | | Ongoing Enforcement Matter | advice as to what to communicate to the public. The email chain also contains information that, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 7 | Kobre-Kim-CFTC-0003930 | Grimm, Daniel DGrimm@cftc.gov | Short, Michael MShort@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 13:39 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 8 | Kobre-Kim-CFTC-0003932 | Grimm, Daniel DGrimm@cftc.gov | Short, Michael MShort@cftc.gov | Klima, Jaime JKlima@cftc.gov | E: Kraft: press release language | 8/2/2019 10:57 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 9 | Kobre-Kim-CFTC-0003946[5] | | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 9:10 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 10 | Kobre-Kim-CFTC-0003989 | Short, Michael /O=CFTC/OU=EXCHANGE | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 13:36 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft |

---

[5] The CFTC's *Vaughn* index only lists Daniel Grimm and Jaime Klima as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 66. But the underlying document shows that Michael Short was also a party to the redacted communication.

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | | | I. | PUBLIC AFFAIRS DOCUMENTS[2] | | | |
| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
| | | ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | | | | | Ongoing Enforcement Matter | case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 11 | Kobre-Kim-CFTC-0003995 | Short, Michael /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 10:05 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 12 | Kobre-Kim-CFTC-0003999 | Short, Michael /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 9:29 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **I.      PUBLIC AFFAIRS DOCUMENTS[2]** | | | | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 13 | **Kobre-Kim-CFTC-0004096** | Turner, Antoinette aturner@cftc.gov | Hynes, Lucy LHynes@cftc.gov Dunfee, John jdunfee@cftc.gov | Short, Michael MShort@cftc.gov Faulk-White, Donna DFaulk-White @cftc.gov | RE: (Follow-up) FINAL Kraft Concurrence 8-8-19 | 8/13/2019 9:57 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims. In addition the email contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims and public communications in the Kraft case. Finally, the email chain contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 14 | **Kobre-Kim-CFTC-0004557** | Short, Michael MShort@cftc.gov | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 13:36 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 15 | **Kobre-Kim-CFTC-0004563** | Grimm, Daniel DGrimm@cftc.gov | Short, Michael MShort@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 10:57 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **I.     PUBLIC AFFAIRS DOCUMENTS[2]** | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 16 | **Kobre-Kim-CFTC-0004568** | Short, Michael MShort@cftc.gov | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 10:05 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 17 | **Kobre-Kim-CFTC-0004572** | Short, Michael MShort@cftc.gov | Grimm, Daniel DGrimm@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 9:29 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 18 | **Kobre-Kim-CFTC-0004635** | Grimm, Daniel DGrimm@cftc.gov | Short, Michael MShort@cftc.gov | Klima, Jaime JKlima@cftc.gov | RE: Kraft: press release language | 8/2/2019 13:39 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 19 | **Kobre-Kim-CFTC-0005006** | Howell, Robert RHowell@cftc.gov | Short, Michael MShort@cftc.gov Lowe, Gretchen L GLowe@cftc.gov | Wedewer, Harry E HWedewer @cftc.gov McDonald, James JMcDonald | RE: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 16:07 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental |

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **I.** | | | **PUBLIC AFFAIRS DOCUMENTS[2]** | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | | @cftc.gov McGonagle, Vincent A. VMcgonagle @cftc.gov Williamson, Scott R SWilliamson @cftc.gov Gradman, Susan J SGradman @cftc.gov Grimm, Daniel DGrimm@cftc.gov | | | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 20 | **Kobre-Kim-CFTC-0005010** | Short, Michael MShort@cftc.gov | Howell, Robert RHowell@cftc.gov Lowe, Gretchen L GLowe@cftc.gov | Wedewer, Harry E HWedewer @cftc.gov McDonald, James JMcDonald @cftc.gov McGonagle, Vincent A. VMcgonagle @cftc.gov Williamson, Scott R SWilliamson @cftc.gov Gradman, Susan J SGradman @cftc.gov Grimm, Daniel DGrimm@cftc.gov | RE: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 14:22 | **Exemption 5** Deliberative Process Privilege | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I.     PUBLIC AFFAIRS DOCUMENTS[2]** | | | | | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 21 | **Kobre-Kim-CFTC-0005175[6]** | Grimm, Daniel /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE | McDonald, James JMcDonald @cftc.gov | | FW: Kraft -- Case Ending Press Release 6.2.19 -- JMM edits | 8/5/2019 16:37 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 22 | **Kobre-Kim-CFTC-0005194** | Grimm, Daniel /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GRIMM, DANIELFFE | Short, Michael MShort@cftc.gov | | Statement for Kraft press release | 7/30/2019 12:16 | **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

| | Bates Number | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|
| **II.     DRAFT PRESS RELEASES[7]** | | | |
| 23 | **Kobre-Kim-CFTC-0000541** | **Exemption 5:** Attorney-Client Privilege **Exemption 5**: Work-Product Protection | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about |

---

[6] The CFTC's *Vaughn* index only lists Daniel Grimm and James McDonald as parties to the communication.  *See* Dkt. No. 35, Ex. 1 at 72.  But the underlying document shows that Michael Short was also a party to the redacted communication.
[7] This table contains relevant excerpts from the CFTC's *Vaughn* index.  *See* Dkt. No. 35, Ex. 1.

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|
| | | **II.   DRAFT PRESS RELEASES[7]** | |
| | | **Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 24 | Kobre-Kim-CFTC-0000545 | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 25 | Kobre-Kim-CFTC-0000552 | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 26 | Kobre-Kim-CFTC-0000563 | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonab ly be expected to interfere with the Kraft enforcement proceeding. |
| 27 | Kobre-Kim-CFTC-0000956 | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, |

**EXHIBIT F**
**Challenged Withholdings**

| | | II.        DRAFT PRESS RELEASES[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 28 | **Kobre-Kim-CFTC-0001054** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 29 | **Kobre-Kim-CFTC-0001169** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 30 | **Kobre-Kim-CFTC-0001412** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 31 | **Kobre-Kim-CFTC-0001721** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft reflecting pre-decisional deliberative communications about settlement strategy and what to communicate to the public about Commissioners' views on proposed settlement of the Kraft case. In addition the draft contains information communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. Finally, the email |

# EXHIBIT F
## Challenged Withholdings

| | | **II.     DRAFT PRESS RELEASES**[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 32 | **Kobre-Kim-CFTC-0002593** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 33 | **Kobre-Kim-CFTC-0002611** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 34 | **Kobre-Kim-CFTC-0002845** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 35 | **Kobre-Kim-CFTC-0002848** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if |

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|
| | | **II.     DRAFT PRESS RELEASES[7]** | |
| | | | produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 36 | **Kobre-Kim-CFTC-0003528** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 37 | **Kobre-Kim-CFTC-0003543** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 38 | **Kobre-Kim-CFTC-0003793** | **Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 39 | **Kobre-Kim-CFTC-0003924** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | **II.      DRAFT PRESS RELEASES[7]** | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| **40** | **Kobre-Kim-CFTC-0003928** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| **41** | **Kobre-Kim-CFTC-0003934** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| **42** | **Kobre-Kim-CFTC-0003957** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case.  Draft containing mental impressions and opinions about the tentative settlement.  Draft made for the purpose of<br>seeking and providing legal advice as to what to communicate to the public.  The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| **43** | **Kobre-Kim-CFTC-0003960** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | II.        DRAFT PRESS RELEASES[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 44 | **Kobre-Kim-CFTC-0003984** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 45 | **Kobre-Kim-CFTC-0003987** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 46 | **Kobre-Kim-CFTC-0003991** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 47 | **Kobre-Kim-CFTC-0003996** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

# EXHIBIT F
## Challenged Withholdings

| | | | |
|---|---|---|---|
| | | **II.     DRAFT PRESS RELEASES**[7] | |
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 48 | **Kobre-Kim-CFTC-0004000** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 49 | **Kobre-Kim-CFTC-0004099** | **Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 50 | **Kobre-Kim-CFTC-0004124** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 51 | **Kobre-Kim-CFTC-0004130** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 52 | **Kobre-Kim-CFTC-0004159** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding |

**EXHIBIT F**
**Challenged Withholdings**

| | | **II.      DRAFT PRESS RELEASES[7]** | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 53 | **Kobre-Kim-CFTC-0004178** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about settlement approval in Kraft. Draft also made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 54 | **Kobre-Kim-CFTC-0004184** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding |
| 55 | **Kobre-Kim-CFTC-0004202** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 56 | **Kobre-Kim-CFTC-0004416** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 57 | **Kobre-Kim-CFTC-0004554** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case.  The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if |

**EXHIBIT F**
**Challenged Withholdings**

| | II.   DRAFT PRESS RELEASES[7] | | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 58 | **Kobre-Kim-CFTC-0004555** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5** Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 59 | **Kobre-Kim-CFTC-0004559** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 60 | **Kobre-Kim-CFTC-0004565** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 61 | **Kobre-Kim-CFTC-0004569** | **Exemption 5**: Attorney-Client Privilege<br>**Exemption 5**: Work-Product Protection<br>**Exemption 5**: Deliberative Process Privilege<br>**Exemption 7\7(A)**: Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | II.        DRAFT PRESS RELEASES[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 62 | **Kobre-Kim-CFTC-0004573** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding |
| 63 | **Kobre-Kim-CFTC-0004651** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 64 | **Kobre-Kim-CFTC-0005005** | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commission statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 65 | **Kobre-Kim-CFTC-0005008** | **Exemption 5:** Deliberative Process Privilege | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 66 | **Kobre-Kim-CFTC-0005009** | **Exemption 5:** Deliberative Process Privilege | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was |

**EXHIBIT F**
**Challenged Withholdings**

|  | Bates Number | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|
| II.   DRAFT PRESS RELEASES[7] | | | |
|  |  |  | distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 67 | Kobre-Kim-CFTC-0005012 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 68 | Kobre-Kim-CFTC-0005172 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 69 | Kobre-Kim-CFTC-0005177 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 70 | Kobre-Kim-CFTC-0005178 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Protection<br>**Exemption 5:** Deliberative Process Privilege | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice |

**EXHIBIT F**
**Challenged Withholdings**

| | | | |
|---|---|---|---|
| | | **II.       DRAFT PRESS RELEASES[7]** | |
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 71 | Kobre-Kim-CFTC-0005322 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 72 | Kobre-Kim-CFTC-0005340 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 73 | Kobre-Kim-CFTC-0005644 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 74 | Kobre-Kim-CFTC-0005648 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of |

# EXHIBIT F
## Challenged Withholdings

| | | | II.   DRAFT PRESS RELEASES[7] |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 75 | **Kobre-Kim-CFTC-0005764** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 76 | **Kobre-Kim-CFTC-0005767** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 77 | **Kobre-Kim-CFTC-0005837** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 78 | **Kobre-Kim-CFTC-0005840** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | | II.       DRAFT PRESS RELEASES[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 79 | **Kobre-Kim-CFTC-0005844** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 80 | **Kobre-Kim-CFTC-0005855** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 81 | **Kobre-Kim-CFTC-0005860** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 82 | **Kobre-Kim-CFTC-0005895** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. Draft containing mental impressions and opinions about the tentative settlement. Draft made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 83 | **Kobre-Kim-CFTC-0005901** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

# EXHIBIT F
## Challenged Withholdings

| | | II.        DRAFT PRESS RELEASES[7] | |
|---|---|---|---|
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 84 | **Kobre-KimCFTC-0005913** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 85 | **Kobre-KimCFTC-0005918** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 86 | **Kobre-Kim-CFTC-0005990** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 87 | **Kobre-Kim-CFTC-0005994** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 88 | **Kobre-Kim-CFTC-0005999** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 89 | **Kobre-Kim-CFTC-0006004** | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft |

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|
| | | **II.      DRAFT PRESS RELEASES[7]** | |
| | | **Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 90 | Kobre-Kim-CFTC-0006015 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 91 | Kobre-Kim-CFTC-0006019 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 92 | Kobre-Kim-CFTC-0006022 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 93 | Kobre-Kim-CFTC-0006026 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft Commissioners' statement reflecting predecisional deliberative process regarding settlement strategy in the Kraft case. The draft was prepared and distributed for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 94 | Kobre-Kim-CFTC-0006126 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal |

**EXHIBIT F**
**Challenged Withholdings**

| | | | |
|---|---|---|---|
| | | **II.      DRAFT PRESS RELEASES[7]** | |
| | **Bates Number** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| | | | advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 95 | Kobre-Kim-CFTC-0006157 | **Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 96 | Kobre-Kim-CFTC-0006327 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft press release reflecting predecisional deliberative process regarding how and what to communicate to the public about tentative settlement of claims in the Kraft case. The draft was distributed for the purpose of seeking and providing legal advice as to litigation and settlement strategy and as to what to communicate to the public about settlement. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 97 | Kobre-Kim-CFTC-0006778 | **Exemption 5** Attorney-Client Privilege<br>**Exemption 5:** Work-Product Privilege<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 98 | Kobre-Kim-CFTC-0006783 | **Exemption 5:** Attorney-Client Privilege<br>**Exemption 5:** Work Product Protection<br>**Exemption 5:** Deliberative Process Privilege<br>**Exemption 7\7(A):** Ongoing Enforcement Matter | Draft statement reflecting predecisional deliberative process regarding approval of consent order in the Kraft case. Draft contains mental impressions and opinions about approval in Kraft. The draft was made for the purpose of seeking and providing legal advice. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | | | **III.     SETTLEMENT MESSAGING DOCUMENTS[8]** | | | | |
| 99 | **Kobre-Kim-CFTC-0000381** | Davis, Daniel J DDavis@cftc.gov | Grimm, Daniel DGrimm@cftc.gov Short, Michael MShort@cftc.gov McDonald, James JMcDonald @cftc.gov Lowe, Gretchen L GLowe@cftc.gov Faulk-White, Donna DFaulkWhite @cftc.gov | Schwartz, Rob RSchwartz @cftc.gov Einstman, John JEinstman @cftc.gov | RE: Update 1:11pm: WSJ Inquiry | 8/16/2019 11:38 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement and contempt strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 100 | **Kobre-Kim-CFTC-0000411** | Reinhart, Stephanie SReinhart@cftc.gov | McDonald, James JMcDonald @cftc.gov Faulk-White, Donna DFaulk-White @cftc.gov Lowe, Gretchen L GLowe@cftc.gov Short, Michael MShort@cftc.gov | Howell, Robert RHowell@cftc.gov Gradman, Susan J SGradman @cftc.gov Williamson, Scott R SWilliamson @cftc.gov | RE: Follow-up /WSJ- Kraft | 8/15/2019 15:09 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 101 | **Kobre-Kim-CFTC-0000426** | Faulk-White, Donna DFaulk-White@cftc.gov | Short, Michael MShort@cftc.gov | Lowe, Gretchen L GLowe@cftc.gov McDonald, James JMcDonald @cftc.gov | RE: MarketWatch -- Kraft | 8/15/2019 13:44 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege | Email reflecting predecisional deliberative information about settlement strategy communicated for the purpose for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could |

---

[8] This table contains relevant excerpts from the CFTC's *Vaughn* index.  *See* Dkt. No. 35, Ex. 1.

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **III.    SETTLEMENT MESSAGING DOCUMENTS[8]** | |
| | | | | | | | **Exemption 7\7(A)** Ongoing Enforcement Matter | reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 102 | **Kobre-Kim-CFTC-0000428** | Faulk-White, Donna D<u>Faulk-White@cftc.gov</u> | Lowe, Gretchen L <u>GLowe@cftc.gov</u> Short, Michael <u>MShort@cftc.gov</u> McDonald, James <u>JMcDonald @cftc.gov</u> | Howell, Robert <u>RHowell@cftc.gov</u> Williamson, Scott R <u>SWilliamson @cftc.gov</u> Gradman, Susan J <u>SGradman @cftc.gov</u> | RE: Update 1:11pm: WSJ Inquiry | 8/15/2019 13:33 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 103 | **Kobre-Kim-CFTC-0001004** | Reinhart, Stephanie /O=CFTC/OU=EXC HANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=SREI NHART | McDonald, James <u>JMcDonald @cftc.gov</u> Faulk-White, Donna <u>DFaulk-White @cftc.gov</u> Lowe, Gretchen L <u>GLowe@cftc.gov</u> Short, Michael <u>MShort@cftc.gov</u> | Howell, Robert <u>RHowell@cftc.gov</u> Gradman, Susan J <u>SGradman @cftc.gov</u> Williamson, Scott R <u>SWilliamson @cftc.gov</u> | RE: Follow-up /WSJ - Kraft | 8/15/2019 15:09 | **Exemption 7** **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 104 | **Kim-CFTC-0001284[9]** | Davis, Daniel J <u>DDavis@cftc.gov</u> | Einstman, John <u>JEinstman @cftc.gov</u> Schwartz, Rob <u>RSchwartz @cftc.gov</u> | | Fwd: Update 1:11pm: WSJ Inquiry | 8/15/2019 14:09 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** | Email reflecting predecisional deliberative communications about what to communicate to the public about settlement strategy related to the Kraft case. In addition the email contains information communicated for the purpose of seeking or providing legal advice |

---

[9] The CFTC's *Vaughn* index only lists Daniel Davis, John Einstman, and Rob Schwartz as parties to the communication.  *See* Dkt. No. 35, Ex. 1 at 61.  But the underlying document shows that Michael Short and Donna Faulk-White were also parties to the redacted communication.

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | III.   SETTLEMENT MESSAGING DOCUMENTS[8] | |
| | | | | | | | Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | regarding such communications to the public. Finally, the email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 105 | **Kim-CFTC-0001357** | Faulk-White, Donna DFaulk-White@cftc.gov | Short, Michael MShort@cftc.gov | | Fwd: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:07 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 106 | **Kim-CFTC-0001368** | Faulk-White, Donna /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAULK-WHITE, DONNA0E9 | Short, Michael MShort@cftc.gov | | Michael? RE: EXTERNAL Re: Re: Re: Re: from Micah/WSJ | 8/15/2019 13:45 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 107 | **Kim-CFTC-0001402** | Klima, Jaime JKlima@cftc.gov | Short, Michael MShort@cftc.gov | | Re: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:23 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the |

**EXHIBIT F**
**Challenged Withholdings**

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | III.       SETTLEMENT MESSAGING DOCUMENTS[8] | | | | | | | |
| | | | | | | | Privilege<br>**Exemption 7\7(A)**<br>Ongoing Enforcement Matter | purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 108 | **Kim-CFTC-0001414** | Short, Michael /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL | Klima, Jaime JKlima@cftc.gov | | FW: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:02 | **Exemption 5**<br>Attorney-Client Privilege<br>**Exemption 5**<br>Work-Product Protection<br>**Exemption 5**<br>Deliberative Process Privilege<br>**Exemption 7\7(A)**<br>Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 109 | **Kim-CFTC-0002121[10]** | Lowe, Gretchen L GLowe@cftc.gov | Reinhart, Stephanie SReinhart@cftc.gov | Howell, Robert RHowell@cftc.gov<br>Gradman, Susan J SGradman @cftc.gov<br>Williamson, Scott R SWilliamson @cftc.gov | RE: WSJ Inquiry: Kraft | 8/15/2019 12:45 | **Exemption 5**<br>Attorney-Client Privilege<br>**Exemption 5**<br>Work-Product Protection<br>**Exemption 5**<br>Deliberative Process Privilege<br>**Exemption 7\7(A)**<br>Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |

---

[10] The CFTC's *Vaughn* index only lists Gretchen Lowe, Stephanie Reinhart, Robert Howell, Susan Gradman, and Scott Williamson as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 25. But the underlying document shows that Michael Short and Donna Faulk-White were also parties to the redacted communication.

**EXHIBIT F**
**Challenged Withholdings**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | III. | SETTLEMENT MESSAGING DOCUMENTS[8] | | | | |
| | **Bates Number** | **Email From** | **Email To** | **Email CC** | **Email Subject** | **Email Date** | **Asserted Grounds for Withholding** | **Purported Explanation for Withholding** |
| 110 | **Kim-CFTC-0002124**[11] | Reinhart, Stephanie SReinhart@cftc.gov | Lowe, Gretchen L GLowe@cftc.gov | Howell, Robert RHowell@cftc.gov Gradman, Susan J SGradman @cftc.gov Williamson, Scott R SWilliamson @cftc.gov | RE: WSJ Inquiry: Kraft | 8/15/2019 12:31 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 111 | **Kim-CFTC-0003011**[12] | Reinhart, Stephanie /O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SREINHART | Lowe, Gretchen L GLowe@cftc.gov | Howell, Robert RHowell@cftc.gov Gradman, Susan J SGradman @cftc.gov Williamson, Scott R SWilliamson @cftc.gov | RE: WSJ Inquiry: Kraft | 8/15/2019 12:31 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 112 | **Kim-CFTC-0003089**[13] | | Howell, Robert RHowell@cftc.gov Gradman, Susan J | | RE: WSJ Inquiry: Kraft | 8/15/2019 12:28 | **Exemption 5** Attorney-Client Privilege | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative |

[11] The CFTC's *Vaughn* index only lists Stephanie Reinhart, Gretchen Lowe, Robert Howell, Susan Gradman, and Scott Williamson as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 25. But the underlying document shows that Michael Short and Donna Faulk-White were also parties to the redacted communication.

[12] The CFTC's *Vaughn* index only lists Stephanie Reinhart, Gretchen Lowe, Robert Howell, Susan Gradman, and Scott Williamson as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 44. But the underlying document shows that Michael Short and Donna Faulk-White were also parties to the redacted communication.

[13] The CFTC's *Vaughn* index only lists Robert Howell, Susan Gradman, and Scott Williamson as parties to the communication. *See* Dkt. No. 35, Ex. 1 at 45. But the underlying document shows that Michael Short and Donna Faulk-White were also parties to the redacted communication.

# EXHIBIT F
## Challenged Withholdings

| | Bates Number | Email From | Email To | Email CC | Email Subject | Email Date | Asserted Grounds for Withholding | Purported Explanation for Withholding |
|---|---|---|---|---|---|---|---|---|
| | | | **III.    SETTLEMENT MESSAGING DOCUMENTS[8]** | | | | | |
| | | | SGradman @cftc.gov Williamson, Scott R SWilliamson @cftc.gov | | | | **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 113 | **Kim-CFTC-0004546** | Short, Michael MShort@cftc.gov | Klima, Jaime JKlima@cftc.gov | | W: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:02 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email reflecting predecisional deliberative information about settlement strategy communicated for the purposed for the purpose of seeking or providing legal advice regarding the proposed settlement of claims in the Kraft case. The email contains internal information that if produced could reasonably be expected to interfere with the Kraft enforcement proceeding. |
| 114 | **Kim-CFTC-0004644** | Klima, Jaime JKlima@cftc.gov | Short, Michael MShort@cftc.gov | | Re: Update 1:11pm: WSJ Inquiry | 8/15/2019 15:23 | **Exemption 5** Attorney-Client Privilege **Exemption 5** Work-Product Protection **Exemption 5** Deliberative Process Privilege **Exemption 7\7(A)** Ongoing Enforcement Matter | Email discussion reflecting predecisional deliberative process regarding what to communicate to the public about tentative settlement of claims in the Kraft case. The email discussion contains mental impressions and opinions about settlement strategy. Such communications are also made for the purpose of seeking and providing legal advice as to what to communicate to the public. The information, if produced, could reasonably be expected to interfere with the Kraft enforcement proceeding. |