AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kobre & Kim LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 Civ. 10151 (LAK) (OTW) |
| Commodity Futures Trading Commission | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Commodity Futures Trading Commission.

Date: 12/07/2020

s/ Alexander Hogan
*Attorney's signature*

AUSA Alexander Hogan
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

alexander.hogan@usdoj.gov
*E-mail address*

(212) 637-2799
*Telephone number*

(212) 637-2786
*FAX number*