# EXHIBIT A

Message

| | |
|---|---|
| **From**: | McGonagle, Vincent A. [/O=CFTC/OU=WASHINGTON, DC/CN=RECIPIENTS/CN=VMCGONAGLE] |
| **Sent**: | 8/19/2019 4:47:26 PM |
| **To**: | McDonald, James [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d89e804eca744bc82026c05480a124f-McDonald, James]; Lowe, Gretchen L. [/o=CFTC/ou=Washington, DC/cn=Recipients/cn=glowe]; Davis, Daniel J [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77dff82dcb344436bd3e30fc3d740dde-Davis, Daniel J] |
| **Subject**: | Kraft inquiry from Senator Stabenow |
| **Importance**: | High |

Begin Forwarded Message:
**From:** "Wright, Ann" <AWright@CFTC.gov>
**Subject:** FW: [EXTERNAL] Re: cattle call
**Date:** 19 August 2019 16:41
**To:** "Davis, Daniel J" <DDavis@CFTC.gov>, "McGonagle, Vincent A." <vmcgonagle@CFTC.gov>

Dan and Vince,

Senator Stabenow's office has asked for a briefing on the issues implicated in the Kraft/Mondalez settlement.  Feel free to give me a call with any questions.

Need your thoughts on how to proceed.

Thank you.

Ann

Ann Wright
*Deputy Director, Office of Legislative and Intergovernmental Affairs*
U.S. Commodity Futures Trading Commission
1155 21st Street , NW, Washington, DC  20581  Tel:  202.418.5594

---

**From:** Griffin, Ward (Agriculture) [mailto:Ward_Griffin@ag.senate.gov]
**Sent:** Monday, August 19, 2019 4:32 PM
**To:** Wright, Ann
**Cc:** Shultz, Joe (Agriculture); Bailey, Kevin (Agriculture); Rosenberg, Anna
**Subject:** [EXTERNAL] Re: cattle call

(Leaving Kyle and Mike off this one.)

Ann, separately, we would be interested to hear more about the issues implicated in the Kraft/Mondalez settlement.  How soon could we set up a briefing on that?

On Aug 19, 2019, at 4:14 PM, Wright, Ann <AWright@cftc.gov> wrote:

> Take that back.  We are looking at **2 pm tomorrow**.   Adding Kevin.  Please add Kyle.
>
> Ann Wright
> *Deputy Director, Office of Legislative and Intergovernmental Affairs*
> U.S. Commodity Futures Trading Commission
> 1155 21st Street , NW, Washington, DC  20581  Tel:  202.418.5594

**From:** Wright, Ann
**Sent:** Monday, August 19, 2019 3:29 PM
**To:** 'Shultz, Joe (Agriculture)'; 'Ward_Griffin@ag.senate.gov'
**Cc:** Rosenberg, Anna
**Subject:** cattle call

Joe and Ward,

We are scheduling a call with Chairman Robert's staff – Chelsie Keys and Andy Rezendes for **tomorrow at 1:00 pm** to talk about our monitoring of the cattle markets post Tyson's plant closing in Kansas.   Please join the call!  I will be sending call in information forward momentarily.   If you are not available we can brief you separately.

Thank  you!

Ann

Ann Wright
*Deputy Director, Office of Legislative and Intergovernmental Affairs*
U.S. Commodity Futures Trading Commission
1155 21st Street , NW, Washington, DC  20581  Tel:  202.418.5594