# EXHIBIT B

| | |
|---|---|
| **Message** | |
| **From**: | Short, Michael [/O=CFTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=09F1D30F0676457784F184D196BA97C8-SHORT, MICHAEL] |
| **Sent**: | 8/19/2019 8:25:21 PM |
| **To**: | Klima, Jaime [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a6650cf77cd45c5a9893a9c455d6f03-Klima, Jamie]; McDonald, James [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d89e804eca744bc82026c05480a124f-McDonald, James]; Howell, Robert [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Howell, Robert0e9]; Faulk-White, Donna [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Faulk-White, Donna0e9] |
| **CC**: | Gradman, Susan J. [/o=CFTC/ou=Chicago/cn=Recipients/cn=sgradman]; Reinhart, Stephanie [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=sreinhart]; Schwartz, Rob [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Schwartz, Robert0c8]; Davis, Daniel J [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77dff82dcb344436bd3e30fc3d740dde-Davis, Daniel J]; White, Martin B. [/o=CFTC/ou=Washington, DC/cn=Recipients/cn=mwhite]; Williamson, Scott R. [/o=CFTC/ou=Chicago/cn=Recipients/cn=swilliamson]; Grimm, Daniel [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Grimm, Danielffe] |
| **Subject**: | RE: [EXTERNAL] Twitter |

**(b)(7)(A)**

**From:** Klima, Jaime
**Sent:** Monday, August 19, 2019 8:20 PM
**To:** McDonald, James; Howell, Robert; Short, Michael; Faulk-White, Donna
**Cc:** Gradman, Susan J.; Reinhart, Stephanie; Schwartz, Rob; Davis, Daniel J; White, Martin B.; Williamson, Scott R.; Grimm, Daniel
**Subject:** RE: [EXTERNAL] Twitter

**(b)(7)(A)**

*Jaime L. Klima*
*Chief of Staff and Chief Operating Officer*
U.S. Commodity Futures Trading Commission (CFTC)
1155 21st Street NW  |  Washington, DC  20581
(202) 418-5819  |  jklima@cftc.gov

**From:** McDonald, James
**Sent:** Monday, August 19, 2019 8:16 PM
**To:** Howell, Robert; Short, Michael; Faulk-White, Donna
**Cc:** Gradman, Susan J.; Reinhart, Stephanie; Schwartz, Rob; Davis, Daniel J; White, Martin B.; Williamson, Scott R.; Klima, Jaime; Grimm, Daniel
**Subject:** Re: [EXTERNAL] Twitter

**(b)(7)(A)**

On: 19 August 2019 20:00,
"Howell, Robert" <RHowell@CFTC.gov> wrote:

See below. **(b)(5)  (b)(7)(A)**

-Rob

---

**From:** "McCall, J Kevin" <JMcCall@jenner.com>
**Subject:** [EXTERNAL] Twitter
**Date:** 19 August 2019 18:49
**To:** "Howell, Robert" <RHowell@CFTC.gov>, "Gradman, Susan J." <sgradman@CFTC.GOV>
**Cc:** "Panos, Dean N." <DPanos@jenner.com>, "Allen, Nicole A." <NAllen@jenner.com>, "Quinn, Thomas E." <TQuinn@jenner.com>

>
>
> Rob, Susan
>
> It has come to our attention that the CFTC announced the settlement and linked to the since removed website postings on Twitter. The tweets have not been deleted, nor has Chairman Tarbert's reply tweet to the CFTC's announcement, in which he repeated a variation of his statement from the press release, which we believe violates Paragraph 8. The CFTC account also retweeted Chairman Tarbert's tweet.
>
> It also appears as though the CFTC's Facebook page contains a post providing or linking to the removed statements.
>
> Based on the agreement reflected in the Court's order the CFTC should delete the tweets, Facebook posts, and any other similar statements through social media accounts the agency or its commissioners control (or any similar forums through which the CFTC makes public statements).
>
> Please let me know if the CFTC  and commissioners will take these steps.

Kevin
>
> Jenner & Block LLP
> 353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
> +1 312  923 2686 |  TEL
>

---

____

J. Kevin McCall

Jenner & Block LLP
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2686 |  TEL
+1 312 840 7686 |  FAX
JMcCall@jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

____

Kobre-Kim-CFTC-0004422