

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 9, 2021

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Kobre & Kim v. Commodity Futures Trading Commission*,
              19 Civ. 10151 (LAK) (OTW)

Dear Judge Wang:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague AUSA Alexander Hogan has entered an appearance on behalf of the defendant and will continue to handle the case.

    I thank the Court for its consideration of this submission.

                               Respectfully,

                               AUDREY STRAUSS
                               United States Attorney for the
                               Southern District of New York

                 By:   /s/ *Rachael L. Doud*
                         RACHAEL L. DOUD
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, New York 10007
                         Tel.: (212) 637-3274
                         Facsimile: (212) 637-2786
                         E-mail: rachael.doud@usdoj.gov