

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

86 Chambers Street, 3rd Floor
New York, New York 10007

September 9, 2021

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:  *Kobre & Kim v. Commodity Futures Trading Commission*,
     19 Civ. 10151 (LAK) (OTW)

Dear Judge Wang:

I write respectfully to inform the Court that I will be leaving the United States Attorney's Office.  Accordingly, I request the entry of an order terminating my appearance in this matter.  My colleague AUSA Alexander Hogan has entered an appearance on behalf of the defendant and will continue to handle the case.

I thank the Court for its consideration of this submission.

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:  /s/ *Rachael L. Doud*
RACHAEL L. DOUD
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274
Facsimile: (212) 637-2786
E-mail: rachael.doud@usdoj.gov

SO ORDERED:

Application GRANTED.

_____
**Ona T. Wang**      9/22/21
United States Magistrate Judge