AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| KOBRE & KIM LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-10151 |
| COMMODITY FUTURES TRADING COMMISSION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kobre & Kim LLP                                                          .

Date:      12/07/2021

S/ George Stamatopoulos
*Attorney's signature*

George Stamatopoulos, GS2124
*Printed name and bar number*

Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

*Address*

George.Stamatopoulos@kobrekim.com
*E-mail address*

(646) 658-4972
*Telephone number*

(212) 488-1220
*FAX number*