

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

July 1, 2022

**BY ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Kobre & Kim v. Commodity Futures Trading Commission*,
            19 Civ. 10151 (LAK) (OTW)

Dear Judge Wang:

    I write on behalf of both parties in this case to notify the Court that the parties have agreed on terms of a proposed stipulation that would resolve all of the outstanding issues in this case, subject to the approval by the Commodity Futures Trading Commission by Commissioner vote. The parties expect this process to take no more than one month. If and when the Commission approves settlement, the parties will submit the signed stipulation to the District Court for its approval. The parties propose that they submit a further status report to the Court in one month, on August 1, if the stipulation has not been submitted to the Court by that time.

                            Respectfully,

                            DAMIAN WILLIAMS
                            United States Attorney

            By:    s/Jean-David Barnea
                    JEAN-DAVID BARNEA
                    Assistant United States Attorney
                    Telephone: (212) 637-2679
                    Email: Jean-David.Barnea@usdoj.gov

Cc: Counsel for Plaintiff (via ECF)